IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN -8 A 9: 43

_Courtney Boyd #208921_
Full name and prison number
of plaintiff(s)

v.

_Dr. Darbouze_
_Ms. W. Wilson HSA_
_Prison Health Care Service_

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. _2:06CV511-WKW_
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( ✓ )  NO (   )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO (   )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _Courtney Boyd #208921_

            Defendant(s) _Donal Campbell, Commissioner,_
            _Ala. Dept. Of. Corr. Fac. et.al_

        2.  Court (if federal court, name the district; if
            state court, name the county) _Northern District_
            _Of Alabama_

3. Docket number CV-03-1780-CLS-TMP
4. Name of judge to whom case was assigned T. Micheal Putnam - C. Lynwood Smith Jr.
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) It is Still pending
6. Approximate date of filing lawsuit 7-02-03
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Easterling Corr. Fac.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Corr. Fac.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS
1. Dr. Darbouze  200 Wallace Dr. Clio, AL 36017
2. Ms. Wilson HSA, 200 Wallace Dr. Clio, AL 36017
3. Prison Health Care Service  Suite 200, 105 West Park Dr. Brentwood, TN 37027
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED June 2, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Plaintiff was retaliating against the plaintiff, and denied him proper medical treatment. See Attached Affidavit. This

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Is a violation of my 8th Amend and 14th Amend of United States Constitution.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I request for an Evidentiary hearing, so that you will be able to see that I can not able to stand all the way up, because of my back pain. Also I be award the Compensation I request for, in my Affidavit. And to be sent to a back specialist.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  6-06-06
                (Date)

_____
Signature of plaintiff(s)

4

## AFFIDAVIT AND ATTESTATION

My Name is Courtney Boyd, and I am over the age of 21 as of the commencement of this filling. At all time relevent hereto I and witnesses who attest to the fact are and were nurse staff of Prison Health Care Service at Easterling Corr.Fac. at 200 Wallace Dr. Clio,Ala.36017. At all time relevant hereto the Prison Health Care Service and the _Employee_ were under thier direct and immediate control. The employee invovled in this incident are as follows: Dr. _Darbouze_, Ms.Wilson HSA, Jane Doe.

On the June 2, 2006, I was set to see Dr _Darbouze_, for my no long standing profile, because of my back problem, I could not walk from 6B to the Chow Hall without my legs hurting. Well I seen by Dr. _Darbouze_, and he inform me that he was not going to give me any "No Long Standing Profile", becuase my back problem happen three year ago, and it should have stop hurting by now. Dr. _Darbouze_, than said that I am going to take away the other profile that I have given you. I then asked him, if he want them now, he said "yes", so I gave him my profile, and my back brace, becuase I can not have my back brace without the profile. See Exhibit A, Which is a copy of the profile he took. I then told Dr. _Darbouze_, that I need my back brace, becuase it happen my back out. However he told he that He was not going to give it back to me. So I was told to leave the Health Care. At was about 9:50, when I leave the HCU, and before I could made it to the _Shift_ office my back went

PAGE 1

out, and I fell to the ground, and Lt.Mary Lee, had to get my a _strecher_, becuase I could not stand up. When I made it to the HCU, the nurse asked me what happen and I told her that my lower back went out. She then did a body chart, and gave me some _medicine_, for pain. She also told me that she asked Dr. _Darbouxe_, if I could have my back brace back, and she said that he told her no. I was then placed into a _Wheel Chair_, were I was force to set in for the next two hour. After I seen that Dr. _Darbouxe_, or the nurse working was not going to gave me my back brace back, I had to force myself up and walk to my dorm. I have worte Ms.Wilson, because Dr. _Darbouxe_, not full giving an _examining_, and Ms.Wilson said that she can not make the Doctor do any.

