M/D-5

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

JUN 8 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Courtney Boyd                           )
_____                 )
_____                 )
_____                 )
      Plaintiff(s)                      )
                                        )    2:06cv511-WKW
      v.                                )
                                        )
Dr. Darbouze                            )
Ms. Wilson HSA                          )
Prison Health Care Service              )
_____                 )
      Defendant(s)                      )

MOTION TO PROCEED _IN FORMA PAUPERIS_

Plaintiff(s) _Courtney Boyd_ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Courtney Boyd_
Plaintiff(s) signature

SCANNED
C% 6906

RECEIVED
2006 JUN -8 A 9: 43

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

2:06CV511-WKW

I, **Courtney Boyd**, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )  NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    YES ( )  NO (✓)
   B. Rent payments, interest, or dividends?               YES ( )  NO (✓)
   C. Pensions, annuities, or life insurance payments?    YES ( )  NO (✓)
   D. Gifts or inheritances?                               YES ( )  NO (✓)
   E. Any other sources?                                   YES ( )  NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

BA1.23

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __N/A__

_____
Plaintiff

STATE OF ALABAMA
COUNTY OF _____

Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

_____
NOTARY PUBLIC in and for said County,
in said State

(SEAL)

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6-06-06__.

_____
Plaintiff

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 208921          NAME: BOYD, COURTNEY JAMES              AS OF: 06/06/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 24 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.02 | $0.23 |
| SEP | 30 | $0.23 | $0.00 |
| OCT | 31 | $0.23 | $0.00 |
| NOV | 30 | $0.23 | $0.00 |
| DEC | 31 | $0.23 | $0.00 |
| JAN | 31 | $0.23 | $0.00 |
| FEB | 28 | $0.23 | $0.00 |
| MAR | 31 | $0.23 | $0.00 |
| APR | 30 | $0.23 | $0.00 |
| MAY | 31 | $0.23 | $0.00 |
| JUN | 6  | $0.23 | $0.00 |