**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Darbouze
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

2:06CV511 (cmp + order 40 cys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                                ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
                                 6/14/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 4356

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Wilson
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

2:06CV511 ( cmp | order 40 cys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                                ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
                                 6/14/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 4363

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540