IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Courtney Boyd #208921
Plaintiff

Vs.                                        Case No:2:06-CV-511-WKW

Dr.Darbouze, et al,                                    [WO]

## MOTION TO AMEND THE COMPLAINT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court
requesting to amend his complaint in the above case. The Plaintiff amend as
follows:

On 6-11-06, at about 7:50pm, I, The Plainitiff, reported to officer Whitehead,
that my left side of my body had gone out, and that I need him to call the
HCU. Officer Whitehead, said that the nurse said that I need to sign up for
sick call. At about 9:15pm, I told Officer Whitehead, that my back went out
and that I could not stand all the way up, and would he call the HCU, and said
against that the nurse said that I need to sign up for sick call. I then told
him to call the shift office, and he said they said I had to sign up for
sick call, because they can't make any nurse see me.

  At about 9:35pm I told officer Wilson, that my *entrie*  lower body had
gone out, and that I could not move. Officer Wilson said that Officer Whitehead,
call back to the HCU and report to them that my *entrie* lower body had gone out,
and the nurse working second shift still said for me to sign up for sick call.
I then had to wait until third shift nurse on come before I was able to get
the HCU. This only took about 2 ½ hour. I reported to the third shift officer
and he called the HCU and the nurse said to bring me up thier. But the officer
could not move me so he to get the runnier to get the *stretcher*  and they
had to pick me and my *mattress*  up , because the officer so that he did not
want any thing else to happen to me. Once I made it to the HCU nurse *Zutermley* ,
said that is that Courtney Boyd, and that runnier said yes. She then said that

PAGE 1

.

I have been trying to get to the HCU all night. So she was working on second shift and would not see me, even *though* , my body had gone out.

Once I get inot the room, the nurse force the other inmate who was the runnier to pick me up and place me onto the doctor bed in his officer. The third shift nurse was the ones who seen me, but before, nurse *Zwormley* left, she came in the room and siad that I did this before and walk from the HCU when the nurse to told me too. I told her that I was having *severe* pain then. After that she and one of the third shift being placing there *pen* on my feets. Nurse *Zwormley* and the third shift nurse said that I was *faking* , because I still had some feeling in my feets. After nurse *Zwormley* did this she left because her shift was over. The Officer who was working HCU said that the nurse's told him that I was *faking* just to win my law suit. So he then said that he was going to write me up for what ever he can any. However as of this day 6-13-06, He has not write me up. The nurse had me to stay so that I may see the doctor.

On 6-12-06, at about 8:40am, I was seen by Dr.Darbouze and he said that he have talk with me about this problems and that my back should be well after three years. And that he was not going to give me my back brace back or a no long standing profile. But that he was give me some pain medical for my back. Dr.Darbouze see that I can not stand all the way up and he still will not order me any free doctor vist or given me by back brace back.

As stated before this is why the plaintiff request for an free world back *specialift* vist, becuase Dr.Darbouze and the nurse at Easterling Corr.fac are *retuliating*, at me about they know that I have and suit against DOC.

PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon
the Prison Health Care Serivce, by placing it into the Easterling
Corr.Fac.Mail Box on ____June 14_____2006.


_Courtery Boyd_____
Courtery Boyd