IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Courtney Boyd
Plaintiff

Vs.                                                  Case No:CV-511-WKW
Dr.Darbouze, et al,                                  [WO]
Defendants

## AFFIDAVIT

State of Alabama]
County of _Barber_ ]

   Before Me, The unidersigned authority for said county and state. Personally appeared the avant, Courtney Boyd who is known to me, and after being duly affirmed, depoised and says as follows:
  I, Courtney Boyd, after being fully sworn deposes as follows:

On 6-11-06 I , Courtney Boyd being having serious back pain, in the lower part of my back. This pain cause my entire lower body to numb. At about 7:35 was when I first told Officer Whitehead that my entire lower body had numb out. Officer Whitehead said that he call the nurse and that they said that I need to sign up for sick call. It took me until the third shift nurse came on duty for me to get to the HCU. The Officer on third shift had to get the runnier to bring the _Stretcher_ , because he did not want any thing else to go wrong with me.  Once I was in the HCU, Nurse _Wormley_ , asked the runnier is that Courtney Boyd. The runnier said yes. Then she said that he have been trying to the HCU all night. The 2nd and 3rd shift nurse's did an very bad job on treating me, because they said that I was just trying to

PAGE 1

I was just trying to win my lawsuit against DOC. So then I was told that I would have to stay into the tomorrom, because I was going to see the doctor. On 6-12-06, I was seen by Dr.Darbouze, and he said that "I will not give you your back brace back, because I have already talked with you about this matter, and like I said before your back should be well after three years since your injury happen to you. But I will given you some medication for your back pain". I then asked him to give it to me KOP, and he said that I can not give you Pain pill KOP, so I told him, that I will not be able to stand in line for 20min for some pill, becuase I can not stand all the way up, and it hurt my back more to have to stand for in one spot for over 10 min.

It is obvious that I need medical help, and Dr.Darbouze can see it but want give me any.
I have been having serious lower back pain for more then three years. An serious medical need is something that is so obvious, that even ordinary person would easily recognize the necessity for doctor's attention. See Hill vs.Dekalb Reg'l Youth Det.Ctr., 40 F.3d.1176-1187(11th Cir 1994). Courts agrees that an medical need must be "One that, is left unattended, pos[es] a substantial risk of serious harm. See Taylor vs.Adams 221 F.3d 1254-1258 (11th Cir.2000).

I do hereby sign under the penalty of perjury that foregoing is ture and correct. I see Courtney Boyd on a everyday basis,

PAGE 2

and I can see that their something wrong with his back. On 6-11-06, his entire lower body went out and the officer had to call the runnier to pick him up with him on his mattress up together, becuase the officer did not want any else to go wrong with Courtney.

Name: Mark Kidd                        Ais# 145657
Name: Michael Waites                   Ais# 187207
Name: James Bigham                     Ais# 141661
Name: Gary Tipton                      Ais# 239505
Name: Anthony Hickson                  Ais# 133112

These people live in 6-B- with me and have seen what happen on 6-11-06.

Pursuant to 28 USC. Section 1746, I, Courtney Boyd, do hereby sign under the penalty of perjury that the foregoing is ture and correct. Executed on 6-14-06.

Courtney Boyd #208921

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants, by placing it into the Easterling Corr.Fac. Mail Box on June 14, 2006.

Courtney Boyd

PAGE 3