IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

On June 16, 2006, the plaintiff filed a motion to amend in which he seeks to name officer Whitehead and nurse Wormley as defendants and assert additional facts in support of his claims for relief against the original defendants. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. The original and amended defendants undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and © to determine whether other similar complaints should be considered together.

3. Defendants Whitehead and Wormley shall file a written report containing the

sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. This report shall be filed with the court and a copy served upon the plaintiff within forty (40) days of the date of this order. Authorization is hereby granted to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

    4. An answer shall be filed by defendants Whitehead and Wormley within forty (40) days from the date of this order.

    5. The original defendants be GRANTED an extension to and including forty (40) days from the date of this order to file a written report and answer in compliance with the order entered on June 12, 2006.

    6. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

    **The plaintiff is CAUTIONED that this court will not continue to grant him leave**

**to amend without a showing of exceptional circumstances.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, the complaint and amendment to the complaint to officer Whitehead and nurse Wormley. A copy of this order and the amendment to the complaint shall likewise be furnished to all other defendants, to the General Counsel for the Alabama Department of Corrections, the Attorney General for the State of Alabama and counsel for Prison Health Services, Inc.

Done this 19th day of June, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE