Boyd

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Michael Sin_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Michael Sun_   6-15-06 |
| 1. Article Addressed to:<br><br>Prison Health Services, Inc.<br>105 West Park Drive, Suite 200<br>Brentwood, TN 37027 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 2:06cv511 (cmpl order 40 dys) | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)    7005 1160 0001 2962 4349 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540