Boyd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 6-20-06

ress different from item 1? ☐ Yes
lelivery address below:   ☐ No

1.
Nurse Wormley
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

40 days

2:06cv511-wkw (cmp amdmt. ordr)

Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7005 1160 0001 2962 4424

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Boyd

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 6-20-06

'dress different from item 1? ☐ Yes
delivery address below:   ☐ No

Officer Whitehead
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

40 days

2:06cv511-wkw (cmp amdmt ordr)

Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7005 1160 0001 2962 4417

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540