IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) CIVIL ACTION NO.2:06-CV-511-WKW |
| | ) |
| Dr. Darbouze, et.al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Joseph Whitehead,</u> who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Joseph Whitehead</u> and I am presently employed as a <u>Correctional Officer I,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

On June 11, 2006, I was assigned as 6 Dorm Cubicle Officer. At approximately 8:00 PM, inmate Courtney Boyd did report to me that he was having back pains and asked me to go to HCU for help. At approximately 8:15 PM, I called inmate Courtney Boyd to the cubicle and advised him that I had spoken with Nurse Johnson at the Health Care Unit and I advised inmate Boyd that he would have to sign up for sick call and then he could be seen by the doctor.

I have no further knowledge of this incident.



EXHIBIT 1

Affidavit-Gwendolyn Mosley
Civil Action No.2:06-CV-511-WKW
Page 2

_____
Joseph Whitehead, COI

SWORN TO AND SUBSCRIBED TO before me this the 3rd day of July, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07