IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF ALABAMA

Courtney Boyd,
Plaintiff

vs                                              2:06 CV-511-WKW

Dr.Darbouze et.al.,
Defendants

## MOTION FOR PRODUCTION OF DOCUMENTS
## PURSUANT TO RULE 26&34 FED.R.CIV.PROC.

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to Rule 26&34 Fed.R.Civ.Proc. For The Defendants Officer Whitehead to product the following documents below within (10) days of receiving this Motion:

1. A full copy of the second shift duty log book from months of Jnue and July, 2006.

2. A full copy of the plaintiff medical file.

3. A full and clear copy of the DOC Adminstration Rules and Regulations from #001 to #1200, This inculde all rules that officer must apply and go by.

4. A full copy of the plaintiff institutional files.

5. The Plaintiff request for these document be given to him within (10) days so that he can properly answer the Defendants special report.

**WHEREFORE,** The Plaintiff prays that the defendant will forward him the following within (10) days of receiving this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the General Counsel for the Ala.Depart.of.Corr.Fac., and a copy to the Defendants for Prison Health Care, by placing it into the Easterling Corr.Fac. Mail Box on 8-01-06.

_____
Courtney Boyd