IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                    2:06-CV-511-WKW

DR.DARBOUZE, et al.,
Defendants.

RECEIVED
2006 AUG -3 A 10: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

## MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULE 26 & 34 RULE OF FED.R.CIV.PROC.

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to Rule 26&34 Fed.R.Civ.Proc. for the Defendants to production the following documents below within (20) days of serving this motion:

1. A full copy of every nurse that work Easterling Corr.Fac. HCU.

2. A full copy of every nurse that worked on 06/02/06.

3. A full copy of the defendants work _Schedule_ on 6-_02_-06. This include there _Clocked_ in work and _who Clocked_ out work _Schedule_ for 6-_02_-06.

4. A full an clear color copy of Dr.Jean Darbouze _Medical License_, this include a certified copy of what medical fill.

5. A full clear an color copy both Nurse Wambles & Nurse Wilson medical license.

6. A full an clear copy of the plaintiff medical jacket.

7. A full an clear copy of every complaint & Grievance from filed by the plaintiff from 8-17-05 until 7-26-06.

8. A full an correct copy of the Adminstration Rules and Regulations that the Defendants are to follow.

PAGE 1

9. The Plaintiff request for these documents be given to him within (20) days so that he can properly answer the defendants special report due on Aug.24, 2006.

**WHEREFORE,** The Plaintiff prays that the defendants will produce the above documents within (20) days of receiving this Motion.

_____
Courtney Boyd


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants, by placing it into the Easterling Corr.Fac. Mail Box on July 26, 2006.

_____
Courtney Boyd