IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

vs.                                           2:06-CV-511-WKW

DR.DARBOUZE et al.,
Defendants

## MOTION FOR NOTIFY TO THE COURT THE

## NEED FOR INTERROGATIES PRIOR TO SPECIAL REPORT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to 26 & 33 FED.R.CIV.PROC., and authority herein files and present, his interrogaties direct at Defendant Cynthia Wambles, who should answer these interrogaties under oath within (20) days of receiving them:

### INTERROGATIES

1. List your full name and your home address?
2. How old are you?
3. How long have you been a resident of Alabama?
4. List your complete educational background, including any special classes you partiscipated in ?
5. How long have you been employed by Prison Health Care Service?
6. Have you ever been arrested for any thing prior to your employment within the Prison Health Care Service?
7. If the answer to interr.No. Supra is yes,
(A) State when each arrest occurred.
(B) For what reason.
(C) What was the outcome.
8. Was you working on 06/01/ 06, When Officer Whitehead call an said that the plaintiff back and his whole lower body had went out?
9. Why was the plaintiff told to sign up for sick call, when Officer Whitehead call the HCU about the plaintiff back and whole lower body had went out?

PAGE 1

10. Is it _Standard_ for an nurse to tell an inmate to sign up for sick call when his back and whole lower body has went out?

**WHEREFORE,** The Plaintiff prays that the defendant will answer this interrogaties within (20) days of receiving it.

CERTIFICATE OF SERVICE

I hereby certfiy that I have served a copy of the foregoing upon the Defendants, by placing it into the Easterling Corr.Fac. Mail Box on July 26, 2006.

_____
Courtney Boyd