IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

vs.                                                      2:06-CV-511-WKW

DR.DARBOUZE, et al.,
Defendants.

MOTION FOR NOTIFY TO THE COURT OF THE

NEED FOR INTERROGATIES PRIOR TO SPECIAL REPORT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court Pro/Se Pursuant to Rule 26 & 33 FED.R.CIV.PROC., and authority herein files and present, his interrogaties direct at Defendant Kay Wilson, who should answer these interrogaties under oath within (20)days of receiving them:

**INTERROGATIES**

1. List your full name and your home address?
2. How old are you?
3. How long have you been a resident of Alabama?
4. List your complete educational background, including any special classes you partiscipated in?
5. How long have you been employed by Prison Health Care Service?
6. Have you ever had a serious complaint or just a complaint filed against you by any other inmate since your employment within the Prison Health Care Service?
If you answer is yes, list,
(A) When the complaint was filed.
(B) by whom.
(C) List what happen to them.
(D) Produce a clear copy of every one of them.
9. Are you in charge of every one who work at Easterling Corr.Fac. Prison Health Care Service?

10. Have you ever told the plaintiff that you can make Doctor send me to an free world doctor or give him his back brace?

11. Have the plaintiff ever filed an complaint asking you to tell Dr.Darbouze to given him his back brace back?

12. Did you ever tell the plaintiff that Dr.Darbouze will not rewrite his back brace profile?

**WHEREFORE,** The Plaintiff prays that the Defendants will answer this interrogaties within (20) days of receiving it.

CERTIFICATE OF SERVICE

I hereby certfy that I have served a copy of the foregoing upon the Defendant, by placing it into the Easterling Corr.Fac. Mail Box on July 26,2006.

_____
Courtney Boyd