IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                                    2:06 CV-511-WKW

DR. DARBOUZE et al.,
Defendants

MOTION FOR NOTIFY TO THE COURT FOR
THE NEED FOR INTERROGATIES PRIOR TO SPECIAL REPORT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to 26 &33 FED.R.CIV.PROC, and authority herein files and pursuant, his interrogaties direct at Officer McClain, who should answer this interrogaties under oath within (10) days of receiving it:

### INTERROGATIES

1. List your full name and your home address?

2. How old are you?

3. How long have you been a resident of Alabama?

4. Are you married?

If so for how long?

5. Do you have childern, if the answer is yes, then list their names and ages?

6. List your complate educational background, including any special classes you partisicpated in?

7. Do you know where Dr. Durbouze, discontinue, the plaintiff back brace profile, Yes or No? if yes please tell how?

8. Did the plaintiff come to the shift office on 7-29-06, complaining about his

PAGE 1

lower back had gone out and that it is causing his whole lower body to go out?

9. Did you log it in the second shift log book that the nurse said they did not what to see the plaintiff, but for him to sign up for sick call?

10. Did the plaintiff sign up for sick call, and still was not seen the next day by the nurse, and if he not come and report it to you and you call up there and they said he will be seen on 7-31-06?

**WHEREFORE, The Plaintiff,** Prays that Officer McClain will answer this interrogaties within (10) days of receiving it.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the General Counsel for the Ala.Depart.of.Corr.Fac., and a copy to the Defendants for Prison Health Care service, by placing it into the Easterling Corr.Fac. Mail Box on 8-01-06.

_/s/ Courtney Boyd_
Courtney Boyd