IN THE UNITED STATES DISTRICT COURT FOR

MIDDLE DISTRICT OF ALABAMA



Courtney Boyd
Plaintiff

Vs.                                    2:06 CV-511-WKW

Dr.Darbouze et.al.,
Defendants

### MOTION TO NOTIFY THE COURT

Comes Now, The Plainiff, Courtney Boyd, moves into this Honorable Court to notify them that Defendant Officer Whitehead has not answer with the time given to him. Also that he does not wish to add Officer McClain as a defendant, but to get her to answer the interrogaties, so that this Honorable Court will see that the Prison Health Care employee are denied the plaintiff medical care, and to show that the Defendants did discontinue the plaintiff back brace and profile.

   **WHEREFORE,** The Plaintiff prays that this Honorable Court will allow Officer McClain to answer this interrogaties within (10) days of receiving it so that the plaintiff may properly answer the defendant response.

### CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing upon the General Counsel for the Ala.Depart.of.Corr.Fac. and a copy to the Defendants for Prison Health Care, by placing it into the Easteling Corr.Fac. Mail Box on 8-01-06.

_Courtney Boyd_

PAGE 1

IN THE UNITED STATES DISTRICT COURT FOR

MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Courtney Boyd
Plaintiff

Vs.                                                     2:06 CV-511-WKW

Dr.Darbouze et.al.,
Defendants

State of Alabam]
County of Barber]              **AFFIDAVIT**

Before Me, undersigned authority for said county and state, personally appeared the avant, Courtney Boyd who is known to me, and after being duly affirmed, deposed and says as follows:

I, Courtney Boyd, after being fully sworn deposes as follows:

On 7-29-06, I The Plaintiff, Courtney Boyd, start having serious lower back pain on and off all day. I tried to see if it the pain would stop, but it got worse. SO at about 6:15pm, I had the officer in my dorm club to call the HUC, and tell them that my lower back was going out and that it was casuing my whole lower body to go out as well. Well the officer call the HCU, and the nurse said that they did not want to see me, and that I needed to sign up for sick call. So I asked the officer in my dorm culb to call the shift office so that I can talk with the Sgt., So he did, and I want over to the shift office and talked with Sgt. Harger and Officer McClain, they both said that "We can not must the nurse see you, becuse they are not apart of DOC, but apart of Prison Health Care Service. And if the officer in my drom call the HCU and they did not want to see you were nothing we can do, but log it in our log book that the officer call and the nurse said for you to sign up for sick call".

PAGE 1

I, then told Sgt. Harger, that I had an Back Brace, but that the doctor took it, Officer McClain said yes I know "The Doctor discontinue your back brace and profile". I, told her yes. So they both said that we are not denied you your medical treatment, becuase all we can do is call the HCU, and ask a nurse if they will see you, but we can in no way make them. So I, said okay and sign up for sick call as I was told. However I still did not see the nurse the next day, when I sign up for sick call, so I, when back to the shift office an told officer McClain, that they still did not have me on sick call for tonight after I had sign up as I was told. So she called over and one of the nurse said that I will be seen on 7-31-06. So I was force to wait three days for help medical help for my back, becuase the nurse would not see me on 7-29-06.

Pursuant to 28 USC. Section 1746, I, Courtney Boyd, do hereby sign under the penalty of perjury that the foregoing is ture and correct. Executed on 8-01-06.

_Courtney Boyd_

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the General Counsel for the Ala.Depart.of.Corr.Fac., and a copy the Defendants for Prison Health Care, by placing it into Easterling Corr.Fac. Mail Box on 8-01-06.

_Courtney Boyd_

PAGE 2