IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Upon review of the motion to notify the court filed by the plaintiff on August 3, 2006 (Court Doc. No. 20), which the court construes as a motion to demand response by officer Whitehead, and as this defendant filed his special report and answer on July 31, 2006, it is

ORDERED that this motion be and is hereby DENIED.

Done this 4th day of August, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE