IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
|     Defendants | ) |

**ORDER ON MOTIONS**

Upon consideration of the motions for production of documents filed by the plaintiff on August 3, 2006 (Court Doc. No. 14 and Court Doc. No. 15), and for good cause, it is

ORDERED that:

1. The motions for production of documents be and are hereby DENIED to the extent that the plaintiff requests that the defendants be required to provide him with copies of the requested documents.

2. The motions for production of documents be and are hereby GRANTED to the extent that the plaintiff seeks access to his institutional file and prison medical records which are maintained in conjunction with his incarceration.

3. The motions for production of documents be and are hereby DENIED with respect to all other requests made by the plaintiff.

4. On or before August 18, 2006, correctional and medical officials at the Easterling Correctional Facility shall allow the plaintiff to inspect and/or copy all documents contained in his institutional file and medical records. **The plaintiff is hereby informed that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. Thus, **if the plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to him to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he **must** procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

5. No further discovery requests shall be filed without permission of the court. If the plaintiff files any matter related to discovery without first receiving leave of court to do so, the Clerk is DIRECTED to return the document to the plaintiff without entering the document on the docket.

The Clerk is DIRECTED to provide a copy of this order to the warden of the Easterling Correctional Facility and to the supervisor of the health care unit at such facility.

Done this 4th day of August, 2006.

                                        /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE