Exhibit A

Personnal Department  
64 N. Union St.  
Montgomery, AL, 36130

Date 8-9-06

Dear Ladies and Gentleman,

Greeting, I'm writing to you today because, I believe that Officer Cynthia Jones COI, Violated the Administrative procedure of 2078208 by (see the following)

1. Officer C. Jones did not render an full efficient and Industrious service.
2. Officer C. Jones did not observe the law, rules, and regulations.
3. Officer C. Jones did not uphold, with integrity, the public trust involved in her position.
4. Officer C. Jones did not prevent any abuse of authority attached to use of her badge.
5. Officer C. Jones Abused Inmate Courtney Boyd by: see appendinum).
6. Please see also the attached inum for detailes describing the incident.

On -8-5-06, I, Courtney Boyd was in the law Libary getting ready to go, when officer B. Gavin, told me that "I hear that you better stop going to the HCU and picking at them nurse or else the 1st Shift Officer will have you put into lockup in 5 dorm, an kill you or beat you and have you walking like sidewinder. I, then told officer Gavin, that

page 1

Exhibit A

this is your third time telling me this. Officer Gavin Said I'm just trying to let you know, that you need to stop going to the HCU, Complaining about your back pain problems.

I, then left the law library, and called home my mother said that I, need to go report this to the 2nd Shift Commander and Ms. Wilson the head nurse. So I did, Sgt. Harger did an incident report on what I report to him. I filed an Grievance against the nurse, and on 8-7-04 I talked with Ms. Wilson, She came out of your office and said what do you want. I asked her did you get my grievance? She did yes. So I, told her, you should know what I want with you. That's when Officer C. Jones, asked me what I wrote, and I told Ms. Wilson I will like to talk with in your office. Ms. Wilson Said no, so I told her what I write on my grievance. That's when officer C. Jones Said that, if Officer Gavin Said that, she need to get his job, because, he should not have told me this. She wrote down what I was telling Ms. Wilson, and that's when the nurse said the Doctor want me. When I come out of the Doctor office, Capt. K. Scarye was waiting to talk with me. Capt. Said for me to go to this office and I did. When he came over there Capt. and Bryant talked with me and Said, if Officer Gavin say he did not Say that to me, that I will go to lock up. So officer Gavin said, he did not tell me that and that's when Officer C. Jones wrote me up for making a false statement to an ADOC employee with intent to deceive. Rule violation #41. Officer did not have the right to write me up, because I never state this to her, I was state it to ms. Wilson, because I wrote her an grievance from. Therefore Officer C. Jones was without authority to write me up for making a false statement.

page 2

Exhibit A

If Officer C. Jones was going to do anything she should have reported if to I&I Division, but she did not do so. Officer C. Jones violated Admin-Reg #302 & 207 & 208. #302 II policy A. The following types of incidents will be reported to the Director, Investigation & Intelligence Division (I&I) or the appropriate I&I Division Officer as soon as practicable after the incident occurs.
8. Other Serious incidents requiring immediate investigation.

C. The following types of incident will be reported by heads of institutions using a Department of Correction Form 601, (Institutional Incident Report) (Annex A). Investigations of these incidents will be made at the discretion of the Commissioner or I&I Director. Any Investigations will be in accordance with Title 14 Chapter 3 section 9 code of Ala. 1975, #C. 12, The lodging of written complaints against Correctional personnel or inmates. #15. Any other matter or Circumstance as prescribed by the Commissioner. 16. Any other Serious or unusual incident occurring with the Department of Corrections. The Statement Officer B. Gavin made constitution both Attempt to murder which is a violation of 13A-4-2, 13A-6-2 Code of Ala. 1975, and Attempt to Assault a violation of 13A-4-2, 13A-6-20 Code of Ala. 1975, So therefore, Officer C. Jones only abuse the authority of her badge, her position, and AR #302, and she abuse Courtney Boyd right to report a threat on his life by an officer.

Pursuant to 28 U.S.C. Section 1746, I Courtney Boyd do hereby sign under the penalty of perjury that the foregoing is true and correct. Executed on 8-9-06. A copy of this is given to the warden, Capt. K. Sconyers, Lt. Mary, and I&I Division.

page 3