IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Upon consideration of the motion to compel filed by the plaintiff on August 14, 2006 (Court Doc. No. 23), in which the plaintiff seeks an order compelling the defendants compliance with the directives of the order entered on August 4, 2006 (Court Doc. No. 22), and as the time allowed the defendants to comply with the aforementioned order has not yet expired, it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 17th day of August, 2006.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE