IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-511 |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court on the plaintiff's Motion for a Temporary Restraining Order contained in his Motion to Compel and for Preliminary Injunction (Doc. # 23). It is ORDERED that the Motion for a Temporary Restraining Order is DENIED.

DONE this the 18th day of August, 2006.

           /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE