IN THE UNITED STATES DISTRICT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plainitiff

Vs.                                    2:06 CV-511-WKW

DR.DARBOUZE, et al.,
Defendants

### Notice of Change of Address

Comes Now,,The Plaintiff, Courtney Boyd, moves inot this Honorable Court giving them notice of his change of address from Easterling Corr.Fac. To Staton Corr.Fac. P.O.BOX 56, Elmore,Ala.36025 Please forward all of the plaintiff mail to his new address.

### CERTIFICATE OF SERVIC E

I hereby certify that I have served a copy of the foregoing upon the Defendants, by forward them to their counsel, by placing it into the Staton Corr.Fac.Mail Box On Aug.16,2006.

Courtney Boyd #208921

Legal Mail

Courtney Bois # 208421 C-3-02
P.O. Box 56
Elmore, AL
36025

MONTGOMERY AL 361
18 AUG 2006 PM 4 L

United States Middle District
P.O. Box 711
Montgomery, AL
36101

36101+0711