EXHIBIT A

Blumberg No. 5118

# AFFIDAVIT

STATE OF ALABAMA )
Barbour COUNTY )

I, Beth Long, hereby certify and affirm that I am a Medical Records Clerk, at Easterling Correctional Facility; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one Courtney Boyd, AIS# 208921; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at PHS-Easterling; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 26th day of June, 2006.

Beth Long

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 26th Day of June, 2006.**

Linda E. Teal
Notary Public

7-15-07
My Commission Expires



PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Boyd Courtney

D.O.B. [redacted]

ALLERGIES: NKDA

Use First Date 6/12/06

Noted 6/12/06 N Pugh RN 8:40am

DIAGNOSIS lower back pain.

DC to population.

Percogesic ii po BID prn x 14 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Boyd Courtney<br>D.O.B. [redacted]<br>ALLERGIES: NKDA<br>Use Last Date 6/2/06<br>noted Smoking 6/2/06 10:45 | DIAGNOSIS (If Chg'd) LBP<br>Percogesic ii po TID PRN x 14 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd Courtney #208921<br>D.O.B. [redacted]<br>ALLERGIES: NKDA<br>Use Fourth Date / /<br>noted 4/2/06 [illegible] 100am | DIAGNOSIS (If Chg'd)<br>DC Bottom bunk<br>DC Back Brace<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd Courtney 208921<br>D.O.B. [redacted]<br>ALLERGIES: NKDA<br>Use Third Date 4/21/06<br>noted [illegible] 4/22/06 | DIAGNOSIS (If Chg'd) LBP<br>Insole 1 pair to keep x 6 Months<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd, Courtney #208921<br>D.O.B. [redacted]<br>ALLERGIES: NKA<br>Use Second Date 4/21/06 | DIAGNOSIS (If Chg'd) LBP<br>XRay of C (~~and~~ error) Spine<br>Keep lower back Brace x 6 Months<br>Bottom bunk profile x 6 Months<br>Percogesic ii po BID PRN x 30 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd Courtney #208921<br>D.O.B. [redacted]<br>ALLERGIES: NKDA<br>First Date 3/30/06<br>noted SB 3/30/06 | DIAGNOSIS LBP.<br>~~X Ray L spine~~ error<br>Percogesic ii po BID PRN x 14 days<br>Brace for L spine x 14 days — done MP<br>Bottom bunk profile x 14 days done MP<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

(4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Boyd Courtney<br>D.O.B. / /<br>ALLERGIES:<br>Use Last Date 2/24/06 | DIAGNOSIS (If Chg'd)<br>RPR<br>PPD<br>V.O. Dr. Darbouze / [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] 2/27/06 |
| NAME: Boyd Courtney 208921<br>D.O.B. [redacted]<br>ALLERGIES: NKDA<br>Noted [illegible]<br>Use Fourth Date 11/7/05 | DIAGNOSIS (If Chg'd)<br>Tylenol ~~tid~~ 1gm po tid x 7d<br>Mylanta 2 tabs po tid x 7d<br>V.O. Dr. Darbouze / [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] 11/8/05 |
| NAME: Boyd Courtney #208921<br>D.O.B. [redacted]<br>ALLERGIES: NKDA<br>Noted 9/6/05 [illegible] 1035am<br>Use Third Date 9/6/05 | DIAGNOSIS (If Chg'd) [illegible]<br>DC Naproxen<br>DC Motrin<br>Maalox 30cc po TID x 7 days<br>Zantac 150 mg po BID x 14 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: Boyd, Courtney #208921<br>D.O.B. [redacted]<br>ALLERGIES: NKA<br>Noted 8/22/05 [illegible] 12:10pm<br>Use Second Date 8/22/05 | DIAGNOSIS (If Chg'd) Lower back pain, [illegible]<br>Motrin 600mg po TID prn x 30 days<br>Mycolog oint BID prn x 14 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |
| NAME: Boyd Courtney ~~208192~~ 208921 [illegible]<br>D.O.B [redacted]<br>ALLERGIES:<br>Use First Date 8/11/05 | DIAGNOSIS<br>① D/C mycolog cream.<br>② pt TAO [illegible] 7 [illegible] - dispense 7 [illegible]<br>③ Motrin 600mg po. TID for 60 days KOP<br>Noted [illegible] 8/11/05 330<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature] |

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Boyd, Courtney 208921 ~~208189~~ | DIAGNOSIS (If Chg'd) HCU visit in 3 wk @100 now right now 7/29/05 |
| | ① Motrin 600 mg PO TID X 60 day |
| D.O.B. ▇▇▇▇ | ② BBP X 60 days - given |
| ALLERGIES: NKA | ③ Mycolog Cream Apply thin (KOP) to rash in groin qd X 30 day |
| Use Last    Date 7/29 05 | - Please give med at pill call ? |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Boyd Courtney 208921 | DIAGNOSIS (If Chg'd) ① HCU visit for BACK pain and rash |
| D.O.B. ▇▇▇▇ | 8/1/05 no visit |
| ALLERGIES: NKA | 208921 Apr 7/7/05 |
| Use Fourth    Date 7/6/05 | |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Boyd, Courtney 208921 | DIAGNOSIS (If Chg'd) ① Motrin 600mg BID X 15day |
| D.O.B. ▇▇▇▇ | ② Appt ē MD in 3 wk |
| ALLERGIES: NKA | |
| Use Third    Date 6/13/05 | |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Boyd Courtney 208921 Elmore 1350 | DIAGNOSIS (If Chg'd) Periostose ī PO BID X 3days |
| D.O.B. ▇▇▇▇ | 5/9/05 1330 |
| ALLERGIES: NKA | |
| Use Second    Date 5/9/05 | |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Boyd Courtney 208921 4/28/05 @ 1600 | DIAGNOSIS ① Keflex 500 mg ī PO TID X 14d |
| D.O.B. ▇▇▇▇ | ② Motrin 600 PO BID X 10d |
| ALLERGIES: ▇▇▇▇ | |
| First    Date 4/28/05 | |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

