# EDICATION
# DMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800mg TID ×7d prn pain  8-7-01 — 8-14-01 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 800mg TID ×5d  8/15-8/19/01 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pen VK 500mg TID ×7day  8/15-8/21 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

TARTING FOR  8-1-01    THROUGH  8-31-01

hysician  Mines

. Physician

ergies  N/KA

| Telephone Number | | Inmate No. |
|---|---|---|
| Alt. Telephone | | |
| Rehabilitative Potential | | |

dicaid Number | Medicare Number | Complete Entries Checked | By:

 gnosis

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

Title:    Date:

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg
po tid x 5d

7/26 — 7/31/01   Mies

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

STARTING FOR  7·1·01     THROUGH  7·30·01

Physician     Mies

Physician

Allergies     NKA

Diagnosis

| Telephone Number | Inmate No. |
|---|---|
| Alt. Telephone | 20831 |
| Rehabilitative Potential | |

Medicaid Number     Medicare Number     Complete Entries Checked

By  KMerade     Title  CU     Date  7/28/01

PATIENT     Broad. Courtner.

PATIENT CODE     ROOM NO.     BED     FACILITY CODE

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg po TID c food x 10 d  7/26/01 - 6/7/01 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR  6/1/01   THROUGH  6/30/01

Physician  Taylor

Physician

Allergies  NKA

Diagnosis

Telephone No.
Alt. Telephone

Rehabilitative
Potential

Inmate No.  208921-ST

Medicaid Number   Medicare Number   Complete Entries Checked
By:  B. Brooklyn        Title:        Date: 5/27/01

PATIENT   PATIENT CODE   ROOM NO.   BED  FACILITY CODE

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Motrin 800mg po now*
*& po prn X 48°*

*5/12/01 - 5/13/01      Taylor*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

STARTING FOR *5/12/01*       THROUGH *5/31/01*

Physician *Taylor*

Physician

Allergies

| Telephone No. | | Inmate No. |
|---|---|---|
| Alt. Telephone | | |
| Rehabilitative Potential | | |

| Medicaid Number | Medicare Number | Complete Entries Checked | | | | |
|---|---|---|---|---|---|---|
| | | By *N Wardofen* | Title: *LN* | Date: *5/13/0* |

PATIENT *Board Countney*

| PATIENT CODE | ROOM NO. | BED | FACILITY |
|---|---|---|---|
| *208951* | | | *SCC* |

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg PO TID c̄ Food X 10d AS 5/26/01 - 6/4/01 Taylor | 6 2 6 | | | | | | | | | | | | | | | | | | | | | X | X | X | X | X | X | X | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR **5/26/01**   THROUGH **5/3/01**

Physician **TAYLOR**

Physician

Allergies **NKA**

Diagnosis

| Telephone No. | | Inmate No. |
|---|---|---|
| Alt. Telephone | | **208921-51** |
| Rehabilitative Potential | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: | | |
|---|---|---|---|---|
| PATIENT | | PATIENT CODE | ROOM NO. | BED | Date: |

MEDICATION ADMINISTRATION RECORD

SR#13343

CC#:

MONTH 02/01/2001

Facility: 2   0430-B   DRAPER HEALTH CARE UNIT

| DRUG · DOSE MODE · INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORAL PROPRANOLOL 20MG TAB (INDERAL) TAKE 1 TAB TWICE DAILY FOR 30 DAYS #3893460 START:01/08/2001 STOP: 02/07/2001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES:

NO KNOWN ALLERGIES.

DOB/INMATE #: 208921

LOCATION: 0430-B MAIN

NAME: BOYD, COURTNEY

CMS # 3150 REV 8/98

# MEDICATION ADMINISTRATION RECORD

**CC#:** 8504   **MONTH** Jan 01

**Facility:** Draper   SCL

**DRUG - DOSE MODE - INTERVAL**

Inderal 20mg bid x30 day

1/8/01   2/8/01

**ALLERGIES:** NKA

**DOB/INMATE #:** 20-8921

**LOCATION:**

**NAME:** Boyd, Courtney

CORRECTIONAL MEDICAL SERVICES

CMS #3150 REV 8/98

# MEDICATION ADMINISTRATION RECORD

**Facility:** Draper

**CC#:** _____

**MONTH** Dec

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prednisone 40mg PO x10d 11·29 — 12·09·00 De Tube | ✓ | | A | A | A | A | A | A | A Dont | | | | | | | | | | | | | | | | | | | | | | | | |
| A.F. Ox. B.I.D (KOP) X 10d. 11·29 — 12·09·00 De Tube | ✓ | | K given 12-9-00 D dme | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGIES: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| NKA. | 12·11·81 | 208921 | Boyd, Courtney |

CORRECTIONAL MEDICAL SERVICE

# MEDICATION ADMINISTRATION RECORD

**Facility:** Diapex

**CC#:** 

**MONTH** Nov

| DRUG · DOSE MODE · INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prednisone 20mg Tab × 1 tab 11-29 → 12-09-00 A.F. Dr. B. D[KOP] × 10 da 11-29—12-09-00 Dr. Hube | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | X | X | X | |

**ALLERGIES:** NKA

**DOB/INMATE #:** 12-11-81

**LOCATION:** 208981

**NAME:** Boyd, Corey

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

MEDICATION ADMINISTRATION RECORD

CC#: _____    MONTH _____

**Facility:** _____

| DRUG - DOSE MODE - INTERVAL | INT | HR |
|---|---|---|
| Motrin 800 TID x 7 days 9/14/0 - 9/21/0 | | 8a 2p 6p |

