DEPARTMENT OF CORRECTION

EMERGENCY/___*SHCU*___ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY ___SCC___ | □ EMERGENCY |
| 9-27-01 | 8:40 AM/PM | □ SIR  □ PDL  □ ESCAPEE □ ___ | □ OTHER |

CONDITION ON ADMISSION
□ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

ALLERGIES *NKA 99.5*

VITAL SIGNS: TEMP. *98/60*  ORAL  RECTAL  RESP. *20*    PULSE *76*  B/P *90/60*

RECHECK IF SYSTOLIC *O₂ Sat 9-7* %
< 100 > 50

NATURE OF INJURY OR ILLNESS

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

S. *Heart fluttering + my left side is going numb and I want to see a Dr. was lifting weights.*

*Wt 137*

PHYSICAL EXAMINATION

O. *Ambulates c̄ no problem. HR regular c̄ skips or flutters - cap. refill < 3 sec - blanches well - Pulse in R̄ foot + - c/o R̄/arm numb - In no apparent real distress - Very somatic - c/o co-pay - Argumentative - c/o food @ chow hall - c/o no meds - Many complaints - States intent to sue for 80 thousand dollars -*

ORDERS, MEDICATION, etc.

A. *Alteration in comfort*
P. *Refer chart to Dr. for complaints*

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME AM PM | RELEASE/TRANSFERRED TO □ DOC  □ AMBULANCE  □ | CONDITION ON DISCHARGE |
| 9/27/01 | | | □ SATISFACTORY  □ POOR  □ FAIR  □ CRITICAL |

NURSE'S SIGNATURE *R. Mays Rn* | DATE *9/27/01* | PHYSICIAN'S SIGNATURE | DATE *9/29/01 (TSW)* | CONSULTATION

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
| | 19 | | B | 208921 |

## DEPARTMENT OF CORRECTIONS
### EMERGENCY/ _SHCU_ TREATMENT RECORD
(OTHER)

| DATE 9-8-01 | TIME 655 AM PM | FACILITY _SCC_  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

ALLERGIES _NKA_

VITAL SIGNS: TEMP _98⁶_ ORAL RECTAL    RESP. _16_    PULSE _68_  B/P _100 158_  RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

Heart be fluttering + clogged up.

PHYSICAL EXAMINATION

VS wnl - ∅ diaphoresis
No N/V - ∅ s/s cardiac
problems.

**ORDERS, MEDICATION, etc.**

A - Alteration in Comfort -

P - No tx necessary -

(Referred to Mental Health for complaints)

DIAGNOSIS _Reba_

INSTRUCTIONS TO PATIENT  Return if needed

| RELEASE/TRANSFER DATE 9/8/01 | TIME 2 AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  R Mays Rn | DATE 9/8/01 | PHYSICIAN'S SIGNATURE  BF Jay MWD | DATE 9/10/01 | CONSULTATION ☐ 1604 |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 18 | DATE OF BIRTH | R/S B | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 8/29/01 | TIME AM PM | FACILITY Staton ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES  N/CA

CONDITION ON ADMISSION  ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐

VITAL SIGNS: TEMP. 97° ORAL RECTAL   RESP. 20   PULSE 84   B/P 120/80   RECHECK IF SYSTOLIC _____ <100 > 50

WT 180

| NATURE OF INJURY OR ILLNESS | | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURE |
|---|---|---|---|---|---|---|

S- My chest hurts (from under my (L) arm to the middle of my chest

O- Alert skin warm, dry, lungs clear, O₂ sat 98% peak flow 350 denies N/V (numbness) normal lab

**PHYSICAL EXAMINATION**

exam no acute distress

A- Alteration in comfort

P- MD to Review

ORDERS, MEDICATION, etc.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 8/29/01 | TIME 1220 AM PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE WH Smith LPN | DATE 8/29/01 | PHYSICIAN'S SIGNATURE | DATE 8/29/01 | CONSULTATION (3 w) |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 19 | DATE OF BIRTH | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

DEPARTMENT OF CORRECTIONS

EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 8/19/01 | TIME 8:08 AM/PM | FACILITY SCC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION
☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.6  (ORAL) RECTAL  RESP. 16  PULSE 76  B/P 126/82  RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

S.) "My heart is hurting"

| ABRASION/// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

PHYSICAL EXAMINATION

O) Enter H Cu per stretcher
v/s wdl  Resp c ease
Lying on stretcher eye closed
NAD  Hx of C/o heart
problem Ø evidence of cardiac problems
A+ 0 x 3  skin wd to touch
A) Alteration in comfort

ORDERS, MEDICATION, etc.

P) RTC PRN
2) Bed rest for remainder of day

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 8/19/01 | TIME 8:30 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ _____ SCC | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 8/19/01 | PHYSICIAN'S SIGNATURE | DATE 8/20/01 | CONSULTATION (0830) |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 19 | DATE OF BIRTH | R/S BM | AIS # 208921 |



# Release of Responsibility

_Boyd Courtney_                          Date _5/6/01_
Name of Inmate

_208921_
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

_Sick Call_

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

_Courtney Boyd 20521_                    _B Such Cpn_
Inmate Signature                         Witness

_5/6/01_
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.


Witness                                  Date / Time


Witness

**NaphCare**

# Department of Corrections
## Emergency/ _SHCU_ Treatment Record
(Other)

| Date 8-9-01 | Time 9 45 ☑ AM ☐ PM | Facility _SCC_ ☐ SIR ☐ PDL ☐ Escapee ☐ | | ☐ Emergency ☐ Other |
|---|---|---|---|---|
| Allergies | | Condition on Admission ☐ Good ☐ Fair ☐ Poor ☐ Shock ☐ Hemorrhage ☐ Coma | | |

**Vital Signs:**
Temp 98.5 Oral/Rectal    Resp. 20    Pulse 76    B/P 110/70    Recheck if Systolic < 100 > 50    99% O₂

| Nature of Injury or Illness | Abrasions /// | Contusion # | Burn X/X | Fracture Z/Z | Laceration/ Sutures |
|---|---|---|---|---|---|

I can't breathe -

**Physical Examination**

All V/S normal -
HR reg + steady - Pulse
not pounding - NAD -
Chest Clear - Lungs Clear
all fields - Skin W+D
to touch

Alteration in Comfort

**Orders, Medication, etc.**

Release to DOC - NO tx needed

**Diagnosis**

**Instructions to Patient**

| Release/Transfer Date 8 / 9 / 01 | Time 955 ☑ AM ☐ PM | Release/Transfer Date ☐ Doc ☐ Ambulance | Condition on Discharge ☐ Satisfactory ☐ Poor ☐ Fair ☐ Critical |
|---|---|---|---|
| Nurse's Signature R Mann RN | Date 8/9/01 | Physician's Signature B Bayn MD | Date 8/10/01 | Consultation (1200) |

| Patient's Name (Last, First, Middle) Boyd Courtney | Age 19 | Date of Birth ▓▓▓▓ | R/S B | AIS # 208921 |
|---|---|---|---|---|

Original - Medical Record     Yellow - Transfer Agent

**NaphCare**

# Department of Corrections
## Emergency/ _SHCU_ (Other) Treatment Record

| Date 8/5/01 | Time 11 39 ☑PM AM | Facility _SCC_ ☐SIR ☐PDL ☐Escapee ☐____ | ☐Emergency ☑Other |
|---|---|---|---|

