

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Follow up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Courtney Boyd*          Date of Request: *5-24-05*

ID # *208921*          Date of Birth: ▮▮▮▮          Location: *4-3-76*

Nature of problem or request: *I were seebl in medical on 4/28-05 but*
*however I had to leave and come to see for an ex, so I never got*
*my bottom Bunk profile for the 150 day or my back brace or my*
*back brace profile. So I will like to have another one.*

                                            *Courtney Boyd*
                                                 *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: *5/24/05*            │
│ Time: *0200*               │      *Sick*
│ Receiving Nurse Intials *AM* │      *Call*
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective   (V/S):  T:          P:          R:          BP:          WT:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA  Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )     No ( )
               Was MD/PA on call notified:   Yes ( )     No ( )

_____
                                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE  05/19/05 | TIME  1 22p  AM (PM) | ORIGINATING FACILITY  Elmore  pop  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ OUTPATIENT | | ☐ SICK CALL ☐ EMERGENCY  ☐ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES  NKA | CONDITION ON ADMISSION  ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP **97.°** (ORAL RECTAL)  RESP. **18**  PULSE **66**  B/P **98,58**  RECHECK IF SYSTOLIC <100> 50 _____

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "I haven't had a bowel movement in (2) days. It's causing a lot of gas & makes my heart flutter."

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Ambulated into ER s diff. A+O x 3. Skin w/d to the touch, resp even + unlabored. Abdomen semi-hard, non-distended, C/o discomfort upon palpation to (R) + (L) sides of abdomen. Ø C/o NV. Bowel sounds audible all 4 quadrants. Requests something for gas + bowels.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- 1) HCP to review | | |
| | | |
| | | |
| | | |

A- Alteration in Elimination

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**   Wgt #0, 147, O₂ Sat 91%

See Order

| DISCHARGE DATE  05/19/05 | TIME  130  AM (PM) | RELEASE / TRANSFERRED TO  DOC | ☑ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE  ☑ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE  L Austin LPN | DATE  05/19/05 | PHYSICIAN'S SIGNATURE | DATE  5/19/05 | CONSULTATION |
|---|---|---|---|---|

INMATE NAME (LAST, FIRST, MIDDLE)

Bond, Christopher

| | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | 208921 | | Bm | El |


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 4/24/05 | TIME 945 AM/PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☒ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97.3 ⊙ORAL/RECTAL    RESP. 20    PULSE 73    B/P 100/70    RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S- Sharp pains in the middle of my chest and in my left shoulder. It started about 40 minutes ago.

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Alert & oriented x3. Ambulates independently. Color appropriate for race. Resp: regular, unlabored.
A- alteration in comfort
P- ECG done - normal
HCP to review.
Release to DOC.
Tylenol 500mg ⅓ tab PO now
Tums ⅓ tabs Now.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Return to 4CU PRN

| DISCHARGE DATE 4/24/05 | TIME AM PM | RELEASE / TRANSFERRED TO · ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S. Shugart, LPN | DATE 4/24/05 | PHYSICIAN'S SIGNATURE N. Shley | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boud, Courtney | DOC# 208901 | DOB | R/S BM | FAC. Elmore |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 4 /20/ 05 | TIME 1:10 ☑AM ☐PM | ORIGINATING FACILITY ☐SIR ☐PDL ☐ESCAPEE | ☐ SICK CALL ☑EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION
☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

| VITAL SIGNS: TEMP. 97⁴ O₂ Sat 95% | ORAL RECTAL | RESP. 20 | PULSE 80 | B/P 96/60 | RECHECK IF SYSTOLIC <100> 50 |

NATURE OF INJURY OR ILLNESS

③ I have chest pain
and my arm hurt
State pain as substernal

| | ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

③ A&O+3, Resp even =
cease, Skin w-D to touch
Denies N/V. Report Dizziness
Using pain Scale 95/10
pain Scaled at 7
④ shoulder pain
State had Motrin already

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 1) EKG  will Repeat in 1 hour. | 140pm | a.u. |
| 2) Mytab × 0 | 140pm | a.u. |

DIAGNOSIS

See RN @ Yd Sick call if symptom persist

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 4 /20/ | TIME ☐AM ☑PM | RELEASE / TRANSFERRED TO | ☐DOC ☐AMBULENCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE 4/20/05 | PHYSICIAN'S SIGNATURE | DATE 4/20/06 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 04 /13/05 | TIME 1100 ☐AM ☑PM | ☐ORIGINATING FACILITY _Staton_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

ALLERGIES _NKA_

| CONDITION ON ADMISSION ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|

VITAL SIGNS: TEMP _97.3_  ☑ ORAL ☐ RECTAL    RESP. _22_    PULSE _88_    B/P _120/70_    RECHECK IF SYSTOLIC <100> 50 _____

NATURE OF INJURY OR ILLNESS

S. "I fell off top rack & hurt my back"

O. Back symmetric & S/S of trauma. Ext ATR 2t symmetric. Spine midline NAP

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O. C/O severe back pain lying & arms above head. Ø C/O pain @ that time.

A. Alteration in Comfort

P. Hcp to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Pt states he fell 2ft + top rack 2° to his legs giving out on him. Chart reviewed. Chronic C/O of back problems & numerous eval & exam. No objective data to support pt C/O. | | |

DIAGNOSIS  Case reviewed & Dr. Williams
BBPx 30 days  X-Ray + NSAids  Motrin 600mg TID x 7 days
Lumbar Spine          4/13/05

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 04 /13/05 | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE | DATE 4/13/05 | PHYSICIAN'S SIGNATURE  L W Williams | DATE 4/13/05 | CONSULTATION |

INMATE NAME (LAST, FIRST, MIDDLE)

| | DOC# 202921 | DOB | R/S s/m | FAC. LTTACC |
|---|---|---|---|---|

*Follow up*                                   *ECC*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Cartney Boyd*                Date of Request: *3-28-05*
ID # *208921*        Date of Birth: ▓▓▓▓  Location: *CZ-95*
Nature of problem or request: *I am still have back problem, and I got to get my back brace, and Psfck. I will like to be seen by the doctor.*

_____
                                    *Cory Boyd*
                                         Signature

### DO NOT WRITE BELOW THIS LINE

Date: *03/29/00*
Time: *8 pm*  (AM) PM
Allergies: *NKA*

| RECEIVED |
| --- |
| Date: *3/28/05* |
| Time: *945* |
| Receiving Nurse Initials: |

(S)ubjective: *My back is hurting since 2003. I can hardly stand up straight.*

(O)bjective (V/S): T: *97.7*  P: *68*  R: *20*  BP: *110/62*  WT: *169*
*∅ spasms noted to back areas. C/o pain to spine & ↓ back area c/o radiating pain down (R) thigh/leg & numbness to (R) extremity. Pulses strong, ROM to feet good.*
(A)ssessment: *lower extremities, painful stimuli stimuli stimata noted to Alteration in Comfort*

(P)lan: */HCP to review*

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*D. Austin*
        SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | | TIME | ORIGINATING FACILITY | |
|---|---|---|---|---|
| 03 / 03/05 | 937 | AM PM | Elmore | ☐ SICK CALL  ☐ EMERGENCY |
| | | | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ pop | ☐ OUTPATIENT |

ALLERGIES  NKA

VITAL SIGNS: TEMP  97.6  ☐ ORAL  ☐ RECTAL    RESP. 18    PULSE 78    B/P    /    RECHECK IF SYSTOLIC <100> 50    /

CONDITION ON ADMISSION  ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

NATURE OF INJURY OR ILLNESS

S - "I was coming down the steps c̄ recycling I slipped & fell & hurt my back."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |

PHYSICAL EXAMINATION

O - Ambulated slowly into ER but c̄ diff. A+O x3. Skin W/D to the touch, resp even et unlabored. Bending limited, c̄ pain, Ø spasms noted, pulse to extremities strong, painful stimuli noted.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P - 1) HCP to review | | |
| 2). Ø excessive bending x 2 days | | |

A - Alteration in Comfort / Bodily chaos

DIAGNOSIS  O2 Sat 98%

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 03 / 03/05 | 94  AM PM | ☑ DOC  ☐ AMBULENCE  ☐ | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Austin LPN | 03/03/0 | | 3/3/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208971 | | B/M | Elmore |



*Follow up*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Boyd_     Date of Request: _2-21-05_
ID # _208921_     Date of Birth: ▓▓▓▓ Location: _C-2-95_
Nature of problem or request: _I ~~have~~ need to get my back brace._
_The last one I had was took by officer, because my profile_
_was ~~too~~ no more good. My eyes hurt also. I want_
_to see the doctor._

_Cou_____ Boyd_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _02/22/05_
Time: _7PA_ AM PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials ‿ |

**(S)ubjective:** _The officer took my back brace because my_
_profile expired. I need something for my eye_

**(O)bjective** **(V/S): T:** _97.9_ **P:** _60_ **R:** _20_ **BP:** **WT:** _155_
_Noted raised area to (L) top eyelid; small amount of infection_
_noted. Requests new back brace + something for eye._

**(A)ssessment:** _Alteration in Comfort_

**(P)lan:** _Hcp to review –_

_Seen 2/2/05_
_for body_
_See note_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )
_2/22/05_

_D. Austin Lpn / D McLund_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B.: / / |
|-----------|-------------------------------|-------------|
| 8/17/05 | Chart screened by Mental Health. R Flowers |  |

50111 (5/85)

**Complete Both Sides Before Using Another Sheet**



*Follow up*

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Courtney Boyd*      Date of Request: *6-25-06*
ID # *208921*      Date of Birth: *6-17-28*  Location: *6-17-28*
Nature of problem or request: *I need to see the Doctor, because or back, I still makis my body parts to go out's. I have an rash by my penni's. I need to get my back brace back, because it hurt for me to stad up without it. Also need to see the dentist about my fellis comis out*

*Courtly* Signature

### DO NOT WRITE BELOW THIS LINE

Date: *6/25/06*
Time: *220* AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**  *See Net tool dated 6-25-06 wRt*

**(O)bjective**  (V/S): T: ____  P: ____  R: ____  BP: ____  WT: ____

**(A)ssessment:**  *X Courtney Boyd*

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
      If Emergency was PHS supervisor notified:    Yes ( )      No ( )
         Was MD/PA on call notified:    Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**                                    <u>Back Pain</u>

Facility: Alabama Department of Corrections

Patient Name: Boyd, Courtney
                    Last                            First
Inmate Number: 208921                    Date of Birth: _____
                                              MM    DD    YYYY
Date of Report: 6 / 25 / 06              Time Seen: 220   AM / PM  Circle One
                MM   DD  YYYY

<u>**Subjective:**</u> Chief Complaint(s): " I need to see the doctor because my back is still

Onset: Chronic               bothering me  and  making my body parts go out. "

☐ New onset   ☑ Chronic condition exacerbation

Pain Scale: (1-10) 6 presently   Type: ☑ Sharp  ☐ Dull  ☐ Intermittent  ☐ Constant   Numbness: ☐ No  ☑ Yes

Location of Pain: ↓ back                    Radiation of pain: ☑ No  ☐ Yes to: _____
                  Neck / mid-back / low back

History: Inmate states " It's hard for me to stand up without my back brace."
(Continue on back if necessary)
Also states "Sometimes I go numb from the waste down and my legs feel ~
heavy and my arms go numb. I grab a hold of the rail and the coldness of the rail
Associated symptoms: Pain on urination?        ☑ No  ☐ Yes   Nausea ☑ No  ☐ Yes   Vomiting ☑ No  ☐ Yes (x
         Increased urination?  ☑ No  ☐ Yes   Pain with cough/breathing? ☑ No  ☐ Yes
Wt 178#

<u>**Objective:**</u> Vital Signs: (If Indicated)  T: 98⁸   P: 73   RR: 18   B/P: 120 / 76

Back Exam: ☑ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☑ Weakness of extremities  ☐ Foot drop  ☐ Other: _____
Elaborate positive findings: Denies numbness at present

                                                    ☐ Check Here if additional notes on back
Lower extremities: ☑ Normal      ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present      ☐ Absent

☑ Additional Examination: ⊖ erythema ⊖ edema Ambulates s̄ even steady gait. ⊖ impaired RO
(Continue on back if necessary)
Inmate is able to twist/rotate to sign copay and sit/stand up from chair
s̄ c/o pain, facial grimacing, or guarding during sick call visit. NAD noted.
                                                    ☐ Check Here if continued on back

<u>**Assessment:**</u> (Referral Status)          Preliminary Determination(s): _____

☐   Referral **NOT Required**

☑   Referral **Required** due to the following: (Check all that apply)
        ☐ Loss of sensation       ☐ Presence of RBCs from dipstick   ☑ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Prior malignancy        ☐ Presence of WBCs from dipstick
        ☐ Other: _____

<u>**Plan:**</u>

Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)
☐ Cold Compress (Acute injury)   ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☑ NO  ☐ YES (If Yes List): _____ 6/29/06

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): Dr Darbouze              Date for referral 6/29/06 two rw
                                                                          MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

x  C Wambles RN                    Name:  C Wambles RN
   Nurses Signature                         Printed

**PHS**

## Nursing Evaluation Tool:                                    Dermatitis (Rashes)

Facility: Alabama Department of Corrections

Patient Name: _Boyd, Courtney_                    Date of Birth: [redacted]
             Last    First                        MM  DD  YYYY  MI

Inmate Number: _208921_

Date of Report: _6 / 25 / 06_          Time Seen: _2:20_  AM / PM  Circle One
               MM  DD  YYYY

**Subjective:** Chief Complaint: ☒Itching ☐ Burning ☐ Redness ☐ Swelling ☐ Weeping ☐ Blisters ☐ Lice/Scabies/Nits

☐ Other: _____

Onset: _X 3-4 days_

Location: _Bilateral groin_

History: _Inmate states + sometimes the skin comes off. +_
(Continue on back if necessary)                                    ☐ Check Here if additional notes on back

Associated Symptoms: ☒None ☐ Fever ☐ Upper Respiratory Symptoms ☐ Tongue Swelling/Throat Closing ☐ Facial/Neck Swelling

☐ Difficulty breathing ☐ Other: _____

Recent environmental contacts (allergens/irritants): _denies_

History of new medication: _denies_

**Objective:** Vital Signs: (If Indicated)  wt-178#  T: _98.8_ P: _73_ RR: _18_ B/P: _120 / 76_

Exam: Lesion(s): ☐NO ☒ YES  Description: _Red raised bumps bilaterally to groin_

Redness/Swelling/Streaking: ☒NO ☐ YES (If Yes, Describe): _redness only_

☐ Additional Examination: _(+) itching per inmate  Ø drainage noted  Ø swelling_
Continue on back if necessary      _risk of cellulitis/infection_
                                                                    ☐ Check Here if continued on back

**Assessment: (Referral Status)**        Preliminary Determination(s): _____

☐ Referral NOT Required

☒ Referral Required referral due to the following: (Check all that apply)
   ☐ Respiratory distress      ☐ Tongue or facial swelling  ☐ Hives    ☐ Wheezing
   ☐ New medication            ☐ Signs of infection         ☐ Recurrent Complaint (More than 2 visits)

☐ Other: _____
        (Describe)

**Plan:** Check All That Apply:
   ☐ Meds given per approved OTC med list ☐ _____
                                          ☐ _____
   ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they shoul
   well as appropriate follow-up. ☒YES ☐ NO (If NO then schedule patient for appropriate follow-up visits) Pt instructed to seek immediate
   ☒ Education signs and symptoms of severe allergic reaction: (Difficulty breathing, throat or facial swelling).
   immediate medical attention if these should occur.
   Other OTC Medications given ☐ NO   ☒YES (If Yes List): _AFC apply BID x 2 weeks_    Date for referral: _6 / 23 / 06_ emr
                                                                                                          MM  DD  YYYY

   Referral: ☒NO ☐ YES (If Yes, Whom/Where): _____                                              Time _____

   Referral Type: ☒Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

X _C Wambles RN_                    Name: _C Wambles RN_
   Nurses Signature                        Printed

*Follow up*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Print Name: *Courtney Boyd*          Date of Request: *6-11-06*
ID # *208921*                        Date of Birth: ▓▓▓▓   Location: *6-13-58*
Nature of problem or request: *I need to see the Docter to see if he will give me my back brace and bottom bed profile back and to get a No Long standing profile, because my back is still hurting me body and to agood. I also need to see the Dental about my bottom Caps to agood.*
                                                    *Courtney Boyd*
                                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

> **RECEIVED**
> Date: *6-12-06*
> Time: _____
> Receiving Nurse Intials _____

**(S)ubjective:**

*Waiver 6-12-06*
*CWRN*

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                               CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
               Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**    <u>**Back Pain**</u>

Facility: Alabama Department of Corrections

Patient Name: __Boyd, Courtney__
                              Last                                        First

Inmate Number: __208921__                Date of Birth: _____
                                                        MM    DD    YYYY

Date of Report: __06__ __02__ __2006__    Time Seen: __10:15__ (AM) / PM  Circle One
                  MM    DD    YYYY

*Subjective:* Chief Complaint(s): "I was walking and I had sharp pains to my lower back
Onset: __+ my back went out x 5 minutes ago__"

Pain Scale: (1-10) __8__  ☐ New onset  ☑ Chronic condition-exacerbation
Type: ☑ Sharp  ☐ Dull  ☐ Intermittent  ☐ Constant    Numbness: ☐ No  ☐ Yes
Location of Pain: __Low back__    Radiation of pain: ☑ No  ☐ Yes to: _____
          Neck / mid-back / low back

History: __Slp back injury 2003. B/m to hcu via stretcher per 2__
(Continue on back if necessary) __After inmates. C/o back just going out. Ø edem or deformity noted__
                                                                    ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☑ No  ☐ Yes  Nausea ☐ No  ☐ Yes  Vomiting ☐ No  ☐ Yes (x    )
          Increased urination?  ☑ No  ☐ Yes  Pain with cough/breathing? ☑ No  ☐ Yes

*Objective:*  Vital Signs: (If Indicated) T: __97.8__  P: __74__  RR: __18__  B/P: __110 / 80__
Back Exam: ☑ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: _____
Elaborate positive findings: __Ø edem, erythem or deformity noted__
__Lower back__
                                                          ☐ Check Here if additional notes on back
Lower extremities:  ☑ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present  ☐ Absent
☑ Additional Examination: __Pt. was seen by MD, earlier this A.M.__
Continue on back if necessary
                                                          ☐ Check Here if continued on back

*Assessment: (Referral Status)*         Preliminary Determination(s): _____
    ☐    Referral **NOT** Required

    ☐    Referral **Required** due to the following: (Check all that apply)
            ☐ Loss of sensation       ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
            ☐ Prior malignancy        ☐ Presence of WBCs from dipstick
            ☑ Other: __Pt. seen per MD, see order sheet__

*Plan:*
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
    well as appropriate follow-up.  ☐ YES  ☐ NO (If No then schedule patient for appropriate follow-up visits)
☑ Other: __See MD orders__
          (Describe)
☐ Cold Compress (Acute injury)    ☐ Warm Compress
☐ OTC Medications given ( Motrin 400 or Tylenol 650 Bid prn x 2 days) ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral: __ / __ / __
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____    Time _____

x __S. McKinnon CRN__          Name: __S. McKinnon CRN__
   Nurses Signature                      Printed



## Nursing Evaluation Tool:     <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: Boyd Courtney
                  Last                  First          MI

Inmate Number: 208921          Date of Birth: ▆▆▆▆▆▆▆▆
                                        MM     DD     YYYY

Date of Report: 5 / 28 / 06      Time Seen: 1:30     AM (PM) Circle One
                  MM  DD  YYYY

*Subjective:* Chief Complaint(s): "I need to get my profile renewed"

Onset:

Brief History: H/o lower back pain
(Continue on back if necessary)

☐ Check Here if additional notes on back

*Objective:* Vital Signs: (As Indicated) T: 99.1   P: 68   RR: 16   B/P: 120/70   wt: 179

Examination Findings: 48m Amb to HCU c̄ Steady gast
(Continue on back if necessary) A+O x 3 Resp c̄ ease.
Request to see CMD for profile
of "No prolonged Standing". No visible
distress noted.

☐ Check Here if additional notes on back

*Assessment: (Referral Status)*   Preliminary Determination(s): _____

   ☐ <u>Referral NOT REQUIRED</u>

   ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
      ☑ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

noted 1/28/06

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

*Plan:* Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
       (Describe)

OTC Medications given ☑ NO   ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): MD - 6/2/06     Date for referral: 5 / 28 / 06
                                                             MM  DD  YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x SBush LPN _____ Name: SBush LPN
  Nurses Signature                                  Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Byrd_   Date of Request: _5-28-06_
ID # _20892_   Date of Birth: ▓▓▓▓▓ Location: _6-13-28_
Nature of problem or request: _I need to see the Doctor, to get my no long standing profile read because my arms, legs, feet, penis is all gone out._

_Courtney Byrd_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

copy given SBush LPN 5/28/06 1³⁰ pm

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



*Follow up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

**PRISON HEALTH SERVICES INCORPORATED**

Print Name: _Courtney Boyd_          Date of Request: _5-16-05_
ID # _208921_          Date of Birth: ███████ Location: _6-D-28_
Nature of problem or request: _I am requesting to see the Doctor, about my No long standing profile, my ~~two prep~~ profile, my Blanket profile, and my Mattress profile, because my body parts are still going out, Also I will like to be sent to a free world Doctor, about my heel._

_Courtney Boyd_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: _5-16-06_
Time: _405_  AM PM
Allergies: _____

┌─────────────────────────────┐
│           RECEIVED          │
│ Date:                       │
│ Time: _5/16/06_             │
│ Receiving Nurse Intials _MP_│
└─────────────────────────────┘

**(S)ubjective:**  _See Net tod dated 5-16-06_
_CuRN_

**(O)bjective**  **(V/S):** **T:**          **P:**          **R:**          **BP:**          **WT:**

**(A)ssessment:**   X _Courtney Boyd_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# Nursing Evaluation Tool:

**General Sick Call**

**Facility:** Alabama Department of Corrections

**Patient Name:** Boyd, Courtney
_____ Last

**Inmate Number:** 208921 _____    First    **Date of Birth:** ▓▓▓▓▓▓▓▓  MI
                                                    MM   DD   YYYY

**Date of Report:** 5/15/06  5/16/06    **Time Seen:** 410    AM / **PM** Circle One
                    MM  DD  YYYY

---

**_Subjective:_** **Chief Complaint(s):** " I need to get see the datr to get

**Onset:** X 1 week    my profiles "

**Brief History:** Request No prolonged standing, blanket, and double
(Continue on back if necessary)   mattress profile.

_____

---

Wt 175# Spo2 99% room air    ☐ Check Here if additional notes on back

**_Objective:_** **Vital Signs:** (As Indicated) T: 98.2  P: 70  RR: 18  B/P: 110 / 64

**Examination Findings:** Blm ambulates c even, steady gait. Back brace intact.
(Continue on back if necessary)
Respr ease. Skin warm + dry to touch. C/o " my body gos numb
from the cold, I need a blanket" Also c/o " my mattress is too
thin, it makes my bones ache." Request double mattress profile. Also states
"my legs swell up on my sometimes when I'm walking. I need to see a
free world doctor about my back too." Pedal pulse present + strong ☐ Check Here if additional notes on back
                                                                    & swelling
**Assessment:** **(Referral Status)**   **Preliminary Determination(s):** or discoloration of extremities noted.
☐ **Referral NOT REQUIRED**

☐ **Referral REQUIRED** due to the following: (Check all that apply) Cap refill less than 3 seconds.
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)  Hx c/o LBP since 2003 Request to
   ☐ Other: _____   see Dr Darbouze for evaluation
                                         of above.

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
            (Describe)

OTC Medications given ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): Dr Darbouze    Date for referral: 5/18/06
                                                                              MM DD YYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____
                                                                                    Time
x CWamblesRN          **Name:** CWamblesRN
  Nurses Signature              Printed



*Follow up*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Courtney Boyd*       Date of Request: *5-17-06*
ID # *208921*          Date of Birth: ▮▮▮▮   Location: *6-A-54*
Nature of problem or request: *I need to see the Doctor to have my profiles on bed Bunk, Bottom Bunk, No long standing pass a boot profile I will like to be sent to the Free world Doctor about my back problems I also need my Blanket profile. My arms, legs, feet, hands, penn, I is still going out on me.*

*Courtney Boyd*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Bryd_     Date of Request: _4-23-06_
ID # _208921_     Date of Birth: ▓▓▓▓ Location: _6-13-28_
Nature of problem or request: _I need to see the Doctor, to get my No long_
_standing profile, and because my arms, head, legs, feet, pennis_
_is all going out on me._

_Courtney Bryd_
                                                        Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4-23-06_
Time: _120_ AM (PM)
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** See Net tool dated 4-23-06
                                                     uta

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

## Nursing Evaluation Tool: <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: Boyd, Courtney
Last / First

Inmate Number: 208921

Date of Birth: _____ MM DD YYYY MI

Date of Report: 4 / 23 / 06
MM DD YYYY

Time Seen: 130    AM / **PM** Circle One

**Subjective:** Chief Complaint(s): "I need to get my no prolonged standing profile. I also
Onset: Months. need to see the doctor about my arms, legs, and penis going numb."

Brief History: _____
(Continue on back if necessary)

_____

_____

☐ Check Here if additional notes on back

wt 175#

**Objective:** Vital Signs: (As Indicated) T: 98°   P: 72   RR: 16   B/P: 118 / 74

Examination Findings: B/m A to x 3. Resp c ease. Skin warm + dry to touch. H x
(Continue on back if necessary)
lower back pain ~ on since s/p physical assault in 2003. Does
not radiate per inmate. C/o numbness of bilateral arms/legs, and penis intermittently
x several months. Ø swelling or discoloration of extremities noted. Equal strength
bilateral extremities noted. Pedal pulse present. Lumbar spine X-Ray from 4-2005 c Ø
definite abnormality noted. Repeat L spine X Ray ordered per Dr Darbouze on 4-21-06. Progress note
☐ Check Here if additional notes on back

**Assessment: (Referral Status)    Preliminary Determination(s):**
from 4-21-06 by Dr Darbouze states no standing

☐ Referral **NOT REQUIRED**
profile not indicated. Inmate requesting

☐ Referral **REQUIRED** due to the following: (Check all that apply) to see MD for outside referral.
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _____

_____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If No then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _____ Dr Darbouze _____ Date for referral: 4 / 26 / 06
MM DD YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time

x _____ CWamborn RN _____    Name: CWambles, RN
Nurses Signature                          Printed



*Follow up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Courtney Byrd*     Date of Request: **4-13-06**
ID # *208921*     Date of Birth: ▮▮▮▮ Location: **6-A-54**
Nature of problem or request: *I need to see the Doctor to have my profiles (1) Back Brack, Bottom Bunk, No long standing, and boot profile. I will like to be sent to the Free world Doctor about my back pain problems.*

*Courtney Byrd*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: **4/16/06**
Time: **1145** AM **PM** (circled)
Allergies: _____

| RECEIVED | |
|---|---|
| Date: | 4/14/06 |
| Time: | |
| Receiving Nurse Intials | CMW |

**(S)ubjective:** See vet profile dated 4-16-06
*wd*

**(O)bjective (V/S):** T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

*Courtney Byrd*

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
  If Emergency was PHS supervisor notified:  Yes ( )  No ( )
  Was MD/PA on call notified:  Yes ( )  No ( )

*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## Nursing Evaluation Tool:                    __General Sick Call__

**Facility:** Alabama Department of Corrections

Patient Name: _Boyd, Courtney_
               Last               First

Inmate Number: _208921_
             Date of Birth: ▮▮▮▮▮▮▮▮▮ MI
                                MM    DD    YYYY

Date of Report: _4_ / _16_ / _06_
         MM  DD  YYYY
         Time Seen: _745_ AM / **PM** Circle One

**Subjective:** Chief Complaint(s): _"I need to get my profiles updated."_

    Onset: _X 2 weeks._

Brief History: _Hx lower back pain since 2003_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98²_ P: _80_ RR: _20_ B/P: _110   162_

Examination Findings: _B/m A+O x3 Resp even & unlabored. Skin_
(Continue on back if necessary)
_Warm + dry to touch. Request renewal of Brace of L spine_
_Bottom bunk, No prolonged standing profile._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
    ☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _to be evaluated by MD_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
        (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _Dr Darbouze_ Date for referral: _4_ / _21_ / _06_
                                               MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _C Wamber RN_     Name: _C Wamber RN_
  Nurses Signature                       Printed

*Follow up*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_          Date of Request: _4-1-06_
ID # _208921_                Date of Birth: ▓▓▓▓ Location: _5A-10_
Nature of problem or request: _I had signed up for dental, but I could not make it, because I'm in segregation. I need to have my teeth full. I have already paid for this. I will like them clean._

_Courtney Boyd_
                                             *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4-4-06_
Time: _735_ AM (PM)
Allergies: _____

| RECEIVED |
| --- |
| Date: 4-4-06 |
| Time: |
| Receiving Nurse Intials ᴄʷ |

**(S)ubjective:** _See Net tool dated 4-4-06 error_

_See waiver already on dental list___ CCRN

**(O)bjective** **(V/S): T:**          **P:**          **R:**          **BP:**          **WT:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )      No ( )
                 Was MD/PA on call notified:   Yes ( )      No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



*follow up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_   Date of Request: _3-23-06_
ID # _208921_   Date of Birth: ▓▓▓▓ Location: _5-A-10_
Nature of problem or request: _I am in Segregation and they take my mattress at 6:00am to 6:00pm, so I need to get me another back brace and bottom bed profile. Also I need to see the Dental, so I can have my teeths filled. Also I need my Double tray profile renew._

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3-25-06_

Time: _7:45_ AM PM

Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _See NEt_

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _118/_ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )      No ( )
Was MD/PA on call notified:   Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**                                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Boyd        Courtney_
                                                    Last                              First                                        MI

Inmate Number: _208921_                    Date of Birth: ▮▮▮▮▮▮
                                                                                                MM          DD.          YYYY

Date of Report: _3_/_26_/_06_                    Time Seen: _7.45_    AM /(PM) Circle One
                          MM    DD      YYYY

**Subjective:** Chief Complaint(s): _Need  Waist  brace  and  bottom  bed  profile_
         Onset: _3-25-06_

Brief History: _" I  need  to  get  a  waist  brace  and_
(Continue on back if necessary) _a  bottom  bed  profile_

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _61_  RR: _N_  B/P: _12_/_64_.

Examination Findings: _C/o ↓ waist  pain  from  jumpin  on + off_
(Continue on back if necessary) _top bunk_

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**          Preliminary Determination(s):
         ☐ Referral <u>NOT REQUIRED</u>

         ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
                  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
                  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
         ☐ Instructions to return if condition worsens.
         ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
         ☐ Other: _____
                          (Describe)
OTC Medications given ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _Dr Dashis_          Date for referral: _4_/_13_/_06_
                                                                                                                          MM    DD    YY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time

X _____                    Name: _____
      Nurse Signature



# Nursing Evaluation Tool:

## Dental Complaint

Facility: Alabama Department of Corrections

Patient Name: __Boyd          Courtney__
              Last                First           MI

Inmate Number: __208921__    Date of Birth: ████████

Date of Report: __3 / 25 / 04__    Time Seen: __7:40__ AM / **PM** Circle One
             MM   DD   YYYY

**Subjective:** Chief Complaint(s): __Request tooth filling__

Onset: __3-25-04__

History: __" ) need to see the dentist "__
(Continue on back if necessary)

☐ Check Here if additional notes on back

Is the problem: ☒ New  ☐ Chronic  Problem related to: ☐ Recent trauma  ☐ Recent dental work  ☐ Other: _____
Injury sustained in altercation with custody staff, or other inmate:- ☒ NO  ☐ YES (Requires notification of correctional staff)
Dental Pain: Right : ☐ Upper Back  ☐ Upper Front  ☐ Lower Back    Left: ☐ Upper Back  ☐ Upper Front  ☐ Lower Back
           ☐ Lower Front            ☐ Lower front
Type of Pain: ☒ Aching  ☐ Throbbing  ☐ Dull  ☐ Sharp  ☐ Constant  ☐ Intermittent
Sensitive to Hot or Cold: ☒ No  ☐ Hot  ☐ Cold  ☐ Sensitive to both Hot & Cold    Pain Scale: (1-10) _____
Associated Symptoms: ☒ Sinus problems  ☐ Difficulty chewing  ☐ Earache  ☐ Sore throat  ☐ Other: _____

**Objective:**  Vital Signs: (If Indicated) T: __98__  P: __64__  RR: __18__  B/P: __112 / 64__

Visual evidence of tooth decay/fracture  ☐ No  ☒ Yes    Visible external swelling  ☒ No  ☐ Yes
Visual evidence of missing filling  ☐ No  ☐ Yes    Swelling/redness/pus surrounding affected tooth:  ☒ No  ☐ Yes
Pain upon opening jaw widely  ☒ No  ☐ Yes    Evidence of trauma/injury to jaw/face  ☒ No  ☐ Yes

☐ Additional Examination: _____
   Continue on back if necessary

☐ Check Here if continued on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
  ☐  **Referral Not Required**

  ☒  **Referral Required** due to the following:** (Check all that apply)
     ☐ Fever               ☐ Evidence of pus collection or swelling
     ☐ Earache/sore throat/sinus problems   ☐ Recent dental surgery/procedure
     ☐ Pain upon opening mouth widely    ☐ Significant injury/trauma to jaw    ☐ Recurrent Complaint (More than 2 visits)
     ☒ Other: __Request filling__
     (Describe)

  **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
  ☐ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)
  ☐ Cold Compress PRN for minor trauma
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
              (Describe)

☐ OTC Medications given (Motrin 400 or Tylenol 650 mg Bid prn x 2 days)  ☐ NO  ☐ YES (If Yes List): _____
Referral:  ☐ NO  ☒ YES (If Yes, Whom/Where): __Dr West__    Date for referral: __3 / 30 / 04__
                                               MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

x __Clau Curn__    Name: __Dancin__
  Nurses Signature              Printed

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _Easterling_

Date: _8-17-05_ Time: _2125_ AM/**PM**

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

[X] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: _Elmore_

Date: _01/17/05_ Time: _1200_ AM/PM

RELEASE FROM:
[ ] Infirmary   [ ] Segregation
[X] Population   [ ] Mental Health
[ ] Other _____

RELEASE TO:
[X] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES: NKA

PHYSICAL EXAMINATION

Date of last exam: _12/17/04_

Chest X-Ray Date: _____ Result: _____

PPD Reading _12/19/04 0mm_

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | [ ] | [ ] |
| Urinalysis | 2/3/05 | [ ] | [ ] |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [X] |
| Dental Prosthesis | [ ] | [X] |
| Hearing Aide | [ ] | [X] |
| Other Prosthesis | [ ] | [X] |

_Darci__n_
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_Groin Rash_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

_Motrin 600mg Piotid X 60 days_

_KOP_

_TAO_

| MEDICATIONS | [ ] Sent w / inmate | [X] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [X] Not sent w / inmate |
| HEALTH RECORD | [X] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _DOC_

Date: _____ Time: _____ AM/PM

| MEDICATIONS | [ ] Received | [X] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [X] Not Received |
| HEALTH RECORD | [X] Received | [ ] Not Received |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

CHART REVIEWED [X] YES   [ ] NO

Received by: _Darci n_
Signature of Receiving Nurse

Date: _8-17-05_ Time: _2125_ AM/PM

FOLLOW-UP CARE NEEDED

[ ] Medical   [ ] Dental   [ ] Mental Health

Date: _PRN_  Time: ____  With Whom - - Location (Sending Nurse): ____  Date/Appt. Made w/Whom (Rec. Nurse): ____

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | [✓] |
| | Mental Illness | | [✓] |
| | Suicide Attempt | | [✓] |
| | Chronic Care | | [✓] |
| STATUS | Special Diet | | [✓] |
| | Appearance | [✓] | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | [✓] |
| | Lice | | [✓] |
| | Edema | | [✓] |
| | Warm & Dry | [✓] | |
| | Cool & Moist | | [✓] |
| CONDITION | Alert | [✓] | |
| | Oriented | [✓] | |
| | Uncooperative | | [✓] |
| | Depressed | | [✓] |

INTAKE

Sick Call Procedures Explained

Height _59"_

Weight _176_

Blood Pressure _110/76_

Temperature _98.6_

Pulse Resp. ____

Other ____

Signature of Nurse Completing Assessment (Sending Nurse)

_8/16/05_ _Darci n_
Date  Signature of Intake Screening Nurse (Receiving Nurse)

_8-17-05_
Date

INMATE NAME (LAST, FIRST, MIDDLE)

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 208911 | | B/M | Elmore |



# Nursing Evaluation Tool:

**Chest Pain**

Facility: _DART_

Patient Name: _Boyd_ _CourTny_
_____Last_____First_____

Inmate Number: _20892_                    Date of Birth: ▮▮▮▮▮▮▮
                                          MM   DD   YYYY

Date of Report: _11_ / _17_ / _2005_      Time Seen: _8¹⁵_ AM (PM) Circle One
                MM   DD   YYYY
                         LT. 177

_Subjective:_ Chief Complaint(s): _Chest PAIN – heart FlutTing_

Onset: _About 15 min Ago_          Activity prior to onset: _STANding up TAlking_

History: _STArTd iN Foot iNside ANd went up To Chest_
(Continue on back if necessary)

---

Description of Pain: ☐ Burning ☐ Stabbing ☐ Dull/Achy ☐ Pressure-like ☐ Crushing ☒ Other: _No_    ☐ Check Here if additional notes on back

Duration of Pain: ___    Does anything relieve the pain? _NO_

Onset of Pain: ☒ New onset ☐ Sudden ☐ Gradual ☐ Chronic   Pain Scale: (1-10) _3ue 4_   History of injury? ☐ YES ☒ NO

Radiation: ☒ No radiation   ☐ Radiation to: ___

Aggravating Factors: ☐ Exertion ☐ Stress ☐ Food intake ☒ Movement ☐ Coughing ☐ Other: ___

Associated Symptoms: ☐ Nausea/Vomiting ☐ Diaphoresis ☐ Dyspnea ☐ Syncope ☐ Cough ☐ Sputum production ☐ Hemoptysis
                     ☐ Fever ☐ Chills  _denies_

Cardiac Risk Factors: ☐ Family history ☐ Smoke: ___ppd/___ years ☐ Hypertension ☐ Diabetes ☐ Hyperlipidemia ☐ CAD

History of: ☐ Peptic ulcer ☐ Illicit drug use ☐ Cardiac disease ☐ Nitroglycerin use

_Objective:_ Vital Signs: (As Indicated) T: _96⁸_  P: _67_  RR: _14_  B/P: _104_ / _60_

Pulse Ox %: _97_ % ☐ Room Air ☐ O2 LPM: _97%_

General Appearance: ☐ No acute distress ☒ Alert ☒ Oriented x _3_  ☐ Anxious ☐ Acute distress

Color: ☒ Normal ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundiced                Lung sounds: _Clea_

Skin: ☒ Warm ☒ Dry ☐ Cool ☐ Moist/Clammy

|  | Right | Left |
|---|---|---|
| Clear | ☒ | ☒ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

EKG ordered? ☐ YES ☐ NO

EKG interpretation / computer read or available for physician? ☐ YES ☐ NO

☒ Additional Examination: _A/O x3 able to Carry on Conversation, Smiling_
(Continue on back if necessary)
_et has sensation in all extremeties_    ☐ Check Here if continued on back

---

_Assessment:_ (Referral Status)     Preliminary Determination(s): _____    ☐ Check Here if continued on back

☐ Referral NOT Required                _____

☒ Referral Required due to the following: (Check all that apply)
  ☐ Acute distress        ☐ Abnormal vital signs
  ☐ Cardiac history       ☐ Suspicious cardiac symptomology    ☒ Recurrent Complaint (More than 2 visits for same complaint)
  ☐ History of recent illicit drug use  ☐ Other: ___          ☐ Cardiac Risk Factor present

  Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply: **Acute distress – arrange for immediate emergency transport**
  ☐ Administer oxygen if in acute distress    ☐ ASA _____ mg po
  ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☒ Instructions to return if condition worsens.
  ☐ Other: ___

OTC Medications given ☐ NO ☒ YES (If Yes List): _Mylanta tabs   Tylenol 1gm_
                                    (Describe)

Referral: ☒ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: ___ / ___ / ___
                                                                            MM   DD   YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _Dr Darbouze_ Time _8:45pm_

x _C Garcia LPN_              Name: _C Garcia LPN_
   Nurses Signature                   Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 8/9/05 | 330 ☐AM ☑PM | Elmore | |
| | | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☑OUTPATIENT |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| NKA | ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

VITAL SIGNS: TEMP 98⁰ ORAL RECTAL    RESP. 20    PULSE 78    B/P 90 60    RECHECK IF SYSTOLIC <100> 50 /

O2 SAT 98%

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

S- "I'm dizzy, SOB and my chest is tight."

PHYSICAL EXAMINATION

O- Alert and responsive to verbal stimuli. Ambulates independently, no SOB or resp. distress noted. Lungs clear bilaterally. Skin warm & dry to touch. Heart ♯ rate & rhythm regular.

A- Alteration in comfort

P- Release to DOC
HCP Review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8/9/05 | 340 ☑AM ☐PM | ☑DOC ☐AMBULANCE | ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| B Shuperd, LPN | 8/9/05 | John ___ | 8/9/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | Bm | Elmore |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7 /24 /05 | TIME 345 AM/PM | ORIGINATING FACILITY Dapa Elmere ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL    ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|
| ALLERGIES  NKDA | | CONDITION ON ADMISSION ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA | | |
| VITAL SIGNS: TEMP 98⁴ | ORAL RECTAL | RESP. 20    PULSE 83    B/P 110 / 64 | | RECHECK IF SYSTOLIC /  <100> 50 |

| NATURE OF INJURY OR ILLNESS |
|---|

S. My tongue hurts it is
still swollen.

| ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- lymph nodes not enlarged.
® lymph node tender. ∅
drooling. ∅ redness to
tonsils slight swelling.
A- Alteration in comfort
P- Refer to HCP

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol 650 mg BID per protocol | | |
| | | |
| | | |
| | | |
| | | |

| DIAGNOSIS |
|---|

| INSTRUCTIONS TO PATIENT |
|---|

| DISCHARGE DATE 7 24 05 | TIME 430 AM/PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE C. Lewis LPN | DATE 7/24/05 | PHYSICIAN'S SIGNATURE    DATE 7/25/05 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# D02189 | DOB | R/S | FAC. ECF |
|---|---|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd Courtney | D.O.B.: / / |
|---|---|---|

7/20/05
8AM

wt 172 T 97.8 P 63 R 18 O2sat 93 B/P 110/66

To see HCP re Back pain:

(S) Pt c multiple complaints but especially back pain. He is in more regarding dizziness & feeling like passing out. This occurred while at work in the "Kitchen" this AM.

"Also, persistent c/o Back pain. X-rays are WNL. Pt states he has had 3 back braces — one was given to pt stolen, and the replacement brace was collected by DOC after his profile had expired.

(O) alert NAD

PERRLA                                      Walks on Heels &

Finger to nose intact                        toes 5 prints

L-S spine s tender.                      *interingi

— Straight leg ⊖                          groin

— No muscle spasm

A/P ① Dizziness ? Etio cleared

② Back pain ? Etio

Will give motrin

BSP.

— I don't feel a back brace is

indicated — will check on

old braces.

③ Interingi — mycology cream

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

8/11/0T  20 y/o M o/u

③ 23 yo FOV c̄ Back pain & rash in groin - mycology burn

C) rash - ? better.

∧ back - ? tender

Appt ft does not appear to be sore or tender

E) NO back pain worded

If problem persist surgon back up [signature]



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney                                        D.O.B.: ▓▓▓▓ |
|-----------|-----------------------------------------------------------------------------------|

3/2/05  2∞ HCP re: Chronic hordeolum

Wgt. 160, T-97.8, R-20, P-90, O₂ 93%, BP-122/78

S - This place is still here, et taughes to Elmore
&  et they would not give me my Keflex

O - No Δ in appearance of of hordeolum.

A/P - Will reorder Keflex & √ in 3 weeks ——————

04/05/05  To see HCP re: F/u eye

Wgt 169, T-97.4, P-68, R-18, O₂ 90%, BP - 100/70

S - I need ... My eye is better

O - hordeolum has ↓ in size. No drainage. Non-tender

A/P Will extend Keflex and F/u in 3 wks ——————

4/28/05   2∞ HCP re: eval by MD  Wt 168  T-97.8  P-64
9:35  108/80  R-18  O₂ Sat 97%  ————

① Stye ⓛ eye.

② Pt Reports back brace taken at station by officer.
Pt advised to get brace from DOC. For inspection.
Has Hx of selling braces. He has used three back
braces in recent past. He has no difficulty walking or
standing. No Paresthesias or weakness.

X-Rays of motion Artifact 2° pt non compliance.

Exam:
HEENT  ① eye stye ī induration Redness O. Sc
Back exam: normal

Imp  ① Stye - infected  Keflex
② Back pain - non tender  F/u Prn Prn
(No Percodesia)  exercise



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

On June 2 2006 at 8:30am Courtney
Boyd had an appointment with Dr. Darbouze
During this appointment Dr. Darbouze
informed Mr Boyd that he would
not be renewing his current
profiles due to lack of medical need
At that time Mr. Boyd said "here,
would you like them back then" while
handing profiles to the Dr. Then
he (Mr. Boyd) offered his back
brace to the Dr. Dr. Darbouze
told him if he did not want it
to give it the the nurse. Mr Boyd
handed the brace to Officer Jones,
got up & walked out laughing
saying "ok here we go, yeah here we go"

Connie McDuire RNA
Connie McDuire La

Complete Both Sides Before Using Another Sheet

111 (5/85)

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B.: ███████ |

5/19/06 10A — Wt. 175 BP 120/80 P 68 R 16 T 97.8

S:

24 BM request for No prolonged standing,
Blanket and Mattress profile.

O & A: √17
Ambulating with No distress
X-ray c and L spine: negative.

P: These profiles are not indicated
in this Healthy 24 BM
  - No known or musculoskeletal injury
sustained from a 3 year old incident
  - Was prescribed Benadryl that has not
been taking

_____ [signature]

/06 8:10 AM — S/P
Wt 178 B/P 110/80 P 75 R 18 T 97.8

→ 24 boy ℅ injury to spine in 2003 returns today seeking
Multi position Meds, no prolonged standing

O — Ambulating with no distress - sitting down/bending
over, reaching at med
X-ray of c and L spine: ⊖

A — No injury to spine - No distress? - spine stable

P — DC Profiles and Brace
Not medically indicated

[signature]

| Date/Time | Inmate's Name: | | D.O.B.: |
|---|---|---|---|

3/30/06  Wt. 173      B/P 110/70   P-94      R 16

S/c back pain

S   24 y.o. c/o chronic LBP x 3 years. partially
controlled by using a Back Brace. He has no weakness,
no numbness, no incontinence. The pain does not
radiate.

O   the spine non tender - ROM is full with vague
referred pain
Neuro: no deficit
X-ray - NAD

A/P   LBP?
Rx: Ibuprofen & NSD
       Brace and MVR x 2 weeks   [signature]

4/21/06  Wt. 175    BP 122/64    P 68    R 16    T 99°
9:00 am  S/c

S   24 y.o. c/o Physical Assault in 2003 is c/o chronic Pain to
his lower back non radiating with no associated weakness,
numbness, incontinence. He then relates occasional c/o
weakness/numbness involving his extremities (upper and lower)
numbness involving his Genital organ but no incontinence.
He has no c/o neck pain or pain to his T spine.
It is seeking Multiple profiles including Double portion
Meals, Back Brace, BBP, Ø standing, Mattress, Insoles, MRI

O   NAD, VSS (smiling during the interview).
Lung: CTA          HEART: RRR



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B.: |
|---|---|---|

3/2/05  20 HCP re: Chronic hordeolum

Wgt 160, T-97.8, R-20, P-90, O₂ 93%, BP-122/78

S- This place is still here, et transferred to Elmore & et they would not give me my Keflex

O- No △ in appearance of of hordeolum

A/P- Will reorder Keflex i ✓ in 3 weeks [signature]

04/05/05  To see HCP re: 9/9 eye

Wgt 169, T-97.4, P-68, R-18, O₂ 90%, BP-100/70

S- I need all my My eye is better

O- hordeolum has ↓ in size. No drainage. Non-tender

A/P- Will retime Keflex and F/u in 3 wks [signature]

4/28/05
935  20 HCP re: eval by MD  Wt 168  T-978  P-64
108/80  R-18  O₂Sat 97%  —  [signature]

① Stye ④ eye.

⑦ PT Reports back brace taken at station by officer
PT advised to get brace from Doc. for inspection
Hx of selling braces. He has tried three back
bracks in recent past. He has no difficulty walking or
standing. No paresthesias or weakness.
X-rays of motion artifact 2° pt xbn compliance.

Exam:
HEENT  ① eye stye w industa Redness O. Scw
Back exam: normal

INP  ① Stye - infected  Keflex
(No Per cogesic)  ② Back pain - motion F/u Phn Rtn
exercise  [signature]



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|---|---|---|

On June 2 2006 at 9:30am Courtney Boyd had an appointment with Dr. Darbouze. During this appointment Dr. Darbouze informed Mr Boyd that he would not be renewing his Current profiles due to lack of medical need. At that time Mr. Boyd said "here, would you like them back then" while handing profiles to the Dr. Then he (Mr. Boyd) offered his back brace to the Dr, Dr Darbouze told him if he did not want it to give it the the nurse. Mr Boyd handed the brace to Officer Jones, got up & walked out laughing saying "ok here we go, yeah here we g

Connie McBurse RN
Connie McBurse RN

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B.: ███ |
|---|---|---|

5/19/06 10a — Wt. 175  BP 120/80  P 68  R 16  T 97.8

S:

24 BM present for No prolonged standing,
Blanket and Mattress profile.

N+D  ↑↑

Ambulating with No distress
X-ray c and L spine: negative.

P: - These profiles are not indicated
    in this healthy 24 BM
    - No known or unexplained lethal injury
suffered from a 3 year old incident
    - Was prescribed Tenaquin that has not
been taking

[signature]

5/__/06 8¹⁰ AM  S/o

Wt. 178  B/P 110/80  P 75  R 18  T 97.8

24 BM c no injury to spine in 3 yrs returns today seeking
profile prescribe renals, no prolonged standing

O: Ambulating with no distress - sitting down/bending
over, resting at med
    X-ray of c and L spine: ⊖

A/P: No injury to spine - no abnormal ___ - spine stable
    Thus DC Profiles and Brace
    Not medically indicated

[signature]

| Date/Time | Inmate's Name: | | D.O.B.: |
|---|---|---|---|

3/30/06 — Wt. 173    B/P 110/70    P-94    R16

S/c back pain

S) 24 y.o. w/ chronic LBP x 3 yrs. partially controlled by using a back brace. He has no weakness, no numbness, no incontinence. The pain does not radiate.

O) His spine non tender — ROM is full with vague referred pain
Neuro: no deficit
X-ray: neg
A) LBP
P) Tramadol Ery
brace and MVR x 2 weeks

---

4/21/06    Wt 175    BP 122/64    P 68    R 16    T 97°
8:00 am    S/c

S) 24 y.o. s/p Physical Assault in 2003 is c/o chronic pain to his lower back non radiating with no associated weakness, numbness, incontinence. He then relates occasional c/o weakness/numbness involving his extremities (upper and lower) numbness involving his Genital organ but no incontinence. He has no c/o neck pain or pain to his T spine.
He is seeking Multiple profiles including Double portion Meals, Back brace, BBB, ø standing, Mattress, Insoles, MRI

O) NAD, VSS (smiling during the interview)
Lung = CTA    HEART: RRR



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B.: |
| --- | --- | --- |

3/2/05  20 HCP re: Chronic hordeolum

Wgt. 160, T-97.8, R-20, P-90, O₂ 93%, BP-122/78

S- This place is still here, el transferred to Elmore
& if they would not give me my Keflex

O- No Δ in appearance of of hordeolum.

A/P- Will reorder Keflex & √ in 3 wks [signature]

04/05/05  To see HCP re: F/U eye

Wgt 169, T-97.4, P-68, R-18, O₂ 90%, BP- 100/70

S- I need all my My eye is better

O- hordeolum has ↓ in size. No drainage. Non-tender

A/P Will extend Keflex and F/U in 3 wks [signature]

4/28/05  20 HCP re: eval by MD Wt 168 T-97.8 P-64
935  108/80 Rh-18 O₂ sat 97%  —  [signature]

① Stye ① eye.

② PT Reports back brace taken at station by officer
PT Advised to get brace from Doc. For inspection
Has Hx of selling braces. He has used three back
braces in recent past. He has no difficulty walking or
standing. No paresthesias or weakness.

X-rays of notow artifact 2° pt xbn compliance.

Exam:
HENT ① eye: stye ~ industrin Redness O.Scn
Back exam: normal

Imp  ① stye - infected keflex
② back pain - notow F/U PHx Rtrn
(No percogesic)                 exercise  [signature]

NaphCare, U.S.

## Health Services Request Form

Inmate Name _Arthur Boyd_                    Date of Request _10-25-03_

JS No. _2089___                Date of Birth _███████_         Housing Loc. _D-1-9B_

Nature of problem or request ① _My back has been hurting very badly ② lost of hair in the back of head. ③ my ears are hurting very badly. ④_
_Heart problems._

Sign here for consent to be treated by health staff for the condition described above. _Arthur Boyd_

Place this slip in Medical Box or designated area

**DO NOT WRITE BELOW THIS LINE** RECEIVED OCT 2 8 2003

Health Care Documentation

Subjective:

Objective:   BP_____    P_____    R_____    T_____    WT_____

Assessment:

Plan:

Refer to:   PA/ Physician          Mental Health          Dental

Education:

F___ ool used: (specify)_____

Signature_____          Title_____    Time_____    Date_____



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B. ▓▓▓▓ |
|-----------|-------------------------------|-------------|

08/13/04 — 2o see NCP for F/u back pain

wgt 160, 97.4 18, 98/70, 0₂ 97, 64.

Pt has back brace. States that his lower back continues to hurt + "burn". When pt is asked to detail the nature of his pain, alleviating/aggravating factors + specific regions of leg pain he/she is intentionally nonspecific + is a difficult historian.

Ⓞ A7O×3  Spine inline NTTP

ⓄSLR    2+ ↓ ext PTR  5/5 strength

Ⓐ/P. F/u Back pain

Suspect malingering

J McClunt

12/2/04  F/u
wt 140    BP 98/64      T 97.4       P 84       R 20

02 Sat 98% ————————  J. Kryptu

S- I came for my weight V's.

O- one wt needed 10/16/04. no shows for other wts  In notes

8/13 - 160   10/16/04 162   11/17/04 - 140   12/11/04, 140

6-2-04  168  Today 140.

1/5/05  2o NCP re: F/u on back

wt 140, 98.3  82, 20  97% 100/72 ,

S- I have back pain i problems ē my eyes i my wt

O- Multiple c/o ē objective data to support. States Did not get neosprin ophth but signed up March. Same



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney #308921 D.O.B.: / / |
|-----------|----------------------------------------------------------|
| 8/6/04 | No show for sick call — D Johnson |
| 5/22/05 | No Show for Sick Call —————————— LM McReady |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Complete Both Sides Before Using Another Sheet**



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B.: ▓▓▓▓▓ |
|---|---|---|
| 5/10/04 11ᴬ | R'cvd scc/SHCU vil. I ☐ T ∅ meds ———————— C Webb mec |
| 5-13-04 8am | No Show for SC ———————— Marriott |
| 29Jul04 8⁵⁰pm | No Show for Sickcall Screening ———— R Owsuka |

139    3/5/02
,33    6/18/03
150    3/11/04



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Courtney Boyd_    Date of Request: _3-20-04_
ID # _208921_    Date of Birth: ▇▇▇ Location: _N-36_
Nature of problem or request: _I Need another back brace for my back, because I'm still having problems with it. Also need my double portion profile, so that I will able to get my weight back. Both of these profile are in my jacket._

_Courtney Boyd_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/22/04_
Time: _640_ (AM) PM
Allergies: _NKA_

_100/64 — 80-20-97⁸ 158²/4_

| RECEIVED |
| --- |
| Date: _3-22-04_ |
| Time: _640 Am_ |
| Receiving Nurse Intials _H_ |

**(S)ubjective:** _I'm having wt. lose 12 LBS in 15days. I had a back brace + I need it back. I had a profile for double portions. I need it back._

**(O)bjective** _a +O x 3. Resp. reg c ease. VS WNL_

**(A)ssessment:** _alt. in comfort R/T above statement_

**(P)lan:** _See CRNP_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )   No ( )
Was MD/PA on call notified:    Yes ( )   No ( )

_See Prog. Notes._
_RAdm CRNP_

_Graves, LPN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B.: / / |
|---|---|---|

3/22/04 @
0935

22 y/o BM requests a back brace & double portions @ meals due to wt. loss.

PMHx - 1) Wt. Loss?        3) ~~Extr~~ Acid Reflux

2) LBP

VSS; A&O × 3

Heart - S₁ S₂ ; RRR

Lungs - CTA Ⓑ

Abd. - Benign

m.s. - Full ROM ; Amb. ā cane ; neuro ⊖ ; ∅ point TND or obvious deform.

wt. loss ? -     3/5/02    -    139 lb

4/18/03    -    138 lb

3/11/04    -    150 lb

3/22/04    -    158 lb

- Pt. has gained ~ 20 lbs since 3/5/02

1) Wt. loss    -    Pt. gained ~ 20 lb

-    ∅ indication for double portions

-    weigh Q month × 6 mos

2) Low back pain    -    ∅ clinical findings

-  Tylenol    × 7 d PRN

-  moist heat

3) Acid Reflux

-  Antacids  ī̄ p.o. BID × 30 d PRN

RTC in 2 mos.

*[signature]*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B. |
|---|---|---|

12/19/03 8⁵⁰A  R'cvd ECC/SHCU vol. II & # 6 meds ———————— C.Stehly, NRC

2/26/04    Pt brought from Elmore % CP

Gen — no gait disturbance. No systemic
signs of pain no diaphoresis, No SB no DOE
Neck Supple. Jn  no JVD)  W orthopnea
Chest — clear (Pt draws a circular area of Lt
(lead)

CAR — no (m) or rules — HR 72 BPM
lung — clear
abd — no HSM megaly Ø masses
Ext no CHF.

Pt has been to HCU 16 time over last yr c
has had 9 EKG's — all norm

Pt reassured ✓



**PHYSICIAN PROGRESS NOTES**

Patient Name: Boyd Courtney    I.D. #: 208921    Institution: Beble

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| /18/03 | | wt 138   977   137/80   80   16 | |
| | | *(illegible handwritten notes)* | |
| | | One wt pr 01 | |
| | | Stay Bed/ enpuil | *(signature)* |
| /14/03 | 3:00 | wt 148   +97°   P 68   R 18   BP 110/64 | *(signature)* |
| | | S - Alterts ; fell ~ pr tp red @ alt out | |
| | | O - PE   drain retil @ elbow   Sw @ lt rib | |
| | | A - Ch,Fp -dht | |
| | | B - XR | |
| | | | *(signature)* |
| /21/03 | 1:pm | Appt c̄ CROP in HCU no hure *(circled)* please | |
| 9-03 | 0730 | T 96.8   P 86   R 18   BP 100/64   WT 141 *(circled)* | |
| | | ° Chd pn / weght veryg   Sys his nt pn is bd ?  or spile f | |
| | | heartru  no nsln  Eny by pn ; helpel wt foul. | |
| | | O - dilatie Bm ~ NAD   Chd ole   IV- Neo @  Chd @ slo | |
| | | retd (-) | |
| | | A - dilatte dhl pn ?  anfg | |
| | | B - Bloodwk | *(signature)* |