

**PHYSICIAN PROGRESS NOTES**

Patient Name: Boyd Courtney    I.D. # 208921    Institution _____

| DATE | TIME | Wt. 143 lbs — NOTES | SIGNATURE |
|---|---|---|---|
| 12/13/02 | | B/P 120/80  P 80  R 20  T 96° | |
| | S: | My Stomach hurts. I have a bump on my face | |
| | O: | H/o tenderness mid epigastric Region ⊕ BSoll 4 quads | |
| | | ⊘ tenderness to palpation in lower quadrants | |
| | | Integument – forming Abscess chin  10mm induration | |
| | A: | H Pylor ⊕ test | |
| | | Forming Abscess | |
| | P: | Tetracycline 500mg  ⁻P̄O tid x 14 days | |
| | | Pepto Bismol tablets 2 po tid x 14 days | |
| | | Zantac 150mg  ⁻P̄O B.d x 14 days | |
| | | Flagyl 500mg  ⁻P̄O B.d x 14 days | |
| | | R̄o'f blood in stool, ↑ pain or fever | |
| | | | (signature) DP |
| 2-18-03 | 0915 | (Wt. 132)  118/86; 80, 18, 96²  97'/, 21 gu 0 in | |
| | S: | WEIGHT LOSS – so ___ weight loss ___ pat with ___ OK ___ | |
| | | Denies IDU. | |
| | S: | ___ ___ ___ lts – ___ go "bad" ___ | |
| | O: | 160 – w/w w/D 0m – ___ ___ ___ CV~RS ___ | |
| | | Abd – ___ ___ NBM, ___ BS | |
| | A: | Wt loss ? etiol.  (Had ⊖ PPD ___ ___) | |
| | P: | ___ Will ___ draw pats | (signature) JOB |
| 2/28/03 | 9³⁰ᵃᵐ | 138  118/76   69   18   97.8 | (signature) Prince |
| | S: | I am having a big stomach ache unless multiple complaints | |
| | O: | Pt will be referred to Dr Delong, pt continues to argue | |
| | | about Double ___ and its alteration will not | |
| | | stop arguing. Unable to redirect pt | (signature) DP |



# Physician's Progress Notes

| Date | Time | Notes Must Be Signed By Physician |
|------|------|-----------------------------------|

**05/18/01**
S: C/o Ⓛ lateral + ant chest pain   "sharp - comes + goes"
Not assoc. c̄ movement, breathing, exertion. Ø n/v
Ø diaphoresis. Ø meds

O: Smiling, laughing A+O, NAD   Heart: RRR - Ø m
Lung: clear A+P, resp easy + nonlabored   skin: w/o,
cap refill < 3 sec. Chest: Ⓛ lateral + ant chest c̄
? tenderness c̄ palp (unable to assess due to pt
inconsist c̄ affect + level of pain)

A: Ⓛ chest pain

P: ne EKG - 5/13/01
RTC prn
— M. Bell CRNP

**3/03  12:13p** c/o Abnormal HR -- VIS O₂ sat 98 - P 86, BP 110/68
R 22. Pt is alert, no visible sign of SOB. cyanosis
Pt c/o _____ in his arms

**6/11/03  1325** Ⓢ I feel like my blood pressure is up and I'm having a heart attack.
Ⓞ A/Ox3. No distress noted. Resp even/calm. Skin color-well, w/w
to touch. Neuro assessment - w.n.l. Bilat equal grip-PEARLA. No diaphoresis/
cyanosis noted. No s/s of numbness to ext. MAEW c̄ steady gait.
No c/o tingling to extremities. No c/o HA's or chest pain. No SOB noted.
Ⓐ assessment per DOC Ⓟ BP taken 106/70 @ this time; advised
to follow sick call procedure for further c/o. _____ shift ____
for ER. — Nurse LPN

**2-24-03  12Am** Ⓢ "My mouth is numb from Mintox." Ⓞ Alert + Ox3. Skin w/D to
touch. Resp even + non-labored, O₂ Sat 99%. V/s are WNL. Abdomen
soft, non-tender, non-distended. B6 x4. Cap refill < 3 seconds, exit noon
**4:30am** Appetite good. Ate two trays. No acute distress. Ⓐ Altered comfort
Ⓟ 23° observation. Ⓔ Notify nurse when ready to leave. — Burcham R

| Name - Last | First | Middle | Inmate No |
|-------------|-------|--------|-----------|
| Boyd | Courtney | | 268921 |

# Physician's Progress Notes

☐ *Continued on Reverse*

NCOC

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_____

RECEIVING MEDICAL STATUS
- ☐ Population
- ☐ Infirmary
- ☐ Isolation

RELEASED: Inmate/Health Record

Institution: _Kilby_

Date: _5/8/04_ Time: _5 PM_ AM/PM
RELEASE FROM:
- ☐ Infirmary    ☐ Segregation
- ☑ Population    ☐ Mental Health
- ☐ Other

RELEASE TO:
- ☑ DOC    ☐ Infirmary    ☐ Mental Health
- ☐ _____
  Institution/Work Release Center/Free-World Hospital

ALLERGIES:

PHYSICAL EXAMINATION
Date of last exam: _3/3/01_

Chest X-Ray Date: _____ Result: _____
PPD Reading _3/3/02_ ☺ _0mm_

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | 10/9/03 | ☑ | ☐ | Wears Glasses/Contacts | ☐ | ☐ |
| Urinalysis | 6/13/03 | ☑ | ☐ | Dental Prosthesis | ☐ | ☐ |
| | | ☐ | ☐ | Hearing Aide | ☐ | ☐ |
| | | | | Other Prosthesis | ☐ | ☐ |

Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
_It is pass for H pylori_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

_None_

| | Sent w / inmate | Not sent w / inmate |
|---|---|---|
| MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☑ Sent w / inmate | ☐ Not sent w / inmate |
| Released to: | | |

Date: _____ Time: _____ AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | ☐ Received | ☐ Not Received |
| X-RAY FILM | ☐ Received | ☐ Not Received |
| HEALTH RECORD | ☐ Received | ☐ Not Received |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

CHART REVIEWED ☐ YES   ☐ NO

Received by: _____
Signature of Receiving Nurse
Date: _____ Time: _____ AM/PM

FOLLOW-UP CARE NEEDED      Date      Time      With Whom - - Location (Sending Nurse)      Date/Appt. Made w/Whom (Rec. Nurse)
- ☐ Medical    ☐ Dental
- ☐ Mental Health

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | ☑ |
| | Mental Illness | | ☑ |
| | Suicide Attempt | | ☑ |
| | Chronic Care | | ☑ |
| STATUS | Special Diet | | ☑ |
| | Appearance | ☑ | |

OTHER PERTINENT NURSING ASSESSMENT
_____

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | |
| | Lice | | |
| | Edema | | |
| | Warm & Dry | | |
| | Cool & Moist | | |
| CONDITION | Alert | | |
| | Oriented | | |
| | Uncooperative | | |
| | Depressed | | |

INTAKE

Sick Call Procedures Explained  _____
Height  _____
Weight  _____
Blood Pressure  _____
Temperature  _____
Pulse Resp.  _____
Other _____

_Angela Jackson, RN_                    _5/8/04_
Signature of Nurse Completing Assessment (Sending Nurse)      Date      Signature of Intake Screening Nurse (Receiving Nurse)      Date

INMATE NAME (LAST, FIRST, MIDDLE)  _Ryan Courtney_       DOC# _208921_   DOB _____   Race/Sex _Bm_   FAC. _Kilby_

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _____

Date: _____ Time: _____ AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

_____

RECEIVING MEDICAL STATUS
- ☐ Population
- ☐ Infirmary
- ☐ Isolation

RELEASED: Inmate/Health Record

Institution: Elmeno

Date: 3-11-04  Time: 430  AM/PM
RELEASE FROM:
- ☐ Infirmary   ☐ Segregation
- ☒ Population   ☐ Mental Health
- ☐ Other

RELEASE TO:
- ☐ DOC   ☐ Infirmary   ☐ Mental Health
- ☒ Kilby
Institution/Work Release Center/Free-World Hospital

ALLERGIES: ¢

PHYSICAL EXAMINATION

Date of last exam: _____

Chest X-Ray Date: _____ Result: _____

PPD Reading 3-21-03 ¢

Classification: _____

Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | _____ | ☐ | ☐ |
| Urinalysis | _____ | ☐ | ☐ |
| | _____ | ☐ | ☐ |

| | YES | NO | |
|---|---|---|---|
| Wears Glasses/Contacts | ☒ | ☐ | Readng |
| Dental Prosthesis | | ☐ | ☒ |
| Hearing Aide | | ☐ | ☒ Gleda Tyree |
| Other Prosthesis | | ☐ | ☒ Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

¢

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

¢

| | | |
|---|---|---|
| MEDICATIONS | ☐ Sent w / inmate | ☒ Not sent w / inmate |
| X-RAY FILM | ☐ Sent w / inmate | ☒ Not sent w / inmate |
| HEALTH RECORD | ☒ Sent w / inmate | ☐ Not sent w / inmate |

Released to: Kilby

Date: 3-11-04  Time: 430  AM/PM

| | | |
|---|---|---|
| MEDICATIONS | ☐ Received | ☒ Not Received |
| X-RAY FILM | ☐ Received | ☒ Not Received |
| HEALTH RECORD | ☐ Received | ☐ Not Received |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

CHART REVIEWED  ☒ YES   ☐ NO

Received by: Gleda Tyree
Signature of Receiving Nurse

Date: 3/11/04  Time: 1755  AM/PM

FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical   ☐ Dental | _____ | _____ | _____ | _____ |
| ☐ Mental Health | _____ | _____ | _____ | _____ |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | | ✓ |
| STATUS | Special Diet | | ✓ |
| | Appearance | | ✓ |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | ✓ |
| | Lice | | ✓ |
| | Edema | | ✓ |
| | Warm & Dry | ✓ | |
| | Cool & Moist | | ✓ |
| CONDITION | Alert | ✓ | |
| | Oriented | ✓ | |
| | Uncooperative | | ✓ |
| | Depressed | | ✓ |

INTAKE

| | |
|---|---|
| Sick Call Procedures Explained | ✓ |
| Height | 5'8 |
| Weight | 150 |
| Blood Pressure | 110/76 |
| Temperature | 95.8 |
| Pulse Resp. | 88  20 |
| Other | |

Signature of Nurse Completing Assessment (Sending Nurse)    Date: N Barnett

Signature of Intake Screening Nurse (Receiving Nurse): Gleda Tyree    Date: 3/11/04

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Boyd, Cournney | 20892 | | B/M | Elmeno |

CNaphCare, Inc.

# Health Services Request Form

Inmate Name _Mr. Courtney Byrd_    Date of Request: _9-3-03_

AIS No. _208921_    Date of Birth ▓▓▓▓    Housing Loc. _D-3-29 T_

Nature of problem or request _I need to see the doctor for the following thing:_
_1. my back is hurting. 2 also I lost 15 pounds in 2 week. 3 And left_
_eye is in pain._

Sign here for consent to be treated by health staff for the condition described above. _Courtney Byrd_

Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

RECEIVED
SEP 4 2003
By _____

## Health Care Documentation

Subjective:

_Waiver_

Objective:   BP_____    P_____    R_____    T_____    WT _137_

Assessment:

Plan:

Refer to:   ✓ PA/ Physician         Mental Health         Dental

Education: _____

Protocol used: (specify)_____

Signature _JD_____    Title _LPN_    Time _1130am/pm_ Date _9-4-03_

GraphCare, Inc.

## Health Services Request Form

Date of Request: 12-32-9

Inmate Name: _Country Byrd_

JS No. _20892_     Date of Birth �█

Housing Loc. _12-729_

Nature of problem or request: _Back problem, and heart problem, lost 15_
_pound two weeks._

Sign here for consent to be treated by health staff for the condition described above. _Country Byrd_

Place this slip in Medical Box or designated area.

DO NOT WRITE BELOW THIS LINE  **RECEIVED** SEP 2 4 2003

---

### Health Care Documentation

**Subjective:** "I have Back Pain x heart Problems X 3 mos
O² Stat 98%

**Objective:** BP _110/88_   P _98_   R _20_   T _97.6_   WT _144_

Inmate examined lungs Clear HR regular

**Assessment:**
**1:** Alteration in comfort
Refer to M.D.

_Blushard_

**r to:**   PA/ Physician        Mental Health        Dental

**cation:** _____

**col used: (specify)** _A. Inham_     Title _LPN_   Time _10:30/pm_   Date _9-24-03_

RECEIVED SEP 1 7 2001

*NaphCare, Inc.*

Health Services Request Form

Date of Request: 9-17-03

Inmate Name: *Courtney Bayl*

JS No. 208921                    Date of Birth ▉▉▉▉▉

Housing Loc. D-2-297

Nature of problem or request: *My back has being give me Problem.*

Sign here for consent to be treated by health staff for the condition described above. *Courtney Bayl*

Place this slip in Medical Box or designated area

DO NOT WRITE BELOW THIS LINE

Health Care Documentation

Subjective:

Objective: BP_____    P_____    R_____    T_____    WT_____

*Waiver*

Assessment:

Plan:

Refer to:    PA/Physician        Mental Health        Dental

Location: _____

protocol used: (specify) _____

_____ Title _____ Time _____ Date _____

CraphCare, ? ?

Health Services Request Form
Date of Request: 8-17-03

Inmate Name: Mr. Courtney Bryd    Housing Loc: D-7-29-T

JS No. 268471    Date of Birth: ▓▓▓▓▓

Nature of problem or request: I need to see the doctor about my back problem, and about my weight is still droping, and my left eye.

Sign here for consent to be treated by health staff for the condition described above. Courtney Bryd

Place this slip in Medical Box or designated area

DO NOT WRITE BELOW THIS LINE

RECEIVED
AUG 13 2003
By _____

---

Health Care Documentation

Subjective:
Weight loss of 15 lbs, since 2 weeks ago. ⓁL eye has blurry vision, I need portio of my Percogasics back for my back. And my double for 9 days.

| Condition | BP 102/68 | P 55 | R 20 | T 97.0 | WT 145 |

Presented to infirmary with back pain rated 10 on a 1-10 scale. Eye problem for 3-4 days. PERRLA. ⓁL aya. 20/70 on eye chart.

Assessment: Alteration in comfort

Plan: Refer to MD.

Refer to: (PA/Physician)    Mental Health    Dental

Education: Warm compresses for back pain. No heavy lifting. No strenuous exercise. No sports.

Tool used: (specify) Ø backache

Signature: ____    Title ____    Time ____    Date ____

VaphCare, Inc.

## Health Services Request Form

Date of Request _4-14-03_

Inmate Name _Courtney Boyd_

JS No. _20892)_         Date of Birth ▓▓▓▓▓         Housing Loc. _D-3-24 T_

Nature of problem or request _I have been problem with my back for over_ _two months. Request to see Doctd_

Sign here for consent to be treated by health staff for the condition described above. _Courtney___

Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

Health Care Documentation

**RECEIVED APR 15 2003**

Subjective: _"My back hurts — for over two months ——"_

Objective:   BP _100/60_    P _66_    R _20_    T _97.2_   WT _133_

_Pain rated 6 on 1-10 scale._

Assessment: _Altered comfort_

Plan: _Refer to MD._

Refer to: (PA/ Physician)    Mental Health      Dental

Education: _No heavy lifting, No strenuous activity._ _No sports._

Protocol used: (specify) _backache._

Signature _Kim Bingham, RN_   Title _RN_   Time _11:00_   Date _4-15-03_

GraphCare, In

# Health Services Request Form

Inmate Name _____ Date of Request 3-5-03

AJS No. 208911 Date of Birth ████████ Housing Loc. D-2-29 T

Nature of problem or request _MY Mouth, and I lost weight in the_
_last two days, Also the ___ ___ ___ stomach._

Sign here for consent to be treated by health staff for the condition described above. _____

### Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

RECEIVED FEB 06 2003

---

### Health Care Documentation

Subjective:

"My jaw feels like its coming loose when I
chew. Hit it on the rail of my bed. 3 or 4 days ago.

Objective: BP 90/60  P 62  R 20  T 97.3  WT 122

Presented to infirmary with pain rated 10 on 1-10
scale.

Assessment: Altered comfort due to s/s of dislocated mandible

Plan: Refer to MD.

Refer to: PA / Physician    Mental Health    Dental

Education: Patient educated per pain management technique.
Also discussed possible x-ray & treatment.

Protocol used (specify) _____

Signature W.M. Bingham    Title RN    Time 10:45    Date 2-6-03

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _Elmore_

Date: _12/21/03_ Time: _7_ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

[✓] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: _Bibb_

Date: _12-18-03_ Time: _____ AM/PM

RELEASE FROM:
[ ] Infirmary        [ ] Segregation
[✓] Population       [ ] Mental Health
[ ] Other _____

RELEASE TO:
[✓] DOC    [ ] Infirmary   [ ] Mental Health
[✓] _Elmore Elmore_
Institution/Work Release Center/Free-World Hospital

ALLERGIES:
_NKA_

PHYSICAL EXAMINATION
Date of last exam: _3-21-03_

Chest X-Ray Date: _____ Result: _____

PPD Reading _3-21-03 — Ø_

Classification: _____

Limitations: _none_

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 10-4-03 | [✓] | [ ] | Wears Glasses/Contacts | [ ] | [✓] | _A Hall Smith_ |
| Urinalysis | ____ | [ ] | [ ] | Dental Prosthesis | [ ] | [✓] | |
| | | [ ] | [ ] | Hearing Aide | [ ] | [✓] | |
| | | | | Other Prosthesis | [ ] | [✓] | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Ø

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Ø

| MEDICATIONS | [ ] Sent w/ inmate | [✓] Not sent w/ inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w/ inmate | [✓] Not sent w/ inmate |
| HEALTH RECORD | [ ] Sent w/ inmate | [ ] Not sent w/ inmate |

Released to: _Elmore_

Date: _12-18-03_ Time: _____ AM/PM

| MEDICATIONS | [ ] Received | [✓] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [✓] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

Received by: _A Hall Smith_
Signature of Receiving Nurse
Date: _12/21/03_ Time: _7_ AM/PM

FOLLOW-UP CARE NEEDED     Date     Time     With Whom - - Location (Sending Nurse)     Date/Appt. Made w/Whom (Rec. Nurse)

[ ] Medical     [ ] Dental     _____     _____

[ ] Mental Health     _____     _____

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | [✓] |
| | Mental Illness | | [✓] |
| | Suicide Attempt | | [✓] |
| | Chronic Care | | [✓] |
| STATUS | Special Diet | | [✓] |
| | Appearance | [✓] | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | [✓] |
| | Lice | | [✓] |
| | Edema | | [✓] |
| | Warm & Dry | [✓] | |
| | Cool & Moist | | [✓] |
| CONDITION | Alert | [✓] | |
| | Oriented | [✓] | |
| | Uncooperative | | [✓] |
| | Depressed | | [✓] |

INTAKE

Sick Call Procedures Explained _✓_

Height _5'9_

Weight _145_

Blood Pressure _120/80_

Temperature _97.6_

Pulse Resp. _80-20_

Other _____

_S. Grisham LPN_
Signature of Nurse Completing Assessment (Sending Nurse)

_12-18-03_
Date

_A Hall Smith LPN_
Signature of Intake Screening Nurse (Receiving Nurse)

_12/21/03_
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| BOYD Courtney | 208921 | ▉▉▉ | B/m | Bibb |

RHS-MD 70000

| | | | |
|---|---|---|---|
| Name | Last Boyd | First Courtney | Middle Initial |
| Date | 12-12-03 | Allergies NKA | |

AIS # 208921

Facility Bibb

**SIG.**

1) Mintox 4 tabs PO₄ + now

Physician Signature: V.O. Dr. Mosin / Dutan VN

Discontinue Noted

Continue 12-12-03

Increase 2 Dutan VN

Decrease

NC002

RNuggins, CNP

| | | | |
|---|---|---|---|
| Name | Last Boyd | First Courtney | Middle Initial |
| Date | | Allergies NKA | |

AIS # 208921

Facility Bibb

**SIG.**

F 80 X 60 days

V.O Dr. Mosin / MMccoy, APN

Discontinue M Mccoy APN

Continue 12-10-03

Increase APN5 PM

Decrease

NC002

RNuggins, CNP

| | | | |
|---|---|---|---|
| Name | Last BOYD | First COURTNEY | Middle Initial |
| Date | 10/6/03 | Allergies | |

AIS # 208921

Facility Cat

**SIG.**

1) CBC, CMP (14) (Repeat Hepatic)

2) Penaycin 2 tbs TID (RVF) x 45 g

3) Zout 100g DID x 60 g

Physician Signature:

4) Double gas x day O (TB) x 2 @ Hr. Rt 04

Discontinue Noted

Continue 10/10/03

Increase

Decrease

NC002

| | | | |
|---|---|---|---|
| Name | Last Boyd Courtney | First | Middle Initial |
| Date | 4/16/03 | Allergies | |

AIS # 208921

Facility Bibb

**SIG.**

Discontinue Noted 4/24/03

Continue @ 930

Increase

Physician Signature:

Decrease

Name (Last) Boyd (First) Courtney (Middle Initial)
Date 9/9/03  Allergies NKA
AIS # 208921
Facility Bibb

SIG.
Tylenol 325mg ii tabs po
TID x 4 days
[illegible]
Physician Signature: [signature]

Discontinue
Continue
Increase
Decrease

NC002

---

Name (Last) BOYD (First) COURTNEY (Middle Initial)
Date 8/6/03  Allergies NKA
AIS # 208921
Facility [illegible]

SIG.
1) Weigh q week x 3
2) then appt
Physician Signature: [signature]

Discontinue
Continue    M Miller LPN
Increase    5-6-03
Decrease    11:35 AM

NC002

---

Name (Last) BOYD (First) Courtney (Middle Initial)
Date [illegible]  Allergies
AIS # 208921
Facility [illegible]

SIG.
1) [illegible] film ~ T?8 ~ RN [illegible]
2) [illegible] avail x 30 days
3) D/C [illegible]
Physician Signature: [illegible signature]

Discontinue
Continue
Increase
Decrease

NC002

---

Name (Last) Boyd (First) Courtney (Middle Initial)
Date 6/18/03  Allergies
AIS # 208911
Facility [illegible]

SIG.
[illegible]
Physician Signature: [illegible]

Discontinue
Continue
Increase
Decrease

| Name (Last) BOYD | (First) COURTNEY | Middle Initial | AIS # 208 921 |
|---|---|---|---|
| Date 6/19/03 | Allergies | | Facility Bibb |

SIG.
1) US abdomen/suprapubic done ~1-2 weeks ago - Results negative. Please find & report.
2) If US is negative, order CT scan
3) Cont. Double Portion x 30 days

Discontinue
Continue
Increase
Decrease

Physician Signature:

NC002

---

| Name (Last) Boyd | Courtney (First) | Middle Initial NKA | AIS # 208921 |
|---|---|---|---|
| Date 6/13/03 | Allergies NKA | | Facility Bibb |

SIG.
Bottom Bunk profile x 3 days only -
c/o dizziness/lightheaded.
vODr. Delong/Skinner Dru

Physician Signature:

Discontinue
Continue
Increase    Noted 6/13/03
Decrease    0830

NC002

---

| Name (Last) BOYD | (First) COURTNEY | Middle Initial | AIS # 208 921 |
|---|---|---|---|
| Date 5/7/03 | Allergies | | Facility BIBB |

SIG.
1) Diet dry - DOUBLE PORTION meds x 30 days
2) Wght ↓ work x 4 weeks
3) RTC c 1 month
4) GI consult - r. endoscopy
5) HH - Abd full series    6) CMP, Hepatic profile, Amylase, Lipase

Physician Signature:

Discontinue    Noted
Continue    Q. King
Increase    5/7/03 3 pm
Decrease

NC002

---

| Name (Last) Boyd | Courtney (First) | Middle Initial NKA | AIS # 208 921 |
|---|---|---|---|
| Date 4/17/03 | Allergies NKA | | Facility Bibb |

SIG.
Appt

Physician Signature:

Discontinue    Noted
Continue    4/17/03
Increase    850
Decrease

NC002

| Name | Last _Boyd_ | First _Courtney_ | Middle Initial | AIS # | 208921 |
|---|---|---|---|---|---|
| Date | 2/28/03 | Allergies ⊘ | | Facility | Bibb |

SIG.
① appt ē Dr Delong

Discontinue _Noted_
Continue _K. Robinson RN_ 2-28-03
Increase Co 250 pm
Decrease

Physician Signature: _M Rolls CRNP_

NC002

---

| Name | Last _Boyd_ | First _Courtney_ | Middle Initial | AIS # | 208921 |
|---|---|---|---|---|---|
| Date | 2/27/03 | Allergies ⊘ | | Facility | Bibb |

SIG.
① Mental Health Consult pt ē multiple somatic complaints.

Discontinue _Noted_
Continue _Rolls_ 2/27/03
Increase
Decrease

Physician Signature: _M Rolls CRNP_

NC002

---

| Name | Last _Boyd, Courtney_ | First | Middle Initial | AIS # | 208921 |
|---|---|---|---|---|---|
| Date | 2/25/03 | Allergies NKA | | Facility | Bibb |

SIG.
ī Tylenol PRN tid x 3 days
V/O Dr Delong /E. Smither

Discontinue E. Smither
Continue 2/25/03
Increase 930 PM
Decrease

Physician Signature: _M Rolls CRNP_

NC002

---

| Name | Last _Boyd, Courtney_ | First | Middle Initial | AIS # | 208921 |
|---|---|---|---|---|---|
| Date | 2/25/03 | Allergies NKA | | Facility | Bibb |

SIG.
LS Spine X Rays
_M Rolls CRNP_

Discontinue Noted 2/20/03 @ 210 PM
Continue
Increase
Decrease

Physician Signature: V/O Dr Delong /M Rolls CRNP

---

| Name | Last Boyd | First Courtney | Middle Initial | AIS # | 208921 |
|------|-----------|----------------|----------------|-------|--------|
| Date | 2/25/03 | Allergies Ø | | Facility | Bibb |

SIG. ① Cancel Double trays (of altered Pink slip)
from 30 days to 80 days

Discontinue
Continue Noted 2/25/03 C 2:10
Increase
Decrease

Physician Signature: CW Helbcorp

NC002

---

| Name | Last BOYD | First COURTNEY | Middle Initial | AIS # | 208921 |
|------|-----------|----------------|----------------|-------|--------|
| Date | 2/18/03 | Allergies NKA | | Facility | Bibb |

SIG. ① CBC, CMP (14), T3, T4, HIV
② Please get full work record - Dr Dzanki / Davis
MONTGOMERY AL - (DOVE) - for EKG
③ DOUBLE TRAY X 30 days - 21 gen wgt loss
④ U/A
⑤ RTC 1 morth

Discontinue noted 2/18/03 @ 5 pm
Continue
Increase S. Gibson RN
Decrease

Physician Signature: J Delong

NC002

---

| Name | Last Boyd | First Courtney | Middle Initial | AIS # | 208921 |
|------|-----------|----------------|----------------|-------|--------|
| Date | 1/8/03 | Allergies Ø | | Facility | Bibb |

SIG. ① appt Re: Speder bite

Discontinue noted 1/8/03 1:45 pm
Continue
Increase S. Gibson RN
Decrease

Physician Signature: CW Helbcorp

NC002

---

| Name | Last Boyd, Courtney | First | Middle Initial | AIS # | 208921 |
|------|---------------------|-------|----------------|-------|--------|
| Date | 1/7/03 | Allergies NKA | | Facility | Bibb |

SIG. ① Motrin 600mg po x 10 X 3 days

Discontinue noted 1/7/03 2:37 pm
Continue
Increase
Decrease

CW Helbcorp 1/8/03 08CO

Physician Signature: J.D. Dr DeLong



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Boyd, Courtney Staton    0820892\ | DIAGNOSIS   Bactrim DS ‡ po BID x 10 days   please inform inmate |
|---|---|
| D.O.B. ▓▓▓ | |
| ALLERGIES NKA | |
| Use First    Date 10\ 8\ 64 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAlE: Boyd, Courtney<br>208921<br><br>D.O.B. ▓▓▓▓<br>ALLERGIES: ↑ KA<br><br>Use Last    Date 8/13/04 | DIAGNOSIS (If Chg'd)                    appt. 10/12 (w)<br>Wt ↓ 9 mo × 6 months<br>Back Brace × 6 months<br>Naprosyn 375 mg⁻ po qd × 14 days ✓<br>HCU visit 2 months F/u Back pain<br>noted 8/14/04 ↓↓ ↓↓↓↓↓↓↓↓<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED  ▓▓▓ |
| NAME: Boyd, Courtney<br>208921<br><br>D.O.B. ▓▓▓▓<br>ALLERGIES:<br><br>Use Fourth    Date 8/6/04 | DIAGNOSIS (If Chg'd)<br>HCU F/u for Back Pain / Abd pain<br><br>appt. 8/12 (w)    ▓▓▓▓▓<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd, Courtney<br>208921<br><br>D.O.B. ▓▓▓▓<br>ALLERGIES:<br><br>Use Third    Date 6/4/04 | DIAGNOSIS (If Chg'd)  LBP<br><br>Back brace × 60 days<br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Boyd, Courtney<br>208921<br><br>D.O.B. ▓▓▓▓<br>ALLERGIES: NKDA<br><br>Use Second    Date 5/28/04 | DIAGNOSIS (If Chg'd)<br>HCU visit today (D GULP ▓▓<br><br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED  ▓▓▓▓▓ |
| NAME: Boyd, Courtney<br>208921    Staton<br><br>D.O.B. ▓▓▓▓<br>ALLERGIES: NKDA<br><br>Use First    Date 5/18/04 | DIAGNOSIS  LBP - requests back brace<br>Pt May have back brace × 90 days<br>Motrin 600 mg BID × 5 days<br><br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_          Date of Request: _6-2-04_
ID # _208971_          Date of Birth: ▓▓▓▓    Location: _A-J-91_
Nature of problem or request: _I have been having problems with my_
_right and with my rib and my back. This is my third time_
_complaining about these problems._

_Courtney Boyd_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/3/04_
Time: _6:10_ AM/**PM**
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** Need back brace Elmore took it, Bibb
gave it for 30 days

**(O)bjective** (V/S): T: _98³_   P: _68_   R: _20_   BP: _110/70_   WT: _168_
Alert skin w/o resp distress ambulatory
difficulty good ROM no swelling tenderness

**(A)ssessment:**
Alteration in comfort

**(P)lan:** MD to Review

Refer to:   MD/**PA**   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No (✓)        _6/4/04_
Was MD/PA on call notified:   Yes ( )   No (✓)

_A H Smith LPN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Byrd_     Date of Request: _5-16-04_
ID # _208921_     Date of Birth: ▓▓▓▓    Location: _A-3-9T_
Nature of problem or request: _I have been havg back pain, and I need_
_my back brace back because it help out!_

_____

                  _Courtney Byrd_
                           *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _5/17/04_                               _Refer to_
Time: _8:20_ AM **PM**                     _Sick Call_
Allergies: _Ø_

| RECEIVED |
| --- |
| Date: _5/16/04_ |
| Time: _7:22 pm_ |
| Receiving Nurse Intials _SD_ |

**(S)ubjective:** _Back Brace work on farm my back_
_he hurting too bad_

**(O)bjective:**   **(V/S):** T: _97⁴_    P: _80_    R: _20_    BP: _110/70_    WT: _165_
_Complained of pain center of back Ambulatory_
_5 difficulty good ROM_

**(A)ssessment:**
     _Alteration in comfort_                   _5/18/04_

**(P)lan:**
     _MD to Review_

Refer to:   (MD/PA)   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( ✓ )
     Was MD/PA on call notified:   Yes ( )   No ( ✓ )

                  _A H Smith LPN_
                     *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Courtney Byrd_    Date of Request: _7-29-04_
ID # _208921_    Date of Birth: ▮▮▮▮    Location: _A-3-9T_
Nature of problem or request: _I have been have leg problems and back_
_problems, and my right arm is hurting. Also I had get_
_bacteria and my stomach from eating some meat out of_
_the Kitchen, at b.50 Co. correct for, and now my stomach is in_
_serious pain. Also I loss 20 pounds in_    _Courtney Byrd_
_two weeks._                                                Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| Date: _29 July_ |
| Time: _8:50 PM_ |
| Receiving Nurse Intials _RO_ |

NO Show

**(S)ubjective:**

**(O)bjective    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_R. Crum RN_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*Staton*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Courtney Boyd*        Date of Request: *5-12-04*
ID # *208921*        Date of Birth: ▓▓▓▓    Location: *A-3-97*
Nature of problem or request: *I have been having back problems.*

*Courtney Boyd*
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

*No Show*

**(O)bjective**    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
                                        CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Arthur Boyd_   Date of Request: _5-12-06_
ID # _200911_   Date of Birth: ▮▮▮▮ Location: _A-2-9_
Nature of problem or request: _I have been having back problem_
_____
_____
_____
                              _Arthur Boyd_
                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:     Yes ( )     No ( )
                Was MD/PA on call notified:     Yes ( )     No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

*Follow up*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_          Date of Request: _2-10-05_
ID # _203921_          Date of Birth: ▓▓▓▓    Location: _C-Z-95_
Nature of problem or request: _I need to get my new back brace, and Profile. ALSO my eyes are still giving me problems. I need some TOP Cream I need to see the Doctor about my back giving me Pain._

_____
                              Signature

## DO NOT WRITE BELOW THIS LINE

Date: 02/11/05
Time: 1250   (AM) PM
Allergies: N/KA

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** I need a new back brace, renew profiles, R eye.

**(O)bjective  (V/S):** T: _97.6_   P: _72_   R: _18_   BP: _100/58_   WT: _165_

Requests new back brace, has been issued some before. Noted stye to ↑ R eyelid. Requests eye gtts. ∅ drainage ∅ PERRLA

**(A)ssessment:** Alteration in Comfort

**(P)lan:** HCP to review

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                  CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
D. Austin LPN / _____
SIGNATURE AND TITLE           2-11-05

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Boyd_          Date of Request: _11-17-04_
ID # _208921_          Date of Birth: ▮▮▮▮▮          Location: _A-3-9T_
Nature of problem or request: _This is my second time complaining about these_
_Problems, I need my TO have my double tray Profile renew, and_
_my back is still giving me Problems. I have ~~this~~ ~~cold~~_
_flu also. And I need to be seen by doctor._
                                                    _Courtey B__T_
                                                    Signature

## DO NOT WRITE BELOW THIS LINE

Date: _11 / 18 / 04_
Time: _1830_ AM (PM)

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

Allergies: _NKDA_

**(S)ubjective:** _As stated above; c/o lower back pain from_
_injury received in 2003;_

**(O)bjective**   (V/S): T: _99'_   P: _84_   R: _20_   BP: _____   WT: _140_

**(A)ssessment:** _Patient wearing back brace + c/o cold/flu symptoms_

**(P)lan:** _MD/PA/NP_                              _↑oo wt ✓_
                                                    _9   10/21_
                                                    _f/u_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No (✓)
      Was MD/PA on call notified:   Yes ( )   No (✓)

                    _____  _L Ross tucnp_
                    SIGNATURE AND TITLE          _11-19-04_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Courtney Bull_    Date of Request: _11-11-04_
ID # _208921_    Date of Birth: ▬▬    Location: _A-3-97_
Nature of problem or request: _I need to have my double tray profile_
_renew, and my back is still giving me problems, my eyes are_
_giving me problems as will._
                          _Request to see the Doctor._
                          _Courtney Bull_
                                              Signature

### DO NOT WRITE BELOW THIS LINE

Date: _11/12/04_
Time: _1900_  AM (PM)
Allergies: _NKDA_

┌─────────────────────────────┐
│           RECEIVED          │
│ Date: _11-12-04_            │
│ Time: _1900_               │
│ Receiving Nurse Initals  _MJ_ │
└─────────────────────────────┘

(S)ubjective: _"I need a double portion I am_
_losing weight. I'm still having problems with_
_my back. My eye is still swollen."_

(O)bjective  (V/S): T: _97_  P: _66_  R: _16_  BP: _112/60_  WT: _140_
_O2 stat 94% Ambulating ō difficulty._
_® eye edema ē small amt of swelling noted_
_ø s/s of acute distress noted._

(A)ssessment: _Alteration in comfort_

(P)lan: _MD to Review_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                          CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
       If Emergency was PHS supervisor notified:    Yes ( )    No ( )
              Was MD/PA on call notified:    Yes ( )    No ( )

                                    _[signature]_
                          SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

| Facility Name: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Percogesic ## po
Bid prn x 30 days
- 4A
- 4P

Start Date: 4/21/06  Prescriber: Darbouze
Stop Date: 5/21/06  Rx #:

Tylenol gm ## po T10
x 5 days
- 4A
- 4P

Start Date: 5/12/06  Prescriber: Darbouze
Stop Date: 5/17/06  Rx #:

Tums ## po T10
x 5 days
- 4A
- 4P

Start Date: 5/12/06  Prescriber: Darbouze
Stop Date: 5/17/06  Rx #:

Start Date:  Prescriber:
Stop Date:  Rx #:

Start Date:  Prescriber:
Stop Date:  Rx #:

Start Date:  Prescriber:
Stop Date:  Rx #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: NKDA | | | L. Ewir | LEP | 1. Discontinued Order |
| | | | M. Payne | MP | 2. Refused |
| Housing Unit: | | | S. Smith | S | 3. Patient out of facility |
| Patient ID Number: 200621 | | | | | 4. Charted in Error |
| Patient Name: | | | | | 5. Lock Down |
| | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

| Facility Name: | | Month/Year of Charting | |
|---|---|---|---|
| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | |

Percoges: c# PO
B.d PRN X 14 days

4a
4p

Start Date: 3/30/06    Prescriber: Ashbay
Stop Date: 4/13/06    RX #:

Percoqose # PO
BID PRN X 30days

4A
4p

Start Date: 4/21/06    Prescriber: Dacbouze K.
Stop Date: 5/21/06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies   NKDA | | 89 | Wayne RN | RN  MD | 1. Discontinued Order  2. Refused  3. Patient out of facility  4. Charted in Error  5. Lock Down  6. Self Administered  7. Medication out of Stock  8. Medication Held  9. No Show |
| Housing Unit:  Patient ID Number: 208494  Patient Name: | | | L. Ewing LPN | | |

305—    ECF                                    3/06

| Facility Name. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Percoagesic # po Bid PRN x14d.**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | →| | | |
| 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | →| | | |

Start Date: 3/30    Prescriber: Darboure
Stop Date: 4/13

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKDA | SBushiri | SB | | | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show |
| Housing Unit: | | | | | |
| Patient ID Number: | | | | | |
| Patient Name: | | | | | |

| Facility Name: _RMH_ | | Month/Year of Charting: _3-2006_ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Tylenol 500mg X 2 po BID
X 5 day

| | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: _3-11-2006_   Prescriber: _Dr___/Dr_
Stop Date: _3-16-2006_   RX #:

MAAIO X Tab II po BID
X 5 day

| | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: _3-11-2006_   Prescriber: _Dr___/Dr_
Stop Date: _3-16-2006_   RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | MM Date | M | | d | 1. Discontinued Order |
| Allergies _NKA_ | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: _208521_ | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |

| Facility Name: *EASterling* | | Month/Year of Charting: *March* | | |
|---|---|---|---|---|

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3

*Advil 400mg Now*
*then Tid x 3days*

Start Date: *3/24/06*    Prescriber: *Dr Darbose*
Stop Date: *3/27/06*    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | *B* | 1. Discontinued Order |
| Allergies *NKDA* | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: *208921* | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Facility Name: _Easterling_          Month/Year of Charting: Nov 05

Tylenol tid
150 mg po
X 7d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 4a | | | | | | → | | | | | | | | | ← | | | | | | | | | | | | | | | | |
| 9a | | | | | | | → | | | | | | | | ← | | | | | | | | | | | | | | | | |
| 4p | | | | | | | →∞ | | | | | | | | ← | | | | | | | | | | | | | | | | |

Start Date: 11·7·05    Prescriber: _Pasbore_
Stop Date: 11-14·05    RX #:

Mylanta 2 tabs
po bid tid
X 7d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 4a | | | | | | | → | | | | | | | | ← | | | | | | | | | | | | | | | | |
| 9a | | | | | | | → | | | | | | | | ← | | | | | | | | | | | | | | | | |
| 4p | | | | | | | →2 | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 11-7-05    Prescriber: _Pasbore_
Stop Date: 11-14-05    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis:

Allergies: NKDA

Housing Unit:
Patient ID Number: 208921
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-------------------|---------|-------------------|---------|---------------------|
| _Burrier_ | CB | _L. Ewing LPN_ | LE | 1. Discontinued Order |
| _Payne RN_ | NP | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |

| Facility Name: Easterling | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naproxen 375 mg
÷ po BID
X 2 wks

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

4a →
4p →

DC  9/6/05

Start Date: 9-3-05   Prescriber: Denberge
Stop Date: 9-16-05   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | Scottym | | 1. Discontinued Order |
| Allergies NKDA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 208921 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

Facility Name:                                                    Month/Year of Charting:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg po tid x 30 days PRN | 4A / 9A / 4p | | | | MP | | | | DC 9/6/05 | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-22-05    Prescriber: Darbouze
Stop Date: 9-22-05     RX #:

| Mycolog oint topically Bid x 14 days PRN | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4A / 4p | | | | | | Siven 8-23 ⓢ | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-22-05    Prescriber: Darbouze
Stop Date: 9-5-05      RX #:

| Maalox 30cc po tid x 7 days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4a | | | | | | → | 9 | 9 | 9 | 9 | 9 | 9 | 9 | ← | | | | | | | | | | | | | | | | | |
| | 9a | | | | | | → | 9 | 9 | 9 | 9 | 9 | 9 | 9 | ← | | | | | | | | | | | | | | | | | |
| | 4p | | | | | | → | 8 | 9 | 9 | 9 | 9 | 9 | 9 | ← | | | | | | | | | | | | | | | | | |

Start Date: 9/6/05    Prescriber: Darbouze MP
Stop Date: 9/13/05    RX #:

| Zantac 150mg ÷ po bid x 14 days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4a | | | | | | → | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | ← | | | | | | | | | | | | |
| | 4p | | | | | | → | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | ← | | | | | | | | | | | | |

Start Date: 9/6/05    Prescriber: Darbouze MP
Stop Date: 9/20/05    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

Diagnosis:

Allergies: NKDA

Housing Unit:
Patient ID Number: # 208421
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Robinson Rn | Rn | CMcKinnes Lpn | CM |
| | | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held

| Facility Name: *Elmore* | Received Easterling 8-17-05 | Month/Year of Charting: |
|---|---|---|

TAO apply to groin rash

*Croak SLPN*
8-17-05 1/2 tube given

dispense 1 tube

Start Date: 8-11-5   Prescriber:
Stop Date:    RX #:

Motrin 600 g po TID. X 6° days

KOP

Start Date: 8-11-5   Prescriber:
Stop Date: 9-11-5   RX #:

Motrin 600mg ÷ po tid prn x 30 days

Start Date: 8/22/05   Prescriber: Darbouze/NP
Stop Date: 9/22/05   RX #:

Mycolog oint bid prn x 14 days

Start Date: 8/22/05   Prescriber: Darbouze NP
Stop Date: 9/5/05   RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | C Darcin or 8 | | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | L Miles LPN | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Elmore | | | | | 5. Lock Down |
| Patient ID Number: 208921 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/05 Motrin 600mg ÷ Po. t id x 60 day 09/20/05 Dr. Peasant dw | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 07/20/05 Mycolog Cr. to rash x 30 days KOP 08/24/05 Dr. Peasant dw | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| | | |
|---|---|---|
| CHARTING FOR 07/01/05 | THROUGH 07/31/05 | |
| Physician Peasant, J. M | Telephone No. | Medical Record No. 208921 |
| Alt. Physician | Alt. Telephone | |
| Allergies NKA | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By D Austin    Title Lpn    Date 07/20 |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg ī po TID X 14 days 4/28/05 – 5/11/05 | 6 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| motrin 600 mg po BID X 10 days 4/28/05 – 5/7/05 | 6A 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| pericolace ī po BID X 3days 5/18/05 5/21/05 | 6A 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR 5/1/05 | THROUGH 5/31/05 | |
| Physician *Williams* | Telephone No. | Medical Record No. |
| Alt. Physician | Alt. Telephone | |
| Allergies NKA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: *Smulican, LpN* | Title: | Date: 4/28 |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/05 Keflex 500 mg P.O. TID x 14 days | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04·13·05 Motrin 600 mg po TID x70 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04/20/05 D. McArthur Keflex 500 mg po TID x14 days 4/28/05 – 5/11/05 | 6 11 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600 mg po BID x 10 days 4/28/05 – 5/7/05 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 04/01/05    THROUGH 04/30/05

Physician N. Williams, MD    Telephone No.    Medical Record No.

Alt. Physician Lasater, RN, CRNP    Alt. Telephone

Allergies  NKA    Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number    Complete Entries Checked:    By:    Title: RN    Date: 4/5

PATIENT    PATIENT CODE    ROOM NO.    BED    FACILIT

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/ rrBK Cont Neosporin ckn. (has tube) | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2/02/05 Keflex 500 mg tid x 14 DAYS 3/6/05 — 3/16/05 | CA 12 n 6 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | | THROUGH | |
|---|---|---|---|
| Physician | | Telephone No. | Medical Record No. |
| Alt Physician  *Lasseter CRNP* | | Alt Telephone | |
| Allergies  *NKA* | | Rehabilitative Potential | |
| Diagnosis | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: *M. Knight* | Title: *RN* | Date: *2/2* |
|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02.02.05 Keflex 500mg PO TID X10d 02.12.05 R. Rassiter CRnP | 6A 12p 6p | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 02.02.05 Cont Neospren apk Still Ras tube | 6p | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| CHARTING FOR 02.01.05 | THROUGH 02.28.05 | | |
| Physician Dr. Williams | | Telephone No. | Medical Record No. |
| Alt. Physician L. Rassiter CRnP | | Alt. Telephone | |
| Allergies NKA | | Rehabilitative Potential | |

Diagnosis

| Medical Clinic | Medicare Number | Complete Entries Checked By: MHilan | | Title: | Date: 02.0 |
|---|---|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg / po BId X30days KOP 12/21/04 - 1/21/05 | CA | A | | | | | | | | | | | | | | Hers on picked cards - picked up @ Kop picken RX 300✓ | | | | | | | | | | | |
| | CP | M | | | | | | | | | | | | | | RIS | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR ___ 1/1/05  THROUGH  1/31/05

| | |
|---|---|
| Physician  Dr Williams | Telephone No. | Medical Record No |
| Alt. Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number     Medicare Number | Complete Entries Checked: By: | Title:  Lpn     Date: 6/25 |
| PATIENT | | PATIENT CODE     ROOM NO.     BED     FACILITY |

KILBY CORRECTIONAL FACT
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
*Boyd, Courtney* (handwritten)

PRISON ID
*208921* (handwritten)

DATE SUBMITTED
*12-28-04* (handwritten)

*SEC 161* (handwritten)

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the
       specimen.

CLIA ID NO.    01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

# MEDICATION ADMINISTRATION RECORD

Zantac 150mg po Bid
x 30d                    KoP
12/21/04 - 1/21/05

Back Brace x 180d

12/21/04

Neosporin Opth Oint
i Tube - Thin ribbon OS
                        KoP
8:00 PM   12/21/04 - 12/25/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  12/21/04     THROUGH  12/31/04

Physician  Dr Williams

Alt. Physician

Allergies

Diagnosis

| | Telephone No. | | Medical Record No |
| Alt. Telephone | | | |
| Rehabilitative Potential | | | |

Complete Entries Checked

By:  A Buckley          Title:          Date: 12/21

# MEDICATION ADMINISTRATION RECORD

Amoxicillin 500mg
P.O. TID X10 day
11/18/04 - 11/29/04

6A
12N
6P

Entex PSE ÷ p.o.
BID X5 days
11/18/04 - 11/23/04

6A
6P

CHARTING FOR 11/1/04    THROUGH 11/30/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

Physician
Alt. Physician    Dr Mc Arthur
Allergies    NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No.
208921

Diagnosis

Complete Entries Checked:
By: B Kernell    Title: (pn)    Date:

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| Back Brace X 6months  8-14-04 - 2/14/05 | F y I | Given 10/08/04 by Nurse S. Davis |
| 10/08/04 Bactrim DS ī P.O. Bid x 10 days  10/18/04  L. Lassiter CRNP | 6A 6P | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/1/04    THROUGH 10/31/04

| | |
|---|---|
| Physician | Telephone No. |
| Alt. Physician | Alt. Telephone |
| Allergies  NKA | Rehabilitative Potential |
| Diagnosis | |
| Medicare Number | Complete Entries Checked:  By: _____ |

Title: LPN    Date: 9/24

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| Naprosen 375 mg + po ⊕ d × 14 days  8-14-04 → 8-28-04 | 6a | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 |
| Back Brace × 6 months  8-14-04 → 2-14-05 | | 8/19/04 ms |

### NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | |
|---|---|---|
| CHARTING FOR 8-14-04 | THROUGH 8-31-04 | |
| Physician | Telephone No. | Medical Record No. |
| Att. Physician  Lucille | Att. Telephone | |
| Allergies  NKDA | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Marked: By: | |
|---|---|---|---|
| | | Jensen | Title:    Date: |
| | | PATIENT CODE | ROOM NO. | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

STDT01

SCC

**MEDICATIONS**

Pericolace ī Bid
130 days
1/30/04 - 2/30/04

6A DB DB MB DB DB DB DB BB BB DB
DB DB DB DB DB DB DB BB BB DB BB

**MEDICATIONS**

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR _____  THROUGH 2/30/04

| | |
|---|---|
| Physician | Telephone No. |
| Alt. Physician | Alt. Telephone |
| | 208921 |
| Allergies NKA | Rehabilitative Potential |

Diagnosis

Medicaid Number

Complete Entries Charted:
By: _____  Title: _____  Date: 1/30/04

PATIENT _____

# MEDICATION ADMINISTRATION RECORD

*SCC*

Mag Cutrak + Bottle        6A                    IA

q Am x 2day

1/20/04 - 1/22/04

Pericolace T BID           6A                    AB

x 30days                    6P              IB DB B B BB

1/20/04 - 2/20/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTED FOR   1/1/04      THROUGH   1/31/04

sonnier

208921

Complete Entries Checked:

By: T. Hampton          Title: LPN          Date: 1/20/

# MEDICATION ADMINISTRATION RECORD

STDTO:

| MEDICATIONS | HOUR | DATE |
|---|---|---|

Back Brace x Lockup

6/4/04 - 8/4/04

given 6-10-04

Courtney BW

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 6/1/04 THROUGH 6/30/04

Physician Dr Sonner

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No. 208921

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number

Complete Entries Checked: By: L. Hampton Title: LPN Date 6/4/04

PATIENT Boyd Courtney

PATIENT CODE

ROOM NO.

BED FACILITY

# MEDICATION ADMINISTRATION RECORD

STD 701

| MEDICATION | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/04 Matrix 600 mg ; P.o. Bid x 5 days) 05/23/04 Dr. Sonnier ree | 6ᴬ 6ᴾ | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/04   THROUGH 05/31/04

Physician: Sonnier
Att. Physician:
Telephone No.:
Alt. Telephone:
Medical Record No.: 209921

Allergies: NKA
Rehabilitative Potential:

Diagnosis:

Track and Number:
Medicare Number:

Complete Entries Checked:
By: D. Austin
Title: LPN
Date: 05/18/

PATIENT: Boyd, Courtney