



boyd,courtney
ID: 208921

D.O.B.:
MALE
Meds:
Class:
Dr:        darbouse
Tech:      mj

24 YEARS

05/10/2006 18:33:26

| | | |
|---|---|---|
| Vent. Rate: | 68 | bpm |
| RR Interval: | 872 | ms |
| PR Interval: | 160 | ms |
| QRS Duration: | 88 | ms |
| QT Interval: | 326 | ms |
| QTc Interval: | 340 | ms |
| QT Dispersion: | 36 | ms |
| P-R-T AXIS: | 64° | 85° | 45° |

SINUS RHYTHM
SHORT QT INTERVAL

Summary: BORDERLINE ECG

* Unconfirmed Analysis *



ID:          208921

D.O.B.:
Meds:
Class:
Dr:
Tech:

MALE          24 YEARS          04/25/2006 22:55:56          SINUS RHYTHM
                                                            WITHIN NORMAL LIMITS

| | |
|---|---|
| Vent. Rate: | 69 bpm |
| RR Interval: | 865 ms |
| PR Interval: | 168 ms |
| QRS Duration: | 92 ms |
| QT Interval: | 342 ms |
| QTc Interval: | 357 ms |
| QT Dispersion: | 32 ms |
| P-R-T AXIS: | 57° 85° 33° |

Summary: NORMAL ECG

* Unconfirmed Analysis

L: 1p 10 mm/mV
C: 10 mm/mV
BURDICK

QTc=Hodges



boyd.courtney
ID:    208921

D.O.B.:
MALE
Meds:
Class:
Dr:        darbouze
Tech:      mj

24 YEARS

03/10/2006 21:01:46

| | |
|---|---|
| Vent. Rate: | 70 bpm |
| RR Interval: | 857 ms |
| PR Interval: | 160 ms |
| QRS Duration: | 86 ms |
| QT Interval: | 346 ms |
| QTc Interval: | 363 ms |
| QT Dispersion: | 42 ms |
| P-R-T AXIS: | 54° 82° 31° |

SINUS RHYTHM
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis *

PO BOX 11
MT. MEIGS, AL 36057

| ACCESSION NO.<br>124/208921 | NAME<br>COURTNEY BOYD | FACILITY<br>Easterling |
|---|---|---|

| DATE COLLECTED<br>3/1/06 | TIME COLLECTED<br>8:30 AM | | DATE RECEIVED<br>3/3/06 | TIME RECEIVED<br>8:30 AM |
|---|---|---|---|---|

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NT | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NT | | NEGATIVE (NEG) |
| GLUCOSE | NT | | NEGATIVE (NEG) |
| KETONES | NT | | NEGATIVE (NEG) |
| BILIRUBIN | NT | | NEGATIVE (NEG) |
| BLOOD | NT | | < 5 RBC/MCL (NEG) |
| NITRITE | NT | | NEGATIVE (NEG) |
| UROBILINOGEN | NT | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NT | | NEGATIVE (NEG) |

* NT = Not Tested

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289



11/07/2005  21:41:42

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis

ID:    #STAT#05110721214142

D.O.B.:
Meds:
Class:
Dr:
Tech:

| | |
|---|---|
| Vent. Rate: | 62 bpm |
| RR Interval: | 957 ms |
| PR Interval: | 168 ms |
| QRS Duration: | 88 ms |
| QT Interval: | 350 ms |
| QTc Interval: | 353 ms |
| QT Dispersion: | 46 ms |
| P-R-T AXIS: | 81° 49° |

P-R-T AXIS: 67°

QTC=Hodges

25 mm/s
STABLE 40 Hz

L: 10 mm/mV
C: 10 mm/mV

Serial #:A3000-004052



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 9/4/05

### URINALYSIS

LEUKOCYTES _Neg_

NITRITE _Neg_

UROBILINOGEN _Normal_

PROTEIN _trace_

pH _5_

bili _Neg_

(Add: Final Labs Here)

BLOOD _Hgb trace_

SPEC. GRAVITY _1:020_

KETONE _Neg_

GLUCOSE _Normal_

HCG _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | ▓▓▓ | B/M | EAS |

PHS-MD-70012

LABORATORY REPORTS



ID: #STAT#05090221756

09/02/2005 21:17:56

D.O.B:
Meds:
Class:
Dr:
Tech:

Courtney Boyd

| Vent. Rate: | 64 | bpm |
| RR Interval: | 926 | ms |
| PR Interval: | 164 | ms |
| QRS Duration: | 90 | ms |
| QT Interval: | 356 | ms |
| QTc Interval: | 363 | ms |
| QT Dispersion: | 40 | ms |
| P-R-T AXIS: | 64° | 81° | 46° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis *



Boyd, Courtney
ID: 208921

D.O.B.:
MALE        BLACK    23 YEARS
Meds:
Class:
Dr: Darbouze
Tech: JD

08/21/2005 1:24:20

| | | |
|---|---|---|
| Vent. Rate: | 64 | bpm |
| RR Interval: | 929 | ms |
| PR Interval: | 168 | ms |
| QRS Duration: | 88 | ms |
| QT Interval: | 352 | ms |
| QTc Interval: | 359 | ms |
| QT Dispersion: | 36 | ms |
| P-R-T AXIS: | 59° | 80°   45° |

SINUS RHYTHM
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis *



boyd,courtney
ID: 218921

D.O.B.:
Dr: williams
Tech: hall

23 YEARS

04/24/2005 21:40:40

| | | |
|---|---|---|
| Vent. Rate: | 72 | bpm |
| RR Interval: | 820 | ms |
| PR Interval: | 150 | ms |
| QRS Duration: | 90 | ms |
| QT Interval: | 348 | ms |
| QTc Interval: | 370 | ms |
| QT Dispersion: | 62 | ms |
| P-R-T AXIS: | 70° | 85°   42° |

SINUS RHYTHM
*** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER ***
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis *

QTc=Hodges

L: 20 mm/mV
C: 20 mm/mV

25 mm/s
STABLE 150 Hz



Boyd,Courtney
ID: 208921

D.O.B.:
MALE
er
Dr: williams
Tech: aah

Comment: black

04/20/2005 14:34:04

23 YEARS

| | | |
|---|---|---|
| Vent. Rate: | 63 | bpm |
| RR Interval: | 936 | ms |
| PR Interval: | 162 | ms |
| QRS Duration: | 88 | ms |
| QT Interval: | 358 | ms |
| QTc Interval: | 365 | ms |
| QT Dispersion: | 70 | ms |
| P-R-T AXIS: 67° | 83° | 57° |

SINUS RHYTHM,
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

4-20-05

* Unconfirmed Analysis *

L: 10 mm/mV
C: 10 mm/mV

QTc-Hodges

25 mm/s
STABLE 40 Hz



ID: #STAT#0504201310038

04/20/2005 13:10:38

Tech:
Dr:
D.O.B.:

| | | |
|---|---|---|
| Vent. Rate: | 65 | bpm |
| RR Interval: | 920 | ms |
| PR Interval: | 156 | ms |
| QRS Duration: | 88 | ms |
| QT Interval: | 342 | ms |
| QTc Interval: | 350 | ms |
| QT Dispersion: | 22 | ms |
| P-R-T AXIS: 70°  83°  62° | | |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
SHORT QT : POSSIBLE HYPERCALCEMIA

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

C: 10 mm/mV
L: 10 mm/mV

QTc=Hodges

25 mm/s
~STABLE~ 40 Hz



Boyd,Courtney
ID:       20892I

D.O.B.:
MALE

Dr:         er
          Williams
Tech:     aah

23 YEARS

04/20/2005 13:10:06

| | | |
|---|---|---|
| Vent. Rate: | 68 | bpm |
| RR Interval: | 876 | ms |
| PR Interval: | 160 | ms |
| QRS Duration: | 86 | ms |
| QT Interval: | 334 | ms |
| QTc Interval: | 348 | ms |
| QT Dispersion: | 58 | ms |
| QTc Dispersion: | 58 | ms |
| P-R-T AXIS: | 67° | 83° | 56° |

SINUS RHYTHM
SHORT QT : POSSIBLE HYPERCALCEMIA

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

C-: 10 mm/mV
L-: 10 mm/mV

25 mm/s
STABLE 40 Hz

**EYE EXAMINATION SHEET**

| TO: (Service Physician) *Bradford* | FROM: (Requesting Ward. Med. Fac. Phys.) *SCC* | Date of Request: *7/20/01* |
|---|---|---|

Reason For Request: (Complaints and Finding)

C/o ↓ U c Near

Past History

Old Rx

| Signature | Type of Consult ☐ Emergency ☐ Routine |
|---|---|

---

**CONSULTATION REPORT**

Subjective: OD – 20/20 —
OS – 20/20 S

OPHTH: 10% c/D WNL

New Rx: OD
OS        Seg. Ht.

Ext:
Date Dispensed & Initials:

Seg. Type:   PL  –025 X 020
             PL   025   093

IDP & Time:

Frame:
Size:       52/18/145      +0.75   NWO
Color:                      +0.76   PD 63

MB 7/20/01
OPTOMETRIST'S SIGNATURE

| Patients Last Name *Boyd, Courtney* | First | Middle | Age 19 | R/S B/M | I D No. 208921 |
|---|---|---|---|---|---|

F-65 Rev. (1-95)

# (WHO GETS TO SEE DR BR  )FORD)

MEASURE VISUAL ACUITY (SNELLEN EYE CHART)
RIGHT EYE (OD) _____ WITH GLASSES  20/30  WITHOUT GLASSES
LEFT EYE   (OS) _____ WITH GLASSES  20/30  WITHOUT GLASSES

IF DISTANCE VISION IS 20/30 OR WORSE WITH GLASSES:
        REFER FOR EYE CLINIC

IF COMPLAINTS OF DECREASED VISION AT NEAR (READING)
        REFER FOR EYE CLINIC

IF LAST EYE EXAM GREATER THAN 2 YEARS AGO
        REFER FOR EYE CLINIC

IF COMPLAINTS OF MEDICAL NATURE (ie PAIN, HX EYE DISEASE, SUDDEN
DECREASE IN VISION, etc.)  OR REQUEST BY ANOTHER DOCTOR (ie CHRONIC
CARE, etc.)
        REFER FOR EYE CLINIC

IF BROKEN OR LOST OR STOLEN GLASSES AND THEY WERE PRESCRIBED WITH
PAST 18 MONTHS ORDER NEW GLASSES BASES ON LAST RX.  ADVISE PATIENT
THAT HE MUST PAY FOR GLASSES (CMS WILL BUY GLASSES ONCE EVERY 2
YEARS ONLY.)  DO NOT HAVE TO WAIT FOR NEXT EYE CLINIC.

IF ONLY COMPLAINT IS  WANTS SUNGLASSES, TINT, SHADE PROFILE, ETC .  NO
REFERRAL UNLESS ONE OF OTHER CRITERIA MET. (MAY HAVE ROUTINE EXAM
EVERY 2 YEARS WITH NO COMPLAINT.

# INSTITUTIONAL EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

| PATIENT | | | DATE | 7/30/01 |
|---|---|---|---|---|
| BOYD, COURTNEY | | | INSTITUTION | |
| NUMBER | 208921 | STAT | THOMAS F. STATION | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | 0.75 | 0.00 | 0 | 0 | |
| OS | 0.75 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 0.00 | 0 | 63 | 0 | |
| OS | 0.00 | 0 | | 0 | |

LENS COLOR/COATINGS          Clear

| FRAME | NICK | STYLE | FRAME COLOR |
|---|---|---|---|
| EYE SIZE | 52 | DROP BALL | FINAL INSPECTION |

LENSES:        $9.75

FRAME:        $3.75

OVERSIZE:        $0.00

TINT/PGX:

POLYCARB:        $0.00

DIOPTERS:        $0.00

PRISM:        $0.00

CASE:

OTHER:

S/H:        $1.35

TOTAL DUE ($):        $14.85

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

*NaphCare*

# Receipt for Medical Product

Inmate Name: _Boyd Courtney_          ID No.: _208921_

Institution: _Staton_

Medical Product: _Glasses_          Date Received: _8/14/01_

I verify that I have received the medical product named above. I understand that I am fully responsible for the care of this item. I further understand that I may be required to pay for repair or replacement.

_____
Inmate Signature

_____
Signature of Healthcare Staff Dispensing Product

Receipt for Medical Product

05/15/2003  12:47    2054585        S HAUSER @ NA    DRE    PAGE  02/09

Appt. Date:

Auth #: ___03051S BOPSO Z___

### NaphCare
### Hospital/Consultant Referral Form

Inmate Name: _____  AIS#: _____  Date: 5/8/03

DOB: _____  Race: B  Sex: M  Allergies: _____

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): _____

SERVICES REQUESTED/PROVIDER: _____

Signature (M.D.): _____

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: _____  Time Out: _____
Receiving Facility/Hospital: _____  Return Time: _____
Route of Transportation: (X) _____ Ambulance _____ Other: _____
Date & Result/Last PPD: _____  Date & Result/Last Chest X-Ray _____

OFFSITE HEALTHCARE REPORT: _____

Orders/Recommendations: _____

Physician: _____  Date: _____  Time: _____
Notify (Facility): _____ at # _____ of patient's discharge.
Advanced Medical Directive: Yes _____ (Attached) No _____
Report called to: (Name/Title): N/A _____  Date: _____
Signature & Title: _____  Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Beverly Douglas, R.N. Utilization Review Manager 205-458-8370 or 1-800-771-0315

Naphcare 208921



**CARRAWAY METHODIST
MEDICAL CENTER**
1600 Carraway Boulevard • Birmingham, AL 35234

**Gastroenterology Laboratory
Endoscopy Report**

Date: 06/12/03

Data Plate

Medication time 3 _____ Demerol _50mg_ Valium _____ Versed _2ml_ Phenergan _____ Atropine _____ Glucagon _____

Narcan _____

**BRIEF CLINICAL ABSTRACT:** 71 YO BM c̄ persistg epigastric pain after Rx fx H. pylori ; six grout > 4 mos

**X-RAY REPORT:** 0̸

**ENDOSCOPY FINDINGS:** Esophagus, stomach + duodenum are normal. Any prior H. pylori gastritis obviously has resolved with treatment.

**DIAGNOSIS:** Abdominal pain, undetermined cause. Rule — V Abd ? Cholelithrasis; ? pancreatitis Sonar & serum amylase next. Consider abd CT Scan if Sonar WNL.

Biopsy _____ Polypectomy _____ Hot Biopsy _____ # of specs _____
Dilation: Maloney _____ TTS Balloon _____ Savary _____ Duodenal Aspirate _____
Foreign Body Removal _____ Disp. Snare Wire _____ PEG Placement _____
PEG Removal _____ PEG Replacement _____ Injection of Varices _____
Jejunal Feeding Tube _____ Operating Scope _____ Proc. @ Bedside _____

Naphcare                          _____ M.D.
**REFERRING PHYSICIAN**

6/12/03

2003  12:47    28545884          S HAUSER @ NAPHC                    PAGE  02/09

Appt. Date: _____

03055 BOPS0 2
Auth #: _____

*NaphCare*
**Hospital/Consultant Referral Form**

Inmate Name: Country Boyd     AIS#: 203911     Date: 5/8/03

DOB: ▓▓▓▓▓     Race: B     Sex: M     Allergies: _____

History of working diagnosis (with first recognized progression of symptoms, physical findings, lab results, current symptoms, current treatments): _____

(HIV)

**SERVICES REQUESTED/PROVIDER:** GI conslt - endoscopy

Signature (M.D.) _____

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: _____
Receiving Facility/Hospital: Callaway - DI     Time Out: _____     Return Time: _____
Route of Transportation: (X) ___ Ambulance ___ DOC Van ✗ Other: _____
Date & Result Last PPD: 2/3/03 _____ Date & Result Last Chest X-Ray _____

**OFFSITE HEALTHCARE REPORT:** _____

Orders/Recommendations: _____

Physician: _____     Date: 6/12/03     Time: 4:00 PM
Notify (Facility): D.O.C. Draper ___ AIS #: 203 926/162 _____ of patient's discharge.
Advanced Medical Directive: Yes ___ (Attached) No ✗
Report called to: (Name/Title): N/A
Signature & Title: _____     Date: _____     Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Beverly Douglas, R.N. Utilization Review Manager 205-458-3370 or 1-800-771-0315

# NaphCare Patient Registration
# Carraway Methodist Medical Center
# 1600 Carraway Blvd.
# Birmingham, Al. 35234

### All Admissions and Appointments Contact:

Fran Olmstead, RN  (205) 502-6992,  beeper 888 – 7896  (Mon – Fri  weekdays)
Kathy Gray, RN  (205) 502-6620 or 502-5620, beeper 676-0688    Fax (205) 502-5424
Nursing Supervisor  Beeper 954-1987  (After 3PM weekdays, weekends, holidays)
Security    502-6570   Fx: 502-5829
Fax form to Admitting: (205) 502-5268  Weekdays before 6PM
                              (205) 502-5696  After 6PM weekdays, weekends, holidays

### Registration and Billing Inquires

Annette Tedford  (205) 502-5292,  beeper 804-2053, fax 502-5360

## Required Information

Patient's Name  _Boyd, Courtney_
               (Last Name)              (First Name)              (Middle Name)

Date of birth ▮▮▮▮▮  AIS# _208921_  Race _B_  Sex _M_

Procedure/Arrival Date _6/23_  Inpatient ____  (Outpatient X)  ER ____

Range of dates convenient to transport inmates for appointments _June 16, June 19_

Attending/Consulting Physician _DI = Consult (Surgery) Barbara_

Diagnosis/Symptoms/Procedure _Upper ABd PN / Weight Loss / consult_

Miscellaneous Information ____

Correctional Facility _Bibb_

Address _565 Bibb Lane Brent,_

Phone/beeper of contact person _205-526-1612_

Person Completing this Form _S. Daigler / Admin Assist_

<u>Revised 12/10/02</u>



# Receipt for Medical Product

Inmate Name: _Boyd, Courtney_    ID No.: _208921_

Institution: _Bibb_

Medical Product: _BACK BRACE_    Date Received: _7/11/03_

I verify that I have received the medical product named above. I understand that I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

_Courtney Byd  208921_
Inmate Signature

_[signature]_
Signature of Healthcare Staff Dispensing Product

0305 12 BXR03

Auth #:_____

Appt. Date: _____    prop-NPD

1-800-845-8183

**NaphCare**
**Hospital/Consultant Referral Form**

Inmate Name: COURTNEY BOYD    AIS#: 208921    Date: 5/7/03

DOB: ████████    Race: B    Sex: M    Allergies: _____

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): 21 yo Qm with new epigastric pain

No gall stones

SERVICES REQUESTED/PROVIDER: US - No gall stones Chest pain
Weight loss

Signature (M.D.): _____

Pertinent Chronic Conditions/Diagnosis: Epigastric pain
DOC Facility: Bull    Time Out: _____
Receiving Facility/Hospital: Southern Radiology    Return Time: _____
Route of Transportation: (X) ____    Ambulance ____    Other: On-Site
Date & Result/Last PPD: 2-3-03 0mm    Date & Result/Last Chest X-Ray _____

OFFSITE HEALTHCARE REPORT: _____

Orders/Recommendations: _____

Physician: _____    Date: _____    Time: _____
Notify (Facility): Bibb Dorm long at # 205 526-1612    of patient's discharge.
Advanced Medical Directive: Yes ____    (Attached) No X
Report called to: (Name/Title): N/A    Date: _____
Signature & Title: _____    Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Beverly Douglas, R.N. Utilization Review Manager* 205-458-8370 or 1-800-771-0315



**PHYSICIAN PROGRESS NOTES**

Patient Name: Boyd Courtney    I.D. # 208921    Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 12/13/02 | | wt. 143 lbs | |
| | | B/P 120/80 P. 80 R 20 T. 96⁹ | |
| | | S: My Stomach hurts. I have a bump on my face | |
| | | O: tenderness mid epigastric Region ⊕ BS all 4 quads | |
| | | ∅ tenderness to palpation in lower quadrants | |
| | | Integument – forming Abscess chin 10mm induration | |
| | | A: H. Pylor ⊕ test | |
| | | : Forming Abscess | |
| | | P: Tetracycline 500mg ℥ PO tid x 14 days | |
| | | Pepto Bismol tablets 2 po tid x 14 days | |
| | | Zantac 150mg ℥ PO B.d x 14 days | |
| | | Flagyl 500mg ℥ PO B.d x 14 days | |
| | | Rpt if blood in stool, ↑ pain or fever | |
| 2-18-03 | 0915 | (wt. 133), 110/86; 80; 18; 96²; 97%; 21gm ___ | ___ |
| | | S: Weight loss – 10 past weight lbs in past mth. Complts. All. w/ith Dens 1 DM. | |
| | | S: ___ ___ Agile life, – ___ go "bad" ___ | |
| | | O: 16x – w/w w/D Dm – deths loss chp – ln CV-RS 2 ___ Abd – al, ___ 11 Dm, ___ BS | |
| | | A: Wt loss ? ___ (Had ⊖ PPD lab ___) | |
| | | C: See as ___ ___ dull ___ | ___ |
| 2/28/03 | 9ᵃᵐ | 138 | 118/70 | 69 | 18 | 97.8 | Jprince |
| | | S: I am having a big stomach ache, ___less multiple complaints | |
| | | O: Pt will be referred to Dr Delong, pt continues to argue about Double ___ profile and its alteration will not Stop arguing. Unable to redirect pt | ___ |
| | | over | |

CMSAL-001

Boyd, Courtney                 208921

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | A: Multiple Complaints | |
| | | Non compliance c̄ Profile. Altered profile from 30-80 days | |
| | | P: Refer to Dr. Delony | |
| | | E: Follow Rules of institution | |
| | | _(illegible signature)_ CRNP | |
| 3/07/03 | | 127   65   98.4   110/68   20   _(illegible)_ | |
| | | S: Weight loss - init _(illegible)_ altered profile. Says _(illegible)_ | |
| | | _(illegible)_ | |
| | | R'd for B __(illegible)__ | |
| | | O- Lungs _(illegible)_ W/D CM c̄ _(illegible)_ | |
| | | A- ? Gall _(illegible)_ weight loss | |
| | | P- c/c cult, UA | |
| | | E- _(illegible)_ | _(illegible signature)_ |

NS 5-5-06

**AL** ~~DOC~~ DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Easterling

Name: Boyd, Courtney

State ID No: 238440

DOB: ___

Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of ~~request~~ | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Darbouze | 4-9-06 | 3:55p | ✓ | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| ✗ CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | THORACULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Boyd

### REPORT

CERVICAL SPINE:  Reversal of the normal lordotic curve is seen with no fracture or subluxation.  The changes are felt to be secondary to muscle spasm.

D: & T: 05-09-06  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

R 5/9/06

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|
| | K. Grantere | 5-8-06 |

**AL** ~~_____~~ **DEPARTMENT OF CORRECTIONS**

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Eastering

Name: *Boyd, Courtney*

State ID No.: *208921*

DOB: ~~_____~~

Race: *B*    Sex: *m*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Darbouze | 4/27/06 | | | | |

HISTORY/DIAGNOSIS:

LOWER back pain

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | MAXILLAR, VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (WITH WEIGHT) | FOOT | ORBITS | STERNUM |
| ✗ ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| ✗ CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | ✓ KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | ✓ LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

---

Boyd                                    REPORT

LUMBAR SPINE:  The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION:  NORMAL STUDY.

D: & T: 04-25-06 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT) — X-RAY TECHNOLOGIST'S SIGNATURE — DATE: TIME EXAM PERFORMED

4-24-06

HCX

**HEALTHCARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**

Name: *Boyd, Courtney*

State ID No: *208921*

DOB: ▮▮▮▮▮▮

INSTITUTION: *Elmore*

Race: *B*    Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *Smith, CRNP* | 4/18/05 | 2ºº pm | | | |

**HISTORY/DIAGNOSIS:**

*repeat artifacts*

### X-RAY REQUEST

| | | | | | |
|---|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | | SOFT TISSUE STUDIES | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | | STERNUM | |
| ANKLE | HAND | OS CALCIS ( HEEL ) | | TEMPORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | HIP | PELVIS | | THORACIC SPINE | |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | | TIBIA/FIBULA | |
| COCCYX | KNEE | RIBS | | TOES | |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILLIAC JOINTS | | WRIST | |
| ELBOW | MANDIBLE | SCAPULA | | ZYGOMA | |
| FACIAL BONES | MAXILLA | SHOULDER | | ZYGOMATIC ARCH | |
| FEMUR | NASAL BONES | SKULL | | | |

### REPORT

Boyd

**LUMBAR SPINE:** AP and lateral views show no definite abnormality but the films demonstrate extensive motion artifact, which limits evaluation of the spine. Motion artifact is greater at this time than it was on the previous examination. This remains a technically inadequate examination. follow up is suggested.

D: & T: 04-21-05  Howard P. Schiele, M.D./jhi Board Certified Radiologist  (Signature on file)

4/21/05

*J. Kesheb RT.*
X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

4-20-05
DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

HCX

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Elmore

No. _____

State ID No: 208921

DOB: ~~_____~~

Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| D. McArthur PA | 04/13/05 | 12:30 | L | | |

HISTORY/DIAGNOSIS:

Fell off bunk 4/13/05
Chronic c/o back problem

### X-RAY REQUEST

| ABDOMEN(KUB) | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | X LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Boyd

LUMBAR SPINE:  AP and lateral views show no definite abnormality but films demonstrate extensive artifact, which partially obscures the entire left side of the lumbar spine in the AP projection and the upper lumbar spine in the lateral projection.  For this reason the examination is limited.

D: & T: 04-15-05  Howard P. Schleie, M.D./jhi Board Certified Radiologist  (Signature on file)

_SL_
4-18-05

_KH, RT_
X-RAY TECHNOLOGIST'S NAME (PRINT)        X-RAY TECHNOLOGIST'S SIGNATURE        DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)        RADIOLOGIST'S SIGNATURE        DATE SIGNED

FROM CAHABA IMAGING                    (MON) JAN 10 2005 15:46/ST. 15:45/NO. 6312281191 P 4
HCX                                                    Name:

HEALTHCARE CORRECTIONS                 State ID No: 268921
RADIOLOGY SERVICES REQUEST AND REPORT
                                       DOB:
INSTITUTION: SCC                       Race: B          Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Mc Arthur | 01-06-05 | | | | |

HISTORY/DIAGNOSIS:

repeat Waters — Swelling under Rt eye X's few wks

### X-RAY REQUEST

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT-TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | X Sinus Series C |

good Water View
3rd Request
1st + 2 Studies poor
Quality

### REPORT

Boyd

WATERS' VIEW OF THE SINUSES:  The sinuses are clear without evidence of mucous
membrane thickening, fluid, or other abnormality.
IMPRESSION:  NORMAL SINUSES.

D & T: 01-10-05 Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

H 1-11-05

JKerbetz R.T.                                                          1-7-05
X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)           RADIOLOGIST'S SIGNATURE           DATE SIGNED

FROM CAHABA IMAGING                          (WED) JAN  5 2005 13:13/ST. 13:08/NO. 6312281014 P  7

HEALTHCARE CORRECTIONS

## RADIOLOGY SERVICES REQUEST AND REPORT

State ID _7 0 5 7 2 1_

DOB ▬▬▬▬▬▬▬

INSTITUTION: _Staton_                         Race: _B_          Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician PA/NP | Date of request | Time of request | Routine | Priority | Transportation  or special needs |
|---|---|---|---|---|---|
| McArthur, P.P | 1/3/05 | 3:30/m | | | |

HISTORY/DIAGNOSIS:

*Sinus Series c good Waters View*

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCES (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Boyd

SINUSES: The Water's view is underpenetrated. There is no definite evidence of sinusitis but a repeat study is recommended.

D & T: 01-05-05  Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

*Will repeat again*

| | | |
|---|---|---|
| _KH, RT_ | | |
| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME  EXAM PERFORMED |
| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |

Case 2:06-cv-00511-WKW-CSC     Document 28-8     Filed 08/24/2006     Page 32 of 50

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

State _ No: _208921_

INSTITUTION: _Staton_

DOB: ▇▇▇▇▇▇

Race: _B/W_     Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lasseter | 12/27/04 | 10AM | ✓ | | |

HISTORY/DIAGNOSIS:

Sinus Problem

## X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| X FACIAL BONES  ATTN R MAX Sinus | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

## REPORT

Boyd

FACIAL BONES:  A good Water's view would be necessary for evaluation of the right maxillary antrum which cannot be identified on the basis of the submitted study.

D & T: 12-29-04  Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

_KH, RT_
X-RAY TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE          DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

# Radiology Services Report

**NAME:** BOYD, COURTNEY
**FACILITY:** STATON
**D.O.B.:** ████████
**ID NUMBER:** 208921

LUMBAR SPINE  TWO VIEWS  06/07/04

FINDINGS: There are five lumbar type vertebral bodies.  The vertebral body heights and disc spaces are well maintained.  There is no evidence of fracture or subluxation.  No spondylolysis or spondylolisthesis is detected.   The pedicles appear to be intact.  The spinous processes align normally.

IMPRESSION: Normal appearing lumbar spine.

EPA CHEST  06/07/04

FINDINGS: The heart, lungs, and osseous structures are normal.  There is no evidence of active TB.   No pleural fluid or pneumonia.

IMPRESSION: No acute process in the chest.

LEFT RIB DETAIL   THREE VIEWS  06/07/04

FINDINGS: No evidence of rib fracture or pneumothorax is detected.  No pleural fluid is identified.

IMPRESSION: Normal left rib series.

Randall Finley, MD

## X-Ray Requisition and Report

| Name of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
| --- | --- | --- | --- |
| HCU-Bibb | | | ○ Inpatient  ○ Outpatient |

Examination Requested

X Ray R Knee

Clinical Diagnosis

R/O    OA

| Ray Number | Date of X-Ray | Date of PPD Skin Test: |
| --- | --- | --- |
| | 10-9-03 | |

### Report of Findings

BOYD, COURTNEY  ID 208921

RIGHT KNEE  TWO VIEWS  10/09/03

NORMAL.

RP

Randall W. Finley, M. D.
Radiology Associates of Alabama, P. C.

Physician's Signature

| Last Name | First | Middle | Date of Birth | R/S | ID Number |
| --- | --- | --- | --- | --- | --- |
| Boyd, Courtney | | | ▓▓▓▓▓ | Bm | 208921 |

Requisition and Report

CARRAWAY HEALTH INFORMATION SYSTEM

*Bib*

```
*****************************************************************************
* ORDER/RESULT INQUIR-XRY        RESULT DISPLAY              10:31 AM 08/11/03*
* OUTP/****-* BOYD, COURTNEY     06227209 B/M/021Y MCLANE, JERRY THOMAS      *
* CT ABD W/                      000100 9661628                             *
*                                                                           *
* CT ABDOMEN WITH ORAL AND IV CONTRAST                                      *
*                                                                           *
*                                                                           *
*  RIGHT UPPER QUADRANT PAIN                                                *
*                                                                           *
*                                                                           *
*  8 MM THICK AXIAL CT SLICES WERE OBTAINED FROM JUST ABOVE THE DIAPHRAGM   *
* TO THE SUPERIOR ASPECT OF THE ILIAC CREST.  THE LIVER, SPLEEN, PANCREAS,  *
* KIDNEYS AND ADRENALS SHOW NO SIGNIFICANT CT ABNORMALITIES.  NO RETRO-     *
* PERITONEAL LYMPH ADENOPATHY OR ASCITES IDENTIFIED. THE GALLBLADDER IS     *
* PARTIALLY CONTRACTED BUT SHOWS NO ABNORMAL WALL THICKENING. NO PERICHOLECYSTIC*
* FLUID COLLECTION IS SEEN.                                                 *
*                                                                           *
* OPINION: NEGATIVE STUDY.                                                  *
* SH                                                                        *
*                                              DR R W FINLEY               *
*                                                                           *
*---------------------------------------------------------------------------*
*  FUNCTION                                                                 *
*                                  PAT-ORDERS               & ENTER*        *
*                                                                           *
*****************************************************************************
```

K *NaphCare*

## X-Ray Requisition and Report.

| lame of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| Bioh | 7/3/03 | Delong | ○ Inpatient  ☑ Outpati |

xamination Requested

① Rt anterior + lateral rib x ray
② T 7 — 8 x ray.

nical Diagnosis

Ro F x

| lay Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 7-3-03 | | |

### Report of Findings

BOYD, COURTNEY  ID 208921

RIGHT RIB DETAIL  07/03/03
FINDINGS: Normal radiographic appearance of the right ribs.

PA AND LATERAL VIEW CHEST  07/03/03
FINDINGS: Normal PA and lateral view of the chest.

W BEN ABBOTT, MD/rp

7/10/03

Physician's Signature                    M.D.

| ost Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| Boyd, Courtney | | | | B/M | 208921 |

Requisition and Report

02/26/2003  14:53    2055025989                    RADIOLOGY ASSOC OF AL

Naph[are]

# X-Ray Requisition and Report

| Name of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
| --- | --- | --- | --- |
| B. bb | 2/25/03 | delong | ○ Inpatient   ○ Outpatient |

Examination Requested

## LS Spine

Clinical Diagnosis

| Ray Number | Date of X-Ray | Date of PPD Skin Test | |
| --- | --- | --- | --- |
| | 2-25-03 | | |

### Report of Findings

**BOYD, COURTNEY    ID#218921**

LUMBAR SPINE, TWO VIEWS: 2-25-03
    Normal including no degenerative disease, mal alignment or fracture.

SCOTT LOVELESS, M.D./gm

RDTF 2-26-03

M.D.

Physician's Signature

| Last Name | First | Middle | Date of Birth | R/S | ID Number |
| --- | --- | --- | --- | --- | --- |
| Boyd, Courtney | | | | B/M | 21891 |

Requisition and Report

# RADIOLOGY ASSOCIATES OF ALABAMA, P.C.

P.O. Box 10168  ·  Birmingham, Alabama 35202-0168  ·  205-502-5990  ·  Fax 205-502-5909

NAME: BOYD, COURTNEY   208921
PHYSICIAN: DR. TAYLOR
FACILITY: ~~DRAPER~~ SCC
DOB: ███████

CHEST 03/06/01

FINDINGS:

AN AP VIEW OF THE CHEST WAS OBTAINED. THE HEART SIZE AND PULMONARY VASCULARITY ARE NORMAL.

THE LUNGS ARE CLEAR. A SIGNIFICANT SOFT TISSUE OR SKELETAL ABNORMALITY IS NOT IDENTIFIED.

CONCLUSION: NORMAL CHEST SHOWING LITTLE CHANGE FROM 02/16/01.

RP

K. Vanexan

K. VANEXAN, M.D.

### X-RAY REQUISITION AND REPORT

| NAME OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| DCC | 12/08/00 | Dr. Lopez | |

**EXAMINATION REQUESTED**

CXR

**CLINICAL DIAGNOSIS**

Pain in Chest

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST |
|---|---|---|
| | 12/14/00 | |

**REPORT OF FINDINGS**

BOYD
PA CHEST: The heart is not enlarged.  The lungs are clear.
IMPRESSION:  NORMAL CHEST.

D&T: 12/13/00  Howard P. Schiele, M.D.
Board Certified Radiologist (signature on file)

SIGNATURE

| Patients Last Name | First | Middle | Date of Birth | R/S | ID NUMBER |
|---|---|---|---|---|---|
| Boyd | Courtney | | ▇▇▇ | B/M | 208921 |

SHCU
Rec'd
12-18-00

| NAME OF HOSPITAL/INFIRMARY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| STATON CORR. FAC. | 9/1/00 | Dr. Moutu | ☐ IP  ☒ OP |

**EXAMINATION REQUESTED**

Xray L hand → L thumb

**CLINICAL DIAGNOSIS**

trauma

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | | DCC |
|---|---|---|---|---|
| | 9-18-00 | 3/20/00 | | |

**REPORT OF FINDINGS**

Left hand:
The examination shows no evidence of recent fracture or other sig-
nificant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

d & t:  September 19, 2000        Thomas J. Payne, III, M.D.
abs                              Board Certified Radiologist

SHCU
Rec'd
9-19-00

_____ M.D.
SIGNATURE

*(Continued On Reverse Side)*

| Patient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| Boyd | Courtney | | | b/m | 208921 |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Boyd, Courtney          BCDC#: 268921

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

_____          _____
Patient's Signature          Date   4/25/06

_____          _____
Dentist's Signature          Date   4/25/06

PHS MD-70090



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 4-25-06 | 18 | O.B AMALGAM | N/A; Denies heart murmur? 2 carps 2% | | |
| | 19 | O,L AMALGAM | x/lo 1:100,000 50 used in mand. N blocks; | | |
| | | | ACR on #18 + 19; Dycal placed 18 + 19; amalgam | | |
| | | | Condens AMALGAM; Occ/Bite check + adjust; | | |
| | | | N/follow | | |
| 5/2/06 | | | annual exam OHI given | RMPDH |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| Bold, Courtney | | | ▮▮▮ | B/M | 20892 |

PHS-MD-70022

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED | |
|------|-------|---------|--------------------------|---|
| 7/25/01 | 3 | 1 PAX | NRC. So NW O. PTR for xt | z |
| 7/26/01 | 3 | | Pt. signed waiver for xt | z |
| 8/7/01 | 3 | | "call in" See Med O. PTR for xt | z |
| 8/14/01 | 3 | | Pt. wanted extraction, but wouldn't | |
| | | | cooperate for anesthesia. PTR when he | |
| | | | is able to get anesthesia properly | zu |
| 8/14/01 | 3 | | PT. Returned To clinic. 1.8 cc lid xyar | |
| | | | x2 xt #3 in 3 sections flap 3 BSS | z |
| 8/14/01 | | | Bleeding for xt site. Gelfoam, 2 B.SS | z |
| 8/21/01 | | | S/R. Pt. healing within normal limits | z |
| 8/30/01 | 9 | | 1.8 cc lid xyar comp build-up 3 M caps | |
| | | | (L, I, ADH) | cz |
| 9/26/01 | | | Intermittent discomfort #14. PTR for xt | z |
| 10/9/01 | 14 | | 1.8 cc lid xyar x 2 xt #14 un section | |
| | | | flap 3 BSS — Pt. returned with bleeding | z |
| 10/9/01 | | | STR. purfoam 2 BSS. 1 Gelfoam | |
| 10/13/01 | | | S/R. Pt. healing within normal limits | z |
| 2/6/02 | | | Removed Calculus Lot front Anterior | |
| | | | adjusted lot #9 composite | z |
| 10-24-02 | | | NEW INTAKE · O.K. | |

## CORRECTIONAL MEDICAL SERVICES
### DENTAL TREATMENT RECORD

NAME: Boyd, Courtney     ID#: 208921     RACE: B     DOB: ▮▮▮▮

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



| | TOOTH | PRIORITY LIST |
|---|---|---|
| Date of Initial Examination: 3-20-00 | | ✝ |
| Initial Classification: 3-21-01 | | 9 - |
| Oral Pathology: update 5/8/06 | | NEW INTAKE 10.24.02 - OK |
| Gingivitis | | |
| Vincent's Infection | | |
| Stomatis | | |
| Other Findings | | |
| Occlusion | | |
| Roentgenograms: | | |
| Periapical | | |
| Bitewing | | |
| Panarex | | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | ✗ | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | | Gastrointestinal disorders | | ✓ |
| Anemia | | | Glaucoma | | ✗ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur enlarged heart | ✓ | |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | | ✓ |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | | ✓ |

CMS-7103 REV. 10/94

# INMATE EDUCATION
## MUSCLE STRAIN

Muscles can ache or be painful if you overuse them, increase weights too soon or not warm-up before exercise. The muscle will be better in 1-2 days if you do the following:

1. Avoid sports or other activity that caused the muscle overuse for 1-2 days.

2. You should gradually increase activity. Always warm-up your muscles and stretch before you play sports or lift weights.

3. Use warm, moist towel on muscle 3-4 times a day for 1-2 days.

4. Tylenol 2 adult strength or Aspirin 2 adult strength 2-4 times a day for 1-2 days.

Return to sick call if you are not better in 2 days.

86

# INMATE EDUCATION
## BACKACHE

Almost everyone has had a backache. Your back has a tough job since it carries most of your weight. The most common cause of backache is from muscles that have been sprained, strained, wrenched, pulled or torn. Muscle problems are caused by overwork or exercise, bending or lifting something the wrong way, twisting the back, being overweight, falling or even sitting or standing the wrong way (poor posture).

For the first two to three days after a backache occurs:

1. The most important thing to do is to avoid stress to your back. Do not play sports, lift heavy objects (like weight lifting) or bend over from the waist until your back has not hurt for a few days.

2. Use ~~cold~~ *heat* packs made by ~~cold~~ *warm* tap water on a towel as often as possible for the muscle spasms. If you have had backaches in the past and warmth works better than cold, then heat applications or warm showers may help.

3. For pain relief you may get Ibuprofen (Motrin) 2 tablets          2-3 regular Tylenol
~~tablets not more than twice a day.~~

4. If you are not any better in 2 days or if you get worse, return to sick call.

5. After your back does not hurt any more, you should start to do gentle exercises to strengthen your back. Gradually begin these exercises and if you get pain at any time stop the exercise. REMEMBER START SLOWLY.

22

*Boyd, Courtney*
*2-21-03*

# INMATE EDUCATION

## INDIGESTION

Indigestion can be caused by eating gas-forming foods (like cabbage, coffee, tea, carbonated beverages, etc.) or swallowing air.  It is usually not serious.

If you have indigestion you should do the following:

1.  Avoid eating foods that are known to cause distress.

2.  Avoid overeating.

3.  Remain in an upright position 1-2 hours after eating.

4.  Chew your food well and avoid eating fast.

5.  Avoid chewing gum which creates more air in your stomach.

6.  Avoid eating 1-2 hours before bedtime.

7.  Stop smoking.  Smoking increases stomach acid production.  Smoking can also cause respiratory problems and cancer.  Smoking can shorten your life.

8.  Antacid  liquid 2 teaspoon or 2 tablets chewed well between meals and at bedtime (4 times a day)

Return to sick call if these things do not help or you get worse.

(CMS 3/93, 7/93)

## DEPARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 2/23/03 | TIME 1015 ☑AM ☐PM | FACILITY Bibb ☐SIR ☐PDL ☐ESCAPEE ☒Inmate | ☑EMERGENCY ☐OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

**VITAL SIGNS:** TEMP 97.8 ☑ORAL ☐RECTAL  RESP. 20  PULSE 86  B/P 120/78  RECHECK IF SYSTOLIC <100 > 50

wt 144

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S- "The top part of my stomach has been hurting since yesterday. It's a sharp pain that comes and goes." "It hurts worse if I breathe in or out.

c/o pain

**PHYSICAL EXAMINATION**

O- Awake A+O×3. Skin W/D. Color WNL. HR reg S₁ +S₂ noted. Lungs clear. Resp. even + unlabored. BS + ×4 quads. Abdomen soft, non-distended. C/o tenderness to ↑ midabdominal area. Doesn't remember last bowel movement. Denies N/V. Cap. refill less than 3 seconds. Ø SOB, pallor or

**ORDERS, MEDICATION, etc.**

diaphoresis noted. Ø other c/o voiced. Ø acute distress noted.

A- Alt. in comfort. P- MD to review. E- Inst. to return to HCU if experiences ↑ pain, N/V, bleeding c̄ BM's. Instructed to avoid spicy or greasy foods and to avoid laying down p̄ meals.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** See above

| RELEASE/TRANSFER DATE 2/23/03 | TIME 1035 ☑AM ☐PM | RELEASE/TRANSFERRED TO ☐DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE B. White RN | DATE 2/23/03 | PHYSICIAN'S SIGNATURE CW Gully RN | DATE 2/25/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 21 | DATE OF BIRTH | R/S BM | AIS # 218921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

DATE 3-21-03  TIME 4¹⁰ AM/PM  FACILITY Bibb  □ SIR □ PDL □ ESCAPEE □_____  ☐ EMERGENCY  ☐ OTHER

ALLERGIES NKA  wt 145  O₂ Sat 98%

CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.9 (ORAL) RECTAL  RESP. 16  PULSE 84  B/P 110/80  RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

S" "My heart was hurting. It comes and goes. It's not hurting now."

PHYSICAL EXAMINATION

O- Alert, Oriented, responding appropriately. Resp unlabored, even. HR reg. BS ⊕, abd soft, non-distended. States BM 2 days ago. No signs of acute distress.

ORDERS, MEDICATION, etc.

A- Alteration in comfort

P- Refer to MD for eval

DIAGNOSIS

INSTRUCTIONS TO PATIENT
E- Teaching sheet reviewed c̄ inmate and given. Sick call for further problems.

RELEASE/TRANSFER DATE 2/21/03  TIME 4²⁰ AM/PM  RELEASED/TRANSFERRED TO: ☒ DOC ☐ AMBULANCE  CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE t.Pchnn RN 3-21-03  PHYSICIAN'S SIGNATURE 2/8/03  CONSULTATION

PATIENT'S NAME Boyd, Courtney  AGE 21  DATE OF BIRTH  R/S B/M  AIS # 208921



# Release of Responsibility

Boyd, Courtney
Name of Inmate

2/24/03
Date

_____
Inmate ID Number/Date of Birth

I hereby refuse to accept the following treatment / recommendations:

Inmate refuses to remain in infirmary for observations and for orders from the doctors. Advised of potential complications of fall to ground.

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Courtney Boyd #208912
Inmate Signature

M. Brooks, RN, HSA
Witness

2/24/03  1038 A M
Date / Time

The aforementioned inmate has refused the listed medical treatment(s)/recommendation(s) and has refused to sign this form..

M. Miller, LPN
Witness

2-24-03  10:50 A M
Date / Time

_____
Witness

Release of Responsibility

NC02