## Treatment Request and Record

| | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 2/13/03 | | ○ IP  ⊗ OP | |

Date of Onset

Date of Surgery

area to chest, clean c̄ NS
& H₂O, apply TAO if open &
draining

### Area of Treatment (Circle)



### Progress Notes

2/13/03 -

### Record of Treatment

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

(Last, First, Middle)     Age     ID No.

Boyd Courtney

Request and Record

NC060

## DEPARTMENT OF CORRECTION

**EMERGENCY/** _____ (OTHER) _____ **TREATMENT RECORD**

| DATE 1/8/03 | TIME 525 AM/PM | FACILITY Bibb | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☑ EMERGENCY ☐ OTHER |

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 97.7 ORAL RECTAL RESP. 20 PULSE 78 B/P 100/60 RECHECK IF SYSTOLIC <100 > 50

WT 146

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION/ SUTURES |

(S) – "My spider bite busted"

(O) Presents ā raised area in center of chest that is reddened & small white bumps center. States he had another inmate squeeze area until it burst.

PHYSICAL EXAMINATION

(A) Spider bite.

(P) Iao + ASG – refer to MD in AM

ORDERS, MEDICATION, etc.

(E) – ① Do not squeeze ē area
② Keep area clean & dry
③ Take ā meds as ordered 1/8/03

DIAGNOSIS

INSTRUCTIONS TO PATIENT
See above

| RELEASE/TRANSFER DATE 1/8/03 | TIME 550 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 1/8/03 | PHYSICIAN'S SIGNATURE | DATE 1/10/03 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Beard, Courtney | AGE 21 | DATE OF BIRTH | R/S B/M | AIS # 208951 |

# DEPARTMENT OF CORRECTIONS

EMERGENCY / _____ (OTHER) _____ TREATMENT RECORD

| DATE 1/7/03 | TIME 7³⁵/pm AM/PM | FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

| CONDITION ON ADMISSION |
|---|
| ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 97 ORAL RECTAL WT 143   RESP. 18   02 Sa⁹ 98%   PULSE 68   B/P 110/72   RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

(S) "I have a spider bite"

(O) Alert + oriented x 3 -
Skin w/d to touch - AAxRRR
States bitten x 20 hours
has axilory 1 cm reddened
area w/o drainage noted

**PHYSICAL EXAMINATION**
C/O pain radiating to
arm - Walked over to
HCU. 3 problem - NO SOB
noted. Chest clear to
auscultation

(A) Refer to CRNP in AM
for evaluation + release
to DOC POP -



**ORDERS, MEDICATION, etc.**
(P) Motrin 600mg po tid x 2 days

(E) ① Do not scratch area
② Use warm compresses PRN
③ Report any drainage noted
④ Take po meds as ordered.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**  See above

| RELEASE/TRANSFER DATE 1/7/03 | TIME 7³⁵ AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE | DATE 1/7/02 | PHYSICIAN'S SIGNATURE | DATE 1/8/03 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Lord, Courtney | AGE 71 | DATE OF BIRTH | R/S B/M | AIS # 208929 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTION

## EMERGENCY/ _____ (OTHER) _____ TREATMENT RECORD

| DATE 2/25/03 | TIME 8²⁵ AM/**PM** | FACILITY B.DD □ SIR □ PDL □ ESCAPEE □ | ☑ EMERGENCY □ OTHER |

ALLERGIES  N/A

| CONDITION ON ADMISSION |
| □ GOOD  ☑ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA |

VITAL SIGNS:  TEMP 98⁹ ORAL / RECTAL  at 144   RESP. 22   PULSE 94   B/P 122/120
RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|---|

(S) I was coming out of the law library I got dizzy and I fell down now my back is hurting me again.

(O) Inmate presented to HCU being carried by 2 other inmates accompanied by Ft Finch. No tension noted to area of back indicated by inmate. Inmate c/o being unable to do R.O.M. from the waist S pain. V/S WNL NO acute distress noted.

PHYSICAL EXAMINATION

(A) alteration in comfort

(P) heat applied c̄ a wet towel over a dry one to area of complaint X 3 q 15 min. Inmate voices immediate relief, c̄ compress. No more tightness noted. Inmate able to do full R.O.M. c̄ left to right bending from waist + forward + backward bending c̄ minimal c/o pain offered. Inmate will be referred to to M.D. for further f/c

(E) Inmate given education sheets on Back ache and muscle strain and he voices understanding relief procedure. Nursing Protocol for back pain followed

ORDERS, MEDICATION, etc.

DIAGNOSIS  c/o back Pain

INSTRUCTIONS TO PATIENT   see (E) above.

| RELEASE/TRANSFER DATE 2/25/03 | TIME 9:15 AM/**PM** | RELEASED/TRANSFERRED TO ☑ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☑ SATISFACTORY  □ POOR □ FAIR  □ CRITICAL |
| NURSE'S SIGNATURE  E. Smither | DATE 2/25/03 | PHYSICIAN'S SIGNATURE  (illegible) | DATE 2/27/03 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE)  Boyd, Courtney | AGE 21 | DATE OF BIRTH ▓▓▓ | R/S BM | AIS # 208921 |

# DEPARTMENT OF CORRECTION

## EMERGENCY/ _____ (OTHER) _____ TREATMENT RECORD

| DATE 2/25/03 | TIME 1:55 PM | FACILITY Bibb<br>☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ EMERGENCY<br>☐ OTHER |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION<br>☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97¹   ORAL RECTAL   RESP. 18   10 + 144   PULSE 90   B/P 110/76   RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S) Back has pain shooting through
it. - happened yesterday p pt
fell.

O) Alert + oriented x3. Skin w/d
to touch. Resp even + unlabored
HR RRR. - Breath sounds equal
& No rales or wheezing noted
Presents in W/C - States cannot

PHYSICAL EXAMINATION

Walk due to severe pain to
middle back - bilateral - No
s/sx deformity of back - ⊘
redness or swelling noted
@ area indicated. Ambulated to table ʒ assistance

A) Alteration in comfort-
back pain

P) LS spine X-Ray

ORDERS, MEDICATION, etc.

① Warm compress to area 3-4 x daily
② X-Rays as ordered

DIAGNOSIS

INSTRUCTIONS TO PATIENT   See above

| RELEASE/TRANSFER DATE 2/25/03 | TIME 2:10 PM | RELEASE/TRANSFERRED TO ☑ DOC<br>☐ AMBULANCE<br>☐ | CONDITION ON DISCHARGE<br>☐ SATISFACTORY  ☐ POOR<br>☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 2/24/03 | PHYSICIAN'S SIGNATURE | DATE 2/27/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE)   Boyd, Courtney | AGE 21 | DATE OF BIRTH ████ | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 2-24-03 | TIME 8 ☐AM ☐PM | FACILITY BIBB ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☑ EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES | CONDITION ON ADMISSION ☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97² ☐ORAL ☐RECTAL    RESP. 20    PULSE 72    B/P 110/74    RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

(S) "I have multiple payne symtoms in my stomach. I feel light headed."

(O) Α&O x3. Breathing even and unlabored. Skin warm & dry. Ø diaphoresis noted. Eyes equally

**PHYSICAL EXAMINATION**

responsive to light. No n/v noted. Abdomen soft and c/o tenderness. No distention noted. B.S present x4.

(A) Alt. in comfort.

(P) Refer jacket to MD to reevaluate

**ORDERS, MEDICATION, etc.**

(E) Protolol for indigestion read to inmate.

Subjective addendum: "Inmate stated," "I'm going to fall out if I don't get any help just as soon as I walk out that door, I'm going to fall, then that will be on you."

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 2 / 24 / 03 | TIME 8:30 ☐AM ☐PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE M. Mile, LPN | DATE 2-24-03 | PHYSICIAN'S SIGNATURE CW 5th CRNP | DATE 2/25/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 21 | DATE OF BIRTH ▓▓▓▓ | R/S BIM | AIS # 208981 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ (OTHER) _____ TREATMENT RECORD

| DATE 2-24-03 | TIME 8 ☑AM ☐PM | FACILITY *BIBB* ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** *NKA*

| CONDITION ON ADMISSION |
|---|
| ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

**VITAL SIGNS:** TEMP 97⁴ ☑ORAL ☐RECTAL   RESP. 20   PULSE 72   B/P 110/80

**RECHECK IF SYSTOLIC** < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

(5) "I hurt my back."

(10) Inmate found lying on ground in front of pill call window, face down, eyes open, Respirations even, lungs clear bilaterally to sounds of auscultation. Has a knot on the ℞

**PHYSICAL EXAMINATION**

side of the head about the size of a dime. Inmate responds to verbal stimuli. Eyes equally responsive to light. Inmate is alert & oriented x 3, but refuses to stand to be assisted to w/c.

(a) All in comfort.



Knot

**ORDERS, MEDICATION, etc.**

(P) Put inmate in ACU to be evaluated by Dr. Delong. Notify Dr. Delong of inmates status. Dr. Delong notified by phone 0194 per M. Brooks, RN, HSA but unable to reach by phone. Inmate kept in ACU for observation, but refused to stay. VS @ time of discharge from ACU T 97°, P. 72, R 20, B/P 112/76.

(E) Inmate encourage to stay in ACU until evaluated by MD.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 2/24/03 | TIME 10 ☑AM ☐PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ _____ 2-24-03 | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE M. Miller, LPN | DATE 2-24-03 | PHYSICIAN'S SIGNATURE *W. Gibson* | DATE 2/28/03 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 21 | DATE OF BIRTH ▮▮▮▮ | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: BIBB

NAME: Boyd Courtney

NUMBER: 208921  B/m  R/S

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions: Double portion tray x 30 days due to 21 pound weight loss

Date Issued: 2/20/03

Signature: Dr. Dewayne McBride

*Failure to follow the directions above may result in a disciplinary.*

F-53

---

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: Bibb

NAME: Boyd Courtney

NUMBER: 208921  B/m  R/S

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions: Double tray x 30 days start 2/19/03 stop 3/19/03.

Date Issued: 2/19/03

Signature

*Failure to follow the directions above may result in a disciplinary.*



# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

BIBB

INSTITUTION

NAME: Craig Boyd

NUMBER: 208924    R/S: B/M

Lay-in for _____ days from _____

_____ (date)

due to _____ (date)    to _____

Instructions: Double Portion Meals
Three times a day starting 5/8/03
Stop 6/8/03

Failure to follow the directions above may result in a disciplinary.

Date Issued: 5/7/03

Signature

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 6/13/03 | TIME 0755 ☐AM ☑PM | FACILITY Bibb ☐SIR ☐PDL ☐ESCAPEE ☑Inmate | ☑EMERGENCY ☐OTHER |
|---|---|---|---|

**ALLERGIES** NKA

| CONDITION ON ADMISSION |
|---|
| ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |

VITAL SIGNS: TEMP 98³ (ORAL) ☑RECTAL 02 Sat 99% RESP. 18 PULSE 92 B/P 111/68

RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

Ⓢ They shot me with some dye yesterday when I went offsite for my apt. and every since I came back my tongue has been numb, dizzy, my eyes are heavy- and I feel achy. I feel like my B.P. is low- and the Nse @ Carraway told me it was too low.

**PHYSICAL EXAMINATION**

Ⓞ A/0 x 3. Resp even/calm. Heart reg; Lungs clear bilat. Tongue is ⊖ swelling noted. Mucus membranes pink/moist. Skin color- WNL (WID) to touch. Tissue turgor- good. Cbd. soft/nondistended. Bowel sounds present x 4 quads; MAS W c slow steady gait; PEARLA • bilat equal grip; able to follow commands c good motor skills; Cap refill to nail beds- less than

**ORDERS, MEDICATION, etc.**

3 secs; Radial pulses- palpable and strong; Pedal pulses- palpable. Is verbal c clear speech. Remains coherent; Answers questions appropriately; c/o lightheaded funny feeling c dizziness "I've slept in/out all nite long." Ⓐ Alt in comfort. Urine dip obtained c results on Urine sheet. Ⓟ MD review; advised that endoscopy preformed on 6-12-03 and medicat. given @ that time would cause dragging and lightheaded feeling. Also, would cause fatigue; tiredness; ⓔ instructed to return to dorm for

**DIAGNOSIS**

rest - as much as possible; Report to HCU for ↑ resp distress; tingling/

**INSTRUCTIONS TO PATIENT**

numbness in body; fever; swelling; difficulty swallowing; blurry vision/lip

| RELEASE/TRANSFER DATE 6/13/03 | TIME 0825 ☐AM ☑PM | RELEASE/TRANSFERRED TO 6/13/03 ☑OOC ☐AMBULANCE ☐POP | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL | BOR B.B. X 3d. |
|---|---|---|---|---|

| NURSE'S SIGNATURE Skinner LPN | DATE | PHYSICIAN'S SIGNATURE | DATE 6/9/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 21 | DATE OF BIRTH | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

NC 041    ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

## Treatment Request and Record

| st 5/7/03 | Requested By Dr. Delong | Patient Status ○ IP  ○ OP | Rx. Ordered |
|---|---|---|---|
| gnosis | | | Date of Onset |
| Weight √ q̄ wk X 4 wks | | | Date of Surgery |

| Area of Treatment (Circle) | Progress Notes |
|---|---|
| | 5-9-03  144#  Skl |
| | 5-16-03  146 lbs |
| | 5-23-03 — no show  Claimant |
| | 5-30-03  143½ |

### Record of Treatment

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| (First, Middle) Boyd Courtney | Age | ID No. 208921 |
|---|---|---|

Request and Record



**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION: Bibb

NAME: Boyd Courtney     NUMBER: 208921     R/S: B/W

Lay-in for _____ days from _____ (date) due to _____ (date) to _____ (date)

Instructions: Back Brace x 30 days 7/1 – 8/1/03

_Failure to follow the directions above may result in a disciplinary._

Date Issued: 7/1/03     Signature: _____

---

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

INSTITUTION: Bibb

NAME: Boyd Courtney     NUMBER: 208921     R/S: B/M

Lay-in for _____ days from _____ (date) due to _____ (date) to _____ (date)

Instructions: Bottom Bunk profile x 30 days only
start 6/13/03 stop 6/15/03

_Failure to follow the directions above may result in a disciplinary._

Date Issued: 6-13-03     Signature: Delong Skinner RN

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Bibb

INSTITUTION

NAME  Boyd Courtney

NUMBER  208921

R/S  Blon

Lay-in for _____ days from _____ due to _____ to _____

(date)                    (date)

Instructions:  Double Portions x 30 days

6/18/03  Aug 7/18/03

Failure to follow the directions above may result in a disciplinary.

Date Issued  6/18/03

Signature

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY B I D S | ☐ EMERGENCY |
|---|---|---|---|
| 8-4-03 | 0800 ⊙AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ inmate | ☐ OTHER |

ALLERGIES  NKA

**CONDITION ON ADMISSION**
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.4, (ORAL) RECTAL  RESP. _____ O₂ 94%. PULSE 100  B/P 108/82  RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx / xx | FRACTURE Z / Z | LACERATION/ SUTURES |
|---|---|---|---|---|

Ⓢ My breathing is backed up.
My arm is swollen and hurting.
My back is hurting, and these
sharp pains having me getting
dizzy. I have heart problems
my heart starts pounding,
then slows down, then
fluttering.

**PHYSICAL EXAMINATION**

Ⓞ A/O x 3. No acute distress noted.
Heart - reg rate - apical pulse 98;
lungs clear, bilat. Skin color
w/n/l; w/d to touch. Resp even/
calm; Ⓛ deltoid measures 12 in. Ⓡ measures
11 3/4 in; No deformities visualized in arms/
shoulders; ROM w/n/l to Ⓑ arms.
Bilat. equal grip - Cap refill less
than 3 secs. Back brace intact @ this time; Able to bend over; No
mobility visualized. Abd. soft/round. Bowel sounds present
x 4. Voiding freely. NHE ō steady gait. Pulse @ 0835 88; O₂ 96
PEARLA; No c/o Numbness Tingling; No diaphoresis/cyanosis.

**ORDERS, MEDICATION, etc.**

Ⓐ alt. in comfort
Ⓟ MD review; advised to sit down when heart races and
feeling lightheaded; No sudden movements; advised to take
deep breaths and try to relax; continue back brace; advised
not to strain or strenuous activity; warm compresses to Ⓛ elb

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☐ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8/4 /03 | 0830 ☐AM ⊙PM CRW | ☐ AMBULANCE ☐ DOT | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Skinner LPN | | J. Rut | 8/6/03 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|---|
| Boyd  Courtney | | 21 | | B/m | 208921 |

NC 041                ORIGINAL - MEDICAL RECORD, YELLOW - TRANSFER AGENT

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 7/25/03 | TIME 755 ☒AM ☐PM | FACILITY Bibb ☐SIR ☐PDL ☐ESCAPEE ☒Inmate | ☒EMERGENCY ☐OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
☒GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP. 98² ☒ORAL ☐RECTAL  RESP. 20  PULSE 80  B/P 108/64  RECHECK IF SYSTOLIC <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

Ⓢ "I'm having problems breathing"

PHYSICAL EXAMINATION
Ⓞ alert & oriented. Ø signs of resp distress. lungs clear bilateral. skin color good. Cap. refill less than 3 sec. Inmate states he does not drink water. Ø medical problems noted @ this time.

ORDERS, MEDICATION, etc.

Ⓐ alteration in comfort

Ⓟ Instructed inmate to drink plenty of water. Take slow deep breaths if breathing problem occur.

DIAGNOSIS
Sign sick call if not better

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 7/25/03 | TIME 8⁰⁰ ☒AM ☐PM | RELEASE/TRANSFERRED TO ☐DOC ☐AMBULANCE ☒POP | CONDITION ON DISCHARGE ☒SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Smith RN | DATE 7/25/03 | PHYSICIAN'S SIGNATURE N Jett CRNP | DATE 7/31/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE 21 | DATE OF BIRTH ▓▓▓▓▓ | R/S B/M | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 7-2-03 | TIME 6:08 ☐AM ☑PM | FACILITY _Scott_ ☐ SIR ☐ PDL ☐ ESCAPEE ☑ inmate | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES NKA | WT. 148 | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 98.7 (ORAL) RECTAL    RESP. 20    PULSE 80    B/P 110/70    RECHECK IF SYSTOLIC <100 >50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S: "I was pulled off my
rack by officers!"

PHYSICAL EXAMINATION

O: Alert & oriented x 3. Skin
warm & dry. Reopening
Incurabated. Able to
MAEW. C/o pain to
back. Scabbed areas to
(B) elbow & back of head.
Wearing back brace ©
present. Ambulating c
slow steady gait.

ORDERS, MEDICATION, etc.

A: F-15 per DOC request

P: Evaluate by MD on 7/1/03. orders written
& transcribed.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

Return if problems occur

| RELEASE/TRANSFER DATE 07/02/03 | TIME 6:10 ☐AM ☑PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE _S. Gibson_ | DATE 7/2/03 | PHYSICIAN'S SIGNATURE | DATE 7/8/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Cortney | AGE 21 | DATE OF BIRTH ▓▓▓▓▓ | R/S B/m | AIS # 208921 |
|---|---|---|---|---|



## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Bibb

INSTITUTION

NAME Boyd Courtney

NUMBER 208801 Jbm

R/S

Lay-in for _____ days from _____ due to _____ to

(date)                  (date)

Instructions: Dulee portion X 30 days,
Start 10/9/03 → 11/9/03.

Failure to follow the directions above may result in a disciplinary.

Date Issued 10/7/03

Signature

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 10-3-03 | TIME 0835 ○AM ●PM | FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE ☑ Inmate | ☑ EMERGENCY ☐ OTHER |
|---|---|---|---|

**ALLERGIES** NKA

**CONDITION ON ADMISSION** ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 98.1 ORAL RECTAL 02 sat 99.1 **RESP.** 18 **PULSE** 98 **B/P** 120/80 **RECHECK IF SYSTOLIC <100 > 50**

**NATURE OF INJURY OR ILLNESS**

S- "The whole front part of my body has had a sharp pain for about a week now. It hurts worse when I move around."

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|

① Sharp Pain

**PHYSICAL EXAMINATION**

O- Awake A+O X 3. Skin W/D. Color W/N/L. HR reg. S₁ & S₂ noted. Rhythm regular. Resp. even & unlabored. BS ④ X 4 quads. Abd. soft, non-tender & non-distended. Nail beds pink. Cap. refill less than 3 seconds. Ambulates & moves ⓢ difficulty. Answers questions appropriately. Ø SOB diaphoresis or pallor noted @ this time. Denies numbness or tingling to extremities. Denies injury. Ø other C/O voiced. Ø acute distress noted.

**ORDERS, MEDICATION, etc.**

A- Alt. in comfort. P- MD to review. E- Inst. to apply warm/cool compresses to area for comfort and return to HCU per ER/ sick call if pain worsens or persists. Also inst. to purchase Motrin or Tylenol from commissary & take as directed.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** See above

| RELEASE/TRANSFER DATE 10 13 03 | TIME 0850 ○AM ●PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ POP | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 10-3-03 | PHYSICIAN'S SIGNATURE | DATE 10/6/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 21 | DATE OF BIRTH | R/S Bm | AIS # 208921 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 9/9/03 | TIME 830 AM/PM | FACILITY Bibb ☐ SIR ☐ PDL ☐ ESCAPEE ☒ inmate | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98 (ORAL) RECTAL   RESP. 20   PULSE 82 B/P 110/70   RECHECK IF SYSTOLIC <100 > 50

O2 SAT 97%

**NATURE OF INJURY OR ILLNESS**

S: "I having pain through out my chest"

|  | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

**PHYSICAL EXAMINATION**

O: Alert + oriented x3. Skin w/
Resp even than labored.
Ambulated to HCU 5 any
difficulty. Laughing + talking
to staff. Cap refill <3. No
SOB or clubbing to chest.
Denies numbness/tingling.

**ORDERS, MEDICATION, etc.**

A: Alteration in comfort

P: ① Refer jacket to CRNP/MD
② Ibuprofen ii tabs po TID x 4 days

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 09/09/85 | TIME AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE S. Johnson RN | DATE 9/9/03 | PHYSICIAN'S SIGNATURE J. Qu | DATE 9/1/ | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 22 | DATE OF BIRTH ████ | R/S B/m | AIS # 208921 |

## Treatment Request and Record

| | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 8-6-03 st | Delong | ○ IP  ○ OP | |
| gnosis | | | Date of Onset |

Weigh Q week X3

Date of Surgery

| Area of Treatment (Circle) | Progress Notes |
|---|---|



8-7-03 — 138½  28ml

8-14-03 — 147 lbs. Brannon R

8-21-03 — No shin types

D/c & PU

### Record of Treatment

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | W | | | | | | | | | | | | | | | | | | | | | | | | | |

| (First, Middle) | Age | ID No. |
|---|---|---|
| Boyd, Courtney | 21 | 20892/ |

Request and Record

NC06



**PRISON HEALTH SERVICES INCORPORATED**

# EMERGENCY

| ADMISSION DATE 1 /20 /04 | TIME 9³⁵ ☐ AM ☐ PM | ORIGINATING FACILITY *Elmore* ☐ SIR ☐ PDL ☐ ESCAPEE ☒ *Compose* | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.1 ☐ ORAL ☐ RECTAL | RESP. 20 | PULSE 100 | B/P 108 / 56 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN ×ₓₓ | FRACTURE ᶻ₂ | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S: I'm having chest pain et stomach pain. I caught Bacteria @ Bibb Co.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

D: Ambu. in HCU š diff. Skin w/o to touch. Resp reg c̄ ease. C/o pain point to sternum. O₂ sat 98%. C/o pain for stomach due to bacteria Styles Vomited blood last night. Can't remember last BM. Lungs clear. Ø radiating pain.

A: Alt Health maint.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P: MD to review MG g white T Bulb c̄ Am x2 Prinivil T BID x 30 days | NEO 1/20 OP 1/20 OP 1/20 OP | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Report → PVC/OPC

| DISCHARGE DATE 1 /20 /04 | TIME 9⁴⁰ ☐ AM ☐ PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE J. Hayes LPC | DATE 1/20/04 | PHYSICIAN'S SIGNATURE | DATE 1/20/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208921 | DOB | R/S B/m | FAC. Elmore |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 12/22/03 | TIME 9:55 ☑AM ☐PM | ORIGINATING FACILITY Elmore ☐SIR ☐PDL ☐ESCAPEE ☐ pop | | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES N/KA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 97.5 ☑ORAL ☐RECTAL | RESP. 18 | PULSE 69 | B/P 120/78 | RECHECK IF SYSTOLIC <100> 50 ____/____ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S – "I caught bacteria at Bibb Co. I am taking Zantac & Percogesic. It started back in March. It causes my chest to hurt."

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O – Ambulated into HCU ∅ diff. A&O x 3. Skin w/d to the touch resps even et unlabored. Capillary refill < 3 seconds. ∅ SOB noted. ∅ diaphoresis noted. ∅ c/o N/V now, c̄ present. O₂ Sat 99% ∅ c/o radiating pain down jaw, shoulder areas.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P – 1) M.D to review | | |
| 2). Sign up for sick call as needed. | | |

A – Alteration in Comfort

DIAGNOSIS

INSTRUCTIONS TO PATIENT

O₂ Sat 99% . Wgt 144½

| DISCHARGE DATE 12/22/03 | TIME 11:02 ☑AM ☐PM | RELEASE / TRANSFERRED TO D.O.C. | CONDITION ON DISCHARGE ☐DOC ☐SATISFACTORY ☐POOR ☐AMBU'LENCE ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE D. Austin LPN | DATE | PHYSICIAN'S SIGNATURE | DATE 12/22/03 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | DOC# 208921 | DOB | R/S Bm | FAC. 208921 |
|---|---|---|---|---|

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 12/11/03 | 11 50 AM PM | Bibb ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT | |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| NKA | ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 97.8 (ORAL) RECTAL    RESP. 20    PULSE 86    B/P 120 90    RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

Ⓢ I've been having chest pains x 3 days

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

Ⓞ Innate walked self to HCU alert + verbally Responsive V/S cuAC capillary Refill < 3 sec. Inmate claimed c/o Pain when Left arm lifted

RIGHT OR LEFT

Ⓐ Alt. Comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Ⓟ mixtox ii tabs Po. now 12:00 pm | 12:00 pm | Whelan |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Return to HCU If conditions Worsen

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 12/11/03 | 12:15 AM PM | ☐ DOC ☐ AMBULENCE ☐ | ☑ SATISFACTORY ☐ FAIR | ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| 2 Dunham RN | 12-12-03 | R Huggins, CnP | 12/15/03 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | ████ | B/m | Bibb |

# DEPARTMENT OF CORRECTION
## EMERGENCY / (OTHER) TREATMENT RECORD

**DATE** 11-2-03  **TIME** 9:05 AM/PM

**FACILITY** Bibb  □ SIR  □ PDL  □ ESCAPEE □

□ EMERGENCY  □ OTHER

**ALLERGIES** NKA

**CONDITION ON ADMISSION** □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

**VITAL SIGNS: TEMP** 97.8 ORAL/RECTAL  **RESP.** 16  **PULSE** 63  **B/P** 120/80
**RECHECK IF SYSTOLIC <100 >50**
Wt. 149

**NATURE OF INJURY OR ILLNESS**

(S) "My heart started struggling, started pain shooting through it." "Fluttering. My stomach swells up + causes my heart to start hurt. When I take a dump and I screen myself."

**PHYSICAL EXAMINATION**

(O) Presented to infirmary with: Alert + O x 3. Skin W/D to touch. Resp. even + non-labored. VS are WNL; O2 sat 99%. Capillary refill < 3 seconds. Lungs clear to auscultation. No acute distress noted.

(A) Altered Mental Status ~ concerns about faking symptoms

**ORDERS, MEDICATION, etc.**

(P) Admit Release to DOC

(E) Check newsletter for appt.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

**RELEASE/TRANSFER DATE** 11/2/03  **TIME** 10:00 AM/PM
**RELEASE/TRANSFERRED TO** ☑ DOC  □ AMBULANCE  □
**CONDITION ON DISCHARGE** □ SATISFACTORY □ POOR □ FAIR □ CRITICAL

**NURSE'S SIGNATURE** Palm Bingham RN  **DATE** 11-2-03
**PHYSICIAN'S SIGNATURE** F Jett, CF  **DATE** 11/3/03  **CONSULTATION**

**PATIENT'S NAME (LAST, FIRST, MIDDLE)** Boyd, Cortney
**AGE** 21  **DATE OF BIRTH** ▓▓▓  **R/S** B/M  **AIS #** 208921

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY | Bibb | ☒ EMERGENCY |
|------|------|----------|------|-------------|
| 10-31-03 | 0935 AM PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☒ inmate | | ☐ OTHER |

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

**VITAL SIGNS:** TEMP 98.4  ☐ ORAL ☐ RECTAL  RESP. 18  PULSE 74  B/P 120/80  RECHECK IF SYSTOLIC <100> 50
O2 sat 1.

**NATURE OF INJURY OR ILLNESS**

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|--|--|--|--|--|--|

(S) My heart's been fluttering
for about 4 days now

**PHYSICAL EXAMINATION**
(O) A&Ox3. No acute distress
noted. Heart- rate, rhythm
is reg; Lungs are clear, bilat.
Skin color- WNL; Warm to touch;
Tissue turgor- WNL; Cap refill to
nail beds- WNL; Bilat. equal grip.
Skin intact S S/S of trauma/
injury. Abd. soft/round/nondistended.
Bowel sounds present x 4 quads. Voiding freely. No some
**ORDERS, MEDICATION, etc.**
constipation problems; Amb c̄ steady gait.

(A) all in comfort.

(P) MD. review. Instructed to lay down and rest when heart
flutters; ↑ fld intake; exercise to ↑ peristalsis; avoid spicy, greasy,
gas forming foods.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☐ DOC | CONDITION ON DISCHARGE |
|--|--|--|--|
| 10/31/03 | 1000 AM PM | ☐ AMBULANCE ☒ POP | ☒ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|--|--|--|--|--|
| Skinner LPN | | Roth CRNP | 11/3/63 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|--|--|--|--|--|
| Boyd Courtney | 21 | | B m | 208921 |

ORIGINAL- MEDICAL RECORD- YELLOW- TRANSFER AGENT

## DE: ARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 10/31/03 | TIME 8:05 AM/PM | FACILITY BIBB ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☑ EMERGENCY ☐ OTHER |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP. 97.7 ORAL/RECTAL    RESP. 18    PULSE 66    B/P 120/82    RECHECK IF SYSTOLIC < 100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S) "My heart has been fluttering, Sharp pains, feel like gas"

O) Awake, Alert, oriented x 3. c/o pain on inhalation, c/o dots in eyes. Skin w/d to touch, wnl. Ø c/o sweats/numbness in extremities. Last

**PHYSICAL EXAMINATION**

B/m 10/31/03 stated was normal. Urinating S any problem. Cap refill < 3 sec. Skin turgor readily reformed. Abdomen soft + non-distended. BS present Ⓐ x 4 quads. MAEW

A) Acute pain & Tin ineffective pumping of the heart

**ORDERS, MEDICATION, etc.**

P) Refer jacket + Inmate to MD

E) Left infirmary S any education — Refused TX.

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

Left Infirmary S finishing TX

| RELEASE/TRANSFER DATE 10/31/03 | TIME 8:19 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☑ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE A. King LPN | DATE 10/31/03 | PHYSICIAN'S SIGNATURE F. Jctt cw | DATE 11/3/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd Courtney | AGE | DATE OF BIRTH | R/S B/m | AIS # 208921 |
|---|---|---|---|---|

## DEPARTMENT OF CORRECTIONS

**EMERGENCY/** _____ (OTHER) _____ **TREATMENT RECORD**

| DATE 10/22/03 | TIME 9³⁰ AM PM | FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☒ EMERGENCY ☐ OTHER |

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 96⁵ ORAL RECTAL RESP. 18 O₂ Sats 96% PULSE 95 B/P / RECHECK IF SYSTOLIC < 100 > 50

### NATURE OF INJURY OR ILLNESS

Ⓢ "My chest hurts"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z | LACERATION/ SUTURES |

### PHYSICAL EXAMINATION

Ⓞ I'm present c̄ c/o breathing difficulty, body shaking, responds to verbal commands acyanotic, lungs CTA, Abd soft, BS X4 quad. peripheral pulses present, responds to all physical stimuli

Ⓐ potential for alteration in comfort

### ORDERS, MEDICATION, etc.

Ⓟ 23° observation

E: Client has been asking to be released all morning stats "I feel much better" V/S 97.6° - 82⁰ 18⁰ 122/76 O₂ 97% will be released to population @ this time. Instructed to report to Shift office ——— JParice ℞

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 10/24/03 | TIME 12⁵⁵ AM PM | RELEASE/TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE J Heal n | DATE 10/22/03 | PHYSICIAN'S SIGNATURE RCM CW | DATE 10/27/03 | CONSULTATION |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Boyd, Courtney | AGE 21 | DATE OF BIRTH ▮▮▮▮ | R/S B/m | AIS # 208921 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

w4l69

| ADMISSTION DATE 6/10/04 | TIME 2³⁰ AM/PM | ORIGINATING FACILITY _STATION_ □ SIR □ PDL □ ESCAPEE ☒ _farm_ | □ SICK CALL □ OUTPATIENT | □ EMERGENCY |

| ALLERGIES _NKDA_ | CONDITION ON ADMISSION ☒ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |

| VITAL SIGNS: TEMP 97⁹ | ORAL RECTAL | RESP. 20 | PULSE 78 | B/P ¹²⁶/78 | RECHECK IF SYSTOLIC <100> 50 ___/___ |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE ᶻ ᶻ | LACERATION / ___ SUTURES |

S: I'm having lower back
pain + can't stay working
on the farm.

PROFILE RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: A+O X3 Skin w/o to touch
Resp reg Ambu in 5 dept.
c/o LBP Ø spasm noted
Full ROM noted.

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| R: MD/PA to review | | |
| 1) 600 Motrin | | |
| 2) May return to work | | |

A: Alt comfort

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 6/10/04 | TIME 2⁴⁵ AM/PM | RELEASE / TRANSFERRED TO □ DOC □ AMBULENCE □ | CONDITION ON DISCHARGE ☒ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE | DATE 6/10/04 | PHYSICIAN'S SIGNATURE _Rossiter CRNP_ | DATE 6-10-04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
| Barw, Courtney | | 208721 | | B/m | State |



PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5 24/04 | TIME 409 ☑AM ☐PM | ORIGINATING FACILITY _Staton_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☑SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  N K A | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 99¹ | ORAL RECTAL | RESP. 20 | PULSE 88 | B/P 100/62 | RECHECK IF SYSTOLIC <100> 50 ____ / |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: "A Wasp Stung me on my (L) Eye "I put Cold Tissue on it to try and get the swelling down My Vision is Blurry "

⊗

| ABRASION /// | CONTUSION # | BURN ˣˣ | FRACTURE ᶻ | LACERATION / |
|---|---|---|---|---|
| | | ˣˣ | ᶻ | _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: Small Swelling on (L) Eye had slightly red in Appearance

A: insect Bite

P: ① Cool Compress PRN
   ② √O Benadryl 25 mg PO Tid X 1 day

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| E: Benadryl 25 mg PO √ ① | | ① |
| X tab given now. | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 5/24/04 | TIME 420 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 5/24/04 | PHYSICIAN'S SIGNATURE | DATE 5/24/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) BOYD, COURTNEY JAMES | DOC# 208921 | DOB ▬▬▬▬ | R/S | FAC. |
|---|---|---|---|---|

Out Guide



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5/27/04 | TIME 745 AM (PM) | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.9 (ORAL) RECTAL | RESP. 18 | PULSE 85 | B/P 100/60 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|

Wt 171

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx | FRACTURE z/z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S: I have Blurred Vision
in My (L) Eye'

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O① Swollen Spotan (R) Eye
Slightly Red — Purple
② Painful Eye Ball
③ (R) Eye Sluggish to light
④ Vision CR — (L) Eye 20/100 (R) 20/40
A Alteration in Comfort

P: ① MD to review
② Continue ICE to (L) Eye PRN
③

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

5/27/04
620
B/P BL A Vision Grossly
Intact EOM full t intact
Fundoscopic exam
WNL
3mm lesion
mid didit it's
Inmate says
on inspect
HCU
Visit Today
Bite
Norm Compress
RTC prn x/o
Regular MD

DIAGNOSIS

INSTRUCTIONS TO PATIENT   Continue Ice Tx prn

| DISCHARGE DATE 5/27/04 | TIME 755 AM (PM) | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 5/27/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Broad, Courtney | DOC# 208921 | DOB | R/S | FAC. Staton |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Staton | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 5 /19 /04 | 2 20 AM (PM) | Farm ☐ SIR ☐ PDL ☐ ESCAPEE ☒ | ☐ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.7 | ORAL RECTAL | RESP. 20 | PULSE 82 | B/P 112/74 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S: "My lower back is hurting"

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O: A+O x3  Ambu in S diff. Skin w/o
to touch. Resp reg  c/o LBP
Able to touch toes pain voiced  Ø
spasming noted

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

P: MD/PA to review
1) pill call
2) Sign up for sick if worse
3) Return to farm

A: Alt comfort

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 5 /19 /04 | 2 30 AM PM | | | |

| NURSE'S SIGNATURE S. Vaughn RN | DATE 5/19/04 | PHYSICIAN'S SIGNATURE RM McCant | DATE 5/19/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd, Crawleu | DOC# 208921 | DOB | R/S B/M | FAC. Staton |
|---|---|---|---|---|

# STATON CORRECTIONAL CENTER
## RECEIVING SCREENING FORM

INMATE'S NAME: Courtney Boyd     AIS# 208921     DATE: 5-10-04

TIME: 8:30     DOB: ▬▬▬▬     OFFICER: Kendrick

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? | | ✓ |
| 10. Does the inmate have any obvious physical handicaps? | | ✓ |
| 11 Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. Do you want to talk to a mental health counselor? | | ✓ |
| a. Did inmate respond? | | ✓ |
| 13. Do you have epilepsy? | | ✓ |
| 14. Do you have any medical problems we should know about? | | ✓ |

## FOR THE OFFICER: (circle action)

15. The inmate was: (A:) Released for normal processing. B: Referred to appropriate health care unit.
    C: Immediately sent to health care unit

_Courtney Boyd_
INMATE'S SIGNATURE/AIS #

_Ralph Kid_
OFFICER'S SIGNATURE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Boyd Courtney*

Date of Birth: ▓▓▓▓▓▓▓▓          Social Security No.: _____

Date: *5/13/04*          Time: *6⁰⁰*          A.M.
                                                                                        P.M.

This is to certify that I, _____ *Boyd Courtney* _____, currently in
                                              (Print Inmate's Name)

custody at the _____ *Staton* _____, am refusing to
                                      (Print Facility's Name)

accept the following treatment/recommendations: _____ *Sick Call* _____
                                                                              (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____          *C Hall-Smith*
        (Signature of Inmate)**                            (Signature of Medical Person)

*M. B. William* COT          _____
        (Witness)                                           (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 4/23/04 | TIME 920 PM | ORIGINATING FACILITY KILBY  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD  ☒ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.5 | ORAL RECTAL | RESP. 20 | PULSE 80 | B/P 110/80 | RECHECK IF SYSTOLIC <100> 50  / |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S – Short of breath no pain
@ this time.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O – Skin W/D resp ē ease
no S/S distress totent. O₂ sat
@ 99%.

A – Alt Comfort level c/t
acute.

P –

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
If condition get worst report back to W/W

| DISCHARGE DATE 04/23/04 | TIME 930 PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 4/23 | PHYSICIAN'S SIGNATURE 4/26/04 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# 208921 | DOB | R/S R | FAC. KCF |
|---|---|---|---|---|



**PRISON HEALTH SERVICES INCORPORATED**

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _____ | | | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|---|
| 3/20/04 | 945 ☐ AM ☐ PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | | ☑ OUTPATIENT |

| ALLERGIES | NH | | CONDITION ON ADMISSION |
|---|---|---|---|
| | | | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP | 98.8 | ORAL RECTAL | RESP. | 18 | PULSE | 76 | B/P | 110/70 | RECHECK IF SYSTOLIC <100> 50 | / |
|---|---|---|---|---|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S – "My Chest et back hurts"

O – Skin full c/o Nose
Oase et Unabased
VAD noted skin ate
Nothing for closer, ☐ NV
signs, eyes clea
☐ numbness, on ☐ Meds
☐ Hx ☐ Cardiac Profiled,
ulcers or old disorders, etc.
MH Eval & Hx Unfounded Med. Complaints

PHYSICAL EXAMINATION

A – Alt in Comfort R/T
above statement.

P – 30cc MOM refused P
Offer, No further Medical
Care required.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

DIAGNOSIS

INSTRUCTIONS TO PATIENT

Return to CP & Cont. Workers

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3/20/04 | 10 ☑ AM ☐ PM | ☐ DOC ☐ AMBULENCE ☐ ___ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| | 3/20/04 | (P) 3/22/04 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | 908921 | | B/M | KCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 2/30/04 | TIME 0450 ☐AM ☐PM | ORIGINATING FACILITY _____ ECC _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.9 | ☐ORAL ☐RECTAL | RESP. 20 | PULSE 78 | B/P 110,58 | RECHECK IF SYSTOLIC <100> 50 _____ / _____ |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

(S) "I/E state started have sharp pains shooting to my heart it started to see little orange dots."

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

(O) Resp c ease; skin w/d to touch. O2 sat 98%. Ambulating s assistance. Denies having chest pains @ this time. Denies any light headness or dizziness. Color WNL for race. 4x @ @ Chest pain

(A) Alt in Comfort

(P) MD/PA to Review

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Return to HCU this PM ~error~

| DISCHARGE DATE 2/26/04 | TIME 05:20 ☐AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE C. Hebard | DATE 2/26/04 | PHYSICIAN'S SIGNATURE _____ | DATE 2/26/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# 7892 | DOB ■■■■ | R/S B/m | FAC. ECC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE 2/26/04 | TIME 345 AM PM | ORIGINATING FACILITY *Elmore* ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS, TEMP 96⁰ 117/78 | ORAL RECTAL | RESP. 20 | PULSE 80 | B/P 110/70 | RECHECK IF SYSTOLIC <100> 50 / |

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / ____ SUTURES |

S- My Chest has been hurting
all morning

O- Ambulating to HCU I
difficulty No shortness
of breath, no sweating
Pain w/o to touch resp
Clear, denies N/V or
Radiating pain. No
Acute distress noted
V/S WNL O₂ Sat 99%

PROFILE RIGHT OR LEFT

**PHYSICAL EXAMINATION**

A- Alteration in health
maint

P- (see MD)

RIGHT OR LEFT

COR - RRR S (m) side Rd 72
lungs - clear
Neck No JVD
Ext no CCE
Gen WDWN young black male
No Dysphnea, no SOB, no evidenr
of any pain No pain tenderness

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS** Pt reassured

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 2/26/04 | TIME 355 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S B/m | FAC. Elmore |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

Staton

| ADMISSION DATE 10 11 04 | TIME 445 AM/PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 97.8 ORAL RECTAL | RESP. 20 | PULSE 80 | B/P 120/80 | RECHECK IF SYSTOLIC _____ / <100> 50 |

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

S - I fell off my top bunk
+ hit my nose + it was bleeding.
I'm states my nose is swollen
c/o HA.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O - No bleeding noted @ present.
☒ swelling of nose present, red
raised area noted under ® eye
VS WNL. Ø acute distress noted
Ø difficulty in walking noted
Ø cuts or bruises noted on face.
A - Alt in comfort. —
P - Will give Tylenol 325mg
for HA + forward for HCP to review
Ø Jennison, LPN

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
Tylenol 325mg i given
for HA 455 am by Jennison

on ABX
10/6

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 10/11/04 | TIME 500 AM/PM | RELEASE / TRANSFERRED TO X ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE Jennison | DATE | PHYSICIAN'S SIGNATURE J McCarthy | DATE 10/11/04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Baird Courtney | DOC# 208 | DOB | R/S B/M | FAC. Staton |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY
Staton

| ADMISSION DATE 10/10/04 | TIME 1230 AM PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.5 | ORAL RECTAL | RESP. 20 | PULSE 80 | B/P 110/00 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

### NATURE OF INJURY OR ILLNESS

S – It feels like the vision
in my (R) eye is gone. Then
told me if pt gets worse
to come over.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

swollen

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

### PHYSICAL EXAMINATION

O – (R) eye swollen, tender
to the touch. Redness
noted around eye, swelling
noted. Open sore & no
drainage noted. Blurry vision? pt.
A – Alt in skin integrity
P – HCP to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 10/10/04 | TIME 1230 AM PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 10/10/04 | PHYSICIAN'S SIGNATURE | 10/11/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | RM | Staton |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | | TIME | ORIGINATING FACILITY _Station_ | ☐ SICK CALL   ☐ EMERGENCY |
|---|---|---|---|---|
| 10 / 08 / 04 | | 1⁴⁴ AM (PM) | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _Pop_ | ☑ OUTPATIENT |

| ALLERGIES  NKA | CONDITION ON ADMISSION |
|---|---|
| | ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

| VITAL SIGNS: TEMP  98.3  (ORAL)/RECTAL | RESP.  20 | PULSE  74 | B/P  110, 70 | RECHECK IF SYSTOLIC <100> 50 ___ / ___ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S- "I have a swollen place on my face."

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Ambulated into ER ō diff a+0 x 3 Skin w/d to the touch, resps even et unlabored. Noted raised red semi-hard area to ® upper cheek area. No active drainage noted c present.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P-Ø Hcp to review | | |
| | | |
| | | |

A- Alteration in Comfort

DIAGNOSIS   O₂ 94%, Wgt 153

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | | TIME | (RELEASE) / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 10 / 08 / 04 | | AM (PM) | ☑ DOC  ☐ AMBULANCE  ☐ | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| D. Austin LPN | 10/08/04 | Susi, MC PAP | 10-8-04 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, _____ | 208921 | | Bm | Station |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/8/04 | TIME 4 50 AM PM | ORIGINATING FACILITY ___SCC___ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKDA | | CONDITION ON ADMISSION ☒GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 97 4 ORAL/RECTAL | RESP. 24 w/ 166 | PULSE 88 | B/P 108/80 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S I went to bed and my face was OK. I got up this morning & the side of my face is swelled. I think it is a spider bite. There's lots of them.

right over 1/3" X 1" swollen, red & heat

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION  No break in skin Rigid
O-Noted Rt cheek c red area
1/3" X 1" redness noted to area.
Edema noted - No heat noted to area.
Noted clogged pore black head to
medial side of raised area. No
point of entry noted to raised area.
(A) Alteration in skin
(P) Hc TAO BID X 3 days

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 10/8/04 clean area S Rt cheek + apply TAO BID X 3 days. | 5 05 a | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT  Keep hands off area. Keep it clean twice a day clean area + apply TAO X 3 days. If area doesn't heal, sign up for sick call

| DISCHARGE DATE 10/8/04 | TIME 5 10 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE [signature] RN | DATE | PHYSICIAN'S SIGNATURE [signature] CRNP | DATE 10-8-04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Beard, Courtney | DOC# 208921 | DOB [redacted] | R/S B m | FAC. SC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

### DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _2/2⁹/04_     Time: _1 ²⁵_   (A.M.) / P.M.

I have been advised by Medical Staff _B Duck Gen_

that it is necessary for me to undergo the following treatment:

_Bodchart on 2/18/04_
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _Staton HCU_,
(Name of Facility)

and its agents and employees from any liability.

Inmate: _Courtney Boyd_     Date: _2-18-04_

Witness: _Wilburn A. Tong_     Date: _2/27/04_

Witness: _Tanya O___     Date: _2/27/04_

DOC # 010-127-004

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _Boyd, Courtney_ | _208921_ | | _B/M_ | _SCC_ / _Elmore_ |

PHS-MD-70032     DOC # 010-127-004



PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Courtney Boyd_ _208921_
   (Print Name)                                        (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(  )  Splint

(  )  Eyeglasses

(  )  Dentures

(  )  Prothesis          describe _____

(  )  Wheelchair

(  )  Cane

(  )  Crutches

(X)  Other          describe _Back Brace_

I acknowledge that the equipment/appliance is functional for my use.

~~I also acknowledge the equipment/appliance is in good working condition.~~

_____          _8-19-04_
   (Inmate)                                          (Date)

_____          _8/19/04_
   (Witness)                                         (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | | B/M | Stat... |

PHS-MD-70005                    (White – Medical File, Yellow – Security Property Officer)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-13-04

**To:** Staton

**From:** HCU

**Inmate Name:** Boyd, Courtney     **ID#:** 208921

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Back Brace X 6 months

**Date:** 8-13-04   **MD Signature:** Russ tin CRNP   **Time:** 1040

60418



**PRISON HEALTH SERVICES INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Courtney Boyd_

Date of Birth: ▬▬▬▬    Social Security No.: _423 11450Y_

Date: _8/6/0Y_    Time: _12:25_    (A.M.) P.M.

This is to certify that I, _Courtney Boyd_ , currently in
(Print Inmate's Name)

custody at the _Staton_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _____
(Specify in Detail)

_____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Courtney S. Boyd_    _M. Johnson RN_
(Signature of Inmate)**    (Signature of Medical Person)

_Jason Hamm_    _____
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cynthia Bush_    Date of Request: _8-4-04_
ID # _268921_    Date of Birth: _____ Location: _A-3-97_
Nature of problem or request: _I have been having back problems. And I have lost 20 pound in two weeks, so I will need to get my profile renewed for my double tray. Also my stomach problems._

_____    _Cynthia Bush_
                              *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _8-5-04_
Time: _2050_ AM PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _I've lost 20 lbs really quick — need my_
_my profile renewed for double trays)_
_My stomach starts cramping p I eat—_

**(O)bjective**   **(V/S): T:** _98_  **P:** _60_  **R:** _20_  **BP:** _90/60_  **WT:** _160_
_normal appearance — Bowel sounds heard to all 4 quads_
_skin turgor good mucous membranes moist + red — Full ROM to back_

**(A)ssessment:** _c̄ acute distress_
_alteration in comfort_

**(P)lan:** _MD to review_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_S Mullins_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _COURTNEY   BOYD_

Date of Birth: ▓▓▓▓▓▓▓    Social Security No.: _AIS # 208921_

Date: _29 Jul 04_    Time: _850_    A.M. / (P.M.)

This is to certify that I, _COURTNEY   BOYD_ , currently in
(Print Inmate's Name)

custody at the _STATON   CORR   FACILITY_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _NO   SHOW   FOR   SICK CALL   SCREENING_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____    _(B. Crum RN)_
(Signature of Inmate)**    (Signature of Medical Person)

_____    _Marvin D. William) COI_
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 6/10/0 4

To: States

From: SHCLC

Inmate Name: Boyd Courtney          ID#: 268921

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until _____
5. Other

**Comments:**

Back Brace X 60 days

Date: 6/10/04   MD Signature: Sorrier / RH Smith Hg   Time: 3:20 p

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

_Staten_

| ADMISSTION DATE 12/26/04 | TIME 10 40 AM/PM | ORIGINATING FACILITY _Staten_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97 2 | ORAL RECTAL | RESP. 18 | PULSE 76 | B/P 100/80 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S- "Pain started from my chest
& moved ↓ to my legs. I got
SOB."

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Escorted to MCU for complaint
of chest pains. O₂ sat 97%
V/S WNL. Respirations ↓ ease.
No n/v or dizziness or diaphoresis
noted @ this time.

A- Alteration in level comfort

P- Do EKG.
I- EKG done
E- Results ē in normal limits

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RIGHT OR LEFT

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 12/26/04 | TIME 10 50 AM/PM | RELEASE / TRANSFERRED TO _Staten_ ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE D Williams RN | DATE 12/26/04 | PHYSICIAN'S SIGNATURE | DATE 12 27 04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 208931 | DOB ▓▓▓▓ | R/S Bm | FAC. SCF |
|---|---|---|---|---|


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Scc_ | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 12 /23/ 04 | 1 w ☐AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP  97 5  ORAL RECTAL   RESP. 40 _deep than normal_ _no sob_  PULSE 92 _reg_ 180  B/P 90, 62  RECHECK IF SYSTOLIC <100> 50 /

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|---|

S My chest hurts. My heart hurt. It is tightening up because my bowels haven't moved in a week. That is why my chest hurt. I went Jones that stuff in the green bottle. That is what they gave me in 2003 - I can't take MOM or Metamucil. - I haven't drunk any water or walked any because we've been on lockdown. My stomach started hurting about 10:30pm. My chest has quit hurting now

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O - BM amb to ER c Office McCloese A&Ox3, Skin W/D, Resp deep @ 40, after ev R = 20 s labor. HRR abd firm, not rigid. Bowel sounds present x 4 quads. Nail beds pink. Cap refill <3 sec, Denies rebound pain upon palpation of abd. States pain upon palpation of abd.
A - Alteration in bowel function
P - Relieve constipation
E - Walk, ↑ po fld, avoid foods that

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 12/23/04 Mag citrate | 1 K | TW |
| followed by 16 oz H2o | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
irritate stomach - Sign up for sick call if constipation continues

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 12/23/04 | 25 ☐AM ☐PM | ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 12/23/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208 931 | | BM | SCC |