**Treatment Continued:**

wt √ q wk x 4 wks same scale

| Date 11/17 | Date 11/24 | Date 12/1 | Date 12/8 | Date | Date | Date |
|---|---|---|---|---|---|---|
| 141 | No show | No show | No show | | | |
| AJS | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| Boyd, Courtney 208921 | NKA | Staton |



# Release of Responsibility

*Coertny Rob* _____     *9-2-03* _____
Name of Inmate                                                   Date & Time

*208921 - ~~████~~* ███████ _____     *9-2-03* _____
Inmate ID Number / Date of Birth                              Date & Time

I hereby refuse to accept the following treatment/recommendations:

X *To late.* _____

_____

_____

_____

_____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

X _____     *9-2-03* _____
Inmate Signature                                               Date & Time

*Minor Bingham RN* _____
Witness

The aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

_____ Witness

_____ Witness

_____ Date & Time

Release of Responsibility

NC010

GraphCare, Inc.

## Health Services Request Form

Inmate Name _Courtney Boyd_          Date of Request 9-2-03

JS No. _208921_          Date of Birth ▓▓▓▓▓          Housing Loc. _D-329T_

Nature of problem or request _I need to be seen by the doctor for my back. I also need to see him, because I lost 15 pounds in two weeks. My left eye is hurting very bad._

Signed consent to be treated by health staff for the condition described above _Courtney Boyd_

RECEIVED SEP 2 2003 By_____

Place this slip in Medical Box or designated area

### DO NOT WRITE BELOW THIS LINE

Health Care Documentation

Subjective:

Objective:    BP_____    P_____    R_____    T_____    WT_____

Assessment:

Plan:

Refer to:    PA/ Physician          Mental Health          Dental

Education:

Protocol used: (specify)_____

Signature_____    Title_____    Time_____    Date_____



# Release of Responsibility

Courtney Bryd
_Name of Inmate_

_Date & Time_ 9-4-03, 11:37 pm

208921
Inmate ID Number / Date of Birth

_Date & Time_ 9-4-03 11:37 pm

I hereby refuse to accept the following treatment/recommendations:

Appt. already made.

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

_Inmate Signature_ Courtney Bryd

_Date & Time_ 9-4-03, 11:37 pm

Witness

The aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

Witness

Witness

Date & Time

Release of Responsibility

NC010



# Release of Responsibility

Name of Inmate: Courtney Boyd

Date & Time: 9-18-03 2430

Inmate ID Number / Date of Birth: 208921 ███████████

Date & Time: 9-18-03 9437

I hereby refuse to accept the following treatment/recommendations:

I feel better

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Inmate Signature: X Courtney Boyd

Date & Time: 9-18-03

Witness

The aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

Witness

Witness

Date/Time

Release of Responsibility

NC010



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/20/05

**To:** Elmore

**From:** HCU

**Inmate Name:** Boyd, Courney    **ID#:** 208921

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

① BBP X 60 days

**Date:** 7/20/05 **MD Signature:** _J. Plosa for mo_ **Time:** 8 ⁱ⁸A

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/13/05

**To:** Elmore

**From:** HCU

**Inmate Name:** Boyd, Courtney     **ID#:** 20892/

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions ___ Work stop 24° for CP
   BACK PAIN

4. May have extra _____ until _____

5. Other _____

**Comments:**

① BBP x30 days
② Lay in for 24° X meals, BR, + meds.

_____

_____

**Date:** 6/12/05  **MD Signature:** _____  **Time:** 3⁵⁰P

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 04/13/05

To: Elmore

From: ANPN

Inmate Name: Boyd, Courtney          ID#: 208921

The following action is recommended for medical reasons:

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until
5. Other

**Comments:**

Bottom Bunk Profile x30d 04/13/05 til 05/13/05
pill Call three times per day for 7days 04/13/05 til
04/20/05.
to SICU 04/14/05 Am for X-ray  X X X

Date: 04/13/05  MD Signature: Dr McArthur p.A. [signature]  Time: 1113

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 03/03/05

**To:** Elmore Corr. Center

**From:** SHcu

**Inmate Name:** Boyd, Courtney    **ID#:** 208921

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

No excessive bending but able to work
x 2 days

**Date:** 03/03/05  **MD Signature:** Dr. Williams, W.D. / Austin  **Time:** 9⁵⁵A

60418

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

COURTNEY BOYD,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )      CV 03-TMP-1780-W
                                        )
DONAL CAMPBELL, Commissioner,           )
      Alabama Dept of Corrections, et. al.,   )
                                        )
            Defendants.                 )

**ENTERED**

OCT 0 4 2004

## ORDER

On June 23, 2004, this court entered an order (doc. 34) directing defendants produce photographs taken of plaintiff after his alleged assault on June 30, 2003, within thirty (30) days of the entry date of the order. On the same date, the court also entered a Second Supplemental Order for Special Report (doc. 35), directing defendants named in plaintiff's amended complaint to respond to plaintiff's allegations. Plaintiff has now filed a Motion to Compel (doc. 54), a Motion for An Order from the Court (doc.55), a Motion for Default Judgment (doc. 59), and a Motion for Jury Trial. (Doc. 61).

### *Motion to Compel* (Doc. 54)

On July 8, 2004, defendants filed a "Response to Court Order [of June 23, 2004]," in which counsel asserts:

1. The Defendants adopt the Special Reports previously submitted by the Defendants on April 30, 2004 (Document #24) and on May 17, 2004 (Document #27).

2. The Defendants are unable to determine additional facts with which to supplement their Special Reports.

(Doc. 38).

Defendants filed a second supplemental special report (doc. 56) on August 18, 2004, and on August 25, 2004, an amendment (doc. 58) thereto. Regardless, defendants have never responded to the court's order to produce photographs taken of plaintiff on the day of the incident.

Plaintiff now files a Motion to Compel (doc. 54) production of the photographs as previously ordered. After careful consideration of plaintiff's motion to compel (doc. 54), defendants are ORDERED to either (1) produce the photographs as previously directed or (2) show cause in writing and under oath within twenty (20) days from the date this order is entered as to why the court should not impose sanctions for defendants' failure to comply.

### *Motion for An Order from the Court* (Doc. 55)

Plaintiff next moves for an Order (doc. 55) to be sent to a free-world doctor because he is still suffering from severe back pain as a result of the unconstitutional assault made the basis of this claim. Plaintiff's motion (doc. 55) is DENIED. Plaintiff has medical assistance available to him at Staton Correctional Facility, and if he desires medical care for his pain, he may submit a request for attention through the prison health care unit.

### *Motion for Default Judgment* (Doc. 59)

Plaintiff also moves the court for a default judgment (doc. 59), which shall be construed as a request for clerk's entry of default pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure. (Fed.R.Civ.P). Rule 55(a) reads,

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

2

While plaintiff's motion (doc. 59) is well taken, it is due to be and is hereby DENIED WITHOUT PREJUDICE as PREMATURE because defendants have not been formally served with a summons and complaint as required by Rule 4 of the Fed.R.Civ.P.

### *Motion for Jury Trial* (Doc. 61)

Plaintiff requests a jury trial in his last motion (doc. 61), which the court shall construe as a motion to preserve his right to a jury trial. Said motion (doc. 61) is due to be and is hereby GRANTED. If and when this matter comes to trial, same shall proceed before a properly selected jury.

As a final note, since defendants have filed a Supplemental Special Report and amendment thereto (doc. 56 & 58), which this court shall construe as a motion for summary judgment, plaintiff shall be afforded twenty (20) days to file a response to same. Plaintiff is reminded of the instructions previously given to him which explain the proper manner in which to respond to a motion for summary judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure. (See attachment and (Doc. 53)).

The Clerk is DIRECTED to serve a copy of the Order upon plaintiff and counsel for defendants.

DONE on this 4th day of October, 2004.

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE

*United States District Court, Northern District of Alabama*

# RULE 56, FEDERAL RULES OF CIVIL PROCEDURE
## Notice and Explanation

*Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)

**GENERAL DESCRIPTION.** The summary judgment procedure established in Rule 56 provides a means to dispose of some or all claims in a case *without a trial* if the material facts on which the claims are based are without genuine dispute, so that only questions of law are involved. Granting of summary judgment means that the merits of the claim are decided without a trial or other evidentiary hearing. In contrast, denial of summary judgment is not a decision on the merits, but merely means that the claim involves factual issues that cannot be decided without an evidentiary hearing. A motion for summary judgment that is denied may, however, be renewed at a later time if justified by the facts of the case.

**HOW REQUESTED.** A motion for summary judgment may be filed by a defendant at any time and may be filed by a plaintiff after the defendant has moved for summary judgment or after the suit has been pending for more than 20 days. The motion must be served on the adverse parties at least 10 days before the time it may be taken under submission by the court for a decision. In addition, the court may order that another pleading or motion be treated as a motion for summary judgment and be taken under submission for a decision after a minimum of 10 days.

**HOW SUPPORTED.** In showing what facts are not in genuine dispute, the moving party may rely upon the pleadings, depositions, answers to interrogatories, and admissions on file in the Clerk's office, together with any affidavits filed with its motion. Any brief or other written argument should be submitted to the Judge or Magistrate (not filed in the Clerk's office).

**HOW OPPOSED.** Ordinarily, the party against whom summary judgment is sought may not rely merely upon allegations and denials contained in its own pleadings to show that facts are in dispute. Rather, such party must show the specific facts asserted to be in genuine dispute on the basis of the pleadings of the moving party, depositions, answers to interrogatories, and admissions on file, together with any affidavits it may file in the Clerk's office prior to the date the motion is to be taken under submission (or such other date as the court may specify). Failure to respond timely to a motion for summary judgment may be taken as agreement that the facts asserted by the movant are true. Any brief or other written argument should be filed with the Judge or Magistrate (not filed in the Clerk's office).

**AFFIDAVITS.** Affidavits supporting or opposing a motion for summary judgment must be served on adverse parties and filed in the Clerk's office (not attached to briefs) prior to the date the motion is to be taken under submission. Affidavits must either be notarized or be subscribed as true under penalty of perjury. Affidavits will be considered only with respect to facts as to which the person making the affidavit is shown to have personal knowledge and is otherwise competent as a witness, and which would be admissible in evidence at a trial. Sworn or certified copies of all papers referred to in any affidavit shall be attached to the affidavit. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits.

**SUBMISSION OF MOTION.** A motion for summary judgment will be "heard" - that is, submitted to the court for decision - at a date set by the court not less than 10 days after the motion is filed (exclusive of any intermediate Saturdays, Sundays, and federally recognized holidays). For cases scheduled on a motion docket, this date of hearing and submission is the date shown for the motion docket; for other cases, the court will by letter or order specify the date as of which the motion will be taken under submission. All materials supporting or opposing the motion must be filed and served prior to the date of submission unless some other date is specified by the court. In ruling on the motion, the court determines whether the materials submitted would, if presented at a jury trial, raise an issue not subject to a directed verdict under F.R.Civ.P. 50.

**ADDITIONAL TIME.** Any request for additional time to oppose a motion for summary judgment should be presented by affidavit showing the reasons why such extension of time is needed.

**CONSEQUENCES OF SUMMARY JUDGMENT.** If summary judgment is granted, the merits of that claim are decided *without a trial or other evidentiary hearing*; this decision becomes final and subject to appeal if it resolves all claims in the case or is entered as final under F.R.Civ.P. 54(b). Denial of summary judgment is not a decision on the merits of a claim, but merely means that an evidentiary hearing will be needed to decide some factual issues involved in the claim. In denying summary judgment, however, the court may direct that certain factual matters - although not dispositive of the entire claim - are not in genuine dispute and shall be taken as established without further evidence at the trial.

**SANCTIONS.** A party presenting an affidavit under Rule 56 in bad faith or solely for purpose of delay may be ordered to pay the adverse party reasonable expenses (including attorney's fees) caused thereby and may be adjudged guilty of contempt. In addition, the requirements and sanctions specified in F.R.Civ.P. 11 apply to motions and briefs filed in connection with Rule 56 motions.

YOU COULD HAVE RECEIVED THIS NOTICE YESTERDAY BY FAX.

Just complete and return the authorization below and you
will receive notice of orders and judgments within hours
of their entry.  It's FREE and it's FAST!



Courtney  Boyd    7:03-cv-01780 62
SCC
Staton Correctional Center
# 208921
PO Box 56
Elmore, AL   36025

---------------------

7:03-cv-01780 #62
4 page(s).
10/04/04

---------------------

AUTHORIZATION TO SEND ORDERS AND
JUDGMENTS BY FACSIMILE TRANSMISSION

The Clerk of Court for the Northern District of Alabama is authorized to
transmit notice of entry of judgment or orders under Fed.R.Civ.P. 77,
Fed.R.Crim.P. 49, and Fed.R.Bankr.P. 9022, 9036 by facsimile transmission
of judgments, orders or notices in any case in which this capability
exists, and the undersigned appears as attorney in charge.  I understand
that this electronic notice will be in lieu of notice by mail.  The
following telephone number is dedicated for facsimile transmission.

FAX Phone No: _____

Signature: _____    Address: _____

Attorney Name: _____    _____
                                    Main
Firm Name: _____    Phone No: _____

Mail to:   Clerk, Northern District of Alabama
           1729 Fifth Avenue North
           Birmingham, AL 35203

Control #: CV-image4-20187



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 1/24/05 | TIME 8 30 AM PM | ORIGINATING FACILITY _Staton_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES   NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP _____ ORAL RECTAL | RESP. _____ | PULSE _____ | B/P ___/___ | RECHECK IF SYSTOLIC ___/___ <100> 50 |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- Cyst on my eye ruptures
and I can't see out of
my eye.

O- now x3. Notes cyst on
(L) ↑ eyelid swelling redness
& moist. c/o unable to
see, everything blurry
& light getting dim.
Stotes "was informed by
BSNP to return if gets
worse".

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

Ruptured Cyst

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

A- pat in comfort

P- - HCU in AM.

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 1/24/05 | TIME 8 45 AM PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE LPN | DATE | PHYSICIAN'S SIGNATURE | DATE 1/25/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)   D- A | DOC# 208921 | DOB ▓▓▓▓ | R/S B/m | FAC. Staton |
|---|---|---|---|---|



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _1/24/05_

**To:** _STOTON_

**From:** _SHCU_

**Inmate Name:** _Boyd, Courtney_        **ID#:** _208921_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_TO HCU IN AM on 1/25/05._

_____

_____

_____

**Date:** _1/24/05_ **MD Signature:** _____ LPN **Time:** _8:45 pm_

60418

STATON

## Prison Health Services
## Treatment Record

**Treatment Ordered:** wt ✓ Q month x 6 months

|   | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 8/16/04 | 9/16/04 | 10/16/04 | 11/6/04 | 12/16/04 | 4/16/05 |  |
| No Show | No Show | 167 | No Show | Att Staton #140 | No Show |  |
| AB | AB | AB |  | AB | Am |  |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
|  |  |  |  |  |  |  |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

12-21-04 Hasn't returned

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Boyd, Courtney  208921 | NKDA | Staton |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Boyd, Courtney*

Date of Birth: [redacted]                    Social Security No: *208921*

Date: *01-18-05*                    Time: *9:00 pm*    A.M.
                                                        P.M.

This is to certify that I, *Courtney Boyd* , currently in
                            (Print Inmate's Name)

custody at the _____ *STATON* , am refusing to
                            (Print Facility's Name)

accept the following treatment/recommendations: *No Show for Dr Wright* ✓
                                                (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____                    *S M Melton, RN*
(Signature of Inmate)**                    (Signature of Medical Person)

_____                    _____
(Witness)                            (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/86)



**PRISON
HEALTH
SERVICES
INCORPORATED**

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Boyd, Courtney_

Date of Birth: ▆▆▆▆▆▆▆ ——— Social Security No.: _20.89.21_

Date: _1-3-05_ ——— Time: _7_ A.M. / P.M.

This is to certify that I, _Courtney Boyd_
(Print Inmate's Name)
, currently in

custody at the _Staton_
(Print Facility's Name)
, am refusing to

accept the following treatment/recommendations: _____

_____
(Specify in Detail)

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____        _____
(Signature of Inmate)**                                      (Signature of Medical Person)

_R.L. Weaver COI_                _____
(Witness)                                                            (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/86)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2-24-06

**To:** Doc

**From:** PHS

**Inmate Name:** Boyd Courtley          **ID#:** 208921

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

To Hca 2-26-06 Sunday For PPD Results

**Date:** 2-24-06   **MD Signature:** Wm Darbouef PA   **Time:** 9:00 Am

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Courtney Boyd    208921_

Date of Birth: ▓▓▓▓▓▓▓    Social Security No.: ▓▓▓▓▓▓▓

Date: _11-22-05_    Time: _10:18_    A.M.
P.M.

This is to certify that I, _Courtney Boyd_ , currently in
(Print Inmate's Name)

custody at the _Easterling_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _HPV    Hep B Vaccine_
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Courtney Boyd_  _208921_
(Signature of Inmate)**

_McKinnon L_
(Signature of Medical Person)

_Charlotte Wilson_
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 3 24 06 | 120 AM/PM | E. A. Berg | ☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT |

| | | | ☐ SIR ☐ PDL ☐ ESCAPEE | |

**ALLERGIES** NKDA

WT 173

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP | 98 | ORAL RECTAL | RESP. | 18 | PULSE | 79 | B/P | 118 80 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S- "I need a back brace." My Family Called Tennessee & they said to give me one."

| | ABRASION /// | CONTUSION # | BURN XX | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Pt brought from Seg for back check. Pt laughs & cutting up to other inmates. Pt came walking in bent over. Pt demands back brace. Pt was told by PHS staff that he needed to sign up for Sick Call & see MD about his request for back brace. Pt also demands bottom bunk & double trays for meals. A+O+3 - S/s WD to lower Resp to lose. Pt appears to be in no distress. Talking & laughing.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Explained to pt that his Sick Call Slip is here for next Sick Call. Advil 200mg [illegible] then pm x 3 days. | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Will be seen on next Sick Call. Return if needed.

| DISCHARGE DATE | TIME | RELEASE/ TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3 24 06 | 145 AM/PM | ☐ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| [signature] | 3/24/06 | [signature] | 3 1 06 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Round, Court Nlee | 208921 | [redacted] | B/M | E.A. Berg |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9/4/05 | TIME 3:40 AM/PM | ORIGINATING FACILITY _____ E/AS ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ SICK CALL  ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | | CONDITION ON ADMISSION ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 97⁸ ORAL / RECTAL | RESP. 16 | PULSE 60 | B/P 115/74 | RECHECK IF SYSTOLIC <100> 50 _____ / _____ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

S: "It's hurting down in there"

O: pt alert to chief c c/o "abdominal pain", then c/o groin crease pain, then c/o testicular pain, pt c/o pain after urinating when he woke up about 1° ago, pt denies weight lifting, pt denies injury, pt here on 9/2/05 for c/o chest pain — Normal EKG obtained, pt ambulates slowly and guards abdomen, pt states non-compliance c Naprosyn rx'd on 9/2/05 pt c/o swelling to testicles — no swelling noted, pt states swelling

PHYSICAL EXAMINATION

is "behind" testicles, area not visualized, sugar present on scrotum, pt gives scant urine sample and states he is not able to produce more, pt able to transfer to exam table c visible difficulty, skin warm and dry, resp. even and unlabored

A: alt in comfort

P: MD notified, T.O. recd @ right, pt returns from clinic

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Maalox 30 ml po BID x3d | 4:45 | 8c |
| Tylenol 500 mg ii po BID x3d | 4:45 | 8c |

| DIAGNOSIS |
|---|

| INSTRUCTIONS TO PATIENT take meds as directed, put in sick call if ∅ change in condition |
|---|

| DISCHARGE DATE 9/4/05 | TIME 4:45 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 9/4/05 | PHYSICIAN'S SIGNATURE | DATE 9/4/05 | CONSULTATION |
|---|---|---|---|---|

| INNATE NAME (LAST, FIRST, MIDDLE) Bourd, Courtney | DOC# 208971 | DOB ■■■■ | R/S B/M | FAC. E/AS |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9/2/05 | TIME 920 AM/PM | ORIGINATING FACILITY Fosterline ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☒ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA          Wt 175 | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 988 | ORAL RECTAL | RESP. 20 | PULSE 71 | B/P 100/60 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | |
|---|---|---|

S- " My chest is hurting and my arm."

O- B/m to HCU. Alert et oriented X 3. Skin warm et dry to touch. Resp even et unlabored. Bilateral lung sounds clear. Heart RRR. C/o pain to center of chest. Sharp pain. Denies nausea or vomiting. States lifts

**PHYSICAL EXAMINATION**

weights. C/o pain ↑ c̄ movement. No acute distress noted.

A- rest in comfort

P- Dr. Darbouze Notified EKG done and faxed to Dr. Darbouze

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Naproxen 375mg - BID x 2 wks Release to population RTC prn  VO Dr. Darbouze | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
As Above

| DISCHARGE DATE 9/2/05 | TIME 930 AM/PM | ☒ RELEASE ☐ TRANSFERRED TO _____ | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☒ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE ___ Otten | DATE 9/2/05 | PHYSICIAN'S SIGNATURE ___ | DATE 9/2/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 208921 | DOB | R/S B/M | FAC. ECF |
|---|---|---|---|---|


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _ECF_ | |
|---|---|---|---|
| 8 / 21 / 05 | 1 20  ☑AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES _NKA_ | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP _97²_ | ORAL RECTAL | RESP. _16_ | PULSE _65_ | B/P _120, 58_ | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: I'm having chest pain, I'm dehydrated."

O: B/m ambulated to HCU c̄ steady gait. A&Ox3. Resp even et unlabored. Skin warm et dry, turgor good. C/o chest pain, indicates epigastric area, nonradiating, sharp pain. Onset: 1:05am "I know what the problem is, I'm not getting enough water" he states Ø SOB. Lung sounds clear bilaterally. Hand grips equal.

**PHYSICAL EXAMINATION**

A: Alt in comfort

P: Obtain EKG — within normal limits Antacids II po now. Refused liquid maalox.

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| EKG | | |
| Antacid II po now. | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Return to HCU as needed.

| DISCHARGE DATE | TIME | ☑ RELEASE ☐ TRANSFERRED TO _ADOC_ ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8 / 21 / 05 | 1 40  ☑AM PM | | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 8/21/05 | PHYSICIAN'S SIGNATURE | DATE 8/22/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Byrd Courtney | DOC# 208921 | DOB ___ | R/S B/m | FAC. ECF- |
|---|---|---|---|---|

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 6/13/05 | 3:35 AM/PM | Elmore Population | ☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT |
| | | ☐ SIR  ☐ PDL  ☐ ESCAPEE | |

ALLERGIES NKA

CONDITION ON ADMISSION
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 98.2  ORAL/RECTAL  RESP 16  PULSE 87  BP 120/74  RECHECK IF SYSTOLIC <100> 50

02 97%

### NATURE OF INJURY OR ILLNESS

S: "My chest hurts and I can't breathe."

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

### PHYSICAL EXAMINATION

O: A+O x3 Breathing with ease, no distress noted Skin warm + dry to touch

Ⓢ 23 yo AAO working recycling state to have c/o this had. Hurt to breath

→ C/D BACK pain - Needs back brace

Ⓞ Alex N+D  L-S spine tender
HEEnt-clear  S spasm
Heart - s m g ✓
Abd - soft
Chest wall tend ✓

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS  Chest pain - MS / Back pain

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 6/13/05 | AM/PM | ☐ DOC  ☐ AMBULANCE  ☐ | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| C Jones LPN | 6/13/05 | [signature] | 6/13/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| David Crawford | 208921 | | 3/M | Elmore |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 8-17-05

To: Easterling DOC

From: Easterling PHS

Inmate Name: Courtney Boyd    ID#: 208921

**The following action is recommended for medical reasons:**

1. House in

2. Medical Isolation

3. Work restrictions

4. May have extra _____ until

5. Other

**Comments:**

May have TAO apply bid x 10 days

Date: 8/17/05  MD Signature: Dr Derbern /Wanni  Time: 2130

Courtney Boyd 208921

60418

## EASTER ~~NG~~ CORRECTIONAL FACILITY
## PROCEDURE FOR ACCESS TO HEALTH CARE

**ACCESS TO HEALTHCARE:** All inmates have access to healthcare 24 hours a day, 7 days a week.

**SICK CALL SCREENING:** Treatment for routine medical, dental and mental health complaints are processed through nurse screening seven days a week. You must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. You need to place the screening form in the locked box located at the dining hall. Sick Call forms for Segregation will be picked up by the nurse on the 4:00am medication rounds. Sick Call Screening for population is held Sunday through Friday on second shift at 7:30pm. Segregation Sick Call Screening is held during the 9:00pm pill call. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

**FEE FOR SERVICE:** All health service requests are subject to a $3.00 co-pay that will be deducted from your PMOD account by The Department of Corrections, depending on the nature of your request. Prison Health Services does not receive the monies collected from the co-pay. Please realize that no one is denied care based on their inability to pay for services.

**NOTIFICATION OF SCHEDULED APPOINTMENTS:** All scheduled appointments are placed in the inmate news letter on a daily basis. It is your responsibility to check the newsletter on a daily basis. If you fail to appear for any scheduled appointment, you will be required to sign a Release of Responsibility.

### PILL CALL TIMES:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

**MEDCIAL EMERGENCIES:** Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

**DENTAL SICK CALL:** You are required to sign up for Dental sick call using the same procedure as medical sick call. There is a $3.00 co-pay for dental screening. There is no charge for follow up care scheduled through dental screening. Population and Segregation Dental Screenings are held during sick call screenings at 7:30pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

**ACCESS TO MENTAL HEALTH TREATMENT:** You can access mental health by filling out a sick call form and coming to sick call. There is no co-pay for mental health services. If you have a mental health emergency you should notify the nearest Correctional Officer so that prompt access is provided.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | X |
| TB TEST CURRENT | X |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | X |

OTHER: _____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Gurcie Jr_   DATE: _8-17-05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Christopher Boyd_   DATE: _8-17-05_

EXPIRATION DATE: _indefinate_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Boyd, Christopher | 208991 | ▮▮▮ | Bm | EAS |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY  ☑ SIR ☐ PDL ☐ ESCAPEE |  |
|---|---|---|---|
| 6 /21/06 | 6:20 AM ☑PM | ECF _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES   NKDA

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.8  ☐ ORAL ☐ RECTAL    RESP. 18    PULSE 82    B/P 122, 74    RECHECK IF SYSTOLIC <100> 50  ___/___

Wt 170 lbs

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN ᵡᵡ | FRACTURE Z/Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S: "I'm hurting all over; from the lower part of my back down keep going numb, it goes and comes, I done told that Dr. V can not stand at the pill call line to get my medicine because of this"

O: Pt ambulates to HCU A/o x 3, neg. arm's — et unlabored c̄ hands on both sides of hips pt able to sit in chair on own — pt able to move bilateral legs freely —

PHYSICAL EXAMINATION

— discoloration, ⌀ swelling noted to lower extremities, Pedal pulse present bilaterally pt denies any numbness @ present time; pt requested to speak c̄ Mrs Wilson while conversation c̄ Mrs Wilson took place. pt shows ⌀ facial grimacing, able to move legs freely, also able to sit in chair crossing and uncrossing legs; pt requested profiles We get back to him explained

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| to pt he would need to see MD on sick call c̄ alt comfort P. Instructed pt to put in Sick call slip | | MD |

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 6 /21/06 | 6:45 AM ☑PM | ☑ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| C. Garcia RN | 6-21-06 | (signature) | 6/28/06 | |

INMATE NAME (LAST, FIRST, MIDDLE)

| | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | ECF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6/11/06 | TIME 10:58 ☑AM ☐PM | ORIGINATING FACILITY ☐SIR ☐PDL ☐ESCAPEE ☐ ECF | ☐SICK CALL ☑EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 98.2 ☐ORAL ☐RECTAL | RESP. 20 | PULSE 72 | B/P 122/84 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS:**
S: Inmate to ER states he is having numbness in both legs. The Doctor took my backbrace, he would not renew My profile No prolong standing profile. denies any PAIN

"O" Blm to Her Alert oriented x3 in no distress Able to move all extremities, Equal Bil Hand grips clear Bil Breath Sounds, bowel sounds positive x 4. Inmate able to sit up c no difficulty.

**PHYSICAL EXAMINATION**

A. Ale in Comfort

**DIAGNOSIS**

P Follow up with Doctor Arbouze, Admit in infirmary until seen by Dr Arbouze, Inmate stated if ya'll aren't going to do Anything the I will go back to dorm, Inmate refused to sign waiver, put back in infirmary 1125 crawled to door, ya'll aint going to do nothing Inmate got off Floor to walk in Her to sign waiver stating I think I (Can Work it out at my legs, Inmate rubbing legs got up walked, Officer Pouncer told him he would go to 6A, Inmate walked out door Started breathing fast PMR ox 100% RA. Follow up with Dr. Arbouze

**INSTRUCTIONS TO PATIENT**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 400mg po now | | |
| | | |
| | | |
| | | |

| DISCHARGE DATE / / | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S. Baker RN | DATE | PHYSICIAN'S SIGNATURE | DATE 6/12/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | DOC# 208521 | DOB | R/S P/m | FAC. ECF |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Boyd, Courtney | D.O.B.: |

Addendum to Body chart dated 6-11-06 @ 10:58 p.m.
In HCU E4, instructed I/m to sit up to get
into W/C, I/m sat up but held legs straight
out, not bending at knees — when questioned about
this, inmate stated he was numb. Inmate
then transferred self to W/C (using arms only)
and then transferred self to bed in infirmary.
At approx 11:25 p.m., I/m then crawled to
door in infirmary. Kept stating that if we
weren't going to do anything he would go back
to the dorm. Then I/m got up from
the floor and walked to the hallway to sign
waiver — then he refused to sign the waiver.
Officer Pacey then started speaking to I/m
about going to 6A instead of back to his
dorm. I/m walked out of HCU c̄ officer
Pacey.
        After a short time, Officer Pacey
returned to HCU & got the W/C, then returned
I/m to hall of HCU. I/m breathing rapidly,
had told the officer he was having an
asthma attack. Sat 100%, lungs clear.
I/m returned to HCU infirmary via W/C. —
                                    S. Grubb



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: *Courtney Boyd*

Date of Birth: ~~Social Security No.~~ AIS# *208 921*

Date: *6-11-06*      Time: *11:45*   A.M. / (P.M.)

This is to certify that I, *Courtney Boyd* , currently in
(Print Inmate's Name)

custody at the *ECf* , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: *Refuse to stay in infirmary*
(Specify in Detail)
*to see MD in a.m. Concerning back pain and*
*periodic paralysis of legs*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

*Refused to sign*
(Signature of Inmate)**

*J. Smith*
(Signature of Medical Person)

*Eilleen f Boz*
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ECF | |
|---|---|---|---|
| 5 /16/06 | 7:30 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 98   ☐ORAL ☐RECTAL   RESP. 32   SpO2 99%   PULSE 84   B/P 100 60 0   RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

S: "U can't breath, and my chest is hurting"

O: Pm ambulated to HCU c steady gait holding chest et having fast shallow respirations pt able to complete sentence "I was coming from the gym" c distress respirations varied from fast to slow in examination SpO2 99% Resp 32 C/o stinging in ® side of chest & radiation of pain while attempting to perform

PHYSICAL EXAMINATION

EKG pt teeth began "chattering" and pt said he was feeling cold c trembles & Resp CTA to bilateral lobes

A: alt comfor

P: EKG Notified Dr DuBooze Albuterol HHN x 1 dose

O: Pt releases Ureathing Normal pt arguing c Nurses about paying $3⁰⁰ copay and 2/4 c mp

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Albuterol HHN | | ✓ |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | ☐ RELEASE ☐ TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 5 /16/06 | 8:10 AM/PM | | | |

| NURSE'S SIGNATURE Oscariaqn | DATE 5-16 | PHYSICIAN'S SIGNATURE | DATE 5/16 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd Corrlau | 205021 | ▓▓▓ | B/m | ECF |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Courtney Boyd_                    _208921_
   (Print Name)                                          (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

( X )   Other      describe _Insoles_____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Courtney Boyd 208921_                    _5/14/06_
   (Inmate)                                          (Date)

_M. Moote LPN_                    _5/14/06_
   (Witness)                                          (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _Boyd, Courtney_ | _208921_ | | _B/m_ | _ECF_ |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Courtny Boyd_

Date of Birth: _____ ▓▓▓▓▓ _____     Social Security No.: ▓▓▓▓▓

Date: ___ 5 - 14-2006 ___     Time: ___ 10⁵⁰ ___ AM P.M.

This is to certify that I, ___ Cortn Byd ___ , currently in
                                                (Print Inmate's Name)

custody at the ___ Fmly ___ , am refusing to
                              (Print Facility's Name)

accept the following treatment/recommendations: _Refused To Sign_  _Sk - NoShw 5-14-2006_
                                                (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____     _____
(Signature of Inmate)**                         (Signature of Medical Person)

_____     _____
(Witness)                                                (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ECF | | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|---|
| S /10/06 | 6:40 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☒ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 97⁸ ORAL/RECTAL | RESP. 18 | PULSE 85 | B/P 100/70 | RECHECK IF SYSTOLIC <100> 50 __/__ |
|---|---|---|---|---|

SpO2 96%

NATURE OF INJURY OR ILLNESS

S: " I have been hurting
in my chest all day
and goes it goes to my
® arm, I'm having trouble
breathing also"

O: A/0x3 ambulates to HCU
c̄ steady gait bilateral
breath sounds CTA Heart
sounds 9o sharp pain in
Mid Sternum area worsens
when breathes in radiates
to ® arm ∅ acute

PHYSICAL EXAMINATION

distress noted
a c̄ alt comfort
P: Mawlox ̄ tabs po told RS
pt already taking Percogesic
Notified Dr Darbouze
ER6

|  | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol errr | | |
| HTO | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | ☐ RELEASED TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE |
|---|---|---|---|
| S /10/06 | 7:25 AM/PM | | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| C Darcia RN | 5-10-06 | | 5/11/06 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| David, Courtney | 208021 | | B/M | ECF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** S-10·06

**To:** DOC ECF

**From:** PHS ECF

**Inmate Name:** Boyd Courtney    **ID#:** 20892/

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Keep lower back brace x 6 mths

Bottom Bunk profile x 6 mths

Insole ÷ pain to keep x 6 mths

4-21-06 / 10-21-06

**Date:** S-8-04   **MD Signature:** Dr Darbonne / Dari   **Time:** S:00 pm

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 4 /25/ 06 | TIME 11⁰⁰ AM PM | ORIGINATING FACILITY Gast ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97⁴ ORAL RECTAL | RESP. 16 | PULSE 72 | B/P 102/74 | RECHECK IF SYSTOLIC <100> 50 ___ / ___ |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S: My tooth is
hurting + it's causing
my head + hurt + it's
also causing me to have
chest pain. Oc/s being dizzy.

O Brought to hcu on
Stretcher A+ OX3. Resp c
ease. Skin warm + dry to the
touch. Describes pain as being
Sharp - lung Sounds cl.
bil. Ear canal cl. Able

**PHYSICAL EXAMINATION**

to view ear drums difficulty
O Affectation is comfort
P observ

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| EKg new - Normal | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 4 /25/ 06 | TIME AM PM | RELEASE-TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Ryan C | DATE | PHYSICIAN'S SIGNATURE | DATE 4/27/06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd Courtney | | | DOC# 208921 | DOB ▆▆▆ | R/S B/m | FAC. Easl |
|---|---|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Boyd  Courtney_

Date of Birth: _____  Social Security No.: _____

Date: _4-25-06_    Time: _12⁰⁵ A_    (A.M.) P.M.

This is to certify that I, _As Above_ , currently in
(Print Inmate's Name)

custody at the _E astling_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Refuses to remain in New_
(Specify in Detail)

_For Observation_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which may result from this action/refusal and I personally assume all responsibility for my welfare.

_[signature]_                          _[signature]_
(Signature of Inmate)**                          (Signature of Medical Person)

_____                          _____
(Witness)                          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, *Courtney Boyd*                               *208921*
   (Print Name)                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis        describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

(✗)   Other            describe *Insoles* _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____ *208921*          *4-21-06*
(Inmate)                                  (Date)

*M. Moote LPN*                           *4-21-06*
(Witness)                                 (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| *Boyd, Courtney* | *208921* | ▓▓▓ | *B/m* | *ECF* |

PHS-MD-70005                    (White – Medical File, Yellow – Security Property Officer)

6A54



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/21/06

**To:** DOC

**From:** HCU

**Inmate Name:** Boyd, Courtney     **ID#:** 208 921

The following action is recommended for medical reasons:

1.   House in
2.   Medical Isolation
3.   Work restrictions
4.   May have extra _____ until
5.   Other

**Comments:**

① Insoles 1 pair x 6mo. 9/21/06 - 10/21/06
get insoles at 5A or 5p Tx.°

② Keep lower back brace x 6mo. 4/21/06 - 10/21/06

③ Bottom bunk profile x 6mo. 4/21/06 - 10/21/06

**Date:** 4/21/06   **MD Signature:** Dr. Darbouzell   **Time:** 10:30 A.M.

60418

DATE PAGE 218971



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3/30/06

**To:** Doc- Easterling

**From:** HCU Easterling

**Inmate Name:** Boyd, Courtney     **ID#:** 208921

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

— Bottom bunk profile x 14 days (3/30/06 – 4/13/06)

— Brace for L spine x 14 days (3/30/06 – 4/13/06)

_____

_____

**Date:** 3/30/06  **MD Signature:** VO Dr. Dartbouze/MP  **Time:** 9:00am

60418

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: David Courtney

AIS: 208421  DOB: ___  UNIT: Seg  YEAR: 2004

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | OUT | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

In 3-7-06
out 3-26-04

NURSES SIGN AND INITIAL

KEY:  M – MEDICAL
      D – DENTAL
      P – PSYCHIATRIC
      N/C-NO COMPLAINTS

NC 072



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Boyd, Countney 208921_
(Print Name)                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(　) Splint

(　) Eyeglasses

(　) Dentures

(　) Prothesis          describe _____

(　) Wheelchair

(　) Cane

(~~　~~) ~~Crutches~~

(✗) Other          describe _Back Brace_____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_X_____          _3-31-06_
(Inmate)                                     (Date)

_Mundies_____          _03-31-06_
(Witness)                                    (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Countney | | | | |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Boyd, Courtney_

Date of Birth: ▮▮▮▮▮        Social Security No.: _208921_

Date: _4-4-06_        Time: _730_    A.M. **P.M.**

This is to certify that I, _Courtney Boyd_, currently in
                              (Print Inmate's Name)

custody at the _Easterling_, am refusing to
                    (Print Facility's Name)

accept the following treatment/recommendations: _Sick call 4-4-06 (already_
                                                (Specify in Detail)

_On dental list)_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_____        _Wamber RN_
(Signature of Inmate)**                    (Signature of Medical Person)

_____        _Garcia RN_
(Witness)                                  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY  ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ SICK CALL  ☐ EMERGENCY  ☐ OUTPATIENT |
|---|---|---|---|
| 3 / 10 / 06 | 8:00 AM/PM | | |

| ALLERGIES | CONDITION ON ADMISSION |
|---|---|
| NKA | ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |

| VITAL SIGNS: TEMP 97  ORAL RECTAL | RESP. 20 | O2 SAT 97  PULSE 98 | B/P 108/70 | RECHECK IF SYSTOLIC <100> 50 / |

## NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

S- Black male Brought from Seg -
Officer Floyd stated he was lying on the floor
And looked like he was unconscious. Brought
to HCU by stretcher- Offic Floyd- Sgt. Hughe -
Lt-Wilson- O'awake - shakey As if he was cold
First would not talk but would shake his head
to answer questions - B/S 84. Then he stated
he was having chest pain. He had been having
chest pain since yesterday. That nothing
made it better - stated he had gotten
dizzy And fell. Stated he had been
NPO all day today. Stated he ate dinner

## PHYSICAL EXAMINATION

Denies any DI Archot. Alt - Oriented x 3
Eyes Equal. L/O guarding - S/D when
Ambu. States pain level 10   EKG-Done
8:35    States his legs and feet were numb
but has reflexes in feet & legs - smiling at times
Able to move toes & feet and legs states
They feel numb - Able to stand.
8:00 B/P 100/70   T 97- NO contusions or abrasions
A- Alt. Cmft pn
P- Call Dr Dawson
  Dr. Dawson Called - order given
E - Sent up for slc any more problems

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol 500mg x 2 po BID X 5 days | 8:35 AM | (signature) |
| AAA 10 x TAB ii po BID X 5 days | 8:39 AM | (signature) |
| May go back to Seg | | |
| P/O Dr Dawson  T. Brunell | | |

| DIAGNOSIS |
|---|

| INSTRUCTIONS TO PATIENT |
|---|

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3 / 10 / 06 | 8:55 AM/PM | ☒ DOC Seg  ☐ AMBULANCE  3-10-2006 left Ambu | ☒ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| D. Dawson L.P.N | 3-10-2006 | (signature) | 3/17/06 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Boyd, Courtny | 208921 | B/m | Frank |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 3 / 7 /06 | TIME 1:55 ☑AM ☐PM | ORIGINATING FACILITY Easterlig ☐SIR ☐PDL ☐ESCAPEE | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | WT-175 | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|

| VITAL SIGNS: TEMP 96⁸ ☑ORAL ☐RECTAL | RESP. 18 | PULSE 88 | B/P 10, 80 | RECHECK IF SYSTOLIC <100> 50 ___ / ___ |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S- "They allegd I've
been fighting"

| ABRASION /// | CONTUSION # | BURN ×× ×× | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Blk amb. to hcu per
Officer Coleman. A,O×3. Resp.
even and unlabored, Skin warm
+ dry to touch. Ø cuts, bruises
or scratches noted to body.
Denies injury to body
A- Body chart
P- Release to D/C
No TX indicated

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
PLE-FU e Sick Call pnn

| DISCHARGE DATE 3 / 7 /06 | TIME 2:W ☐AM ☑PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S.McKinnon | DATE | PHYSICIAN'S SIGNATURE Hay Cone 3/7/06 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Boyd. Courtney | DOC# 208921 | DOB | R/S B/M | FAC. East |
|---|---|---|---|---|

```
***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****
```

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client      : Boyd, Courtney J.         Age            : 18

Sex         : Male                      Marital Status :

Education   :                           Date of Birth  : 

File Name   : 208921

Prepared for: Kilby Correctional Facility on 03/21/2000

------------------------

The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

PAGE  2

INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility

-- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --



|      | L  | F  | K  | Hs | D  | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si |
|------|----|----|----|----|----|----|----|----|----|----|----|----|----|
|      |    |    |    | 1  | 2  | 3  | 4  | 5  | 6  | 7  | 8  | 9  | 0  |
| Score | 65 | 64 | 41 | 68 | 57 | 66 | 62 | 66 | 79 | 79 | 86 | 85 | 64 |

Unanswered (?) Items = 197

Welsh Code:   89"67'13504-2/ L-F-K: