I-2 INTERPRETIVE REPORT                                                    PAGE  3
PARED FOR: Kilby Correctional Facility

## -- PROFILE MATCHES AND SCORES --

| Scale | Client Profile | Highest Scale Codetype | Best Fit Codetype |
|---|---|---|---|
| Codetype match: | | 8-9/9-8 | 8-9/9-8 (6) |
| Coefficient of Fit: | | .85 | .87 |
| | | | |
| Scores:    ? (raw) | 197 | | |
| L | 65 | 48 | 49 |
| F | 64 | 87 | 93 |
| K | 41 | 39 | 38 |
| Hs (1) | 68 | 60 | 57 |
| D  (2) | 57 | 56 | 52 |
| Hy (3) | 66 | 53 | 49 |
| Pd (4) | 62 | 64 | 61 |
| Mf (5) | 66 | 52 | 52 |
| Pa (6) | 79 | 67 | 74 |
| Pt (7) | 79 | 66 | 63 |
| Sc (8) | 86 | 81 | 81 |
| Ma (9) | 85 | 84 | 86 |
| Si (0) | 64 | 53 | 51 |
| Mean Clinical Elevation: | 72 | 66 | 65 |
| Ave age-males: | | 29 | 27 |
| Ave age-females: | | 33 | 33 |
| % of male codetypes: | | 2.6% | 1.1% |
| % of female codetypes: | | 2.4% | 1.1% |
| % of males within codetype: | | 69.6% | 67.8% |
| % of females within codetype: | | 30.4% | 32.2% |

--------------------------------------------------------------------------

     Configural clinical scale interpretation is provided in the
report for the following codetype(s):

                           8-9/9-8

--------------------------------------------------------------------------

I-2 INTERPRETIVE REPORT                                                    PAGE   4
PARED FOR: Kilby Correctional Facility

## -- CONFIGURAL VALIDITY SCALE INTERPRETATION --

This validity scale configuration is usually obtained by individuals who are naive and unsophisticated, but are trying to underreport psychopathology.  Individuals who obtain this configuration usually have limited education and come from lower socioeconomic classes.  Elevations on Scales 1, 2, and 3 are to be expected.  These individuals are usually poor candidates for psychological interventions.

This configural interpretation should be the primary source of interpretive hypotheses for the L, F, and K validity scales. Individual validity scale hypotheses, however, are also presented in the following section.


## -- VALIDITY SCALES --

? (raw) = 197

This profile is very likely invalid and probably should not be interpreted because the number of unanswered items is greater than 30.

L     T = 65

L scores in this range are suggestive of individuals who may be defensive, lack insight, and be slightly more conforming and moralistic than usual.  They may have a tendency to repress or deny problems and unfavorable traits.

F     T = 64

F scores in this range are considered to be moderately elevated and suggest the possibility of significant psychological and emotional problems.  Individuals who obtain scores in this range are likely to be described as moody, changeable, dissatisfied, opinionated, restless, unstable, and self-critical.

K     T = 41

Scores in this range indicate limited personal resources and open acknowledgment of significant psychological distress.  These individuals are likely to have a relatively poor self-concept, to be strongly dissatisfied with themselves but lacking the skills necessary to change their situation, to be self-critical, and/or to be extremely open and revealing.  Scores in this range may also reflect low ego strength, a lack of insight into one's self-motivation and behavior, and ineffectiveness in dealing with the problems of daily life.  Prognosis for psychological intervention is usually guarded.

I-2 INTERPRETIVE REPORT
PARED FOR: Kilby Correctional Facility

-- CONFIGURAL CLINICAL SCALE INTERPRETATION --

8-9/9-8 Codetype  (High Match)

Clinical Presentation:

These individuals exhibit serious psychopathology.  They often are first seen in an acute state of hyperactivity, excitement, confusion, and disorientation.  They are likely to be emotionally labile, demanding, hostile, irritable, evasive, suspicious, and distrustful.  They may have difficulty concentrating and thinking clearly.  Their thinking may be autistic, retarded, and circumstantial, and they may exhibit evidence of delusions and hallucinations.  A mood disorder with psychotic features should be ruled out.

Their behavior may be unpredictable and they may act out unexpectedly.  Their judgment and reality testing may be quite poor.  They may also have poor sexual adjustment.  In response to stress, these individuals are likely to become more disorganized and agitated and/or engage in more daydreaming and fantasy.  They are very prone to abuse substances.

These individuals often have a high need for achievement although the disorganized quality of their life often leads to poor accomplishment of their goals, giving rise to blame and self-condemnation.  They also often have a high need for attention and become resentful and angry when their demands for attention are not met.

Although these individuals may exaggerate their self-worth and appear boastful and egocentric, their self-concept is actually quite poor and they often feel inferior and inadequate.

These individuals are fearful of relating to others; consequently, close relationships are usually lacking.  When present, they are often marked by distrust, suspicion, and anger.

Treatment:

The prognosis is generally poor; however, psychopharmacologic intervention may be helpful in reducing agitation.  The difficulties these individuals experience in focusing on specific issues and their fear of relating to others often precludes good therapeutic contact and outcome.

Possible Diagnoses:

    Axis I    - Rule Out Mood Disorders
                Manic Episode
                Hypomanic Episode
              Rule Out Schizoaffective Disorder

    Axis II   - Rule Out Borderline Personality Disorder
                Rule Out Schizotypal Personality Disorder


-- CLINICAL SCALES --


Hs (1)  T = 68

    Scores in this range are frequently obtained by individuals
who are expressing excessive concern about the functioning of
their bodies and are endorsing multiple vague somatic complaints.
These individuals are typically self-centered, dissatisfied,
demanding of attention, complaining, and generally negative and
pessimistic.  They may use their somatic complaints to control
and manipulate others.  The prognosis for either psychological or
medical intervention is guarded.  Conservative medical treatment
is usually recommended.  These individuals are highly skilled in
frustrating and sabotaging the help of others and will often
"shop" for physicians and/or therapists.  Exceptions are
individuals with multiple bonafide physical disorders of both
chronic and acute nature.


D  (2)  T = 57

    Scores in this range are considered to be within normal
limits.


Hy (3)  T = 66

    Scores in this range are frequently obtained by individuals
who develop physical complaints in response to stress and may use
their complaints to avoid responsibility.  These individuals are
often naive, immature, self-centered, and deny any psychological
problems.  They lack insight concerning the causes of their
symptoms and their own motives and feelings.  They are frequently
very demanding of affection and support, and may use indirect and
manipulative means to get attention and affection.  Their social
relationships are often superficial and immature.  They are
resistant to psychological interpretations and treatment, and any
form of psychological intervention will be difficult.  These
individuals often look for simplistic, concrete solutions to
their problems -- solutions that do not require self-examination.
Individuals who obtain elevated scores on this scale are unlikely
to be seen as psychotic.

Pd (4)  T = 62

Scores in this range are often obtained by individuals who are sincerely concerned about social problems and issues or are responding to situational conflict or crisis. Scores in this range are common among adolescents and may be reflective of their striving for independence.

Mf (5)  T = 66

Scores in this range are typically obtained by males who have an interest in aesthetics and may be rather passive. This is the typical range for most college-educated males in the liberal arts. Elevations in this range are sometimes associated with acute neurotic conflicts marked by passivity and inability to find acceptable solutions to situational problems.

Pa (6)  T = 79

Scores in this range are frequently obtained by 1) individuals who are suspicious, hostile, and feel as if they are being mistreated, or by 2) individuals who are hypersensitive to the reactions of others. The Dominance (Do) Scale is helpful in distinguishing between these groups of individuals -- high Do scores indicating the first group and low Do scores indicating the second group. Individuals in both groups will often blame others for their difficulties. The first group of individuals may manifest psychotic behavior and a thought disorder may be readily apparent. Ideas of reference and delusions of persecution also may be present.

Pt (7)  T = 79

Scores in this range are typically obtained by individuals who are worried, anxious, tense, and experiencing emotional discomfort. They may experience irrational fears and typically ruminate about their problems. Disabling guilt feelings may be present. Agitation may develop. These individuals worry excessively and may have problems in concentration. Obsessions and compulsions are common.

Sc (8)  T = 86

Scores in this range are suggestive of serious psychopathology including confused thinking, distorted perceptions and other psychotic processes. Difficulties in logic and concentration, impaired judgment, and the presence of a thought disorder should be evaluated. Be sure that measures of consistency and accuracy of item endorsement are within acceptable ranges.

Ma (9)  T = 85

   Scores in this range typically are obtained by individuals
who are described as overactive, have difficulties in
concentrating and attending, and find it difficult to relax.
They often are quite creative people who start many projects but
find it difficult to see them through to completion.  As the
elevation on this scale increases, there is the increasing
probability that the individual is likely to be seen as
emotionally labile, impulsive, experiencing flight of ideas,
restless, and exhibiting manic features.  They may also exhibit
maladaptive hyperactivity, grandiosity, verbosity, irritability,
unpredictability, and insufficient inhibitory capacities.

Si (0)  T = 64

   Scores in this range usually are obtained by individuals who
prefer to be alone or with a small group of friends.  They are
likely to be reserved in new social situations.


                     -- ADDITIONAL SCALES --


   No additional scales were selected for interpretation by
the user.


_____


                       END OF REPORT
                       * * * * * * * *


_____

# PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _____  AIS #: _____  R/S _____

Date: ____ / ____ / ____  DOB: ▬▬▬▬▬  AGE: ____

Beta II _____  WAIS ____ / ____ / ____  WRAT-RL ____  Last School Grade Completed ____

MMPI Welsh Code _____  Megargee Type _____

## General Appearance

_____ a. Neat and generally appropriate

_____ b. Poorly groomed

_____ e. Other _____

_____ c. Flat or avoiding interaction

_____ d. Sad or worried

_____

_____

## I.  Interpersonal Functioning

_____ a. Normal-good relationships likely

_____ b. Withdrawn / apparent loner

_____ c. Likely to ignore rights / needs

_____ 3. _____ 4. _____ 5. _____ 6. (See Copy) _____

_____ d. Lacks skill or confidence

_____ e. Probably difficult to get along with

*Other (Specify) _____ 1. _____ 2.

_____

_____

## II.  Personality

_____ a. Healthy

_____ b. Antisocial

_____ c. Paranoid

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _____

_____ d. Explosive

_____ e. Dependent

_____ f. Passive-Aggressive

## III.  Substance Abuse

_____ a. Alcohol addiction / abuse history _____

_____ b. Drug addiction / abuse history _____

_____

_____

_____

N-259

*See manual for selections and numbers for "other"

Psychological Interview / Data Entry Form
Page Two

_____ c. Current use _____

_____

_____

_____

_____ d. Current addiction _____

_____

_____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.

_____ 9. (See Copy) _____

_____

IV.   Emotional Status

_____ a. No significant problems

_____ b. Depressed _____

_____

_____ c. Anxious or stressful _____

_____

_____ d. Angry or resentful _____

_____

_____ e. Confusion or psychotic symptoms _____

_____

_____

_____ f. Mood disturbances _____

_____

_____ g. Sexual maladjustment _____

_____

_____ h. Paranoid ideation _____

_____

_____ i. Sleep / appetite disorder _____

_____

*Other _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.

_____ 9. (See Copy) _____

_____

_____

V.   Mental Deficiency

_____ a. Mild                          _____ d. Borderline

_____ b. Moderate                      _____ e. Organic impairment
                                                     suspected

_____ c. Severe                        _____ f. Memory deficit

Remarks: _____

_____

_____

*See manual for selections and numbers for "*other"

Psychological Interview / Data Entry Form
Page Three

VI.    Management Problems          Ideation _____

_____ a. Suicide potential      Plans _____

                                  History of attempts / gestures _____ None _____

_____

_____ b. Serious mental history (specify) _____

_____

_____ c. Impulsive / acting-out behaviors predicted _____

_____

_____ d. Authority conflict _____

_____

_____ e. Manipulative / untrustworthy _____

_____

___✓___ f. Easily victimized _____ small, timid, _____

_____

_____ g. Escape potential _____

_____

___✓___ h. Assaultiveness _____ individual was in Montgomery jail and _____
_____ assaulted and raped _____

*Other ___1. ___2. ___3. ___4. ___5. ___6. ___7. ___8. ___9.(See Copy)

_____

_____

VII.  Educational Needs

___✓_a.  ABE        _____b.  Special Education    ___✗_c.  Trade School    _____d.  Jr. College

VIII.  Mental Health Needs                        Date referred  Month _____ Year _____

_____ A. Refer to psychiatric service  _____ C. Depression         _____ K. Personal Development

_____ B. Substance abuse counseling    _____ E. Sexual adjustment

_____ D. Stress management             _____ G. Anger induced acting out    GN

_____ F. Reality therapy               _____ I. Self-concept enhancement

_____ H. Values clarification          _____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS: _____ future offender. Recommend _____
_____ keep with ADOC for ABE / _____
_____ trade _____

_____

_____

_____

_____                    ___3/22/01___
        Signature                                      Date

*See manual (pages 23-25) for selections for "other"  Give number and wording of selection.

NaphCare

# Referral to Mental Health

| Inmate Name: Boyd, Courtney | ID #: 208921 | Location: Bibb | DOB: |
|---|---|---|---|

**Reason for Referral**

○ *Crisis Intervention*
   ○ Family problems: _____
   ○ Problems with peers: _____
   ○ Recent stress: _____
   ◉ Other: _CRNP request_

○ *Evaluation of Mental Condition*

| | | | |
|---|---|---|---|
| ○ Suicidal | ○ Anxious | ○ Physical complaints | ○ Impassivity |
| ○ Homicidal | ○ Depressed | ○ Sleep disturbance | ○ Grandiosity |
| ○ Mutilative | ○ Withdrawn | ○ Hallucinations/delusions | ○ Hyperactivity |
| ○ Hostile, angry | ○ Poor hygiene | ○ Suspicious | |
| ○ Other inappropriate behavior | | | |

○ *Evaluation of Need for Psychiatric Intervention*
○ *History of Psychotropic Medication prior to Intake*
○ *Other* _____

Comments: _____
_____
_____
_____

| Referred by: | Department: NSG 2/27/0 | Date: |
|---|---|---|

## Mental Health Follow-up: Evaluation / Treatment / Disposition

Seen + file reviewed

S: "I filed a lawsuit."

O: Several sick calls re heart disease, GI SX.
Has had a lot of medical eval → no serious AXIS III
Condition. Hence, referred to MH. Mental status
unremarkable. No thought or affect disorder.

A: as 6-Jun '01. Code NONE

P: reassurance. Provide no R/C 5 wh

| Follow-up by: _Cunningham MD_ | Date: 4/8/03 | Time: |
|---|---|---|

Referral to Mental Health

NC057

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/19 | 9:00 | To encourage inmate to register for self-esteem group sessions and to see in individual therapy sessions quarterly. *Neal Phillips, Ph.D.* | |
| [illegible date] | | B:BB C.C.F. S- "How can I write Dr. Phillip?" O Self-Referral. Pt. Only wants to contact previous care provider. SWP suggested Pt. try write, smile till Koner the address. A Stable P Flu PRN *[signature]* | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Courtney Boyd | 208921 | 20 | B/M | *[illegible]* |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 5/29 | 10:00 | S Inmate had no real issues to address. O. Appeared stable A. Malingering. P. To reassure inmate of his mental fittness and encourage positive thinking. Do Not Need Mental Health services at this time. *Paul Phillips, Ph.D* | |
| 1/25/02 | 10:00 AM | ON THIS DATE INMATE COURTNEY BOYD COMPLETED FOUR ONE HOUR GROUP SESSIONS DEALING WITH STRESS MANAGEMENT. INMATE BOYD EARNED A CERTIFICATE OF ATTENDENCE. | |
| 7/19/02 | 9:00 | S Individual was in session. Complained of being rejected by his family. Has not had a visit for several months. Is feeling sad but putting on a coping front. O. Inmate smiled, looked pale (in summer) A. Mood Disorder (Depression) P. To encourage verbalization of mood | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Courtney Boyd | 208921 | 90 | B/M | Shalon |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 02/8/02 | 10:00 | S. Inmate requested to talk about his stress level. He talked about his work release status, talked about finances and about his health. O he was very talkative, and seeking A. mild symptoms of anxiety P. To allow inmate to talk out his anxiety, and reduce his anxiety. _Paul Phillips, Ph.D._ | |
| 4/2/02 | 9:00 | Inmate attended therapeutic group sessions "communication". He expressed his need due to the difficulty he has staying out of trouble and getting others angry with him. _Paul Phillips Ph. D_ | |
| 4/25 | 9:00 | Inmate attended group today, he was not as consistant as he would like because of other commitments. However, he has participated and did well _Paul Phillips_ | Ph. D |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Courtney Boyd. | 208921. | 30 | B/M | Staton |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/25/01 | 9:00 | Group session Brain stimulation session Included but was not limited to stimulating activities as word building first from three to five letter words. The inmates were encouraged to play "scrable" and build as many words as possible. This was their first session and each member participated. Inmate Boyd, Courtney whose problem is poor focusing ability experienced same, he was redirected to focus on word building each time he wanted to talk about his problems. | Pearl Phillips, Ph. D. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Boyd, Courtney | | 18 | B/M | Staton |

F-61



# Referral to Mental Health

| Inmate Name: *Boyd Courtney* | ID #: *208 921* | Location: *Stator* | DOB: *20 8921* |
|---|---|---|---|

**Reason for Referral**

**1) Crisis Intervention**
- ○ Family problems: _____
- ○ Problems with peers: _____
- ○ Recent stress: _____
- ○ Other: _____

**2) Evaluation of Mental Condition**

| | | | |
|---|---|---|---|
| ○ Suicidal | ○ Anxious | ○ Physical complaints | ○ Impassivity |
| ○ Homicidal | ○ Depressed | ○ Sleep disturbance | ○ Grandiosity |
| ○ Mutilative | ○ Withdrawn | ○ Hallucinations/delusions | ○ Hyperactivity |
| ○ Hostile, angry | ○ Poor hygiene | ○ Suspicious | |
| ○ Other inappropriate behavior | | | |

**3) Evaluation of Need for Psychiatric Intervention**
**4) History of Psychotropic Medication prior to Intake**
**5) Other** _____

Comments: *Refer to Mental Health Repeated Complaints of chest pain - Clogged heart. No evidence of problems -*

| Referred by: | Department: | Date: |
|---|---|---|

## Mental Health Follow-up: Evaluation / Treatment / Disposition

*Inmate was seen 9/11/01. He talked about his family and stated that he is worried about his mother. He has not seen or heard from her for two years. Inmate was allowed to express his feelings. He was smiling when he left and would be seen as needed. No real signs of mental issues.*

*Dr Phillip Ph. D*

| Follow-up by: | Date: | Time: |
|---|---|---|

Referral to Mental Health

NC057

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
REFERRAL TO MENTAL HEALTH

*STATUS C.F.*
*03-187*

Inmate Name: _Courtney Bass_  AIS#: _208971_  Date of Referral: _8/22/01_

REASON FOR REFERRAL: _Please see (establishing regular_
_counseling if possible. Inmate_
☐ CRISIS INTERVENTION _is impulsive, immature and lacks_
☐ Family problem: _structure_
☐ Problems with other inmates:
☐ Recent stress:
☐ Other: _Difficulty in maintaining focus_
_in ABE_

☐ EVALUATION OF MENTAL STATUS _—mildly_
☐ Suicidal          ☑ Anxious        ☐ Physical complaints
☐ Homicidal        ☐ Depressed      ☐ Sleep disturbance
☐ Mutilative       ☐ Withdrawn      ☐ Hallucinations/delusions
☐ Hostile, angry   ☐ Poor hygiene   ☐ Suspicious
☐ Other inappropriate behavior:

☐ EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION

☐ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER _(None reported)_

☐ OTHER:

COMMENTS: _19, BIm, serving 20yr, sentence for_
_Robbery I (3/05 parole date) Borderline IQ, Illiterate_

Referred by: _Paul D. Givens_  Phone Contact #: _567-1564_
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

_Inmate was seen, said that he can stay focus_
_he also said that there is no real reason to_
_continue follow up with this inmate._
_This inmate appears to be comfortable happy and would like jus_
_to talk, might be homesick, no psychological problems at present._
_Sean Phillips, Ph.D_

Follow-Up by:  Date: _8/28/01_  _1:30_

| Inmate Name | AIS # |
|---|---|

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name _Boyd. Courtney_____  I.D. # _208921_____  Institution _DCC_____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6 June 01 | | Pt seen because of referral by medical staff because of comment reports to sub-cell, with complaint about his heart. Pt denies ever being seen by physician. Note indicate pt seen by physician in Feb and by nurse practitioner in May. Pt now denies any heart problems and any psychiatric symptoms. Affect dysth. Talkative. Discussing of everyone | |
| | | AXIS I: None | |
| | | AXIS II: PD (may diagnosis) | |
| | | ① No psychiatric treatment indicated. | |
| | | ② Hold responsible for behavior. | |
| | | ③ F/U PRN | |
| 9/2/01 | 2:00 | Inmate was seen in a small group session. No signs of depression. Group plan to work on activity therapy. working together as a group and individually, at time convenient to each member. Sessions will continue 4:30 PM Thursdays. | Raoul Phillips Ph.D. |

# REFERRAL TO MENTAL HEALTH

INMATE NAME: Courtney Boyd    ID #: 208921    LOCATION: A2-2T    DOB:

REASON FOR REFERRAL: _Please assess re/ mental status per_
_request of Dept. Education. Denied X IEP_
( ) CRISIS INTERVENTION    _loss of control ( mother_   _6/12/01_
   ( ) Family problems:
   ( ) Problems with peers:
   ( ) Recent stress:    _Removal from ABE_
   ( ) Other: _unrealistic goals for future_

( ) EVALUATION OF MENTAL CONDITION: (Mild)   _Vague c/o @ muscle spasms_
   ( ) Suicidal          ( ) Anxious           ( ) Physical Complaints
   ( ) Homicidal         ( ) Depressed         ( ) Sleep Disturbance
   ( ) Murderive         ( ) Withdrawn         ( ) Hallucinations/Delusions
   ( ) Hostile, angry    ( ) Poor hygiene      ( ) Suspicious
   ( ) Other inappropriate behavior

( ) EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

( ) HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE  (None reported)
( ) OTHER _Some reported use of alcohol, marijuana_

COMMENTS. _19, B/m, serving 20 yr. sentence for Robbery_
_Borderline IQ, ASPD, functionally illiterate_

Referred by: _Paul R. Bruins_    Department: _Psych_    Date: _6/5/01_

---

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

_Was seen 06/06/01._
_by Dr. Bell. Copy_
_sent to Mr. Bruins @ Staton_

---

Follow-up by:                     Date:              Time:

# PHYSICAL ASSESSMENT

_KCF_
**Institution**

INMATE NAME: _Boyd, Courtney_

TYPE OF ASSESSMENT:  INITIAL ___  OTHER _____

| VITAL SIGNS | |
|---|---|
| HT ___ WT ___ BP 118/78 | |
| PULSE 76 RESP ___ TEMP 98 | |

**FAMILY HISTORY: (F/FATHER, M/MOTHER, B/BROTHER, S/SISTER)**

TB ___  HEPATITIS ___  HIV+ ___  HYPERTENSION ___
CANCER ___  ASTHMA ___  EPILEPSY ___  ANEMIA ___
KIDNEY DISEASE ___  SICKLE CELL ___  SEIZURES ___
MENTAL ILLNESS ___  DIABETES ___  HEART DISEASE ___
OTHER ___

**VISION (SNELLEN CHART)**
Rt: _____ with glasses _____
Lt: _____ with glasses _____

## PHYSICAL ASSESSMENT

| Normal/Not Present Please | ✓ | Abnormal/Comment |
|---|---|---|
| SKIN: Color / Condition / Turgor / Recent Injury / Tatoos / Scars | WNL | |
| HEAD: Hair / Scalp (pediculi) | * | lint scar (+) provider |
| EARS: Appearance / Canals | | |
| MOUTH: Throat / Tongue / Tonsils | | |
| NOSE: Obstruction / Drainage | | |
| NECK: Veins / Mobility / Thyroid / Carotids / Lymph nodes | WNL supple | |
| CHEST (BREASTS): Configuration / Auscultation / Respirations / Cough/Sputum | WNL CBBS clear n/a | |
| HEART: Auscultation / Radial pulse / Apical pulse / Rythm | WNL RRR | |
| ABDOMEN: Shape / Bowel Sounds / Palpation / Hernia | WNL ⊕⊕ soft n/a | |
| SPINE | ✓ | |
| NEUROLOGICAL: Reflexes | WNL | |
| GENITAL/URINARY: Lesions / Discharge | ✓ n/a | |
| RECTAL EXAM: (For 40 yrs. old and older) Hemorrhoids / Anal Warts / Stool for Occult Blood  + - | | 19 y/o Blk ♂ |
| EXTREMITIES: Pulses / Edema / Joints | WNL | |

**FEMALES ONLY**
PELVIC EXAM:
Pap Smear
Gonorrhea Culture
(Admission PE only)   N/A

**IMMUNIZATION STATUS**
Date last Tetanus: 3/30/00
Other

**TB SCREENING**
Current PPD:
Date Given: 3/30/00
Results and Date: 3/30/00
PLEASE CIRCLE
Follow-up scheduled:  Not Indicated / Yes

**ORAL SCREENING**
Pain/Discomfort:
Condition of teeth:  poor  fair  good
Condition of gums:  poor  healthy
False teeth:  partial  plate  upper  lower
Oral Hygiene instructions given:

**REMARKS**
RPR 7 done
Hiv

**REFERRAL**

Assessed by: _____ RN
Date: 3-30-00  Time: ____
Physician Review: _____
Date: 3/25/00  Time: ____

Revised 04/28/97 (CMS)

# CORRECTIONAL MEDICAL SERVICES
## MEDICAL HISTORY AND SCREENING

Inmate Name: **Boyd, Courtney**     ID #: 268 921     Race: B     D.O.B.: ___

Institution: ___

## INMATE QUESTIONNAIRE                           (circle one)

| # | Question | Yes/No |
|---|----------|--------|
| 1. | Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes / **No** |
| 2. | Have you fainted or had a head injury in the past 6 months? | Yes / **No** |
| 3. | Have you been seen by a doctor in the past 6 months? | Yes / **No** |
| 4. | Do you wear glasses or contact lenses? | Yes / **No** |
| 5. | Do you have prosthesis, splint, crutches, cast or brace that you will need while here? | Yes / **No** |
| 6. | Do you drink wine, beer or whiskey? How often ___ How much CCC ___ Last time 8 mths | **Yes** / No |
| 7. | Have you had seizures or blackouts when you stop drinking? | Yes / **No** |
| 8. | Do you use drugs? Type___ How often___ Last time___ | Yes / **No** |
| 9. | Have you had withdrawal problems when you stop taking drugs? | Yes / **No** |
| 10. | Are you currently detoxing? If yes, from what substance? ___ | Yes / **No** |
| 11. | Do you have any medical problems we should know about? | **Yes** / No |
| 12. | Have you been in this facility before? | Yes / No |
| 13. | Are you covered by medical insurance or a benefits program? | Yes / **No** |

## MENTAL HEALTH

| # | Question | Yes/No |
|---|----------|--------|
| 14. | Have you ever been hospitalized or treated for psychiatric problem? | Yes / **No** |
| 15. | Have you ever considered or attempted suicide? | Yes / **No** |
| 16. | Are you feeling depressed or extremely sad? | Yes / **No** |
| 17. | Do you want to hurt yourself or someone else? | Yes / **No** |
| 18. | Are you hearing voices? If yes, what are they saying? | Yes / **No** |

## FEMALE INMATES ONLY

| # | Question | Yes/No |
|---|----------|--------|
| 19. | Are you pregnant? LMP ___ | Yes / No |
| 20. | Do you use birth control? Type ___ | Yes / No |
| 21. | Have you recently had a baby, miscarriage or abortion? | Yes / No |

**Comments: (Explain "Yes" Responses)**
ENlArged

## VITAL SIGNS

| HT ___ | WT ___ | BP 118/70 |
|--------|--------|-----------|
| Pulse ___ | Resp 20 | Temp 98 |

## DISPOSITION

**Referrals**
___ None
___ Emergency Room (Pre-booking injury)
___ Emergency Room (Acute condition)
___ Physician
___ Sick Call

**Placement**
___ Infirmary
✓ Detoxification Setting
___ General Population
___ Other

## CURRENT MEDICAL CONDITIONS          (√ terms that apply)

| | |
|---|---|
| Unconscious | Skin Infection |
| Disoriented | Restricted Mobility |
| Intoxicated | Skin Rash |
| Lesions | Jaundice |
| Obvious Pain | Needle Marks |
| Bruises | Swollen Glands |
| Fever | Active Cough |
| Nausea | Vaginal/Penile Discharge |
| Uses Tobacco | Dental Problems |

## MEDICAL HISTORY          (√ terms that apply)

| | |
|---|---|
| Arthritis | Frequent Diarrhea |
| Diabetes | Genital Sores |
| Seizure Disorder | V.D. |
| Asthma | Hepatitis |
| Special Diet | HIV+ |
| Heart Condition | Tuberculosis |
| Hypertension | Persistent Sore Throat |
| Stomach Ulcer | Dental Problems |
| Cancer | Surgeries |
| Sickle Cell Anemia | Chest Pain |
| Emphysema | Jaundice |

## TB HISTORY

| | Yes/No |
|---|---|
| Ever treated with TB drugs? | Yes / **No** |
| Previous PPD test? | Yes / **No** |
| Previous Positive Reaction? | Yes / **No** |
| If positive result: | |
| When ___ | |
| Where ___ | |

| Chronic Cough/Blood | Fever |
|---|---|
| Recent Weight Loss | Night Sweats |
| Recent Appetite Loss | Fatigue |

## MEDICATIONS

Current Medications:

None

## ALLERGIES

| | |
|---|---|
| Medication Allergies: | Yes / **No** |
| Type: ___ | |
| Other Allergies: | Yes / **No** |
| Type: ___ | |

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: *Courtney Boyd*

SCREENED BY: ___     DATE: 3-20-00     TIME: ___

REVIEWED BY: ___     DATE: ___     TIME: ___



PHS
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ | | 140 2yr Ago |
| | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | ✓ | | OC. |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | NKDA |

Weight 176# Temp 97⁸ Pulse 84 Resp 16 Blood Pressure 118/70

**If greater than > 140/60, repeat in 1hour.**

Eye Exam 20/15 OD 20/20 OS 20/15 OU

**Refer to M.D. if remains > 140/90.**

**II.    TESTING – (LPN or RN)**            RESULTS

Tuberculin Skin Test (q yr)
Date given 2-24-06 Site LFA
Read on 3/2/06 Results 0 mm

Past Positive TB Skin Test →
(Chest x-ray if clinical symptoms)        **Survey Completed** ___
Date ___ Results ___

RPR (q 3 yrs)                Date 2-24-06 Results pending

EKG (baseline at 35, over 45 q 3 yrs)      N/A   11-05
Cholesterol (at 35 then q 5 yrs)           12-04
Finger Stick Blood Sugar           Results 92
*If > than 200 repeat Finger Stick BS within 48 hours    Results N/A

Optometry Exam (@ 50 if not already seen)   N/A

Mammogram                     Date ___ Results ___
(females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – (RN, Mid-Level, M.D.)**

Heart                     RRR
Lungs                     Cl bil
Breast Exam               Instructd
Rectal (yearly after 45)        Results
   with Hemoccult            Results N/A
Pelvic and PAP (q 1 yr)         Date ___ Results ___

24

Facility East   Nurse Signature Johnson R.  Date 2-24-06

M.D. or Mid-Level Signature ___        Date 3/1/06

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Boyd Courtney | 208921 | ▐▐▐▐▐ | B/M |



**PRISON HEALTH SERVICES, INC.**

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

*[handwritten]* Ethel Boyd

**Name**

*[handwritten]* Mother

**Relationship**

*[handwritten]* 284 - 7076

*[handwritten]* 4001 Edgy Hill Ln

**Street Address**

*[handwritten]* 374(284 - 7076

**Phone Number**

*[handwritten]* Montg,

**City**

*[handwritten]* AL

**State**

*[handwritten]* 3616

**Zip Code**

*[signature]*

**Inmate Signature**

*[handwritten]* 208071

**AIS#**

**SS#**

**Date**

*[signature]*

**Witness**

*[handwritten]* 7-24-06

**Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| *[handwritten]* Boyd Courtney | | | *[handwritten]* B/m | *[handwritten]* East |

Revised 9/1/05

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

| I. | HISTORY – (LPN or RN) | YES | NO | COMMENT(S) |
|----|----|----|----|----|
| | Weight Change (greater 15 lbs.) | | ✓ | +40 |
| | (Compare Weight Below) | | | Last weight at least 6 months ago |
| | Persistent Cough | | ✓ | |
| | Chest Pain | | ✓ | |
| | Blood in Urine or Stool | | ✓ | |
| | Difficult Urination | | ✓ | |
| | Other Illnesses (Details) | | ✓ | |
| | Smoke, Dip or Chew | | ✓ | |
| | ALLERGIES | | ✓ | |

Weight _140_ Temp_____ Pulse_____ Resp_____ Blood Pressure_____

Eye Exam: _20/20_ OD _20/20_ OS _20/20_ OU

**If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.**

II. TESTING – (LPN or RN)     RESULTS

Tuberculin Skin Test (q yr)     Date given _12/17/04_ Site _(L)FA_
                                Read on _12/19/04_ Results _0_ mm

Past Positive TB Skin Test →    **Survey Completed**
(Chest x-ray if clinical symptoms)  Date_____ Results_____
RPR (q 3 yrs)                   Date _12/17/04_ Results_____
EKG (baseline at 35, over 45 q 3 yrs)  _1-10-01_ Borderline
Cholesterol (at 35 then q 5 yrs)  N/A
Tetanus/Diptheria (q 10 yrs)    Last Given _3-20-00_ Due _2010_
(if done today)                 Site given_____ Dose_____ Lot #_____
Optometry Exam (@ 50 if not already seen)  N/A
Mammogram                       Date _N/A_ Results_____
(females @ 40, q 2 yrs/other M.D. order)

III. PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)

Heart                           S.S ___
Lungs                           CBBS clear
Breast Exam                     N/A
Rectal (yearly after 45)        Results N/A
with Hemoccult                  Results N/A
Pelvic and PAP (q 1 yr)         Date N/A   Results_____

Facility _Staton_  Nurse Signature_____  Date_____

M.D. or Mid-Level Signature _____  Date _12-1-04_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|----|----|----|----|
| Boyd Courtney | 208921 | 23 | BM |

60513-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

*Micheal Tyler*
Name

*Brother*
Relationship

*4001 Edeg Hill Ln*
Street Address

*(334) 284 7076*
Phone Number

*Montgomry Rd,*
City

*AL*
State

*36116*
Zip Code

*Courtney Boyd*
Inmate Signature

*208921*
Doc#

~~S.S.#~~

*12-17-04*
Date

*A Buck Lt*
Witness

*12/17/04*
Date

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| *Boyd, Courtney* | | *208921* | | *B/M* | *Staton* |

PHS-MD-70003     (White – Medical Record, Yellow – Active File, Pink – Control Center)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: _____

_____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL
EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT
SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _____ LPN      DATE: 12/17/04

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _____      DATE: _____

EXPIRATION DATE: 2006

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Boyd, Courtney | 208921 | ▉▉▉ | BM | Staton |

PHS-MD-70042     **(White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))**

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama  36130-3017

# TB
## Skin Test Report

County Code *2 6*    Target Testing    PROJECT *7017*    CHR#_*20401*_

**Last Name**

*BOYD*

**First Name**    MI

*COURTNEY*

**Patient Home Address**

*STATON*

**City**

**State**    **Zip Code**    **Home Phone**    ‑    ‑

| SSN: ███ ‑ ███ ‑ ███████ | | **SEX:** ☑ M    ☐ F |
|---|---|---|
| Date of Birth: ████ ‑ ██ ‑ ██████ | | |

**Race:**
W  B  AI  A  AN  H/PI  O    **ETHNICITY:**
Hispanic or Latino:    YES    ☐ NO

**Test Administered By:**    **Site Test:**
☐ TB Staff    ☐ Health Department
☐ PH Nurse    ☐ Other
☐ Other

| Reason Tested: | | | Risk Categories: |
|---|---|---|---|
| Health Care Worker | Foreign Born | | A |
| Medical Risk | Homeless | **Contact to Case/Suspect:** | |
| Shelter | Jail/Prison | YES    NO | B |
| Student | Not at Risk | | |
| Occupational | | | C |

**PPD ONE:**

Provider#:    Lot#: *00234P*

Date of Test    Antigen
*12 ‑ 17 ‑ 2004*    AP    TU

Provider#:

Date Read    Result
*12 ‑ 14 ‑ 2004*    *00* mm    Not Read

**PPD TWO:**

Provider#:    Lot#:

Date of Test    Antigen
‑    ‑    AP    TU

Provider#:

Date Read    Result
‑    ‑    mm    Not Read

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other    ADPH-TB - 26/REV-12-2002

4739494381

# TechCare

## Annual Health & TB Screening Appointment

*NashCare*

3/21/2003

| | |
|---|---|
| Name | **BOYD,COURTNEY JAMES** |
| DOC # | **208921** |
| Birth Date | |

| Appointment Date | 3/1/2003 | Refused Appointment |
|---|---|---|

### TB Screening Data

| | |
|---|---|
| Date Given | 2/3/2003 |
| Site Given | Left Arm |
| Lot # | |
| Nurse Administering | HD |
| Date Read | 2/5/2003 |
| Size in MM | 0 |
| Nurse Reading | HD |
| Previous Positive | No |

### Medical Data

| | |
|---|---|
| Current Weight | 132 |
| Previous Weight | 130 |
| Height | NA |
| Blood Pressure | |
| Recent Chest Pain | Yes |
| Kitchen Clearance | No |
| Productive Cough | No |
| Any Bleeding | No |
| Diabetic | NA |
| Diabetic Condition | NA |
| Prosthetic | NA |

### Emergency Contact Data

| | |
|---|---|
| Name | MICHAEL TYLER |
| Phone | 334-284-7076 |
| Address | 4001 EDEG HILL LN |
| | MONTGOME  AL  36116 |

Reviewer Signature:

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Bibb_

Date Given: _____

Site Given: _____

Lot# _____

Nurse _____

Date Read _2-3-03_

Size in M.M. _health dept screening_

_0_

Nurse _____

Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _130_    Previous Weight _130_    B/P _108/80_

Kitchen clearance assess. done and attached

Recent chest pain          _circle_
                           (Yes) or  No
                           Yes  or (No)
Productive cough           Yes  or (No)
Any bleeding               Yes  or (No)

Emergency contact _Michael Tyler_    Phone# _334-284-7076_

Address _4001 Edge Hill Ln_

_Montgomery, Alabama 36116_

Inmate signature _Courtney Boyd_

Witness signature _E. Smith_    Date _3-5-03_

                                 Date _3-5-03_

DOB ███████  AGE _21_  Race _B_  SEX _M_  SSN ███████

Inmate Name _Courtney Boyd_

AIS# _208921_

C-069

# HEALTH EDUCATION
## FOOD SERVICE WORKER GUIDELINES

### HAIRNETS

1. Put hairnet on before washing hands.
2. Be sure to include all hair, especially bangs on the front of the head.
3. Do not touch hair or hairnet when handling food.

### HANDWASHING

1. Turn warm water on.
2. Wet hands.
3. Lather hands with soap. Scrub at least 30 seconds.
4. Rinse off bar of soap. Replace in soap dish.
5. Rinse hands.
6. Dry hands with paper towels.
7. Turn faucet off with paper towels.

### SICKNESS

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on handwashing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

_Christoph Byd #208921_
Inmate Signature

_3-5-03_
Date

_____
Nurse Signature

_____
Date

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility _Staton_

Date Given: _3/1/02_                         Date Read _3/3/02_

Site Given: _LFA_                            Size in M.M. _∅_

Lot# _4525G 260_

Nurse _B Buck Lpn_                           Nurse _AW wdlpn RN_

**Note: Past Positives and conversions,** use Assessment of Tuberculin status for PPD reactors form _in addition to completing the bottom of this form._

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight _139_          Previous Weight _143_     B/P _122/84_

*circle*

|  | Yes or No |
|---|---|
| Recent chest pain | Yes or No |
| Kitchen clearance assess. done and attached | Yes or No _in jacket_ |
| Productive cough | Yes or No |
| Any bleeding | Yes or No |

Emergency contact _Michael Tyler_    Phone# _(334) 284-7076_

Address _4,001 Edge hill Lane_

_Montgomery Al. 36116_

Inmate signature _CB_                  Date _3/1/02_

Witness signature _B millican Lpn_      Date _3/1/02_

DOB ▬▬▬ AGE _20_ Race _B_ SEX _M_ SSN ▬▬▬▬▬

**Inmate Name** _Boyd Courtney_       AIS# _208921_

NC-069

PERIODIC HEALTH ASSESSMENT

I.    HISTORY - (Nurse)                    YES   NO    COMMENTS

Weight Change (>15 lb.)            ___   ✓     Last Weight at least 6 mo.'s.
(Compare Weight Below)                         ago: _____
Persistent Cough                  ___   ✓     _____
Chest Pain                        ___   ✓     _____
Blood In Urine or Stool           ___   ✓     _____
Difficult Urination               ___   ✓     _____
Other Illnesses (Details)         ___   ✓     _____
Smoke, Dip or Chew                ___   ✓     _____
ALLERGIES                         ___   ___   _____

Weight *143*  Temp. *97⁷*  Pulse *80*  Resp. *20*  B.P. *120/80*
Eye Exam:        Without Glasses   OD *20/20*  OS *20/20* OU *20/20*
                 With Glasses      OD ___    OS ___    OU ___

II.   TESTING - (Nurse)                         RESULTS

Tuberculin Skin Test (q yr.)          Date Given *3/6/01*  Site *L 40*
(chest x-ray if clinical symptoms)    Read On *3/9/01*  Results *0*  mm
RPR (q 3 yrs.)                        Date *3/20/00*  Results *NR*
Urine Dip (yearly)                    Results *Pro +30  Uro / Bil +*
   (Glu., Pro., RBC., WBC.)           *5/3/01  absence*
EKG (baseline at 35, over 45 q 3 yrs.)  *1/10/01  borderline*
Cholesterol (at 35 then q 5 yrs.)     *N/A*
Tetanus/Diphtheria (q 10 yrs.)        Last Given *3/20/00*  Due *2010*
   If Done Today:    Site Given ___   Dose ___  Lot # ___
Mammogram – (Annually - Females > 49)  Date Done *N/A*  Results ___

III.  PHYSICAL                                  RESULTS

Heart                                 *RRR*
Lungs                                 *clear*
Breast (q 2 yrs. p 30)       Date *N/A*  Results ___
Rectal (yearly p 45)         Results *N/A*  Hemocult ___
Pelvic and PAP (q 1 yr.)     Date *N/A*  Results ___

Inmate Name *Boyd, Courtney*            AIS # *208921*
DOB *12-11-81*  Age *19*  Race *B*  Sex *M*  SSN *423 11 4504*
Emergency Addressee *Delisia Jone*              Phone # *334 284 7076*
Address *40001 Idlewild Lane, Morta AL*
Facility *DCC*      Nurse Signature *(W) Smith Lp*   Date *5/3/01*
Physician Signature *Bl Burg MMD*                Date *5/13/01*

*1/00*

## TUBERCULIN PPD FOR INMATES

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 3-6-01 | Date Read: 3/9/01 |
| Site Given: LFA | Size: 0 mm |
| Lot #: CD148AA | |
| Nurse: N Wudfin Rn | Nurse: AH Smith rn |

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

_Courtney Boyd_
Inmate Signature

_3-6-01_
Date

_N Wudfin Rn_
Witness Signature

_3/6/01_
Date

| INMATE NAME: | ID#: | RACE: | LOCATION: |
|---|---|---|---|
| Boyd, Courtney | 208921 | BM | DCC |

# CORRECTIONAL MEDICAL SYSTEMS
## RELEASE OF RESPONSIBILITY

_Boyd Courtney_
Name of Inmate

_208921_
Inmate ID Number / Date of Birth

_3/3/01  12¹⁵_
Date/Time

I hereby refuse to accept the following treatment/recommendations:
_PPD Shot Afraid of (needles)_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing . I hereby release and agree to hold harmless Correctional Medical Systems, its employees and agents from all responsibility and ill effect which may result from this action.

_Corethur Boyd_
Inmate Signature

_3/3/01  12¹⁵_
Date/Time

_AH Smith Jr_
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Boyd, Courtney_ AIS# _808924_

Medication Allergies: _NKA_

**Medical: Chronic (Long-Term) Problems**
        **Roman Numerals for Medical/Surgical**

**Mental Health Code: SMI  HARM  HIST (NONE)**
        **Capital Letter for Psychiatric Behavior**

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 8/27/05 | I# lower back Pain since 2003 | | | |
| | H/o Physical Assault | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

60108-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

208 921

NKDA

**Master Problem List**

Name: *Boyd, Courtney*

Date of Birth: ████████

| PROBLEM | DATE ONSET | INITIALS | ACTIVE PROBLEM | TREATMENT GOALS |
|---------|-----------|----------|----------------|------------------|
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |
|         |           |          |                |                  |

(4/87)

# PROBLEM LIST

Name _Boyd, Courtney_

ID# _308921_

D.O.B. _██████████_

Medication Allergies _NKA_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical / Surgical Capital Letters for Psychiatric / Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| '98 | EKG ess nl HR 58 | | |
| | (pt age 14) Dr Ogunbi / S Nis | | |
| 12/12/02 | (+) Hypglm Rx'd | | |
| 2/05/03 | 21 gmd wght loss | | |
| 4-8-02 | MH Code : NONE | 4/9 | Gw |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CMS 7189