

EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD (AIS #208921), | * |
| Plaintiff, | * |
| V. | 2:06-CV-511-WKW |
| DR. DARBOUZE, et al., | * |
| Defendants. | * |

### AFFIDAVIT OF KAY WILSON, R.N., H.S.A.

**BEFORE ME,** Grace M. Maloy a notary public in and for said County and State, personally appeared **KAY WILSON, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Kay Wilson. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1985. I hold a Bachelor's Degree in nursing from Troy State University. Since 1985, I have practiced nursing in a variety of positions and settings. In particular, I have worked as a nurse at Easterling Correctional Facility in Clio, Alabama, since March of 2001. Since November 3, 2003, I have been employed as the Health Service Administrator (H.S.A.) for Easterling Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Courtney Boyd (AIS #208921) is an inmate who has been incarcerated at Easterling Correctional Facility since August 2005. I am familiar with Mr. Boyd and have been involved with the medical services provided to him at Easterling. In addition, I have reviewed Mr. Boyd's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Boyd has filed a Complaint in this matter stating that I have retaliated against him by failing to provide him with appropriate medical treatment for an alleged lumbar spine condition and by failing to send him for evaluation by a back specialist.

As Health Services Administrator, I do not have the authority to refer inmates for specialty evaluation. Moreover, I am not responsible for designing this inmate's treatment plan or deciding what treatment is indicated for his medical condition. I defer to Mr. Boyd's treating physician, Dr. Jean Darbouze with regard to the care and treatment this inmate is provided.

Mr. Boyd has filed several informal inmate grievances with me regarding his perception of inadequate care provided to him by Dr. Darbouze. Specifically, Mr. Boyd has asked me on numerous occasions to provide him with specialty profiles. On each occasion, I have explained to Mr. Boyd that I am not responsible for determining what profiles are indicated for his medical treatment. I further explained to him that medical profiles can only be issued by Dr. Darbouze. I have not retaliated against Mr. Boyd in any way.

Based on my review of Mr. Boyd's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that his medical condition

was evaluated and treated in a timely and appropriate fashion at Easterling Correctional Facility. At all times, myself and the other healthcare providers at Easterling exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care was adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time did I or any of the medical or nursing staff at Easterling Correctional Facility deny Mr. Boyd any needed medical treatment, nor did we ever act with deliberate indifference to any serious medical need of Mr. Boyd. At all times, Mr. Boyd's medical conditions were addressed as promptly as possible under the circumstances. "

    Further affiant sayeth not.

_Kay Wilson, RN/HSA_
KAY WILSON, R.N., H.S.A.

STATE OF ALABAMA    )
    )
COUNTY OF Barbour    )

    Sworn to and subscribed before me on this the ___3rd___ day of ___August___, 2006.

_Grace M. Maly_
Notary Public

My Commission Expires:

___03\31\07___