

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD (AIS #208921), | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | 2:06-CV-511-WKW |
| | * |
| DR. DARBOUZE, et al., | * |
| | * |
| Defendants. | * |
| | * |

### AFFIDAVIT OF CYNTHIA WAMBLES, R.N.

**BEFORE ME,** Grace M. Malay, a notary public in and for said County and State, personally appeared **CYNTHIA WAMBLES, R.N.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Cynthia Wambles. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1998. Since December of 2005, I have been employed as a registered nurse at Easterling Correctional Facility located in Clio, Alabama. At all times, my employment at Easterling has been with Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Courtney Boyd (AIS #208921) is an inmate who has been incarcerated at Easterling since August of 2005. I am familiar with Mr. Boyd and have been involved with the medical services provided to him at Easterling. In addition, I have reviewed Mr.

Boyd's Amended Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Boyd has amended his Complaint in this matter to allege that I failed to provide him with appropriate medical evaluation on June 11, 2006. Specifically, Mr. Boyd claims that I failed to have him transferred to the infirmary on the evening of June 11th subsequent to receiving notice from an Alabama Department of Corrections Officer that he had suffered a collapse. Mr. Boyd further alleges that after being brought to the infirmary, I made a statement that he was faking his condition. Mr. Boyd's allegations in this regard are completely false, as I have afforded him appropriate medical care at all times.

On June 11, 2006, I was working during the second shift which begins at 2:30 p.m. and ends at 11:00 p.m. On this date, I never received any communication from any Alabama Department of Corrections Officer regarding Mr. Boyd. Moreover, I never made any indication to any officer that Mr. Boyd should not be transferred to the infirmary for treatment.

I do recall, however, that Mr. Boyd was brought to the infirmary at approximately 10:55 p.m. on this date with complaints of numbness in both legs. In order to aid the nurse who evaluated Mr. Boyd, I reviewed his medical chart and provided her with a medical history before my shift ended at approximately 11:00 p.m. I never made any statement to anyone that Mr. Boyd was faking his injury. I did not provide Mr. Boyd with any medical treatment, nor did I document the treatment he received on June 11th.

Based on my review of Mr. Boyd's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that his medical condition

was evaluated and treated in a timely and appropriate fashion at Easterling Correctional Facility. At all times, myself and the other healthcare providers at Easterling exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care was adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time did I or any of the medical or nursing staff at Easterling Correctional Facility deny Mr. Boyd any needed medical treatment, nor did we ever act with deliberate indifference to any serious medical need of Mr. Boyd. At all times, Mr. Boyd's medical conditions were addressed as promptly as possible under the circumstances. "

Further affiant sayeth not.

*Cynthia Wambles RN*
CYNTHIA WAMBLES, R.N.

STATE OF ALABAMA            )
                            )
COUNTY OF Barbour           )

Sworn to and subscribed before me on this the ___3rd___ day of __August__, 2006.

_____
Notary Public

My Commission Expires:

__03\31\07__