IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

COURTNEY BOYD
PLAINTIFF

Vs.

Dr. Darbouze et.al,
Defendant

Case No: 2:06-CV-511-WKW

RECEIVED
2006 AUG 30 A 9:34

## MOTION FOR GOOD CAUSE

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court for good cause shown for this Honorable Court to compel the Defendants to order the answer the plaintiff motion for interrogaties and motion for production filed on July 26, 2006. Also for the Defendant Whitehead to have the interrogaties answer by Officer McClain filed on 8-01-06. The Plaintiff Submit the following in Support:

1. The Plaintiff filed two motion on July 26, 06, which was a motion for interrogaties for Defendants Dr. Dardouze, Ms. K. Wilson, Ms. C. Wambles be answer within (20) days of receiving them. The Plaintiff filed a motion for production of document on filed 26, 06, which he requested it be answer within (20) days of receiving it.

2. The plaintiff Motion for a prodcution of Document and interrogaties for officer McClain on 8-01-06. The Plaintiff request that both motion be answer within (10) days of receiving it.

3. On August 4, 2006, This Honorable Court denied the plaintiff motion for production filed on 8-01-06. But Granted it in the part that he may have access to his institutional file and prison medical records on or before 18, of August 2006.

PAGE 1

4. The plaintiff was not able to fully look into his institutional file and his prison medical file on the 8th of August, because the document which he was looking for was not there. Therefore he infrom the officer P.Sapp, that he would have to come back another day. Well the plaintiff was transfer from Easterling Corr.Fac. to Staton Corr.Fac., and now is having problems , because the Warden at Easterling infromed the Warden at Staton that I had looked into my file, but she did not infrom him that I did not find what I was looking for, so I had to come back another day. Well the Warden at Staton said that, because I sign that paper at Easterling when I looked into my files, that I will not be able to look at them again. I infromed him that I sign that paper before I looked into my files and I did not know that the thing inwhich I was looking for was not there. So the Warden at Staton said when I get the money that when he will let me make my copies of what I want. But the plaintiff still do not know if the document he is looking for is there.

5. The Plaintiff is unable to pay for any copies because he do not have any money on his prison account, and the Warden at Staton said that they can not bill the money for the copies to my account.

6. The Plaintiff ask this Honorable Court to compel the Defendant to answer the motion for interrgatiess and motion for production filed on July 26,2006. Once they answer them that they forward this Honorable Court and the plaintiff a copy, so that it may be apart of the record. Because the Defendants Dr.Darbouze, Ms.K.Wilson, C.Wambles are thinking that because this Honorable Court denied the motion for production filed on August 1,2006, that they do not have to product the document inwhich the plaintiff request for.  The Defendants need to know that

PAGE 2

the order issued on August 4,2006, was for the motion for production of Document filed on August 1,2006. It was not for motion for interrogaties or production of document filed on July 26,2006.

7. The Plaintiff request that Officer McClain be compel to answer the interrgaties filed on 8-01-06. Because as stated above this Honorable Court only denied the plaintiff motion for producment, not the interrogaties request.

8. The Plaintiff request this Honorable Court compel the Defendants in this case to product a copy of the document he his requesting for, and to forward this Honorable Court a copy of them so that they may be apart of the court record.

9. Plaintiff request that this Honorable Court order the Defendants to prodcut a copy of both his institutional file and his prison medical file to this Honorable Court within (10) days.

10. The Plaintiff prays that this Honorable Court will for good cause shown order the Defendants to answer both the interrogaties and motion for production of document filed on July 26,2006. Once they answer them to forward this Honorable Court a copy so that they may be apart of the record. The Plaintiff request that the Defendants answer both motion within (10)days, becuase they have had over 30 days to answer already. The Plaintiff also request that Officer McClain be compel to answer her interrogatie within (10) days of this Honorable Court order.

WHEREFORE, The Plaintiff prays that this Honorable Court will grant this motion for good cause shown, and order the Defendants to answer the motion filed by the plaintiff on July 26,2006 and the interrogaties filed on 8-01-06.

### CERTIFICXATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Staton Corr.Fac. Mail Box on August 25,2006.

*[signature]*
COURTNEY BOYD

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Courtney Boyd
Plaintiff

Vs.

Case No:2:06-CV-511-WKW

DR.DARBOUZE et.al,
Defendants

State of ALabama]
County of Elmore]

**AFFIDAVIT**

Before Me, The undersigned authority for the said county and state, personally appeared the avant, Courtney Boyd who is known to me, and after being duly affirmed, deposed and says as follows:

I, Courtney Boyd, after being fully sworn deposesfollows:

I, Courtney Boyd, hereby sworn that the Motion for good cause is ture and correct to the best of my knowledge.

Pursuant to 28 USC. Section 1746, I, Courtney Boyd, do hereby sign under the penalty of perjury that the foregoing is ture and correct. Executed on : 8-25-06.

_____
COURTNEY BOYD

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Staton Corr.Fac. Mail Box on 8-25-06.

_____
COURTNEY BOYD

PAGE 6