Dr. _Darbouxe_, and Ms.Wilson are _retaliating_, against me for filing a complaint to the head officer, against him and Ms.Wilson HSA, and Nurse Brush. See Exhibit B. Dr. Darbouze and Ms.Wilson HSA, are inflicting curl and unsual punishment upon me, by not gave me an full medical exmination of my back, and by not sending me to a free world back specialist, about my back. The Northern District Court of Alabama Case No:CV-03-1780-CLS-TMP, denied my Motion for an free world doctor, because Judge Patnum, said that if I desires medical care for my back pain, I may submit a request for medical attention through the prison health care service. See Exhibit C. Well I comply with the court order, but Dr. Darbouze still will not send me to an free world back specialist.

PAGE 2

Dr. Darbouze will not even ___touch___ my back to see what is wrong with, all he does is keep ordering x-ray, and then tell me there nothing I can do for you, because this happen three years ago and it should be alright now. However Dr. Darbouze can not determine that if he does not even ___touch___, my back, or just my keep ordering x-ray.

I have fill out over four sick call, telling them that my back pain problems are causing my feets, legs, arms, hand, and my pennis, to go out form 2 to 5 min at a time. See Exhibit ___D___, which is a copy of one of the four sick call.

I request for that I be given an copy of my medical jack, and a copy of every complaint I filed. Also a full copy of every nurse that work at prison health care service at Eaterling Corr.Fac. I request to be sent to an free world back speciailist to see what is causing my body parts to go out on me. I request for immediately help becuase my life is in deep danger. I also request for an evidentary hearing on this matter, so that this honoralbe court will see that I can not even stand up without pain going through my back.

## DAMAGES

I ask that I be awarded $250.000.00 from Dr.Darbouze, and Ms.Wilson and $100,000.00 for Bodily Injury, $100,000.00 for Accidental Injury, $100,000.00 for Punitive Damages, 100,000.00 and 100,000.00 for Actual Damages, and 100,000.00 for Compensatory Damages, and 200,000.00 for each defendant for Emotional Damages and 200,000.00 for Stress Damages.

PAGE 3

This is a civil right action filed by Courtney Boyd, a state prison, who is requesting damages and physical examination relief under 42 U.S.C. 1983, alleging retaliating and denied of proper medical care treatment. This is an violation of the Eight Amendment, "Curl and Unsual Punishment" and a violation of my right to Due Process Clause of the 14th Amendment of United States Constitution. The Plaintiff also allege the torts of negligence.

## JURISDICTION

1. This Court has jurisdiction over the plainiff claim of the violation of his United States Constitutional Rights under 42 U.S.C. 1331(a) and 1334.

2. The Court has supplemental jurisdiction over the plaintiff state torts claims under 28 U.S.C. 1367.

3. The Plaintiff was as Easterling Corr.Fac. during the events described in his complaint.

4. Defendants Dr.Darbouze and Ms.Wilson HSA, are employee at Prison Health Care Service at Easterling Corr.Fac. They are sued in their individal and official capacitiles.

5. Prison Health Care Service, is in charge of Dr.Darbouze and Ms.Wilson HSA. They are sued in their individual and official capacities.

## CLAIM FOR RELIEF

(1) The action of the defendants was negligence and it was retaliating against the plaintiff for filed and complaint to the head office against them. Their action was without need and were

PAGE 3

done maliciously and sadistically to cause harm to the plaintiff.

This constitute cruel and unsual punishment a violation of the Eight Amendment.

## CONCLUSION

The conclusion is that the defendants took the plaintiff profiles and back brace, because they know that he and an sued against The Department of Correction for first hurting his back. So when Dr.Darbouze asked for the plaintiff profiles, he know that the plainitff has to give him his back brace as well, because the plaintiff can not keep it unless he has an profile for it. Ms Wilson HSA, want make Dr.Darbouze, because she says that she can't tell the Doctor what to do. However both of them know that I can not walk or stand up for over 5 to 10 min without my back brace. Dr.Darbouze or Ms.Wilson HSA, want order for an free world appoinment with an back specialist, to fine out why the plaintiff back is causing his arms, hands, feets, legs, and pennis to go out from 2 to 5 min at a time. Therefore the plaintiff need this Honorable Court to issue an order and for Defendants to send the plaintiff to an free world back secialist.

The Plaintiff request that this complaint be reviewed with less standard then an law.

I do hereby under the penalty of prejury that the foregoing is true and correct to the best of my understand.

*Courtney Boyd*
Courtney Boyd

Executed on ___6-06-06___

PAGE __4__

# EASTERLING INMATE NEWSLETTER

6/1/06

Exhibit A

The following inmates are scheduled for FASTING Lab work on June 2, 2006 at 3:30 am in HCU:
<u>Do not eat after 6:00 pm today and drink plenty of WATER</u>.

| | | |
|---|---|---|
| Price, Clarence 170384/10B66 | Lindsay, Roger 237981/7B14 | Hawkins, Earlie 196018/6B74 |
| Sprayberry, Cebron 229978/9A54 | Potts, Curtis 150808/6A36 | Roberts, Thomas 238065/9A42 |
| McCoy, Earnest 075251/6B56 | Myers, Brian 239926/8B20 | Steele, Jerry 117564/7A88 |

The following inmates are scheduled to see Dr. Darbouze on June 2, 2006 at 8:30 a.m. in HCU.

| | | |
|---|---|---|
| Moore, Richard 164474/SEG | Tyson, Willie 168594/SEG | Smith, Steven 217563/SEG |
| Mims, Charles 161884/SEG | Strong, John 124754/6A76 | Spinks, Marcus 209576/SEG |
| Mixon, Bernard 219783/SEG | Springer, James 230477/8A92 | Upton, James 223847/8B58 |
| Boyd, Courtney 208921/6B28 | | |

The following inmates are scheduled to see Dr. Darbouze on June 2, 2006 at 11:30 a.m. in HCU.

| | | |
|---|---|---|
| Riebe, Richard 194464/7B10 | Lashore, Jimmy 177528/6B104 | Jackson, Horace 182363/7A113 |
| Broaden, Freddie 185279/10B13 | Collins, James 241163/10B9 | Bryant, Alfonzo 215916/7B34 |
| Mitchell, Danny 137084/9A2 | Oliver, Thomas 138119/10B83 | Taylor, Joseph 211388/7A48 |
| Harris, Lawrence 152591/7B55 | Anderson, Curtis 141751/10B37 | |

The following inmates are scheduled for Lab work on June 2, 2006 at 7:00 am in HCU.

| | | |
|---|---|---|
| Bonner, Phillip 244835/7B4 | Bryant, Murl 249053/7A70 | Wheat, Charles 245074/10A81 |
| Jones, Jeff 219323/SEG | Upton, James 223847/8B58 | |

The following inmates are scheduled for EKG on June 2, 2006 at 7:30 p.m. in HCU.

Stratman, Roy 195725/6B83      Townsend, Ricky 237740/7B62



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _____

To: _____

From: _____

Inmate Name: _____ ID#: _____

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

_____

_____

_____ Ann 5-15-06 S.Baker

_____

Date: _____ MD Signature: _____ Time: _____

Exhibit A

60418

# Prison Health Services, Inc.

## Inmate Grievance

Return →

NAME: Courtney Boyd    AIS #: 208921    UNIT: 6-A-54    DATE: 4-12-06

**PART A---Inmate Grievance**

My mother call TM to the head office, because I told her about me trying to go to a free world doctor about my back problem. Also about me not be able to get my Double tray profile I had at B's Correct. Facagne about my other profiles. Well the head office told her to tell me to write you, because that's what you are there for. So if you can call me over to talk with me, I'll be very thankful to have this problem fix. Also I have sign up two time for the Dental, but have not been seen yet.

INMATE SIGNATURE: [signed]

**PART B – RESPONSE**    DATE RECEIVED: 4-12-06

The doctor is the only person that can write for a freeworld appointment, if he finds that it is medically necessary. When we talked today, you were requesting your bottom bunk profile to be renewed. Dr. Dalbouze wrote it for 14 days only. If you are having problems, you will need to sign up to be seen. I also spoke with Dr. Dalbouze + he, nor ADOC will give double tray profile. Pt verbalized understanding.

P.H.S. Department Head Signature: K. Filson, RN/HSA

Exh. # B

DATE: 4-13-06

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ■ | ☐ | VI Delay in Health Care Provided | ■ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ■ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ■ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

APR 1 3 2006

Defendants filed a second supplemental special report (doc. 56) on August 18, 2004, and on August 25, 2004, an amendment (doc. 58) thereto. Regardless, defendants have never responded to the court's order to produce photographs taken of plaintiff on the day of the incident.

Plaintiff now files a Motion to Compel (doc. 54) production of the photographs as previously ordered. After careful consideration of plaintiff's motion to compel (doc. 54), defendants are ORDERED to either (1) produce the photographs as previously directed or (2) show cause in writing and under oath within twenty (20) days from the date this order is entered as to why the court should not impose sanctions for defendants' failure to comply.

*Motion for An Order from the Court* (Doc. 55)

Plaintiff next moves for an Order (doc. 55) to be sent to a free-world doctor because he is still suffering from severe back pain as a result of the unconstitutional assault made the basis of this claim. Plaintiff's motion (doc. 55) is DENIED. Plaintiff has medical assistance available to him at Staton Correctional Facility, and if he desires medical care for his pain, he may submit a request for attention through the prison health care unit.

*Motion for Default Judgment* (Doc. 59)

Plaintiff also moves the court for a default judgment (doc. 59), which shall be construed as a request for clerk's entry of default pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure. (Fed.R.Civ.P). Rule 55(a) reads,

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

*Exhibit C"*

2



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Courtney Bush       Date of Request: 5-28-06
ID # 208920                      Date of Birth: 12-11-81   Location: 6-B-28
Nature of problem or request: I need to see the Doctor to get my no long standing problem, and because my arms, leg, feet, pain is all gone out.

Courtney Bush
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective  (V/S): T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:**

copy given
S busker
5/28/06
1:30 pm

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

Exhibit D

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS**

**Nursing Evaluation Tool:**     **General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: **Boyd, Courtney**
Inmate Number: **208912**
Date of Report: **4 / 23 / 06**
Date of Birth: **12 / 11 / 81**
Time Seen: **120** AM / **PM** Circle One

**Subjective:** Chief Complaint(s): "I need to get my no prolonged standing profile. I also need to see the doctor about my arms, legs, and penis going numb."
Onset: months

Brief History: _____

Wt 175#

**Objective:** Vital Signs: (As Indicated) T: **98°** P: **72** RR: **16** B/P: **118 / 74**

Examination Findings: B/m A+O x3. Resp c ease. Skin warm + dry to touch. H+x lower back pain ~~s/p pm~~ chronic since s/p physical assault in 2003. Does not radiate per inmate. C/o numbness of bilateral arms/legs, and penis intermittently x several months. Ø swelling or discoloration of extremities noted. Equal strength bilateral extremities noted. Pedal pulse present. Lumbar Spine X'Ray from 4-21-05 c Ø definite abnormality noted. Repeat L Spine X Ray ordered per Dr Darbouze on 4-21-06. Progress note from 4-21-06 by Dr Darbouze states no standing profile not indicated. Inmate requesting to see MD for outside referral.

**Assessment:** (Referral Status)   Preliminary Determination(s):
☐ Referral **NOT REQUIRED**
☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): **Dr Darbouze**   Date for referral: **4 / 26 / 06**
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X **C Wambles RN**     Name: **C Wambles, RN**
Nurses Signature                      Printed