(4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Boyd Courtney<br>D.O.B.: [redacted]<br>ALLERGIES:<br>Use Last Date 4,25,05 | DIAGNOSIS (If Chg'd)<br>① 275.17<br>① Sched appt this wk w/MD<br>4/28/05 MD appt<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd, Courtney 208921 Elmore 0830<br>D.O.B. [redacted]<br>ALLERGIES:<br>Use Fourth Date 4/18/05 | DIAGNOSIS (If Chg'd)<br>Please repeat lumbar x-rays - see order<br>4/18/05<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd, Courtney 208921 Elmore 1115<br>D.O.B. [redacted]<br>ALLERGIES: NKA<br>Use Third Date 4,5,05 | DIAGNOSIS (If Chg'd)<br>Keflex 500mg po TID x 14 days<br>HCU visit 3 wks<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd Courtney 208921 Elmore<br>D.O.B. [redacted]<br>ALLERGIES:<br>Use Second Date 3,2,05 | DIAGNOSIS (If Chg'd)<br>Keflex 500mg TID x 14 days<br>HCU visit 3 wks<br>3/2/05<br>~~3/17/05~~ 3/23/05 MD appt<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd Courtney 208921 Elmore<br>D.O.B. [redacted]<br>ALLERGIES:<br>First Date 2-22-05 | DIAGNOSIS<br>HCU appt Chronic hordeolum<br>3/2/05 MD appt<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

0110 (4/03)

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME: Boyd, Courtney 208921
D.O.B.
ALLERGIES:
Use Last Date 2/2/05

DIAGNOSIS (If Chg'd)
Keflex 500 mg po TID x 10 days
cont Neospoin opth - Inmate still has tube
Warm compress
1037 [signature] 02/2/05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature]

NAME: Boyd Courtney
D.O.B. / /
ALLERGIES:
Use Fourth Date 1/25/04

DIAGNOSIS (If Chg'd)
HCU Appt Eval Eye cyst [illegible]
2/2/05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature]

NAME: Boyd, Courtney 208921
D.O.B.
ALLERGIES: NKA Staton
Use Third Date 1/6/05

DIAGNOSIS (If Chg'd)
Sinus Series c̄ good Waters View
3rd request
1st 2 studies Poor quality
☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature]

NAME: Boyd, Courtney 208921 Staton
D.O.B.
ALLERGIES: NKA
Use Second Date 1/4/05

DIAGNOSIS (If Chg'd)
Sinus Series c̄ good Waters view
[signature] 1/3/05 3:30 pm
☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature]

NAME: Boyd, Courtney 208921 Staton
D.O.B.
ALLERGIES: NKA
First Date 12/21/04

DIAGNOSIS See previous day
Neosporin opth ~~tube ey~~ ointment ī tube
apply thin ribbon OS QID x 5 days
[signature]
12/21/04 3:50 PM
☐ GENERIC SUBSTITUTION IS NOT PERMITTED [signature]

MEDICAL RECORDS COPY

PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 7/23/05 TIME 6 30 AM PM (PM circled)

ORIGINATING FACILITY ECC per DOC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES NKA

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP ______ ORAL RECTAL RESP. 18 PULSE 86 B/P 110/66 RECHECK IF SYSTOLIC <100> 50 ______

NATURE OF INJURY OR ILLNESS

S: "My tongue been hurting & swollen for 2 days I can hardly swollen" "It's paining me" I can't swallow

O: No abnormalities noted no swelling seen — A pat out motren

PHYSICAL EXAMINATION

A: Alteration in comfort

P: per DOC body chart

ABRASION /// CONTUSION # BURN xx xx FRACTURE Z Z LACERATION / ______ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
gargle w/ warm salt/water - put in for sick call if ø improvement

DISCHARGE DATE 7/23/ TIME 6 30 AM PM (PM circled)

RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE [signature] DATE

PHYSICIAN'S SIGNATURE [signature] DATE 7/25/05

CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE) Brad Anthony DOC# 202189 DOB [redacted] R/S B/m FAC. ECC



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Courtney Boyd Date of Request: 7- -05
ID # 208921 Date of Birth: [redacted] Location: C-2-96
Nature of problem or request: My tongue is swollen and has two bumps on it. It is extremely hard to swallow. I haven't been able to eat or drink for two days. I am requesting to see the doctor for a diagnosis and treatment.

Courtney Boyd
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 07/25/05
Time: ____________ AM PM
Allergies: ____________

| RECEIVED |
|---|
| Date: 7/24/05 |
| Time: 1700 |
| Receiving Nurse Intials ____ |

**(S)ubjective:**

**(O)bjective** (V/S): T: ____ P: ____ R: ____ BP: ____ WT: 172

Inmate did not want to be screened.

**(A)ssessment:**

Has had body chart Sat. + Sunday

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

D Austin LPN
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Follow up

# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Courtney Boyd Date of Request: 7- -05
ID # 208921 Date of Birth: [redacted] Location: C-2-96
Nature of problem or request: My tonsils is swollen and has two bumps on it. It is extremely hard to swallow. I haven't been able to eat nothing for two days. I am asking to see the doctor for a diagnosis and treatment.

Courtney Boyd
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 07/25/05
Time: ______ AM PM
Allergies: ______ Chart

| RECEIVED |
|---|
| Date: 7/24/05 |
| Time: 1700 |
| Receiving Nurse Intials [initials] |

**(S)ubjective:**

**(O)bjective** (V/S): T: ______ P: ______ R: ______ BP: ______ WT: 172

Inmate did not want to be screened.

**(A)ssessment:**

Has had body chart Sat. & Sunday

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

D Austin LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 07/26/05 | TIME 2p ☑AM PM | ORIGINATING FACILITY Elmore ☐SIR ☐PDL ☐ESCAPEE ☑pop | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 97.4 (ORAL) RECTAL | RESP. 18 | PULSE 61 | B/P 100/62 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S - " This is my 5th day not eating solid food, my tongue is swollen up. "

|  | ABRASION /// | CONTUSION # | BURN XX | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O - Ambulated into ER c̄ diff. A & O x 3. Skin w/d to the touch, resp even at unlabored, Noted 2 raised areas to back of tongue, one on each side. P remarkable edema noted to rest of tongue. P drainage noted.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P - ☉ HCP to review |  |  |

A - Alteration in Comfort

**DIAGNOSIS**

Wgt 171, O₂ 96%

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 07/26/05 | TIME 215p ☐AM ☑PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE D. Austin LPN | DATE 07/26/05 | PHYSICIAN'S SIGNATURE [signature] DATE 7/26/06 | CONSULTATION |
|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Barss, Constan... | DOC# 208921 | DOB ████ | R/S Bm | FAC. Elmore |
|---|---|---|---|---|

| Last / First / Middle Initial | |
|---|---|
| Name: Boyd Courtney | AIS # 218921 |
| Date: 12-17-02 Allergies: NKA | Facility: Bibb |
| SIG. (1) D/C M.O.M. (2) immodium cap i PO TID x 1 dy. VO DR. Delong / Skimer CRNP | Discontinue / Continue / Increase / Decrease — noted 1145 12-17-02 |
| Physician Signature: [signature] | |

NC002

| Last / First / Middle Initial | |
|---|---|
| Name: Boyd Courtney | AIS # |
| Date: 12/16/02 Allergies: NKDA | Facility |
| SIG. (1) Psychologist Referral Cpt has hx psych d/o "took self off meds" | Discontinue / Continue / Increase / Decrease — Noted [signature] |
| Physician Signature: [signature] CRNP | |

NC002

| Last / First / Middle Initial | |
|---|---|
| Name: Boyd, Courtney | AIS # 218921 |
| Date: 12/15/02 Allergies: NKA | Facility: Bibb |
| SIG. MOM 30cc. now & hs x 7 days | Discontinue / Continue / Increase / Decrease — noted [signature] 12/15/02 |
| Physician Signature: VO Dr. delong [signature] | |

NC002

| Last / First / Middle Initial | |
|---|---|
| Name: Boyd Courtney | AIS # [illegible] |
| Date: 12/13/02 Allergies: [illegible] | Facility: Bibb |
| SIG. [illegible] | Discontinue / Continue / Increase / Decrease — noted [illegible] |
| Physician Signature: | |

Boyd Courtney
208921

(+) H Pyloric Antigen

12/12/02

test done by M. Paulk.

Orstell [illegible]
12/10/02
1115

Name: Last Boyd First Courtney Middle Initial
AIS # 208921
Date 12/11/02 Allergies NKDA
Facility Bibb
SIG.
① H. Pylori antigen
② appt 12/13/02

Discontinue
Continue (circled)
Increase
Decrease

Noted 12-11-02 [illegible]

Physician Signature: [signature]

NC002

Name: Last Boyd First Courtney Middle Initial
AIS # 208921
Date 12-10-02 Allergies NKA
Facility Bibb
SIG.
Tagamet 400 mg PO now.
Mintox ii tabs now.

Discontinue
Continue
Increase
Decrease

Noted 12-10-02 WmBingham RN

Physician Signature: V.O. by Dr. DeLong/WmBingham RN

NC002

Name: Last Boyd First Courtney Middle Initial
AIS # 208921
Date 12/7/02 Allergies NKA
Facility Bibb
SIG.
Keflex 500mg i tab P.O. Tid X 14 days
Motrin 600mg iii tab P.O. Tid X 14 days
Apply warm compress to chin tid

Discontinue
Continue
Increase
Decrease

Noted 12-7-02 [signature]

Physician Signature: V/O Dr. DeLong/ [signature]

NC002

Name: Last Boyd First Courtney Middle Initial
AIS # 208921
Date [illegible] Allergies
Facility
SIG.
[illegible]

Discontinue
Continue
Increase
Decrease

Physician Signature: [signature]

NC002

Name: Last Boyd First Courtney Middle Initial
AIS # 208921
Date 11-15-02 Allergies NKA
Facility Bibb
SIG.
Discontinue
Continue
Increase
Decrease
Physician Signature:
NC002

Name: Last Boyd First Courtney Middle Initial
AIS # 208921
Date Allergies NKDA
Facility
SIG. Motrin 600 mg po ... x 14 prn
Discontinue
Continue
Increase
Decrease
Physician Signature:
NC002

Name: Last Boyd, First Courtney Middle Initial
AIS #
Date 5/20/05 Allergies NKDA
Facility
SIG.
D/C CTM
Discontinue
Continue
Increase
Decrease
Physician Signature:
NC002

Last Boyd First Courtney Middle Initial
AIS #
Allergies NKDA
Facil
Signature:

| Name | Last: Boyd | First: Courtney | Middle Initial | AIS # | |
|---|---|---|---|---|---|
| Date | 4-18-02 | Allergies | NKDA | Facility | |

SIG. (1) Call inmate to HCU to sign release for medical records pertaining to heart (Dr. [illegible]) (2) [illegible] with Holter [illegible]

Physician Signature: [illegible] MD (1400)

Discontinue / Continue / Increase / Decrease

NC002

| Name | Last: Boyd | First: Courtney | Middle Initial | AIS # | 209921 |
|---|---|---|---|---|---|
| Date | 3-26-02 | Allergies | NKDA | Facility | Staton |

SIG. [illegible] [illegible] [illegible] [illegible] x 3 [illegible]

Physician Signature: [illegible]

Discontinue / Continue / Increase / Decrease — [illegible]

NC002

| Name | Last: Boyd | First: Courtney | Middle Initial | AIS # | 209921 |
|---|---|---|---|---|---|
| Date | 3/18/02 | Allergies | NKA | Facility | Staton |

SIG. (1) Triple antibiotic ointment to [illegible] bump [illegible] (2) [illegible]

Physician Signature: [illegible]

Discontinue / Continue / Increase / Decrease — [illegible] 03/18/02 [illegible]

NC002

| Name | Last: Boyd | First | Middle Initial | AIS # | [illegible] |
|---|---|---|---|---|---|
| Date | 3-12-02 | Allergies | [illegible] | Facility | [illegible] |

SIG. [illegible]

Physician Signature: [illegible]

Discontinue / Continue / Increase / Decrease

| Last | First | Middle Initial | |
|---|---|---|---|
| me Boyd, | Courtney | | AIS # 208921 |
| ate 1-28-02 | Allergies NKDA | | Facility Staton |

IG.

(1) Motrin 800 mg po tid x 180 days
(2) Cafacc 100 mg po bid x 30 days
(3) Nothing in rule

Physician Signature: [illegible] MD

Discontinue
Continue
Increase
Decrease

NC002

| Last | First | Middle Initial | |
|---|---|---|---|
| Name Boyd, | Courtney | | AIS # 208921 |
| Date 12/31/01 | Allergies NKA | | Facility Staton |

SIG.

(1) Complete metabolic profile, CBC, TSH
(2) Urine [illegible] results to MD

Physician Signature: [illegible] MD

Discontinue
Continue
Increase
Decrease

NC002

| Last | First | Middle Initial | |
|---|---|---|---|
| Name Boyd, | Courtney | | AIS # 208921 |
| Date 11/30/01 | Allergies NKA | | Facility Staton |

SIG.

Motrin 600 mg po tid c food

Physician Signature: [illegible] MD

Discontinue
Continue
Increase
Decrease

NC002

| Last | First | Middle Initial | |
|---|---|---|---|
| Name Boyd | Courtney | | AIS # [illegible] |
| Date [illegible] | Allergies [illegible] | | Facility Staton |

[illegible]

[illegible] MD

Physician Signature:

Discontinue
Continue
Increase
Decrease

NC002

Name: Last Boyd, First Courtney, Middle Initial
Date 9/28/01 Allergies NKA
AIS # 208921
Facility Staton

SIG.
Thyroid profile (c TSH)

Discontinue
Continue
Increase
Decrease

09/28/01

Physician Signature: [illegible] MD 9/28/01 1230

NC002

Name: Last Boyd, First Courtney, Middle Initial
Date 9/25/01 Allergies
AIS # 208921
Facility Staton

SIG.
Motrin 400 mg TID x 7 days PRN for pain

Discontinue
Continue
Increase
Decrease

9-26-01 3P

Physician Signature: [illegible]

NC002

Name: Last Boyd, First Courtney, Middle Initial
Date 8/14/01 Allergies
AIS # 208921
Facility Staton

SIG.
Pen VK 500 mg TID x 7 days
Motrin 800 mg TID x 5 days PRN for pain

Discontinue
Continue
Increase
Decrease

8/14/01

Physician Signature:
(Referred to Mental Health for complaints)

NC002

Name: Last Boyd, First Courtney, Middle Initial
Date 8/7/01 Allergies
AIS # 208921
Facility

SIG.
Motrin 400 mg TID x 7 days PRN for pain

Discontinue
Continue
Increase
Decrease

Physician Signature: [illegible]

NC002

| Name Boyd, Courtney | AIS # |
| --- | --- |
| Date Allergies | Facility |
| SIG. | Discontinue |
| | Continue |
| | Increase |
| Physician Signature: | Decrease |

NC002

| Name Boyd, Courtney | AIS # |
| --- | --- |
| Date Allergies | Facility |
| SIG. Motrin 600 mg ÷ 7 I.D. × 5 days prn for pain | Discontinue |
| | Continue |
| | Increase |
| Physician Signature: | Decrease |

NC002

| Name Boyd, Courtney | AIS # |
| --- | --- |
| Date Allergies NKDA | Facility |
| SIG. EKG | Discontinue |
| | Continue 7-18-01 5P |
| | Increase |
| Physician Signature: | Decrease |

NC002

| Name | AIS # |
| --- | --- |
| Date Allergies | Facility |
| SIG. | Discontinue |
| | Continue |
| | Increase |
| Physician Signature: | Decrease |

NC002

Name Boyd Courtney (Last / First / Middle Initial)
AIS # 208921
Date ____ Allergies ____
Facility ____
SIG.

Discontinue
Continue
Increase
Decrease

Physician Signature:

NC002

Name Boyd, Courtney (Last / First / Middle Initial)
AIS # 208921
Date ____ Allergies ____
Facility Staton
SIG.

Discontinue
Continue
Increase
Decrease

Physician Signature:

NC002

Name Boyd, Courtney (Last / First / Middle Initial)
AIS # 208921
Date 6/20/06 Allergies NKDA
Facility Staton
SIG.

See MD (near syncope 6/16)
6/22/06

Discontinue
Continue
Increase
Decrease

Physician Signature: [illegible] MD 6/20/06 [illegible]

NC002

Name Boyd, Courtney (Last / First / Middle Initial)
AIS # 208921
Date 3/2?/06 Allergies NKDA
Facility SCC
SIG.

(1) Motrin 600 mg po bid for 10 days
(2) Nothing [illegible]

Discontinue
Continue
Increase
Decrease

[illegible] 3/25/06 10:55 [illegible]

Physician Signature: [illegible] MD 3/2?/06 [illegible]

NC002

**ORRECTIONAL MEDICAL SERVICES, Inc.** **PHYSICIANS' ORDERS**

Name Boyd, Courtney D.O.B. [redacted]

Location DCC ID# 208921 Allergies NKA

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: [signature] | EKG |
| Date: 01/08/01 | [illegible] 20 [illegible] 30 days |
| Time: 1245 | |
| | M.D. Signature [signature] Date/Time 1/7/01 |
| Check box as order is noted: | (Date & Time) |
| Noted by [signature] | [illegible] stat } Dr Taylor |
| | Tylenol ii tid 5 days |
| Date: 2/11/01 | IV fluids refused |
| Time: 2:30 pm | CBC + chest xray |
| | M.D. Signature [signature] Date/Time 2/11/01 |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature Date/Time |
| Check box as order is noted: | (Date & Time) |
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature Date/Time |

7193 2/96

CORRECTIONAL MEI AL SERVICES, Inc. PI. SICIANS' ORDERS

Name Boyd. Courtney D.O.B. [redacted]

Location DCC ID# 208921 Allergies Ø

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: [signature] Date: 9/1/00 Time: 1340 | ✓ Record Peak flow on [illegible] x 3 |
| | M.D. Signature [signature] Date/Time 9/1/00 |
| Check box as order is noted: Noted by: [signature] Date: 9/15/00 Time: 4:32A | x-ray Ⓛ hand → Ⓛ thumb [illegible] 500 bid 7 days |
| | M.D. Signature [signature] Date/Time 9/15/00 |
| Check box as order is noted: Noted by: [signature] Date: 11/29/00 Time: 9:10P | 1. Prednisone - 20mg qd x 10 days 2. ~~[illegible] Cream [illegible] Kop x~~ AF Cream B.d x 10 days Kop 3. See sick call sheet. |
| | M.D. Signature [signature] Date/Time 11/29/00 |
| Check box as order is noted: Noted by: [signature] Date: 12/08/00 Time: 1155 | Chest x-ray |
| | M.D. Signature [signature] Date/Time 12/8/00 |

7193 2/96

**CORRECTIONAL MEDICAL SERVICES**

**INTERDISCIPLINARY PROGRESS NOTES**

Patient Name: Boyd Courtney I.D. # 208921 Institution DCC

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9/1/00 | | S He claims that he has trouble breathing | [signature] |
| | | P Record peak flow x3 | |
| 9/15/00 | | S. Was assaulted 9/11/00 | [signature] |
| | | P: xrays © hand | |
| | | Motrin 800 tid 7 days | |
| 1/7/01 | | S. Possible paroxysmal supraventricular tachycardia | [signature] |
| | | P. EKG | |
| | | Inderal 20 mg bid 30 days | |
| 2/11/01 | | S Pt collapsed again on the yard. | [signature] |
| | | I still think he develops tachycardia. | |
| | | P: Per Dr Taylor:- | |
| | | Tylenol III stat | |
| | | Tylenol II tid 5 days | |
| | | IV was refused. | |
| | | CBC + Chest xray | |



Nurse

6/25/01 See M.D about near syncope. Wt - 143, T-98.7 R-20, P-72 BP - 98/70

06/25/01 No show for M.D. Appt.

9/26/02 DD Bibb, UOL I Sent CBossman

Name - Last: Boyd. First: Courtney Middle: Inmate No. 208921

# Nurse's Notes

NaphCare

# Nurse's Notes

| Date and Time | | Nurse's Name |
|---|---|---|
| 5/13/01 10⁰⁰A cont | No anxiety noted. EKG done. | E. Franklin |
| 5/13/01 11⁰⁰A | Noted up reaching way over head Δ channels on T.V. No distress noted. No c/o voiced @ this time of discomfort. Ambulating around in Mainwell. | E. Franklin |
| 5/13/01 1⁰⁰P | Lying in bed ē eyes closed. No distress noted. No c/o voiced. | E. Franklin |
| 5/13/01 4⁰⁰P | S. None<br>O. Lying in bed watching T.V. Resp ē ease Skin w/d to touch Ø c/o voiced Ø anxiety present. NAD noted<br>A. Alteration in comfort<br>P. Continue P.O.C. | K. [illegible] |
| T. 95.8 oral<br>R. 20<br>P 72 | | |
| 5/13/01 8:30 P | O. Lying in bed resp ē ease skin w/d to touch easily aroused to verbal stimuli A+O X3 Ø anxiety or distress noted this shift | [illegible] |
| 11pm | O– Laying in bed quietly, Alert & Orient X3. Resp @ ease. No distress noted | C. [illegible] |
| 5/14/01 3⁴⁰A | S "I'm ready to go back. When can I go back?"<br>O. Sitting on bedside eating bkfast ś distress noted. Resp ē ease. Skin warm + dry to touch. Denies any discomfort since yesterday<br>A. Alteration in comfort<br>1. cont plan of care | M. [illegible] |

| Name - Last | First | Middle | Inmate No. |
|---|---|---|---|
| Boyd, | Courtney | | 208921 |

NaphCare

# Nurse's Notes

| Date and Time | | Nurse's Name |
|---|---|---|
| 22/01 | Transferred to SCC from DCC. | M. Pou |
| 20/01 8 A | M.D. Appt re: Chest pain - Wgt - 145 lbs. B/P - 110/60 P - 76, R - 20, T - 98.4 | E. Ellis, RN |
| 12/01 11 50 pm | Ambulatory to MOU bed #1 still c/o "heart hurting" NADN Resp c ease. Skin warm & dry to touch. | N Wardfinkle |
| 2 00 A | O-Resting quietly c covers over head Resp c ease | N Wardfinkle |
| 3 35 A | O- Resting quietly tray upon bedside for bkfast. Denies discomfort. Explained could have more meds if he needed them for pain but he has to let us know. Verbalized understanding. Bkfast taken well. | N Wardfinkle |
| 3/01 6 00 A | O: Lying in bed c eyes closed. Resp c ease warm/dry to touch. No acute distress noted. A: Alteration in comfort P: Continue present observation | E. Franklin |
| 9 30 A | noted has left MOU & went in to Camp playing & talking: report by Sgt Lee. was escorted back to MOU per Sgt Deer. No distress noted. | E Franklin |
| 15 96-68 20 14 112/64 | | |
| 9 55 A | S: C/o pain that feel like it goes through to back. It hurt more when I lye down thats why I'm sitting up. O: Noted up c MOU door. No acute distress noted. Resp c ease. Warm/dry to touch. State ROM good. A: Alteration in comfort. P: Continue present observation & Instructed to sit still & try to relax & see if it helps | E. Fuse |
| 5/3/01 10 00 A | Came back to MOU door States pain getting worse. No acute distress noted. Resp c ease. | |

Last: Boyd First: Courtney Middle: Inmate No.: 208921

3cC

**INMATE REQUEST SLIP**

Name Courtney Boyd Quarters D3-III Date 5-29-07

AIS # 208921

( ) Telephone Call ( ) Custody Change (✓) Personal Problem

( ) Special Visit ( ) Time Sheet ( ) Other ______

Briefly Outline Your Request - Then Drop In Mail Box

I Request to talk to Dr. phillips about a personal problem.

Did See inmate

5/29/07

Dr. Phillips,

Do Not Write Below This Line - **For Reply Only**

Approved Denied Pay Phone Collect Call

Request Directed To: (Check One)

( ) Warden ( ) Deputy Warden ( ) Captain

( ) Classification Supervisor ( ) Legal Officer - Notary Public ( ) Record Office

ohCare                                    SC C

# Health Services Request Form

...me _Courtney Boyd_

_208921_  Date of Birth ▮▮▮▮  Date of Request _5-28-02_

Housing Location _D-3▭18_

re of problem or request _MY hold body is in Pain_

here for consent to be treated by health staff for the condition described above.

### Place this slip in Medical Box or designated area
### DO NOT WRITE BELOW THIS LINE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Health Care Documentation

ctive _Body Ache_

5-29-02
6 25
Bm grnp

ive   BP _120/80_  P _70_  R _20_  T _100°_  wt _145_
Alert skin warm et dry keep unlabored heart RRR
lungs clear excessive ear wax W/S wnl Ⓑ Crackles
on scaling of feet cap refill < 3 sec ⊕ acute distress

nent   Alteration in comfort

MD to Review

QA Smith LPN) 5/29/02

*taphCare* ▉▉▉▉▉

# Health Services Request Form

...me _COURTNEY BOYD_        Date of Request _5-14-02_

o. _208421_    Date of Birth ▉▉▉▉▉    Housing Location _D-3-18 T_

re of problem or request _MY ear_

_____

_____

_____

MAY 14 2002

_____here for consent to be treated by health staff for the condition described above.

Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Health Care Documentation

ctive  (L) ear

5-15-02
7
Bm/GBmd

ive   BP _120/80_  P _68_   R _20_   T _98³_   wt 140
Excessive wax both ear (R) ear noted to look
swollen c/o tenderness + pain

nent   Alteration in comfort

MD to Review

AH Smith LPN 5/15/00

NaphCare

# Health Services Request Form

..me Courtney I. Boyd Date of Request 4-29-02

o. 208931 Date of Birth [redacted] Housing Location D3-18T

re of problem or request Heart problem

here for consent to be treated by health staff for the condition described above. APR 29 2002

Place this slip in Medical Box or designated area
DO NOT WRITE BELOW THIS LINE

---

## Health Care Documentation

ctive

ve BP______ P______ R______ T______

nent

# Healtn Services Request Form

.me Courtney Boyd Date of Request 6-18-01

). ________ Date of Birth [redacted] Housing Location ________

e of problem or request Heart problem would like to see the Doctor only.

:ere for consent to be treated by health staff for the condition described above.

OCT 15 2001

Place this slip in Medical Box or designated area
DO NOT WRITE BELOW THIS LINE

Health Care Documentation

:tive

:ive BP________ P________ R________ T________

sment

o ○ PA/Physician ○ Mental Health ○ Dental

NaphCare

# Health Services Request Form

nt Name Courtney Boyd  Date of Request 5-5-01

No. 208921  Date of Birth [redacted]  Housing Location D3-B T

ture of problem or request Heart, ... problem Must see ...
This is a follow up.

n here for consent to be treated by health staff for the condition described above.

Place this slip in Medical Box or designated area
DO NOT WRITE BELOW THIS LINE

## Health Care Documentation

jective  Refuse sickcall

ective BP____ P____ R____ T____

essment

n

r to ○ PA/Physician ○ Mental Health ○ Dental

ature________ Title____ Date



# Health Services Request Form

Print Name _Boyd    Courtney_          Date of Request _5-6-0_

ID No. _208921_    Date of Birth █████████    Housing Location _____

Nature of problem or request _Heart problem I have a beening_ ████

_____

_____

_____

_Courtney_ ████

Sign here for consent to be treated by health staff for the condition described above.

## Place this slip in Medical Box or designated area
## DO NOT WRITE BELOW THIS LINE

-----------------------------------------------------------------

### Health Care Documentation

Subjective          _Signed Release_

Objective     BP_____ P_____ R_____ T_____

Assessment

Plan

Refer to   ○ PA/Physician    ○ Mental Health    ○ Dental

Signature_____ Title_____ Date_____

**Health Services Request Form**

NC04i

CORRECTIONAL MEDICAL SYSTEMS
HEALTH SERVICES REQUEST FORM

Print Name: Courtney Boyd Date of Request: 4-30-01

ID #: 208921 Date of Birth: [redacted] Housing Location: A2-2 T

Nature of problem or request: Vision screening special server will pay for this charge to get my eye screening.

I consent to be treated by health staff for the condition described.

Courtney Boyd 208921
SIGNATURE

Signature

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

HEALTH CARE DOCUMENTATION

Subjective: Eye list

Objective: BP 120/80 P 80 R 20 T 97.6 wt. 145 Alert skin W/D C/o of blurred headache

Assessment: Alteration in comfort

Plan: Eye list per protocal

A H Smith LPN 5/1/01 1125

Mental Health ____ Dental

# CORRECTIONAL MEDICAL SYSTEMS
# HEALTH SERVICES REQUEST FORM

Print Name: Courtney J. Boyd Date of Request: ______

ID #: 208421 Date of Birth: [redacted] Housing Location: 3

Nature of problem or request: Back

I consent to be treated by health staff for the condition described.

Courtney Boyd
SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective: c/o muscle's in chest hurting

Objective: BP 120/70 P 72 R 20 T 97.8
No swelling or redness noted to chest. ROM not impaired. Nail beds pink. radial pulse (+)

Assessment:
Alteration in comfort

Plan:
MD to review for med/appoint

[signature] 9/15/00

Refer to: ____ P.A. Physician ____ Mental Health ____ Dental

Signature: M. Adams Title: L Date: 9/14/00 Time: 7 PM

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: Courtney Boyd Courtney Date of Request: 6-29-06

ID #: 208421 Date of Birth: [redacted] Housing Location: 3-106

Nature of problem or request: Heart Problems

I consent to be treated by health staff for the condition described.

Courtney Boyd
SIGNATURE

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HEALTH CARE DOCUMENTATION**

Subjective: "When I cough a sharp pain cuts through my heart"

Objective: BP 120/74 P 80 R 20 T 98.8 Heart sounds c̄ regular rate et rhythm. No SOB noted Lungs clear bilateral no wheezing noted

Assessment: Chest pain when cough

Plan: MD to review

[initials] 7/5/06

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: B Rem[illegible] Title: ________ Date: ________ Time: 7 08/10

CMS 7166 REV. 10/94

CORRECTIONAL MEDICAL SERVICES
HEALTH SERVICES REQUEST FORM

Print Name: [illegible] Boyd

ID #: 208621 Date of Birth: [redacted] Date of Request:

Housing Location:

Nature of problem or request: [crossed out] Heat

I consent to be treated by health staff for the condition described.

SIGNATURE

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

HEALTH CARE DOCUMENTATION

Subjective: C/O ~~chem~~ c̄ Burn's under Arm due to deodrant Capt. stated 2/ its OK c̄ med. Unit will let family send in deodrant

Objective: BP 120/80 P 80 R 20 T 96.8

Noted Dry flaking ily under arms. no breakage of skin. Appears to be a chemical irritation

Assessment:

Alteration in skin integrity

Plan:

Capt. to OK. Deodrant from Home

* Dermatitis *

[signature] 11-28-00

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: [signature] Title: [illegible] Date: 11/28/00 Time: 8:30 am

CMS 7166 REV. 10/94

# INTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring Facility:

Name: Boyd, Courtney

Number: ~~208241~~ 208921 Race: (B) W H Other

Age: ______ Date of Birth: [redacted] Sex: (M) F

Date: 3/29/00

Time: ________ AM PM

Allergies: NKA

Food Handler Approved: Y / N

Current Acute Conditions/Problems: Ø

Chronic Conditions/ Problems:

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications:

Chronic Long-term Medications:

Chronic Psychotropic Medications:

Current Treatments:

Follow-up Care Needed:

Last PPD: 3/20/00 Results Ø mms Last Physical: 3/20/00

Chronic Clinics: Specialty Referrals:

Significant Medical History: Chest pain

Physical Disabilities/Limitations:

Assistive Devices/Prosthetics: Glasses: Contacts:

Mental Health History/Concerns: HX

Substance Abuse: Y / N Alcohol: (Y) / N Drugs: Y / N

___ Hx Suicide Attempt: Date: __/__/__

___ Hx Psychotropic Medication

___ Previous Psychiatric Hospitalizations

Signature and Title [signature] Date: 3/29/00

## TRANSFER RECEPTION SCREENING

Date: 3/29/00 Time: 7:55 AM (PM)

Receiving Facility: DCC

S: Current Complaint: Ø

Current Medications/Treatment: Ø

O: Physical Appearance/Behavior: Relaxed cooperative

Deformities: Acute/Chronic: Ø

T 97.7 P 68 R 16 B/P 126/78

A: NE Skin mark screening

P: Disposition: (Instructions: Check or circle as appropriate)

- ✓ Routine, Sick Call
- Instructions Given FS
- ___ Emergency Referral
- ___ HIV/TB Instruction Given
- ___ Physician Referral:
  Urgent / Routine
  - ___ Medication Evaluation
  - ___ Work/Program Limitation
  - ___ Special Housing
  - ___ Specialty Referrals
  - ___ Chronic Clinics
  - ___ Mental Health
  - ___ OTHER
- ___ Infirmary Placement

Other:

[signature] Signature and Title LPN

CMS 7190

# IN SYSTEM TRANSFER OF HEALTH STATUS

Transferring Facility: SCC

Name: Boyd, Courtney
Number: 208921
Race: B W H Other
Age: ______ Date of Birth: [redacted] Sex: M F

Date: 9/26/02
Time: 4 AM PM
Allergies: NKA

Food Handler Approved: Y / N

Current Acute Conditions/Problems: ______
Chronic Conditions/ Problems: 0

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: ______

Chronic Long-term Medications: 0

Chronic Psychotropic Medications: ______

Current Treatments: 0
Follow-up Care Needed: ______

Last PPD: 3/1/02 Results 0 mms
Last Physical: 3/20/00
Chronic Clinics: ______
Specialty Referrals: ______

Significant Medical History: 0

Physical Disabilities/Limitations: ______
Assistive Devices/Prosthetics: ______ Glasses: ✓ Contacts: ______
Mental Health History/Concerns:
Substance Abuse: Y N Alcohol: Y N Drugs: Y N

___ Hx Suicide Attempt: Date: __/__/__
___ Hx Psychotropic Medication
___ Previous Psychiatric Hospitalizations

Signature and Title: [signature] LPN Date: 9/26/00

---

# TRANSFER RECEPTION SCREENING

Receiving Facility: BIBB

Date: 9/28/02 Time: 8:30 AM PM

S: Current Complaint: 0

Ht
148 lbs

Current Medications/Treatment: 0

O: Physical Appearance/Behavior: ~~TATTOO located to (R) forearm (R) leg, back, side~~ ERROR ok

Deformities: Acute/Chronic: ~~weight 142 lbs~~

02 sat 97%
T 97° P 81 R 20 B/P __/__
A: New Intake

P: Disposition: (Instructions: Check or circle as appropriate)

- ___ Routine, Sick Call
- ___ Instructions Given
- ___ Emergency Referral
- ___ HIV/TB Instruction Given
- ___ Physician Referral:
  Urgent / Routine
  - ___ Medication Evaluation
  - ___ Work/Program Limitation
  - ___ Special Housing
  - ___ Specialty Referrals
  - ___ Chronic Clinics
  - ___ Mental Health
  - ___ OTHER
- ___ Infirmary Placement

Other: ______

Signature and Title: [signature] LPN

CMS 7190

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 (daily administration grid) |
|---|---|---|
| Keflex 500mg i cap tid x 14 days; start 12/7 – stop 12/21/02 | 9A / 9A / 3P | [illegible] |
| Motrin 600mg po tid x 14 days; start 12/7 – stop 12/21/02 | 9A / 9A / 3P | [illegible] |
| Tetracycline 500mg i po tid x 14d; Gills, CRNP/Pelham; 12-13-02 to 12-27-02 | 3A / 9A / 3P | [illegible] |
| Pepto Bismol tabs ii po tid x 14d; Gills, CRNP/Pelham; 12-13-02 to 12-27-02 | 3A / 9A / 3P | [illegible] |
| Flagyl 500mg i po Bid x 14d; Gills, CRNP/Pelham; 12-13-02 to 12-27-02 | 3A / 3P | [illegible] |
| Zantac 150mg i po Bid x 14d; Gills, CRNP/Pelham; 12-13-02 to 12-27-02 | 3A / 3P | [illegible] |
| MOM 30cc po now + qhs x 7 days; DeLong; start 12/16 stop 12/23 | 3PM | [illegible]; D/C |
| Immodium cap i po TID x 1 days; DeLong; start 12/17/02 stop 12/18/02 | 3A / 9A / 3P | [illegible] |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/1/02 THROUGH 12/31/02

Physician: Dr. DeLong.

Alt. Physician

Telephone Number

Alt. Telephone

Inmate No. 208921

Allergies: NKA

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked By: K. Parker Title: RN Date: 12-13-02

PATIENT [illegible]

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg Tid x 10 days Delong/Sparse 11/15/2 stop 11/23/2 | 0500 | | | | | | | | | | | | | | | X | [illegible] | | B | B | B | | | X | | | | | | | |
| | 0900 | | | | | | | | | | | | | | | X | [illegible] | | B | B | [illegible] | | | X | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | 0 | [illegible] | [illegible] | [illegible] | B | | | X | | | | | | | | |
| Motrin 600mg Tid x 7 days Delong/Sparse st 11/15/2 stop 11/23/2 | 0300 | | | | | | | | | | | | | | | B | [illegible] | [illegible] | B | B | B | [illegible] | [illegible] | X | | | | | | | |
| | 0900 | | | | | | | | | | | | | | | B | [illegible] | [illegible] | | | [illegible] | B | [illegible] | X | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | [illegible] | [illegible] | B | B | B | B | B | X | X | | | | | | | |
| Keflex 500mg tab 3 T PO TID x 6 days Delong Start 11/20/02 stop 11/26/02 | 3 | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| | 9 | | | | | | | | | | | | | | | | | | | | [illegible] | B | [illegible] | [illegible] | [illegible] | B | A | | | | |
| | 3 | | | | | | | | | | | | | | | | | | | | B | [illegible] | [illegible] | [illegible] | [illegible] | B | B | | | | |
| Phenergan 25mg po tid PRN nausea x 3d Delong/a Start 11/27 Stop 11/29 | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | A | B | | [illegible] |
| | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | B | [illegible] | [illegible] |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | K | B | [illegible] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11-01-02 THROUGH 11-30-02

Physician | Telephone Number | Inmate No. 208 921

Alt. Physician | Alt. Telephone

Allergies | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked By: [illegible] Title: [illegible] Date: 11-15-02

PATIENT | PATIENT CODE | ROOM NO. | BED | FACILITY

# EDICATION DMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg p.o tid x14days 5/29/02 - 6/12/02 BHe/ms CRNP | 6A 12N 6P | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 6/1/02 THROUGH 6/30/02

hysician Taylor

Telephone Number

Inmate No. 208921

lt. Physician

Alt. Telephone

llergies

Rehabilitative Potential

iagnosis

ledicaid Number | Medicare Number | Complete Entries Checked By: SDavis Title: LPN Date: 5/29/02

ATIENT [illegible] | PATIENT CODE 208921 | ROOM NO. | BED | FACILITY CODE 208912

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg p.o tid x14days 5/29/02-6/12/02 BHelmCRNP | 6A, 12N, 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

5-1-02 THROUGH 5/31/02

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No. 208921

Medicare Number

Complete Entries Checked By:

Date:

BED

# MEDICATION ADMINISTRATION RECORD

NaphCare

SCC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800mg po TID c̄ food x14 day 1/28/02 - 2/11/02 | 6A | B | B | B | B | B | B | B | B | B | B | B | | | | | | | | | | | | | | | | | | | |
| | 12N | SD | A | [illegible] | [illegible] | SD | SD | SD | SD | SD | SD | | | | | | | | | | | | | | | | | | | | |
| | 6P | B | | | A | | | | A | | A | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg po BID x 30 day 1/28/02 - 2/28/02 | 6A | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B | | |
| | 6P | B | | | A | | | B | | | | | | | B | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2/01/02 THROUGH 2/28/02

Physician Jay/[illegible]

Alt. Physician

Allergies NKA

Diagnosis

Telephone Number

Alt. Telephone

Inmate No.

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked By: N Wardofer Title: RN Date: 1/28/02

PATIENT Boyd Pearstner

PATIENT CODE 208921

ROOM NO.

BED

FACILITY CODE SCC

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600 mg TID x 14 d (PRN) 3/11 - 3/25/02 | 6A | | | | | | | | | | | | B | B | B | B | [illegible] | [illegible] | B | B | B | B | B | B | B | | | | | | |
| | 12P | | | | | | | | | | | | BSDR | | | [illegible] | | | | | | 3D | | mp | | | | | | | |
| | 6P | | | | | | | | | | | | [illegible] | | | | [illegible] | | | | | | | | | | | | | | |
| 03/18/02 TAO to bite thumb tid x 30 days KOP 04/19/02 Dr. Taylor dc | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 0 | | | | | | | | | | | | | | | | | | | Given 3/22/02 | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | SDC | | | | | | | | |
| Pepto-Bismol tabs ii po tid x 3d (prn) 3/26 - 3/29/02. Helms | 6 | | | | | | | | | | | | | | | | | | | | | | | | | X | B | B | B | X | |
| | 12 | | | | | | | | | | | | | | | | | | | | | | | | | X | [illegible] | | | X | |
| | 6 | | | | | | | | | | | | | | | | | | | | | | | | | X | [illegible] | | | X | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-1-02 THROUGH 3-31-02

Physician

Alt. Physician Helms

Telephone Number

Alt. Telephone

Inmate No.

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: AH Smith Title: LPN Date: 3/12/02

PATIENT

PATIENT CODE

ROOM NO.

BED

FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800mg po TID c̄ food x14 day 1/28/02 – 2/11/02 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | BB 50 | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Colace 100mg po BID x30 days 1/28/02 – 2/28/02 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | BB | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/28/02 THROUGH 1/31/02

Physician Taylor

Telephone Number

Inmate No.

Alt. Physician

Alt. Telephone

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked By: [signature] Title: RN Date: 1/28/02

PATIENT Boyd Courtney [illegible]

PATIENT CODE 208921 | ROOM NO. | BED | FACILITY CODE [illegible]

# IEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn 250mg PO BID X5 11/5 - 11/10/01 | C | | | | | | B | B | B | B | bb | | | | | | | | | | | | | | | | | | | | |
| | 6 | | | | | MS | N | ( | B | M | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR 11/1 THROUGH 11/30/01

ysician

Physician

Telephone Number

Alt. Telephone

Inmate No. 208921

ergies NKA

Rehabilitative Potential

gnosis

licaid Number

Medicare Number

Complete Entries Checked By: MSloan CN Title: 11/5/01 Date:

IENT Boyd Carlton

PATIENT CODE

ROOM NO.

BED

FACILITY CODE

# EDICATION DMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg 1 p.o. TID c food 12/1/01 – 12/14/01 x 14 days | 6A | B | B | B | B | B | B | B | B | B | B | B | B | B | B | | | | | | | | | | | | | | | | | |
| | 12N | B | B | B | B | B | B | B | B | B | B | B | B | B | SD | | | | | | | | | | | | | | | | | |
| | 6P | B | B | B | B | B | B | B | B | B | B | HP | BD | BD | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 12/1/01 THROUGH 12/31/01

ysician Dr Taylor

. Physician

Telephone Number

Alt. Telephone

Inmate No. 208921

ergies NKA

Rehabilitative Potential

agnosis

dicaid Number | Medicare Number | Complete Entries Checked By: B Rebnell | Title: LPN | Date:

TIENT Boyd Courtney | PATIENT CODE 208921 | ROOM NO. | BED | FACILITY CODE Stafrd

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12–30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 400 mg TID × 7d - 9-26-01 — 10-1-01 | 6A | B | X | X | | | | | | | | | |
| | 12N | B | X | X | | | | | | | | | |
| | 6P | B | X | X | | | | | | | | | |
| PenVK 500mg ÷ TID × 7days 10/3/01 — 10/10/01 | 6A | | | | B | D | D | D | D | D | D | D | |
| | 12N | | | | SD | D | D | D | D | SD | | | |
| | 6P | | | | B | B | D | D | B | R | | | |
| Motrin 800mg ÷ TID × 5days 10/3/01 — 10/8/01 | 6A | | | | D | D | D | D | D | | | | |
| | 12N | | | | SD | | | | | | | | |
| | 6P | | | | B | B | D | D | | | | | |

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR 10-1-01 THROUGH 10-31-01

Physician Mims

Telephone Number

Inmate No.

Physician

Alt. Telephone

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: Title: Date:

PATIENT Bond Courtney

PATIENT CODE 108971 | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

NaphCare

SCC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 400mg TID X7d | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | > | [illegible] | [illegible] | [illegible] | [illegible] |
| 9-26-01 — ~~9-30-01~~ 10-1-01 | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | > | [illegible] | [illegible] | [illegible] | [illegible] |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | > | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ͺRTING FOR 9-1-01 THROUGH 9-30-01

ͺician Miers

ͺPhysician

ͺgies NKA

Telephone Number

Alt. Telephone

Inmate No.

Rehabilitative Potential

ͺis

ͺaid Number

Medicare Number

Complete Entries Checked

By:

Title:

Date:

ͺENT [illegible]

PATIENT CODE

ROOM NO.

BED

FACILITY CODE