**ALLERGIES:** NKDA

**DOB/INMATE #:** 208521

**LOCATION:** _____

**NAME:** _____

CMS # 3150 REV 8/98

CORRECTIONAL MEDICAL SERVICES

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |
|      |      |       |           |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|----------------------------------------|------|-----|-----|----------|
| Boyd, Courtney | 208 921 | 20 19 | B/M | Bibb Staton |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/13/01 | | S " Doing ok " | |
| | | O M GED. Immature style w/ bright | |
| | | affect. No Thought disurder. Health has | |
| | | improved. | |
| | | A MH Code NMC | |
| | | P RTC prn. Reminded how to access | |
| | | MH services. | |
| | | O. Mullian MD | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Boyd, Courtney | 208 921 | 21 26 16 | B/M | Bibb Station |

F-61

**NaphCare**

# Release of Information Authorization

Boyd, Courtney                    #208921 /
Name of Inmate                                    Inmate ID Number/Date of Birth

Dr. Ogumbi / Davis                    23 April 2002
Facility Releasing Information                    Date

Montgomery, Alabama

Fax: 2699777

---

I hereby give my consent to NAPHCARE, INC. and the above named facility to release the following information from my medical record to the facility/provider listed below:

☑ Records related to treatment of _Pertaining to heart Problems_
   from _1980s_ to _present_

☑ Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

☑ Admission Reports        ☑ Discharge Reports        ☑ Operative Summary Reports

☑ X-Ray Reports        ☑ Special Studies Reports        ☑ Laboratory Reports

○ Immunization History        ☑ Mental Health Reports        ○ Psychiatric Summary Report

○ Drug Treatment History and Counseling

☑ Other Records _If "NO RECORDS FOUND" PLEASE FAX._

_THANK - YOU._

---

STATON HEALTH CARE UNIT
P.O. BOX 56                                    Medical Records (334) 567-1521
Facility Releasing Information

Elmore, Al. 36025                              Fax #    (334) 567-1538

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of the person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of _90 DAYS_ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release NAPHCARE, INC. and the facility from any liability which may result from such release of information.

Courtney Boyd 208921                    5-8-02
Inmate Signature                          fax/temp 4-23-02
                                          Date

SS# ▓▓▓▓▓▓▓▓                          Cou: Sheila Hall M
                                          Witness

STATON HEALTH CARE UNIT
P. O. BOX 56
ELMORE, AL 36025

FAXED
4/24/02



# EXTENDED ARM PHYSICIANS, INC.

1725 W. Fourth Street, Montgomery, AL 36106

(334) 262-2071

*DOCTORS OF INTERNAL MEDICINE – BOARD CERTIFIED*

*LEON N. DAVIS, M.D.*

*ADEDOYIN DOSUNMU-OGUNBI, M. D.*

*D.LIVRO L. BEAUCHAMP, M.D.*

## RECORD OF INFORMATION RELEASED

Patient Record Released        COURTNEY BOYD 12/11/81

Record Released To:        STATION HEALTH CARE UNIT

P O BOX 56

ELMORE AL 36025

Date Released:        04/30/02

Record Released By:    DARRELL SUMMERLIN

The enclosed documents are the property of Extended Arm Physicians, Inc. and are confidential and legally privileged. They may contain medical information protected by Federal and Alabama Law. They are for your agency's use only and may not be redisclosed to any other party without the expressed written consent of the patient.

☐ Consultation Notes:        ☐ Medical Bills

☐ Lab        ☐ Treatment

☐ X - Ray Reports:        ☒ Other        EKG

Photocopy/Abstract/Record Search FEE: $        NO CHARGE

**NaphCare**

## Release of Information Authorization

Boyd, Courtney #208921 /

Name of Inmate                                    Inmate ID Number/Date of Birth

Dr. Ogumbi / Davis

Facility Releasing Information

Montgomery, Alabama                              23 April 2002

                                                 Date

Fax: 2699777

I hereby give my consent to NAPHCARE, INC. and the above named facility to release the following information from my medical record to the facility/provider listed below:

☑ Records related to treatment of _Pertaining to heart problems_

   from __1980s___ to __present___

☑ Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

☑ Admission Reports          ☑ Discharge Reports          ☑ Operative Summary Reports

☑ X-Ray Reports              ☑ Special Studies Reports    ☑ Laboratory Reports

◯ Immunization History       ☑ Mental Health Reports      ◯ Psychiatric Summary Report

◯ Drug Treatment History and Counseling

☑ Other Records _If "NO RECORDS FOUND" PLEASE FAX._

                                                    THANK-YOU.

---

STATON HEALTH CARE UNIT
P.O. BOX 56                          Medical Records (334) 567-1521

Facility Releasing Information

    Elmore, Al. 36025               Fax #  (334) 567-1538

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of the person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of ___90 DAYS___ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release NAPHCARE, INC. and the facility from any liability which may result from such release of information.

Courtney Boyd  208921                    4-23-07

Inmate Signature                         Date

SS#                                      Cou Sheila Hale M

                                         Witness

**STATON HEALTH CARE UNIT**
**P. O. BOX 56**
**ELMORE, AL 36025**

Release of Information Authorization



Name: BOYD COURTNEY
ID:
Date: 09/03/98    Time: 12:07
Age: 16    Sex: MALE
Hgt: 66 IN    Wgt: 152 LBS
Med1:
Med2:
Cc11:
Cc12:
Cmnt:

Vent rate: 58

--Durations--
P: 98
QRS: 84

--Intervals--
PR: 152
QT: 374
QTc: 371

--Axes--
P: 76
QRS: 88
T: 60

SUMMARY:

SINUS BRADYCARDIA
THIS REPORT ACKNOWLEDGES PATIENT'S AGE BUT CAREFUL REVIEW
IS ADVISED
EARLY REPOLARIZATION
BORDERLINE NORMAL

** UNCONFIRMED ANALYSIS **



Name: BOYD COURTNEY
ID:
Date: 09/03/98    Time: 12:04
Age: 16    Sex: MALE
Hgt: 66 IN    Wgt: 152 LBS
Med1:
Med2:
Cc11:
Cc12:
Cmnt:

Vent rate:    58

--Durations--
P:    98
QRS:    84

--Intervals--
PR:    152
QT:    370
QTc:    367

--Axes--
P:    76
QRS:    90
T:    65

SINUS BRADYCARDIA
POSSIBLY EARLY REPOLARIZATION

BORDERLINE NORMAL

THIS REPORT ACKNOWLEDGES PATIENT'S AGE BUT CAREFUL REVIEW
IS ADVISED

SUMMARY:

** UNCONFIRMED ANALYSIS **



# Release of Information Authorization

*Boyd Courtney*                                      *208921*
Name of Inmate                                  Inmate ID Number/Date of Birth

*State Youth Facility*                           *8/29/01*
Facility Releasing Information                   Date

---

I hereby give my consent to NAPHCARE, INC. and the above named facility to release the following information from my medical record to the facility/provider listed below:

○ Records related to treatment of_____
   from_____to_____.

○ Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

○ Admission Reports        ○ Discharge Reports        ○ Operative Summary Reports

○ X-Ray Reports            ○ Special Studies Reports   ○ Laboratory Reports

○ Immunization History     ○ Mental Health Reports     ○ Psychiatric Summary Report

○ Drug Treatment History and Counseling

○ Other Records _____

_____

_____

---

Facility Releasing Information _____

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of the person to whom it pertains.

---

understand this authorization shall remain in full force and effect for the period of _____ from oday's date unless withdrawn in writing by me.

sign this willingly, and I release NAPHCARE, INC. and the facility from any liability which may result from such .lease of information.

_____          *8/29/01*
nmate Signature                          Date

*A.H. Smith, RN*
/itness                                  _____
                                         Witness

elease of Information Authorization

**NaphCare**

# Department of Corrections
## Emergency/_____ Treatment Record
(Other)

| | | | |
|---|---|---|---|
| Date 4-12-01 | Time 8 AM/**PM** | Facility SCC ☐ SIR ☐ PDL ☐ Escapee ☐ _____ | ☐ Emergency ☑ Other |

Allergies  NKA

**Condition on Admission**
☐ Good ☐ Fair ☐ Poor ☐ Shock ☐ Hemorrhage ☐ Coma

**Vital Signs:**
Temp 98.2 (Oral) Rectal    Resp. 20    Pulse 78    B/P 98 / 78

Recheck if Systolic < 100 > 50 _____

| Nature of Injury or Illness | Abrasions /// | Contusion # | Burn X X | Fracture Z Z | Laceration/ Sutures |
|---|---|---|---|---|---|

Nature of Injury or Illness

8 - "My heart is hurting"
"I go through this all the
time" - States he has a
heart condition "

Physical Examination

⊘ Ambulating in HCU
c/o heart hurting heart
sounds RR wnl ⊘ SOB ⊘
diaphoresis noted ⊘ H/A

A- Alteration in comfort

Orders, Medication, etc.

P-1) Motrin OTC 600mg as needed
2) RTC if problem persists

Diagnosis

Instructions to Patient

Motrin OTC

| | | | |
|---|---|---|---|
| Release/Transfer Date 4/12/01 | Time 8 AM/PM | Release/Transfer Date ☐ Doc ☐ Ambulance | Condition on Discharge ☑ Satisfactory ☐ Fair ☐ Poor ☐ Critical |
| Nurse's Signature S. Mullen LPN | Date 4-12-01 | Physician's Signature MD Date 4/13/01 | Consultation |
| Patient's Name (Last, First, Middle) Boyd Courtney | Age | Date of Birth | R/S | AIS # 208921 |

Original - Medical Record    Yellow - Transfer Agent

Dept. of Corrections – Emergency/Other Treatment Record

NC041

CRRECTIONAL MEDICAL SERVICES
## RELEASE OF RESPONSIBILITY

**Boyd, Courtney**
Name of Inmate

**2|14|01**
Date

**208921** ▓▓▓▓▓
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_Inmate refused to have CBC + DF done as ordered per MD._

I acknowledge that I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless CORRECTIONAL MEDICAL SERVICES, its employees and agents from all responsibility and ill effect which may result from this action.

_Courtney Boyd_
Inmate Signature

**2|14|01   840/A**
Date/Time

_Sdavie Lpn_
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

# L PARTMENT OF CORREC NS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 7/9/01 | TIME 10³⁰ AM (PM) | FACILITY _DCC_  ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

**ALLERGIES** NKDA

**CONDITION ON ADMISSION**
☐ GOOD  ☒ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

**VITAL SIGNS: TEMP** 100.5 ⊙ORAL/RECTAL auxial  **RESP.** 20  **PULSE** 92  **B/P** 128 /72
then 101.6 oral
**RECHECK IF SYSTOLIC < 100 > 50**

**NATURE OF INJURY OR ILLNESS**

S° My chest started hurting
real bad in middle & lasted
about 5 minute. Have
only drank about 1 cup of
water

7° HCU ē COI Riley

**PHYSICAL EXAMINATION**

O. Brought to HCU by X3
Officers physically ↓ fainting
on the yard. Resp. easy
Lungs clear to auscultation
skin hot & dry to touch.
Shaking all over noted upon
entrance to HCU & × within
5 minute the shaking had
stopped. Very relaxed & state

| | ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE ᶻ Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

feels better just eyes hurting – PERLA – throat &
ears slight pink. up to ER ē cough noted –
non productive. refused to have IV started – jumping &
jerking around stating he's allergic to needles – instructed ↑ fluid
10⁵⁵ beep to Dr. Taylor & 11¹⁰ – returned ē orders

1) Tylenol 250mg ᵗᵗⁱ given po + then Tylenol 250mg ⁱⁱ po T/ O X5 days pm
2) run IV D5½NS then if okay release – if not onto MOU – refused
3) CBC & CXR Monday

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

force fluids – drink, drink, drink, Tylenol prn p.c.

| RELEASE/TRANSFER DATE 2/9/01 | TIME 11 AM PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE N Woolfox | DATE 7/9/01 | PHYSICIAN'S SIGNATURE | DATE 2/11/01 | CONSULTATION N/A |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Braud, Courtney | AGE 19 | DATE OF BIRTH ▓▓▓▓ | R/S Bm | AIS # 208921 |
|---|---|---|---|---|

CORRECTIONAL MEDICAL SERVICES
RELEASE OF RESPONSIBILITY

*Boyd, Courtney*
Name of Inmate

*2/9/01*
Date

*208921*
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

*of having and IV started to help*
*with Dehydration with ↑ Temp*

I acknowledge that I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless CORRECTIONAL MEDICAL SERVICES, its employees and agents from all responsibility and ill effect which may result from this action.

*Courtney Boyd*
Inmate Signature

*2-9-01-208921*
Date/Time

*E. D. Riley COI*
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 1-05-01 | TIME 230 AM/(PM) | FACILITY DCC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96' (ORAL)/RECTAL   RESP. 20   PULSE 96   B/P 110/62   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- "I have heart trouble"
"my heart picks up real fast
every day."

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- Ambulated to HCU c/o heart
trouble - S̄ SOB noted   HR wnl
ō c/o pain   EKG showed to be
normal from last 2 tests   S̄
diaphoresis   skin color wnl   S̄
c/o dizziness   S̄ N/V - States he
has hx of heart problems.
S̄ acute distress noted

**ORDERS, MEDICATION, etc.**

A- Alteration in comfort
P- MD to review

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Return to camp c̄ DOC officer

| RELEASE/TRANSFER DATE 1 /05 /01 | TIME 250 AM/(PM) | RELEASE/TRANSFERRED TO DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE 1/7/01 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 19 | DATE OF BIRTH | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

F-15

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 1/1/01 | TIME 2:10 AM/PM | FACILITY DCC | ☐ EMERGENCY |
|---|---|---|---|
| | | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☑ OTHER |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 96° (ORAL) RECTAL    RESP. 18    PULSE 60    B/P 110/70    RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S) I am having chest pains and the Lt side of my chest is real sore.

**PHYSICAL EXAMINATION**

O) Brought to HCU by Officers Harris, Ambr 5 difficult. Alert & Orient x3. Resp at ease. Skin W/D to touch. No C/o pain to Lt side of chest. Very tender to touch. No S/Sx noted. Denies pain elsewhere. A lot of laughing noted. Lungs clear. No distress. Heart RR.

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

P) MD recommendation. Inmate education sheet given

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 1/1/01 | TIME 2:35 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 1/1/01 | PHYSICIAN'S SIGNATURE | DATE 1/7/01 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 19 | DATE OF BIRTH ████ | R/S B/m | AIS # 203921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 12/7/00 | TIME 10¹⁰ AM PM | FACILITY _Draper_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |

**ALLERGIES** NKA

| CONDITION ON ADMISSION |
| ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 97⁶ ORAL RECTAL RESP. 20 PULSE 65 B/P 120/80 RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S - "My chest has been hurting since @ 9 am this morning" @

O - Ambulatory to HCU skin warm et dry resp @ ease heart RRR O₂ sat 98% SPR flow 230 denies N/V vital signs wnl

**PHYSICAL EXAMINATION**

@ ear excessive wax noted (R) ear normal denies radiating arm pain back @ muscle spasms

A - Alteration in comfort

P - Return prn

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |



**ORDERS, MEDICATION, etc.**   Chest X-ray   12/08/00   MCaw   1155

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 12 7 100 | TIME 10¹⁵ AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE W Smith LPN | DATE 12/7/00 | PHYSICIAN'S SIGNATURE | DATE 12 8 00 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Proud, Courtney | AGE 18 | DATE OF BIRTH ▬▬▬ | R/S B/M | AIS # 208921 |

Date of Ref.

09/01/00    Dr. menber

Patient Status ☐ ☑ L

Date of Onset

Clinical Diagnosis

Peak flow X3

Date of Surgery

AREA OF TREATMENT (CIRCLE)

PROGRESS NOTES:

9/4   9/5 , 9/6

9/4 No Show — Smillian Jr

9-16-00    JJ per cme    ?

RECORD OF TREATMENT

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|-------|
| Sept | X | X | X | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

Last Name                                Fret

Boyd, Courtney                          B/A 208921

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _SHCU_ _____ TREATMENT RECORD
(OTHER)

| DATE 9-11-00 | TIME ☐ AM ☐ PM | FACILITY _DRAPER_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☒ OTHER |

**ALLERGIES** _NKDA_

**CONDITION ON ADMISSION** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _97.6_ ORAL RECTAL  RESP. _20_  PULSE _84_  B/P _110 166_  RECHECK IF SYSTOLIC < 100 > 50

**NATURE OF INJURY OR ILLNESS**

Working on farm dude swung @ me — hit my neck and my back and (L) hand — Its paining bad.

**PHYSICAL EXAMINATION**

(L) thumb sl cut & swollen &

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

alteration in comfort

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**
refer physician

**INSTRUCTIONS TO PATIENT**
ice to swelling

| RELEASE/TRANSFER DATE 9 / 11 /00 | TIME ☐ AM ☒ PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ _____ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE cmchildslpn | DATE 9-11-00 | PHYSICIAN'S SIGNATURE | DATE 9/13/00 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) BOYD  Courtney | AGE 18 | DATE OF BIRTH | B/M | AIS # 208921 |

F-15

ORIGINAL MEDICAL RECORD YELLOW TRANSFER AGENT

# ☐ PARTMENT OF CORRECT  NS

## EMERGENCY/_____ *SNCZ* _____ TREATMENT RECORD
### (OTHER)

| DATE 09/05/00 | TIME 1:05 ☐AM ☐PM | FACILITY *DCC* ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** *Needles*

**CONDITION ON ADMISSION** ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96.4 (ORAL) RECTAL   RESP. 20   PULSE 88   B/P 120/80   RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S C/O being Hit on Left thigh
c̄ Sling blade.

O A 5cm. redden area Left thigh
No Swelling noted. Rom
not impaired. pedal pulse +
No bluish discoloration
of Skin.

A Alteration in Comfort

**ORDERS, MEDICATION, etc.**

P None

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** P+C PRN

| RELEASE/TRANSFER DATE 09 05 00 | TIME 1:20 ☐AM ☐PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M Clain | DATE 9/5/00 | PHYSICIAN'S SIGNATURE | DATE 9/5/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Cortney | AGE | DATE OF BIRTH ▮▮▮▮▮ | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _SICU_ TREATMENT RECORD
(OTHER)

| DATE 08/31/00 | TIME 9 32 AM/PM | FACILITY _DOC_ ☐ SIR ☐ PDL ☐ ESCAPEE ____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** _Needles_

**CONDITION ON ADMISSION** ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP _98_ ☐ ORAL ☐ RECTAL   RESP. _20_   PULSE _68_   B/P _120/70_   **RECHECK IF SYSTOLIC** ____ < 100 > 50

**NATURE OF INJURY OR ILLNESS**

S c/o breathing problem & knots
kicking up in my stomach
States "it happens when I
run around" States "I have
heart trouble

**PHYSICAL EXAMINATION**

O No knots seen in sides
No muscle spasm's @
present Nail beds pink
radial pulse (+). No resp.
distress. Resp @ ease
A Alteration in comfort

| | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

P MD to review for med / Appoint

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 08 / 31 / 00 | TIME 940 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE _McLain_ | DATE 8/31/00 | PHYSICIAN'S SIGNATURE | DATE 9/1/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Carl | AGE 18 | DATE OF BIRTH | R/S B/M | AIS # 208421 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ ~~SHA~~ SHCU TREATMENT RECORD
(OTHER)

| DATE 6-28-00 | TIME 155 AM PM | FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98-3 ORAL RECTAL   RESP. 20   PULSE 84   B/P 02 1(00)   RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S. My hand is locked - I can't go back on that farm left handed -

O. S/o L/hand locked - Holding thumb in hand c̄ fingers curved.

A. Alteration in comfort.

ORDERS, MEDICATION, etc.

P. Placed hand on table - flattened - fingers easily moved - manipulated all fingers + thumbs. Able to make fist. No tx needed.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 6 /28/00 | TIME AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE R Mays Rn | DATE 6/28/00 | PHYSICIAN'S SIGNATURE | DATE 7/5/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 18 | DATE OF BIRTH ▓▓▓▓ | R/S B | AIS # 208921 |
|---|---|---|---|---|

DEPARTMENT OF CORRECTIONS

EMERGENCY/ _SHCU_ TREATMENT RECORD
(OTHER)

| DATE 6-22-00 | TIME 2:10 (AM) PM | FACILITY DRAPER ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☒ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES NKDA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96.8 ORAL/RECTAL   RESP. _____   PULSE 82   B/P 90/70   RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS BROUGHT OVER BY FARM DOCTOR OFFICER | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S  "I've got heart trouble — my heart rate picked up too fast and I can't breathe — I see spots in front of my eyes — my arms & legs go numb and my throat hurts" "My records are in Div. Div. of State of Ala Montg"

O  (R) arm & (R) leg espec today my whole body. Ambulated to Health Care Unit — no unusual distress noted — strength Bilateral good.

A  alteration in comfort
P

ORDERS, MEDICATION, etc.

MD to review — return to clinic if problem persists.

DIAGNOSIS

INSTRUCTIONS TO PATIENT
advised to sign up for sick call

| RELEASE/TRANSFER DATE 6 22 100 | TIME 2:20 (AM) PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE cmchilds lpn | DATE 6-22-00 | PHYSICIAN'S SIGNATURE | DATE 6/22/0 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) BOYD — Courtney | AGE | DATE OF BIRTH | R/S | AIS # 208921 |
|---|---|---|---|---|

F-15

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

### EMERGENCY/ _SICU_ _____ TREATMENT RECORD
(OTHER)

| DATE 06/21/00 | TIME 9²⁵ AM/PM | FACILITY _D.C.C_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98⁹_ (ORAL) RECTAL   RESP. _20_   PULSE _80_   B/P _110  180_   RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S Stales "When I get angry my Heart rate escalates & I pass out & can't remember. States "I want to know why I'm here"

PHYSICAL EXAMINATION

O Uncooperative for pupil reaction States light hurts eyes) Apical rate 100 Lungs Clear No bruises or Abrasions noted.

A Alteration in Comfort

ORDERS, MEDICATION, etc.

1. EKG done

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 06 21 00 | TIME 09⁴⁰ AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE _M Allen R_ | DATE 6/21/00 | PHYSICIAN'S SIGNATURE | DATE 6/21 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Cartness | AGE 18 | DATE OF BIRTH | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

DEPARTMENT OF CORRECTIONS

EMERGENCY/ _SHC 4_ TREATMENT RECORD
(OTHER)

| DATE 05/08/00 | TIME 8⁰⁰ AM PM | FACILITY _PCC_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _96⁸_ (ORAL) RECTAL    RESP. _24_    PULSE _80_    B/P _112  178_    RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S/ c/o pain Left Side of Chest
(Sharp) for last Couple
of Days. "Do not Hurt when
I breathe." Comes & goes
States Has had this problem in
Co. Jail & @ Kilby.

PHYSICAL EXAMINATION

O Apical rate 80 Regular
Lungs Clear. Lift's wt is
Resp c ease.

A Alteration in Comfort

ORDERS, MEDICATION, etc.

P. EKG

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 5  108  100 | TIME 8¹⁰ AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ _____ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE _MMclain_ | DATE 5/08/00 | PHYSICIAN'S SIGNATURE _Sam Houser MD_ | DATE/ 5/8/00 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Smith Courtney | AGE 18 | DATE OF BIRTH ████████ | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

DCC

# MONTGOMERY COUNTY DETENTION
# FACILITY MEDICAL SUMMARY

Inmate's Name: *Boyd Courtney*                  Inmate's # *74828*

DOB: ~~_____~~                    Sex ☑Male ☐Female    Race *Blk*

Chronic Problems: *Reports he has a heart condition*
*Last EKG 3/9/00  WNL*

Acute Medical Problems: *S/P Head Trauma 3/13/00 - Laceration*
*to ① side of head - Refused treatment @*
*Hospital.*

Allergies: _____

| Medications | Dosage | Frequency |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

Labs: _____

Mental Health: _____

Suicide Attempts: *Threaten Suicide  8/3/99  Eval by M.H.*

Follow up appts:    Where *N/A*    Date_____    Time_____

Where *N/A*    Date_____    Time_____

*✓Boardie RN*          *3/12/00*
**Nurse**                **Date**

CORRECTIONAL MEDICAL SYSTEMS

## INMATE FOOD SERVICE WORKER CLEARANCE

**MEDICAL RECORD REVIEW:**

|  | Yes | No |
|---|---|---|
| Past history of hepatitis: | ☐ | ☑ |
| TB test current: | ☑ | ☐ |
| TB test negative: | ☑ | ☐ |

If history of positive TB test, verified completed treatment: _____ (Date)

**PHYSICAL ASSESSMENT:**

|  | Yes | No |
|---|---|---|
| Open sores or rashes on hands, arms, face and neck: | ☐ | ☑ |
| Has diarrhea: | ☐ | ☑ |
| Has a cough: | ☐ | ☑ |
| Lungs clear to auscultation: | ☑ | ☐ |
| Signs and symptoms of other contagious diseases: | ☐ | ☑ |

Specify _____

This inmate's Medical Record has been reviewed and he/she has been examined:

☑ He/she **IS** medically cleared for duty as a food service worker.
☐ He/she **IS NOT** medically cleared for duty as a food service worker.

Signature _____    Date 8/3/01

NAME: Boyd, Courtney     ID#/DOB: 208921     LOCATION: DCC

# CORRECTIONAL MEDICAL SERVICES
## CONSENT TO TREATMENT FORM

Boyd Courtney

**Name of Inmate**

3/20/00

**Date**

208921

**Inmate ID Number / Date of Birth**

I hereby give my consent to Correctional Medical Services, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Services.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Services, its employees and agents from any and all liability which may arise from this action.

Courtney Boyd

**Inmate Signature**

3/20/00

**Date**

**Witness**

Rita M Bryant LPN

**Witness**

cms/01

# CMS
## CORRECTIONAL
## MEDICAL SERVICES

## WHAT YOU NEED TO KNOW ABOUT TETANUS

Tetanus, sometimes called lockjaw, is a very serious disease that can occur after a cut or wound lets the germ into the body.  Tetanus makes a person unable to open his or her mouth or swallow, and causes serious muscle spasms.  People with tetanus usually have to stay in the hospital for along time.  In the United States, tetanus kills 3 out of every 10 people who get the disease.  Since 1975, only 50 to 90 cases of tetanus have been reported each year.

Tetanus vaccines cause few problems.  They may cause mild fever or soreness, swelling, and redness where the shot was given.  These problems usually last for 1 to 2 days.

There is a rare chance that other serious problems or even death could occur after getting Tetanus. Such problems could happen after taking any medicine or after receiving any vaccine.

I have read the above information regarding Tetanus injections and understand about possible side effects.

Inmate Signature/AIS#

Date 3/30/00

Witness Connaught

Manufacturer 727/AC

Lot#

Administered By

CMS02

# RECEIVING SCREENING FORM

**INMATE'S NAME:** _Boyd, Courtney_    **DATE:** 3/17/00   **TIME:** 8:37 Am

**DOB:** ▓▓▓▓▓▓   **OFFICER:** A. Gibson   **INSTITUTION:** KILBY

## RECEIVING OFFICER'S VISUAL OPINION

| | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?   ✓

This inmate was    _____  a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_Anthony D. Gibson_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

## DEPARTMENT OF CORRECTIONS

EMERGENCY/ _____ (OTHER) _____ TREATMENT RECORD

☐ EMERGENCY
☑ OTHER

| DATE 2/25/02 | TIME 740 AM/PM | FACILITY _Stato_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ |
|---|---|---|

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

ALLERGIES _NKA_

VITAL SIGNS: TEMP 95.8 ORAL/RECTAL 958  RESP. 22  PULSE 88  B/P 100/60  RECHECK IF SYSTOLIC <100 > 50

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z | LACERATION/ SUTURES |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

① I see bats color in pants my legs & I think my pressure is up.
I have migraine

PHYSICAL EXAMINATION

① ambulated to station, running around & playing, no distress noted

① Malingering
② No treatment needed at this time

ORDERS, MEDICATION, etc.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 2/25/02 | TIME 250 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ _Stato_ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 2/25/02 | PHYSICIAN'S SIGNATURE | DATE 2-26-02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 20 | DATE OF BIRTH | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ ___SHCU___ TREATMENT RECORD
(OTHER)

| DATE 2/22/02 | TIME 8:10 AM/PM | FACILITY Staton ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97.3  ORAL/RECTAL  RESP. 18  PULSE 76  B/P 118/78  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S  C/o pain to ® knee area still just startem hurting.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- Amb to HCU hopping on ℗ leg. skin up to touch ℗ open areas noted ℗ edema noted. Amb's diff early today pedal + popliteal pulse present ℗ soft tissue swelling noted ℗ abnormalities noted.

**ORDERS, MEDICATION, etc.**

A. Alteration in Comfort.

P. ① Apply warm compresses prn ② ctc prn for dis comfort

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 2/22/02 | TIME AM/PM | RELEASE/TRANSFERRED TO ☑ DOC Staton ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 2/22/02 | PHYSICIAN'S SIGNATURE B. Hilboe CRNP | DATE 2-25-02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Powell, Courtney | AGE 20 | DATE OF BIRTH | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 1/28/02 | TIME 8:00 PM AM/PM | FACILITY _Staton_  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES  N/KA

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99.2 ORAL/RECTAL   RESP. 20   PULSE 86   B/P 90/60   RECHECK IF SYSTOLIC <100 > 50

147# 5'8"

**NATURE OF INJURY OR ILLNESS**

S) I cant handle urine + squat Pearl source Sunday + dont drink a lot, water

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O) am belated to S/H en 5 ossis
when attempt to catheterize
inmate Saginaw a released
Responsibility. Inmate apply to
being no distress no ABD distress,
noted a no specific problems
Stated

A) Alteration in comfort

**ORDERS, MEDICATION, etc.**

P) Sign up for sick call if problem recurs + he wants to sign up for treatment

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 1/28/02 | TIME 8 AM/PM | RELEASE/TRANSFERRED TO SCC  ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 1/28/02 | PHYSICIAN'S SIGNATURE | DATE 1/29/02 | CONSULTATION 0800 |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Breed Courtney | AGE 20 | DATE OF BIRTH | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _SHCU_ TREATMENT RECORD
(OTHER)

| DATE 1-26-02 | TIME 8:10 AM (PM) | FACILITY _SCC_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |

ALLERGIES _NKA_

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _97-8_ ORAL/RECTAL    RESP. _20_    PULSE _84_    B/P _110/170_    RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |

S. My Kidneys hurt - (Holds
↑ stomach as point of pain)
My head hurts - I bumped
my head - I got a knot
in my stomach. I fell out
in the chapel.

_144 lbs_

PHYSICAL EXAMINATION

O. Knot R/side forehead. No
abd pain. Uncooperative for
exam - won't allow abd.
palpations. More concerned
about med. jacket from Boot
Camp than discussing problem
now. States Sgt gave him
2 motrins - tried to use
bathroom & couldn't. Last used bathroom 4° ago - B.M.

ORDERS, MEDICATION, etc.
Brought over 4 inmates -

A. Alteration in comfort

P. Able to talk & argue now. A&O X 3 -
No tx needed -
Sign sick call if pain persist -
Liquid diet x 24° -
Dr to review chart -

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 1 26 02 | TIME 8:25 AM (PM) | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE A Mays Rn | DATE 1/26/02 | PHYSICIAN'S SIGNATURE _____ | DATE 1/28/02 | CONSULTATION (Dr.) |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 20 | DATE OF BIRTH ▮▮▮▮▮ | R/S B | AIS # 208921 |

ORIGINAL MEDICAL RECORD, YELLOW - TRANSFER AGENT



# Release of Responsibility

Boyd Courtney                                           1/28/02  8⁰⁰ pm
_Name of Inmate_                                        _Date & Time_

208921  ▓▓▓▓▓▓▓                                        12 1/28/02
_Inmate ID Number / Date of Birth_                     _Date & Time_

hereby refuse to accept the following treatment/recommendations:

I will not let you run a tube upon me to draw
my blood.

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involve
n refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect
vhich may result from this action.

Courtney Boyd 208921                                   1/28/02  8/28 8¹² p
_Inmate Signature_                                     _Date & Time_

Marion Slappulen
_Witness_

he aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

_____
_Witness_

_____
_Witness_

_____
_Date & Time_

Release of Responsibility

NC

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ SHCU TREATMENT RECORD
### (OTHER)

| DATE 01/16/02 | TIME 0840 AM ☐ PM | FACILITY Stabn ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.9 ☐ ORAL ☐ RECTAL  RESP. 20  PULSE 88  B/P 110/60  RECHECK IF SYSTOLIC < 100 > 50

NATURE OF INJURY OR ILLNESS

S' The pain is shooting through my heart. It feels clogged up. I feel nausea

O- Ambulated to HCU c̄ assist, mucous

PHYSICAL EXAMINATION
membranes pink, no SOB, V/S WNL lungs clear per auscultation, cap. refill < 3 seconds, c/o pain on top of L arm that goes down arm, c/o heart feeling clogged up, very talkative, NAD @ this

A- Alteration in Comfort

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

ORDERS, MEDICATION, etc.

P- No tx needed
S.C. PRN
RTC PRN

DIAGNOSIS

INSTRUCTIONS TO PATIENT
RTC PRN

| RELEASE/TRANSFER DATE 1/16/02 | TIME 8 ☑ AM ☐ PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ Statn | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE E. Ellis, RN | DATE/ 1/16/02 | PHYSICIAN'S SIGNATURE H Say MMD | DATE 1/17/02 | CONSULTATION/ N/A |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 20 | DATE OF BIRTH | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

**EMERGENCY/** _SHCU_ (OTHER) **TREATMENT RECORD**

| DATE 12/30/01 | TIME AM/PM | FACILITY _STATON_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _97.6_ ORAL/RECTAL   RESP. _____ PULSE _78_ B/P _98/68_ RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

Ⓑ My heart has been fluttering off and on for about 30 min

Escorted by officer Norman

**PHYSICAL EXAMINATION**

Ⓐ Ambulatory s difficulty — v/s WNL — Pulse 78 c RRR O2 sat 98% — Talking cheerfully c this writer and officer No distress noted — denies chest pain, SOB, radiating pain

Ⓐ Alteration in comfort

**ORDERS, MEDICATION, etc.**

Ⓟ M.D. review

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 12/30/01 | TIME AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE B Beck LPN | DATE 12/30/01 | PHYSICIAN'S SIGNATURE | DATE 12/31/01 1030 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 20 | DATE OF BIRTH ▮▮▮▮ | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

## DEPARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 11/29/01 | TIME 307 AM/PM | FACILITY _SCC_ □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY □ OTHER |
|---|---|---|---|

ALLERGIES _NKDA_ wt

CONDITION ON ADMISSION
☒ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP _97.2_ (ORAL/RECTAL)  RESP. _18_  PULSE _64_  B/P _96/82_  RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

Ŝ teching sharp pain
real swollen by heart

20 HCU c Sgt Wardein

PHYSICAL EXAMINATION
O- Ambulation to Hall
holding ① breast huffing +
puffing as if in discomfort
NAD on state tenderness
when ① breast palpated
O redness or discoloration
noted. Apical rate 80
reg Ŝ Body chart



ORDERS, MEDICATION, etc.
P. RTC prn - MD to review

DIAGNOSIS

INSTRUCTIONS TO PATIENT
RTC prn

| RELEASE/TRANSFER DATE 11/09/01 | TIME 3¹² AM/PM | RELEASE/TRANSFERRED TO ☒ DOC ☒ AMBULANCE □ | CONDITION ON DISCHARGE ☒ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE N Wardein Rn | DATE 11/29/01 | PHYSICIAN'S SIGNATURE | DATE 11/30/01 | CONSULTATION N/A |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 19 | DATE OF BIRTH ▓▓▓▓ | R/S bm | AIS # 208927 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 11/5/01   730   TIME  AM/PM | FACILITY _S CC_   ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY  ☐ OTHER |
|---|---|---|

ALLERGIES  N/KA

| CONDITION ON ADMISSION |
|---|
| ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98  ORAL  RECTAL  RESP 20
O₂ Sat 99   PULSE 94  B/P 100/50   RECHECK IF SYSTOLIC ___ <100 > 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|

© My chest is hurting. I have a
Ball problem. B/c you dont like
me. Serious. I have a knot on
my head. I fell down. my back
hurt

**PHYSICAL EXAMINATION**

Inmate was observed lying on floor
after officials had fallen out. Inmate
refused to get off floor saying he
could not. Was put into 3 tanker.
Hypoventilating small crush
abrasion noted now © Fore head.
This area was already there @ SCC
before exam. Inmate responded
to ammonia caps. But refused to sit up + walk. helped to
ER by Loffrey. PEARL. V/S were Normal limits.
Naprosy 0.50 m PO BID X5 - r/o pr Dr taylor

**ORDERS, MEDICATION etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE  11/15/01  800  TIME AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ ___  S CC | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|

NURSE'S SIGNATURE  m5(pq)   DATE 11/5/01

PHYSICIAN'S SIGNATURE  ___ MD   DATE 11/6/11  CONSULTATION 1345

PATIENT'S NAME (LAST, FIRST, MIDDLE)  Boyd, _____   AGE   DATE OF BIRTH

**_PARTMENT OF CORRECT NS_**

EMERGENCY/ _SHCU_ _____ TREATMENT RECORD
(OTHER)

| DATE 11/6/01 | TIME 850 AM/PM | FACILITY _Staton_ ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES**

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97⁵  ORAL / RECTAL  RESP. 20  PULSE 100  B/P 110/78  RECHECK IF SYSTOLIC _____ < 100 > 50
O2 SAT 100%

**NATURE OF INJURY OR ILLNESS**

S - "My chest keeps on hurting me"

O - No injury seen nor voiced

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

A - Body chart per DOC "chart request"

P - Return to DOC c̄ officer

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**
Body Chart

**INSTRUCTIONS TO PATIENT**
RTC as needed

| RELEASE/TRANSFER DATE 11/6/01 | TIME 85⁵ AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE BKernell | DATE | PHYSICIAN'S SIGNATURE B Sayi MMD | DATE 11/6/01 | CONSULTATION 0930 |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 19 | DATE OF BIRTH ▓▓▓▓ | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

NC 941                                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

RE:        **MEDICAL NON-COMPLIANCE**

DATE:    10/11/01

INMATE Boyd, Courtney          AIS# 208921    IS BEING
BROUGHT TO YOUR ATTENTION FOR THE FOLLOWING REASON (S):

1) _____ Repeatedly signing up for sick call and fails to show.

2) _____ Has not followed medical advice regarding health problems.

3) ✓_____ Non-Compliant in taking prescribed medication.

4) _____ Excessive sick call requests.

5) _____ Refused part/all of physical examination.

6) _____ Did not show for scheduled appointment.

YOUR ASSISTANCE IN ADVISING THE INMATE OF THE IMPORTANCE OF
COMPLYING WITH THE MEDICAL ADVICE AND MEETING HIS
RESPONSIBILITIES FOR HIS HEALTH CARE IS VERY MUCH
APPRECIATED.

THANK YOU FOR YOUR COOPERATION.        DOC Notified



# Release of Responsibility

Boyd, Courtney

Name of Inmate

10/02/01 – AM

Date & Time

208921

Inmate ID Number / Date of Birth

Date & Time

I hereby refuse to accept the following treatment/recommendations:

Thyroid Panel with TSH – # 7444

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Inmate Signature

10/02/01 – 9⁰⁶ AM

Date & Time

Witness

The aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

Witness

Witness

Date & Time