Allergies: _NKA_

**Condition on Admission** ☑Good ☐Fair ☐Poor ☐Shock ☐Hemorrhage ☐Coma

**Vital Signs:** Temp 97.9 (Oral)/Rectal  Resp. 24  Pulse 98  B/P 110/80  Recheck if Systolic < 100 > 50 ____

**Nature of Injury or Illness:** ③ c/o Chest Pain
"Heart fluttering" "I'm dying"

Abrasions /// | Contusion # | Burn X X | Fracture Z Z | Laceration/ Sutur

**Physical Examination:** ① to HCU via stretcher – clutching ④ side of chest – Agitated – hyperventilating – thrashing around on stretcher – V/S WNL – lungs clear – Cap refill 3 sec – responded to instruction to calm down and slow breathing rate Hx Many episodes similar to this All EKG's Normal – Had psych Consult before 101 – ② Alteration in Comfort, mental status @ this time

**Orders, Medication, etc.:** ① M.D. Review

**Diagnosis:**

**Instructions to Patient:**

| Release/Transfer Date / / | Time 1145 ☑PM AM | Release/Transfer Date ☑Doc ☐Ambulance ☐ | Condition on Discharge ☑Satisfactory ☐Poor ☐Fair ☐Critical |
|---|---|---|---|

| Nurse's Signature | Date 8/5/01 | Physician's Signature | Date 8/6/01 | Consultation (TOO) |
|---|---|---|---|---|

| Patient's Name (Last, First, Middle) Boyd Courtney | Age 19 | Date of Birth ____ | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

Original - Medical Record    Yellow - Transfer Agent

**Dept. of Corrections – Emergency/Other Treatment Record**

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _SHCU_ TREATMENT RECORD
(OTHER)

| DATE 8/5/01 | TIME 8:00p AM/PM | FACILITY _Staton_ □ SIR □ PDL □ ESCAPEE □ _____ | □ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

**VITAL SIGNS:** TEMP 98.0 ORAL/RECTAL  RESP. 20.  PULSE 78  B/P 104/60  RECHECK IF SYSTOLIC <100 > 50

O₂ stat 98%

**NATURE OF INJURY OR ILLNESS**

S. Chest. hurting keeps fluttering

|  | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O. Amb to SHCU resp. c ease
Skin wp to touch p diaphoretic
lung clear bilaterally
cap refill < 3 sec has
Hx of chronic comp lacits
of chest pains c̄ EKG Hx today
88 apical pulse. c/o tooth ache
c/o nausea p vomiting EKG done
7/18/01, 7/20/01, 5/13/01, 1/10/01 NAD/A

**ORDERS, MEDICATION, etc.**

A. Alteration in comfort.

P. 1) M.D. to Review.
2) RTC meds PRN for pain
3) error

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 08/05/01 | TIME 8:12 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC □ AMBULANCE □ _Staton_ | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE | DATE 8/5/01 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 19 | DATE OF BIRTH | R/S Blm | AIS # |
|---|---|---|---|---|

## ...ARTMENT OF CORRECTI...S

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 7/28/01 | TIME 6:35 AM/PM | FACILITY *Stata* ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES *NKA*

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98² ORAL RECTAL ___ RESP. 20 ___ PULSE 70 B/P 120/80 RECHECK IF SYSTOLIC <100 > 50

Wt 142

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S - "I have a toothache"

O - Alert, skin warm et dry
lungs clear heart RRR
Rotten tooth noted (R) side
back small amt bleeding
c̄ swelling

**PHYSICAL EXAMINATION**

A - Alterature in comfort

P - Sign ↑ for Dentist

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 7/28/01 | TIME 6:40 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE *C. Hall-Smith RN* DATE 7/28/01 | PHYSICIAN'S SIGNATURE *RD M MD* DATE 7/31/01 | CONSULTATION (3W) |
|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) *Board, Courtney* | AGE 19 | DATE OF BIRTH ▓▓▓▓ | R/S B/M | AIS # 208921 |
|---|---|---|---|---|



# Release of Responsibility

Boyd, Courtney                          7-26-01
Name of Inmate                          Date

208921
Inmate ID Number/Date of Birth

hereby refuse to accept the following treatment / recommendations:

refuseing dental treatmnt

_____

_____

acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc,, its employees and agents from all responsibility and ill effect which may result from this action.

Courtney Byrd - 208921              ✗ Run  COT
Inmate Signature                        Witness

7-26-01
Date / Time

he aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign his form.

_____    _____
Witness                              Date / Time

_____
Witness

Release of Responsibility

**NaphCare**

# Department of Corrections
## Emergency/ _SHCU_ Treatment Record
(Other)

| Date 7-16-01 | Time 2 40 PM (AM/PM) | Facility _SCC_ ☐ SIR ☐ PDL ☐ Escapee ☐ | ☐ Emergency ☐ Other |
|---|---|---|---|

Allergies: NKA

Condition on Admission: ☐ Good ☐ Fair ☐ Poor ☐ Shock ☐ Hemorrhage ☐ Coma

Vital Signs: Temp 97.1 Oral Rectal   Resp. 20   Pulse 76   B/P 94/54   Recheck if Systolic < 100 > 50

Nature of Injury or Illness: My heart is fluttering—

| Abrasions /// | Contusion # | Burn X/X | Fracture Z/Z | Laceration/ Sutures |

Physical Examination: Heart rate regular + strong & skips & rapid beats. Lungs clear all fields.

Alteration in Comfort —

Orders, Medication, etc.: No tx needed —

Diagnosis:

Instructions to Patient:

| Release/Transfer Date / / | Time AM PM | Release/Transfer Date ☐ Doc ☐ Ambulance ☐ | Condition on Discharge ☐ Satisfactory ☐ Poor ☐ Fair ☐ Critical |

Nurse's Signature: [signature]   Date 7/16/01
Physician's Signature: [signature]   Date 7/18/01 (100V)
Consultation:

Patient's Name (Last, First, Middle): Boyd Courtney   Age 19   Date of Birth ___   R/S B   AIS # 208921

Original - Medical Record    Yellow - Transfer Agent

Dept. of Corrections — Emergency/Other Treatment Record

## D.  ARTMENT OF CORRECTIO  )

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 7/15/01 | TIME 10⁴⁰ AM (PM) | FACILITY scc | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|
| | | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _____ | |

| ALLERGIES NKA | Wt H 140 | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 99.1 (ORAL) RECTAL   RESP. 18   PULSE 84 B/P 100/60   RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

5" Heart fluttering,
ring finger cousing numb
both legs hurting + numb
x 2 days"

To HCU c̄ , CO I Rollins

PHYSICAL EXAMINATION
O- Ambulatory to HCU s̄
distress noted. Resp c̄
ease. Skin warm + dry
to touch. Pulse reg -
local reg + strong
Walking hall c̄ difficult
then when came in started
limping. Equal bilateral
grips. Old scars noted to legs, good pulses to legs + feet

ORDERS, MEDICATION, etc.

A alteration in comfort

P. MD to review for poss 4x

DIAGNOSIS

INSTRUCTIONS TO PATIENT
RTC PRN

| RELEASE/TRANSFER/DATE 7/15/01 | TIME 10⁵⁰ AM (PM) | ☒ RELEASED/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE W Wurdgen RN | DATE 7/15/01 | PHYSICIAN'S SIGNATURE R. .... MD | DATE 7/16/01 | CONSULTATION (low) N/A |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Bound Courtney | AGE 19 | DATE OF BIRTH ▓▓▓▓ | R/S bn | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS
## EMERGENCY _SHU_ (OTHER) TREATMENT RECORD

| DATE 7/5/01 | TIME 6:45 AM (PM) | FACILITY _Staton_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ EMERGENCY ☐ OTHER |

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 98.2 ORAL/RECTAL  RESP. 20  O2 Stats 98%  PULSE 98%  B/P 106/72  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**
S Cant breath.

| ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**
1. Amb to SHCU skin W/D to touch. respt ease. fussing about this bu Ob. Laughing. O SOB noted. O2 stats 98% peak flow 350. chronic complainer. O diaphoresis opposin tagor CRP refill 2-3 sec. WNL.

**ORDERS, MEDICATION, etc.**
A. Alteration in Comfort

P. Return to HCU Sick Call PRN

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 7/05/01 | TIME 6:55 AM (PM) | RELEASE/TRANSFERRED TO ☒ DOC Staton ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE [signature] DATE 7/5/01 | PHYSICIAN'S SIGNATURE M. Bell CRNP DATE 1/00  07/06/01 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 19 | DATE OF BIRTH ███ | R/S Bm | AIS # 208921 |

ORIGINAL- MEDICAL RECORD-YELLOW- TRANSFER AGENT

# DE ARTMENT OF CORRECTIO ;

## EMERGENCY/_____ SHCU _____ TREATMENT RECORD
(OTHER)

| DATE 7/5/01 | TIME 1:55 AM/PM | FACILITY Stat[o]n ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 98.6 ORAL/RECTAL RESP. 20 PULSE 98 B/P 100/72
O2 97%
**RECHECK IF SYSTOLIC** < 100 > 50

**NATURE OF INJURY OR ILLNESS**

S. Having chest pain
and dizzy

|  | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O. Amb to SHCU skin 40
to torah resp c ease.
PERRLA V/S WNL. diorts on
farm, cap refill L3 sec
good skin turger. No
distress noted

A. alteration in comfort.

**ORDERS, MEDICATION, etc.**

P.) 1 po fluids
2. Return to sick call PRN

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 07/06/01 | TIME 2:03 AM/PM | RELEASE/TRANSFERRED TO ☑DOC Stat[o]n ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE [signature] | DATE 7/6/01 | PHYSICIAN'S SIGNATURE M. Bell CRNP | DATE 07/06/01 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Crestnen | AGE 19 | DATE OF BIRTH ___ | R/S BM | AIS # 208921 |
|---|---|---|---|---|

## DE..ARTMENT OF CORRECTIO..;
### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 6/16/01 | TIME 10 45 AM/PM | FACILITY _SCC_  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _97.8_ ORAL/RECTAL  RESP. _20_  PULSE _70_  B/P _100/66_  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

(S) "Heart vibrating c̄ a sharp pain"
@ 11 30/AM — symptoms "came and went
all day" — "saw red and green dots"
denies inspiratory/expiratory pain or
pain on movement —
vague and rambling c̄ complaints

Created by officer Jones

**PHYSICAL EXAMINATION**

(O) Ambulatory s̄ difficulty — bright affect.
smiling when first entered exam room —
NON — Skin w/d — pulse 70 RRR —
lungs clear — resp c̄ ease — Cap
refill < 3 su — See Notes 5/18/01
10:55 c/o "heart vibrating" at this time.
Pulse remains 70 RRR — resp c̄ ease
(A) potential alteration in comfort

**ORDERS, MEDICATION, etc.**

(P) M.D. Renew

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 6/16/01 | TIME 11 00 AM/PM | RELEASED/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: B Buck Lew   DATE 6/16/01   PHYSICIAN'S SIGNATURE ... 6/26/01   DATE   CONSULTATION 1000

PATIENT'S NAME (LAST, FIRST, MIDDLE)   AGE 19   DATE OF BIRTH   R/S   AIS #

**NaphCare**

# Department of Corrections
## Emergency/_____ Treatment Record
(Other)

| Date 5/28/01 | Time 5:05 ☑PM | Facility S CC  ☐SIR ☐PDL ☐Escapee ☐ | ☐Emergency ☐Other |
|---|---|---|---|

Allergies: NKA

Condition on Admission: ☑Good ☐Fair ☐Poor ☐Shock ☐Hemorrhage ☐Coma

Vital Signs: Temp 98.0 Oral/Rectal  Resp. 16  Pulse 76  B/P 106/84  Recheck if Systolic <100 >50 _____

**Nature of Injury or Illness**

S: "I got a sharp pain shooting through my heart and it makes my body parts hurt + I have migraines"

Abrasions /// | Contusion # | Burn X | Fracture Z | Laceration/ Sutures

**Physical Examination**

O: Ambulates to HCU. NAD
V/S WNL  walks around Exam area laugh + talking with officers + fellow inmates

A) Body chart per D.O.C.

**Orders, Medication, etc.**

1) RTC PRN
2) Report to sick if problem persist

**Diagnosis**

**Instructions to Patient**

| Release/Transfer Date 5/28/01 | Time 5:15 ☑PM | Release/Transfer Date ☑Doc ☐Ambulance  S cc | Condition on Discharge ☑Satisfactory ☐Fair ☐Poor ☐Critical |
|---|---|---|---|

Nurse's Signature: (illegible) LPN  Date 5/28/01

Physician's Signature | Date | Consultation

| Patient's Name: Boyd, Courtney | Age 19 | Date of Birth | R/S BM | AIS # 208921 |

Original - Medical Record    Yellow - Transfer Agent

**NaphCare**

# Department of Corrections
## Emergency/_____ Treatment Record
(Other)

| Date 5/24/01 | Time 11:45 AM (PM) | Facility ACC ☐ SIR ☐ PDL ☐ Escapee ☐ | | ☐ Emergency ☒ Other |
|---|---|---|---|---|

**Allergies** NKA

**Condition on Admission**
☒ Good  ☐ Fair  ☐ Poor  ☐ Shock  ☐ Hemorrhage  ☐ Coma

**Vital Signs:** Temp 96 (Oral) Rectal  Resp. 18  Pulse 70  B/P 130/67  Recheck if Systolic < 100 > 50 _____

**Nature of Injury or Illness** | Abrasions /// | Contusion # | Burn XX | Fracture Z/Z | Laceration/ Sutures

S) My chest, back, legs and everything hurts. I even got a migraine headache which I have had for three days now.



**Physical Examination**

O) Brought to SHU by Officer. Saying unable to difficult. Alert & oriented x3. Able to D to touch. No SOB. No swelling or discoloration noted to back. No tenderness noted when palpated. Good ROM and alignment. No swelling or discoloration noted to legs. (note) upon leaving ER PERRLA

**Orders, Medication, etc.**

P) MD to review.

**Diagnosis**

**Instructions to Patient**

| Release/Transfer Date 5/24/01 | Time 12:00 AM PM | Release/Transfer Date ☐ Doc ☐ Ambulance ☐ | Condition on Discharge ☐ Satisfactory ☐ Fair ☐ Poor ☐ Critical |
|---|---|---|---|

| Nurse's Signature | Date 5/24/01 | Physician's Signature RD Day MD | Date 5/25/01 | Consultation (y/n) |
|---|---|---|---|---|

**Patient's Name (Last, First, Middle)** Boyd, Curtis Constance | **Age** 19 | **Date of Birth** _____ | **R/S** B/M | **AIS #** 208921

**NaphCare**

# Department of Corrections
## Emergency/_____ Treatment Record
(Other)

| Date 5/29/01 | Time 12⁵⁵ AM/PM | Facility SCC ☐ SIR ☐ PDL ☐ Escapee ☐ | ☐ Emergency ☑ Other |
|---|---|---|---|

| Allergies NKA | Condition on Admission ☑ Good ☐ Fair ☐ Poor ☐ Shock ☐ Hemorrhage ☐ Coma |
|---|---|

Vital Signs: Temp 96⁷ (Oral) Rectal  Resp. 17  Pulse 34 Reg 96, 60  BP  Recheck if Systolic < 100 > 50 _____

| Nature of Injury or Illness | | Abrasions /// | Contusion # | Burn X/X | Fracture Z/Z | Laceration/ Sutures |
|---|---|---|---|---|---|---|

S) My heart is hurting when I cough my heart skips more. Why is that

[anatomical body diagrams — front and back]

Physical Examination

O) Brought to SCC by Officer. Wearing amply & difficult. Alert & orient X3. Resp ___ eval. ___ HR reg. Skin warm & dry to touch. ___ in no notes. Laughing & ___ what is going on ē him NAD N

A) body chart

Orders, Medication, etc.

P. none

Diagnosis

Instructions to Patient   MD to review

| Release/Transfer Date 5/29/01 | Time 13 AM/PM | Release/Transfer Date ☐ Doc ☐ Ambulance ☐ | Condition on Discharge ☐ Satisfactory ☐ Poor ☐ Fair ☐ Critical |
|---|---|---|---|

| Nurse's Signature | Date 5/29/01 | Physician's Signature | Date | Consultation |
|---|---|---|---|---|

| Patient's Name (Last, First, Middle) Boyd, Courtney | Age 14 | Date of Birth | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

Original - Medical Record    Yellow - Transfer Agent

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _____ SCC | ☐ EMERGENCY |
|---|---|---|---|
| 6-9-01 | 710 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _____ | ☐ OTHER |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

VITAL SIGNS: TEMP ___ (ORAL/RECTAL)  RESP. 20  PULSE ___  B/P 102+72  RECHECK IF SYSTOLIC ___ <100> 50

NATURE OF INJURY OR ILLNESS

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S - I was shaving my face
and cut my thumb on
the razor

PHYSICAL EXAMINATION

O - Ambulated to HCU
č Superficial cut to Right
Thumb č Bleeding

A - Alteration in Comfort

ORDERS, MEDICATION, etc.

P - 1) Clean č Betadine Bandaid to area

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Keep clean/dry

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☐ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 6 019 | 101 715 AM/PM | ☐ AMBULANCE ☐ | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| A Miller RN | 6-9-01 | R Jason MD | 6/11/01 | RW |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS #208921 |
|---|---|---|---|---|
| | 101 | | | |

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 5/18/01 | TIME 10 30 AM/PM | FACILITY Staton ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99⁰ (ORAL) RECTAL    RESP. 20    PULSE 84    B/P 106/70    RECHECK IF SYSTOLIC <100> 50 _____

| NATURE OF INJURY OR ILLNESS | | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

5" "My heart been hurting for about 1 hour, my bowels hurt too."

O- Ambulated to HCU ō arrest escort per Lt. Smith. No SOB, No N/V, skin WD to touch, C/O

PHYSICAL EXAMINATION

tenderness to (L) side area, V/S WNL, capillary refill < 3 seconds, mucous membranes pink.

A- Alteration in Comfort

ORDERS, MEDICATION, etc.

P- Per Protocol - Eval per M. Bell, CRNP
S.C. PRN
RTC PRN

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

RTC PRN

| RELEASE/TRANSFER DATE 5 / 18 / 01 | TIME AM/PM | RELEASE/TRANSFERRED TO SCC ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE E. Ellis RN | DATE 5/18/01 | PHYSICIAN'S SIGNATURE m. Bell CRNP | DATE 05/18/01 | CONSULTATION N/A |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| | | |
|---|---|---|
| DATE 5/12/01 | TIME 11:17 (PM) | FACILITY SCC □ SIR □ PDL □ ESCAPEE □ _____ |

□ EMERGENCY
☒ OTHER

ALLERGIES NKDA

CONDITION ON ADMISSION
□ GOOD ☒ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 90.5 (ORAL/RECTAL)  RESP. 18-28  PULSE 70-98  B/P 120/180  RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|

S⁻ "My heart is hurting. They called this afternoon but got told to wait & come later

PHYSICAL EXAMINATION
Ø- Brought to HCU on stretcher holding his chest mid area. Resp ↑ & ↓, pulse ↑ & ↓. Lungs clear to auscultation. Officers state was walking & passed out. Stand still to dreams & door. Times will breath fast & hold chest then relaxes & breathing

ORDERS, MEDICATION, etc.
gets labels O2 Sat 99% Apical rate reg. Skin warm & dry to touch
A- alteration in comfort
P- p.c. to Dr. Taylor give Motrin 800mg now - gave @ 11:45 pm & 800mg po prn x48° 23° observation in HCU

DIAGNOSIS

INSTRUCTIONS TO PATIENT

RELEASE/TRANSFER DATE 5/12/01  TIME 11:50 PM  RELEASE/TRANSFERRED TO ☒ DOC □ AMBULANCE  to HCU  CONDITION ON DISCHARGE ☒ SATISFACTORY □ FAIR □ POOR □ CRITICAL

NURSE'S SIGNATURE _____ 5/12/01  PHYSICIAN'S SIGNATURE _____ MO 5/16/01 (3w)  CONSULTATION N/A

PATIENT'S NAME (LAST, FIRST, MIDDLE) _____ AGE 19  DATE OF BIRTH _____ R/S BM  AIS # 208921



# Department of Corrections
## Emergency/ _SACU_ Treatment Record
(Other)

| Date 3/21/01 | Time 9:22 ☑AM ☐PM | Facility _DCC_ ☐ SIR ☐ PDL ☐ Escapee ☐ | | ☐ Emergency ☐ Other |
|---|---|---|---|---|

| Allergies NKA | Condition on Admission ☑Good ☐ Fair ☐ Poor ☐ Shock ☐ Hemorrhage ☐ Coma |
|---|---|

Vital Signs: Temp _____ (Oral) Rectal  Resp. 20  Pulse 88  B/P 110/60  Wt 142  Recheck if Systolic < 100 > 50

| Nature of Injury or Illness | Abrasions /// | Contusion # | Burn X/X | Fracture Z/Z | Laceration/ Sutures |
|---|---|---|---|---|---|

**Nature of Injury or Illness**

S. body check for seg placement

**Physical Examination**

NO scratches bruises or abrasions noted on body
Full R.o.m.

A. NON

**Orders, Medication, etc.**

P. NO R

**Diagnosis**

**Instructions to Patient**

None

| Release/Transfer Date 03/21/01 | Time 9:30 ☐AM ☑PM | Release/Transfer Date Seg | ☑Doc ☐ Ambulance ☐ | Condition on Discharge ☑ Satisfactory ☐ Fair ☐ Poor ☐ Critical |
|---|---|---|---|---|

| Nurse's Signature M.Clem L | Date | Physician's Signature B. Saylin MMD 3/21/01 (1150) | Date | Consultation |
|---|---|---|---|---|

| Patient's Name (Last, First, Middle) Boyd, Courtney | Age 19 | Date of Birth | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

Original - Medical Record    Yellow - Transfer Agent

## DEPARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 4/5/01 | TIME 1 20 AM/PM | FACILITY Staton □ SIR □ PDL □ ESCAPEE □ | □ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES N/A

CONDITION ON ADMISSION: ☒ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 98.4 (ORAL/RECTAL)  RESP. 20  PULSE 84  B/P 120/76  RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S- "Aint hurt no where I fell out over at the camp".

O- Ambulated to HCU, c̄ assist. No injury noted nor stated @ this time. Body Chart requested per D.O.C. pupils equal & reactive @ 8mm.

PHYSICAL EXAMINATION

A- Body Chart (Neg)

ORDERS, MEDICATION, etc.

P- No tx needed

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 4 5 01 | TIME 1 30 AM/PM | RELEASE/TRANSFERRED TO Staton ☒ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☒ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE E. Ellis, RN | DATE 4/5/01 | PHYSICIAN'S SIGNATURE Per Protocol | DATE 4/5/01 | CONSULTATION N/A |
|---|---|---|---|---|

PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS #

# D[ ]RTMENT OF CORRECTIO[ ]S

EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 4/28/01 | TIME 8:10 AM/PM | FACILITY Staton Corr. Fac. ☐ SIR ☐ PDL ☐ ESCAPEE ☑ INMATE | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

ALLERGIES NKA

VITAL SIGNS: TEMP 96.6 ORAL/RECTAL  RESP. 18  PULSE 76 Apical  B/P 120/72  RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

Ⓢ "Pain is going through my heart + I'm seeing colorful dots like green yellow + blue + it coming back up" c̄ nausea @ times

**PHYSICAL EXAMINATION**

Ⓞ Alert + oriented X3. Skin w/o to touch + color WNL. Resp even + unlabored ano noted. SOB or dyspnea. No noted S/S of I/D. Gait steady. Heart rate + rhythm regular. Lungs clear. Vital signs stable. No noted facial grimacing or S/S of acute distress. Pt smiling + verbal

**ORDERS, MEDICATION, etc.**

Ⓐ Alteration in comfort
Ⓟ Advised to take OTC Tylenol/Advil PRN for pain. Follow up on sick call if S/S persist or get worse. + RTC c̄ N/V dizziness SOB develop. MD to review above complaints for poss tx

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 4/28/01 | TIME 8:25 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE T. McMillan | DATE 4/28/01 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 18 | DATE OF BIRTH | R/S BM | AIS # 208921 |
|---|---|---|---|---|

# NaphCare

## Treatment Request and Record

| ...uest | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 12/17/02 | | ○ IP   ○ OP | |

| ...ical Diagnosis | Date of Onset |
|---|---|
| Apply warm compress to Chin G day x 5 days | |
| | Date of Surgery |

| Area of Treatment (Circle) | Progress Notes |
|---|---|

Progress Notes:

12/8/02 - No show - Q. King LPN
12/9/02 - Tx done. K. ... RN
12-16-02 - Tx done. raised area
@ chin decreasing. ... RN
12/11/02 - Tx done ...
12/12/02 - no show - ...

### Record of Treatment

| ...nth. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...ee | | | | | | → | | | | | | X | | | | | | | | | | | | | | | | | | | | |

| Last, First, Middle | Age | ID No. |
|---|---|---|
| Boyd, Courtney | | 208921 |

NC064

# Treatment Request and Record

| quest | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 12-13-02 | C. Bills, CRNP | ○ IP  ○ OP | |

**gnosis**

Re √ if blood in stool, fever, ↑ Pain

| | |
|---|---|
| Date of Onset | |
| Date of Surgery | |

### Area of Treatment (Circle)

### Progress Notes

12-14-02 — Afebrile, T96.3, State
abd pain continues. Hemoccult card
gven X̄ c̄ instructions. J. Johnson
Hemoccult ⊖ for occult blood. R. Jordan RN

### Record of Treatment

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**(Last, First, Middle)**

Boyd, Courtney

| Age | ID No. |
|---|---|
| | 208921 |

Request and Record

NC064

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ (OTHER) TREATMENT RECORD

| DATE 12/15/02 | TIME 3³⁵ AM (PM) | FACILITY B.V.C. □ SIR □ PDL □ ESCAPEE □ _____ | ☒ EMERGENCY □ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☒ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

**VITAL SIGNS:** TEMP 97⁶ ORAL/RECTAL RESP. 18 PULSE 75 B/P 110/70 RECHECK IF SYSTOLIC <100 > 50

O₂ Sat 97% w/ + 139

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S) c/o "heart racing"
C/o constipation — heart flutters
O) Alert + Oriented x 3 — Skin
w/d to touch — Bowel sounds
all four quadrants — HRRR
√ s M/R/G — Lungs clear's
rales or rhonchi noted

**PHYSICAL EXAMINATION**
A) - Constipation -

P) MOM 30 cc po hs x 7 days

E) - ↑ H₂O, Eat more of vegetables
in meals -

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** See above (Pt on H. Pylori Tx)

| RELEASE/TRANSFER DATE 12/15/02 | TIME 3⁵⁵ AM (PM) | RELEASE/TRANSFERRED TO ☒ DOC DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE ____ CSR | DATE 12/15/02 | PHYSICIAN'S SIGNATURE ____ CRNP | DATE | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 21 | DATE OF BIRTH ▓▓▓ | R/S B/M | AIS # 218921 |
|---|---|---|---|---|

NC 041

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _Bibb_ | ☑ EMERGENCY |
|---|---|---|---|
| 12-12-02 | AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OTHER |

ALLERGIES: NKA

CONDITION ON ADMISSION
☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 96.0 ORAL/RECTAL    RESP. 20    PULSE 78    B/P 130/70    RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**   O2 Sat 98%.

S — My Stomach is
Hurtin & I'm sick at
my Stomach.

**PHYSICAL EXAMINATION**
O — Presented to Infirmary
Alert & O X 3, ambulatory
well. O2 Sat 98% Abdomen
tender to palpation but
not acute. No rebound
tenderness (+) BS heard
in all Quads.
A — Alteration of Comfort
related to Abdominal Pain

| ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/SUTURES |
|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

P — Refer to MD

E. Inmate Education Done

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Try to Drink Plenty of Fluids    Plan H. Pylori, Tx

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☑ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 12/12 02 | 0420 AM PM | ☐ AMBULANCE  ☐ | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| S Hamilton | 12/12 | CW Mills CRNP | | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Boyd Courtney | 21 | | B/M | 208921 |

NC-041    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 12-10-02 | TIME 11:45 PM | FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE | ☑ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97.4  ORAL/RECTAL  RESP. 20  PULSE 66  B/P 100/60  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

Ⓢ "My chest be hurting & my heart goes to flattering" "Ate that meat loaf."

pain

**PHYSICAL EXAMINATION**

Ⓞ Presented to infirmary. Alert & Ox3. Ambulating well. VS are asymptomic & O2 sat 99% Capillary refill <5 seconds. Abdomen tender to palpation but not acute. No rebound tenderness.

Ⓐ Alteration in comfort due to S/S of indigestion

**ORDERS, MEDICATION, etc.**

Ⓡ Refer to MD.

Ⓔ Inmate education to protocol given

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Pt on H. pylori Tx

| RELEASE/TRANSFER DATE 12/10/02 | TIME 11:4 PM AM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Ni Mi Bingham RN | DATE 12-10-02 | PHYSICIAN'S SIGNATURE W Wells camp | DATE 12/1/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 21 | DATE OF BIRTH | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

ORIGINAL: MEDICAL RECORD; YELLOW: TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| | |
|---|---|
| DATE 12-7-02 | TIME 1050 AM/PM |

FACILITY B.C.F.
☐ SIR  ☐ PDL  ☐ ESCAPEE  ☑ inmate

☑ EMERGENCY  ☐ OTHER

ALLERGIES NKA    WT 145

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 98.4 ORAL/RECTAL   RESP. 20   PULSE 96 B/P 100/70   RECHECK IF SYSTOLIC <100 >50

**NATURE OF INJURY OR ILLNESS**

S: "Spider Bite" I tried to apply a warm compress I got real dizzen.

O: Alert & Oriented x3. Skin w/D to touch. Resp even & non labored. Red area noted on (L) side of chin c some

**PHYSICAL EXAMINATION**

edema and slightly warm to touch.

A: Alteration in comfort
P: Applied warm compress. Gave Keflex 500mg Ttab Po. Motrin 600mg for pain.
E: Instructed him to applied warm compress three times a day. and do not squeeze area. will refer packet to m.D.

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS** Spider Bite

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 12 7 02 | TIME 11 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE J.Prince   DATE 12/7/2
PHYSICIAN'S SIGNATURE   DATE 12/10/02   CONSULTATION

PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney   AGE 20   DATE OF BIRTH ___   R/S B/M   AIS # 268921

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 11-25-02 | TIME 8:20 ☑AM ☐PM | FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE inmates | ☑EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES NKA wt. 145.5  O2 Sat 95% | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP. 97.2 (ORAL) RECTAL  RESP. 18  PULSE 76  B/P 128/170 | RECHECK IF SYSTOLIC <100 > 50 |
|---|---|

NATURE OF INJURY OR ILLNESS

S: "my whole body is cold; &
bone is acheing & feeling numb
I was vomiting last night"
O: Alert + oriented X 3 skin w/D
to touch Adequate turgor + color
Capillary refills L seconds. Resp
ur clear & unlabored @ 18 b/m
Heart rate is normal S1 + S2.

PHYSICAL EXAMINATION

Abdomen soft et nondistended
c̄ active Bowel sounds x 4 quadrant.
after station PERRAL V/S WNL. Appetite
is fair. Gait is steady s̄
limping. no c/o NA, dizziness
or N/V on this visit
A: Alteration in comfort
P: will refer pocket to MD
for these complaint voice.

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|

ORDERS, MEDICATION, etc.

c̄ Instructed him to WEAR WARM clothes for acheing
bones RTU to infirmary if he have any real complaints.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 11/25/02 | TIME 830 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE J Prince | DATE 11/25/02 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 20 | DATE OF BIRTH | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

ORIGINAL - MEDICAL RECORD  YELLOW - TRANSFER AGENT

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*Staton*

**INSTITUTION**

*Boyd, Courtney*                    *20871 Bm*

**NAME**                    **NUMBER**    **R/S**

Lay-in for _____ days from _____ to

                                        (date)

_____ due to _____
        (date)

_____

_____

_____

**Instructions:** *Report to pill call*
*meds 3x a day for*
*14 days + 2x day*
*for 30 days*

*Failure to follow the directions above may result in a disciplinary.*

*1/29/02* _____    *Dr. Taylor /*
**Date Issued**            **Signature**    *MWardJn.4*

F-53

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _____ (OTHER) TREATMENT RECORD

| DATE 10/31/02 | TIME 818 (AM/PM) | FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES **NKA**

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP **97³** (ORAL) RECTAL     RESP. **14**     PULSE **66**     B/P **108,82**

RECHECK IF SYSTOLIC <100 > 50

wgt RN

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**(S)** I've been having sharp pains shooting up from my toes to my chest on my (L) side all night. I have a murmur. I need a heart monitor. All of this is in my juvenile records. I'm also getting chills"

**PHYSICAL EXAMINATION**

**(O)** Alert, oriented x3. Resp. even & unlabored. Skin w/D to touch. S₁ & S₂ heard. Lungs clear bilaterally to sounds of auscultation. Ø diaphoresis, nausea or vomiting noted. Bowel sounds present in all 4 quadrants. Abdomen soft + nondistended. Cap. refill < 3sec. Color WNL. Ø SOB noted. Able to move extremities c difficulty. Equal bilateral strength noted. Pedal pulses palpable. Ø S/S of acute distress noted.

**ORDERS, MEDICATION, etc.**

(A) Alteration in comfort
(P) monitor for further S/S of heart attack
(E) Advise on S/S to report to HCU

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 10 /31 /02 | TIME 85⁰ (AM/PM) | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☒ POP | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M. Brooks, RN | DATE | PHYSICIAN'S SIGNATURE | DATE 10/31/02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 20 | DATE OF BIRTH | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

# PARTMENT OF CORRECT NS

### EMERGENCY/ _SHCU_ _____ TREATMENT RECORD
(OTHER)

| DATE 5/31/02 | TIME 80̄ (AM) PM | FACILITY _Staton_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |

ALLERGIES NKA

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 974   ORAL RECTAL   RESP. 18   PULSE 84   B/P 108/76   RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |

S - " My heart is hurting me"

O - No nausea noted still has sharp type chest pain, states pain woke him from sleep.

PHYSICAL EXAMINATION
A - Chest Pain

P (1) 800mg motrin p.o. now
(2) Return to SCC with Officer

ORDERS, MEDICATION, etc.

DIAGNOSIS
Chest Pain

INSTRUCTIONS TO PATIENT
RTC as needed

| RELEASE/TRANSFER DATE 5/31/02 | TIME 810 (AM) PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☒ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE Blurnell | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 30 | DATE OF BIRTH | R/S B/m | AIS # 308921 |

NC 041

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

**NaphCare**

# Release of Responsibility

Boyd Courtney
Name of Inmate

_4/30/02_
Date

_208921_
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

_Sick Call_

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

_Courtney B_
Inmate Signature

_A H Smith LPN_
Witness

_4/30/02    11:35 p_
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form.

Witness

Date / Time

Witness

Release of Responsibility

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 4/28/02 | TIME 7:50 AM PM | FACILITY Staton ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION
☐ GOOD  ☑ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP. 99.2  ORAL/RECTAL  RESP. 16  PULSE 80  B/P 110/80  RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S) "I hurt my knee playing
basketball softball"

PHYSICAL EXAMINATION
O) Amb to HCU c slight limp
No swelling note ⊙ knee good ROM
to area.

A) Alteration in comfort

ORDERS, MEDICATION, etc.

P) 1) RTC PRN
   2) M.D. to review

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 4/28/02 | TIME 7:55 AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☑ AMBULANCE ☐ ___ Staton | CONDITION ON DISCHARGE ☐ SATISFACTORY  ☐ POOR ☑ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 4/28/02 | PHYSICIAN'S SIGNATURE B Baker CRNP | DATE 4.28.02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 20 | DATE OF BIRTH ████████ | R/S BM | AIS # 208921 |
|---|---|---|---|---|

NC 041    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTION

## EMERGENCY, _SHCU_ (OTHER) TREATMENT RECORD

| | TIME | FACILITY _SCC_ | ☐ EMERGENCY |
|---|---|---|---|
| 5-02 | 7²⁰ AM ⊡PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ⊡ OTHER |

Allergies _NKA_

**CONDITION ON ADMISSION**
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _99°_ | ORAL / RECTAL | RESP. _20_ | PULSE _76_ | B/P _138/98_ | RECHECK IF SYSTOLIC _____ <100 > 50

**NATURE OF INJURY OR ILLNESS**

S. My ankle hurts - I hurt it playing ball One week ago.

Wt 139 #

**PHYSICAL EXAMINATION**

O. C/O L/ankle pain. No edema noted to ankle. C/O tenderness on palpation. No discoloration to ankle - Walks č limp.

A. Alteration in Comfort

**ORDERS, MEDICATION, etc.**

P. Instructed to apply heat to foot.

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 4/15/02 | TIME 7³⁰ AM ⊡PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE K Maip Rn | DATE 4/15/02 | PHYSICIAN'S SIGNATURE B Helms, CRNP | DATE 4-16-'02 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | | AGE 20 | DATE OF BIRTH ▮▮▮▮▮ | R/S B | AIS # 208921 |
|---|---|---|---|---|---|

NC 041          ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 4/5/02 | TIME 2:00 AM/PM | FACILITY ___ SCC ___ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98 ☐ ORAL ☐ RECTAL   RESP. 20   PULSE 68   B/P 90/68   RECHECK IF SYSTOLIC <100 >50

NATURE OF INJURY OR ILLNESS

| ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |
|---|---|---|---|---|

S- Sharp pains shooting up my legs

PHYSICAL EXAMINATION
O- Ambulatory ☐ acute distress noted

A- Body chart

ORDERS, MEDICATION, etc.
P- Return to DOC offices

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 4/6/02 | TIME 24 AM/PM | RELEASED/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

NURSE'S SIGNATURE Mullican RN 4/5/02   PHYSICIAN'S SIGNATURE   DATE   CONSULTATION

PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE | DATE OF BIRTH | R/S | AIS # 208731

NC 041                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 2/8/02 | TIME 7:45 AM (PM) | FACILITY __SCC__  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY  ☐ OTHER |
|---|---|---|---|

| ALLERGIES  NKDA | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 99.1 (ORAL) RECTAL  RESP. 28  PULSE 72  B/P 96/72  RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|

S) "I have problem c̄ that pill you gave me. I'm having problem c̄ my urine.

PHYSICAL EXAMINATION

o) Amb, s̄ diff. resp c̄ ease skin warm & dry to touch UA dipstick normal

A) Alteration in comfort

ORDERS, MEDICATION, etc.

P) M.D. to Review

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 2/8/02 | TIME 8:00 AM (PM) | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ _____  Staton | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE (sig) LPN | DATE 2/8/02 | PHYSICIAN'S SIGNATURE (sig) MD | DATE 4/11/02 | CONSULTATION (100U) |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 20 | DATE OF BIRTH ▇▇▇▇ | R/S BM | AIS # 218921 |
|---|---|---|---|---|

NC 041

ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DE _ RTMENT OF CORRECTION

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

DATE/ 12/20/01    TIME 1246 (AM) PM    FACILITY Staton    ☐ EMERGENCY    ☑ OTHER
☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _____

ALLERGIES NKA

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 95⁶    ORAL RECTAL    RESP. 20    PULSE 72    B/P 110/62    RECHECK IF SYSTOLIC <100 > 50

WT 143

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S- "My chest hurts"

O- Ambulatory to HCU skin
warm et dry, resp unlabored
heart RRR lungs clear, no N/V
radiating pain

PHYSICAL EXAMINATION

A- Alteration in comfort

P- MD to Review

ORDERS, MEDICATION, etc.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

RELEASE/TRANSFER DATE 12 20 01    TIME 1250 (AM) PM    RELEASE/TRANSFERRED TO ☐ DOC  ☐ AMBULANCE  ☐    CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL

NURSE'S SIGNATURE A H Smith RN    DATE 12/20/01    PHYSICIAN'S SIGNATURE _____ MD 12/20/01    DATE    CONSULTATION (1030)

PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney    AGE 20    DATE OF BIRTH _____    R/S B/M    AIS # 202183

NC-041    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 3/16/02 | TIME 5:00 AM (PM) | FACILITY Staton  □ SIR  □ PDL  □ ESCAPEE □ | □ EMERGENCY  □ OTHER |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION  □ GOOD  ☑ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA |
|---|---|

VITAL SIGNS: TEMP 98.5  ORAL / RECTAL  RESP. 13  PULSE 76  B/P 120 / 80  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S) "I got a spider bite or something about a week ago"

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O) 1 very minute bump noted to lower abd. no drainage noted bump is in a hairy area near naval.

A) Alteration in comfort

**ORDERS, MEDICATION, etc.**

P) RTC PRN

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 3/16/02 | TIME 5:20 AM (PM) | RELEASE/TRANSFERRED TO ☑ DOC  □ AMBULANCE  Staton | CONDITION ON DISCHARGE  ☑ SATISFACTORY  □ POOR  □ FAIR  □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Monica RN | DATE 3/16/02 | PHYSICIAN'S SIGNATURE B Day MD | DATE 3/18/02 | CONSULTATION (x RN) |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 20 | DATE OF BIRTH ▬▬▬ | R/S Bm | AIS # 208721 247580 |
|---|---|---|---|---|

NC 041

ORIGINAL · MEDICAL RECORD, YELLOW · TRANSFER AGENT

# DEPARTMENT OF CORRECTION

## EMERGENCY/ _SHCU_ _____ TREATMENT RECORD
(OTHER)

| DATE 3-13.02 | TIME 7:15 AM/PM | FACILITY _SCC_ □ SIR □ PDL □ ESCAPEE □_____ | □ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES _NKA_

**CONDITION ON ADMISSION** □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 99.3   ORAL/RECTAL   RESP. 20   PULSE 80 regular   B/P 98 150   RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx/xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

3. Pain coming from my left leg & shooting down my left arm -

PHYSICAL EXAMINATION

2. Ambulates well - No signs of distress - speaks normally - Resp - even + c̄ ease -

4. C/o Pain

ORDERS, MEDICATION, etc.

5. No Tx needed

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 3 13 102 | TIME 7:20 AM/PM | RELEASE/TRANSFERRED TO □ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Q Mangrin | DATE 1/3/02 | PHYSICIAN'S SIGNATURE B Javi MMO | DATE 3/19/02 | CONSULTATION (100) |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 20 | DATE OF BIRTH | R/S B | AIS # 217580 |
|---|---|---|---|---|

NC 041   ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _SHOCK_ TREATMENT RECORD
(OTHER)

| DATE 3-12-02 | TIME 1³⁵ AM PM | FACILITY _Stoton_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |

**ALLERGIES** NKDA

**CONDITION ON ADMISSION** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97' (ORAL) RECTAL   RESP. 20   PULSE 80   B/P 100/60   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S: c/o sharp pain started in (R) foot radiating up to (R) knee, (L) chest + down (L) arm, started ~ 5-10 min ago, denies N/V dyspnea, + hx of heart problem (?)

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |

**PHYSICAL EXAMINATION**

O: grasp equal
Skin warm + dry
BBS en clear
Heart Sounds S₁, S₂, S@ puse
RRR

A: (R) sided pain ? etiology

**ORDERS, MEDICATION, etc.**

P: Obtain records
See order sheet

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 3/12/02 | TIME 2° AM PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE B Helms CRNP | DATE 3-12-02 | PHYSICIAN'S SIGNATURE B Helms CRNP | DATE 3-12-02 | CONSULTATION |
| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | | AGE 20 | DATE OF BIRTH | R/S B/M | AIS # 217580 |

NC 041                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 3/31/02 | TIME 0645 AM/PM | FACILITY ___ SCC ___ ☐ SIR ☐ PDL ☐ ESCAPEE ___ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP. 98 ☐ ORAL ☐ RECTAL    RESP. 20    PULSE 68    B/P 100/78    RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- My head has been hurting for the last 5 days

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O- Alert and Oriented x3
c/o pain to temples
@ acute distress noted

A- Alteration in comfort

**ORDERS, MEDICATION, etc.**

P (1) MD to review

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 3/31/02 | TIME 0650 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

**NURSE'S SIGNATURE** A. Millican RN 3/31/02

**PHYSICIAN'S SIGNATURE** B. Taylor MD    **DATE** 4-1-02 (0730)

**PATIENT'S NAME (LAST, FIRST, MIDDLE)** Boyd Courtney    **AGE** 20    **DATE OF BIRTH** ___    **R/S** ___    **AIS #** 208921

NC 041    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 4/4/02 | TIME 6:50 AM/PM | FACILITY Staton ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |

ALLERGIES NKA

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.0 ORAL/RECTAL  RESP. 20  PULSE 70  B/P 120/80  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |

S- Doing push-ups and my heart started fluttering

O- Ambulatory to HCU Skin turgor (normal) lungs clear O2 nausea w/s do'd heart RRR denies radiating pain in no acute distress

**PHYSICAL EXAMINATION**

A- Alteration in comfort

P- MD to Review EKG done

**ORDERS, MEDICATION, etc.**

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 4/14/02 | TIME 7:00 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE LH Smith RN | DATE 4/4/02 | PHYSICIAN'S SIGNATURE | DATE 4/5/02 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 20 | DATE OF BIRTH | R/S B/M | AIS # 208921 |

NC 041  ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

**DEPARTMENT OF CORRECTION**

**EMERGENCY/_____ TREATMENT RECORD**
(OTHER)

| DATE | TIME | FACILITY | | EMERGENCY |
|---|---|---|---|---|
| 3-25-2003 | 8:15 AM/PM | Staton ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ EMERGENCY ☒ OTHER |

ALLERGIES NKDA

CONDITION ON ADMISSION: ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98 ORAL/RECTAL    RESP. 16    PULSE 72    B/P 104/68    RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- I am vomiting. I am
sick. I was in the
chapel and went to the
bathroom and threw up.
I am still sick to
your stomach.
O- Inmate to HCU
ambulates c̄ no guarding,
grimace or visual signs
of pain. Very vocal,
continuisly talking
no excessive swealling
or seeing noted.
Exam shows no abd masses
no guarding tenderness
over all quads. Bowel sounds
active quads Reports passing

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**ORDERS, MEDICATION, etc.**

urine s̄ diff. Reports BM this Am. Reports
no longer with nausea. Still with abd pain
A- Alteration in comfort. Altered in GI status
P- Chart to MD desk for review.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**    RTC PRN

Eat lightly x 24 hrs. Come to pill call for a new meal

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3/25/2003 | AM/PM | ☒ DOC ☐ AMBULANCE | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|
| Bell RN Boyd | B. Helms chp | 3-26-03 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Boyd, Courtney | 20 | ▮▮▮▮▮ | | 208921 |

NC 041                    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Elmore_ | |
|---|---|---|---|
| 07 / 12 /05 | 10⁴⁹ AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _pop_ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

| ALLERGIES _NKA_ | CONDITION ON ADMISSION |
|---|---|
| | ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP _98.7_ (ORAL) RECTAL   RESP. _20_   PULSE _88_   B/P _110 /70_   RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S – " Body Chart per DOC's
request."

| ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O – Ambulated into ER's diff.
A&O × 3. Skin w/d to the touch,
resps even et unlabored, Ø
injuries noted to upper or lower
extremities, able to bend over s
diff. Ø acute distress noted, y
pulses strong, Ø spasms noted to back
area, Ø bruises noted, painful
stimuli noted to v extremities.

A– Body Chart

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P–1) HCP to review | | |
| 2). Sick call if necessary | | |

**DIAGNOSIS**

Wgt 172

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASED / TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 07 /12 /05 | 10³⁰ AM PM | DOC | ☐ DOC ☐ AMBULANCE | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE _D. Austin LPN_ | DATE _07/12/05_ | PHYSICIAN'S SIGNATURE _L. Linneo_ | DATE _7/12/05_ | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Bond, Curtis | 208921 | ███ | Bm | Elmore |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7/20/05 | TIME 500 ☑AM ☐PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE | | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98² ORAL / RECTAL | RESP. 24 | PULSE 70 O₂ Sat 97% | B/P 130/90 | RECHECK IF SYSTOLIC <100> 50 ____ / ____ |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- Inmate brought in wheel
chair. Sitting up c̄ head
down and eyes closed.
Resp regular and unlabor-
ed. "My head & chest started
hurting tonight." "I can't
stand they head is spinning.
BP-standing 104/92. States
he does not know what happen-
ed to him. Was found lying
face down on the ground by
other inmates. No swelling or
PHYSICAL EXAMINATION noted

O- nonverbal, responds to
ammonia inhalant by
turning head. when eyelid
pulled open, inmate looks
@ writer. Responds to ammonia
inhalant a second time by
breathing rapidly, when instruct-
ed to breath slowly, inmate
slows resp. to o4. No orthostatic
hypotension noted. Answers
questions appropriately. Follows
commands.

DIAGNOSIS
A-Alteration in health maintenance

INSTRUCTIONS TO PATIENT
P-4 CP Reviews, Placed in MOU

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

| DISCHARGE DATE 7/20/05 | TIME 530 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ MOU | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S Shuptrine RN | DATE | PHYSICIAN'S SIGNATURE Kusstum | DATE 7-20-05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Brad Gardner | DOC# | DOB | R/S Bm | FAC. Elmore |
|---|---|---|---|---|



*Follow u/*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_ ___ Date of Request: _7-5-05_
ID # _208921_ ___ Date of Birth: ███████ Location: _C-2-96_
Nature of problem or request: _I have a rash on both of my leg. An
I need to see a doctor about my back. I was supposed
to see him three weel from 6/13/05. But I never did._

Signature _Courtney Boyd_

## DO NOT WRITE BELOW THIS LINE

Date: _7/6/05_
Time: _135_ AM (PM)
Allergies: _WKN_

RECEIVED
Date: _7/6/05_
Time: _2/_ AM
Receiving Nurse Intials: _JW_

(S)ubjective: _I have a Rash on both of my legs
My Back Hurts._

(O)bjective (V/S): T: _97⁰_ P: _84_ R: _20_ BP: _100/40_ WT: _169⁵_

_c/o Back pain ⊗ 2wks. Wears a back brace. c/o burning
sensation in spinal area. ambulate ē difficulty
able to touch knees, not able to touch feet. some tightness_

(A)ssessment: _Noted. c/o rash between thigh, peeling skin
c/o itching no open areas noted.
Alteration in skin integrity.
Alteration in comfort: Back Pain_

(P)lan: ① _MD to review_
② _No heavy lifting_
③ _Check last pill call tomorrow_

Refer to: ( MD/PA ) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



*Follow up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_  Date of Request: _5-26-05_
ID # _208921_  Date of Birth: ▮▮▮▮  Location: _C-2-96_
Nature of problem or request: _I was seen by Dr. William on 4-28-05, but_
_However I had to leave and come to see the warden, so I never got_
_my bottom bunk profile for the 180 day or my back brace or my_
_back brace profile. So I will like to have profile renewed_
_Courtney Boyd_
                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: 5/26/05 |
| Time: 2200 |
| Receiving Nurse Intials _DM_ |

*Sick Call*

**(S)ubjective:**

**(O)bjective**  (V/S): **T:**        **P:**        **R:**        **BP:**        **WT:**

**(A)ssessment:**

*No Show for sick Call 5/27/05 DMcReath*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )        EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )        No ( )
                Was MD/PA on call notified:   Yes ( )        No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT