IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Upon consideration of the motion to compel filed by the plaintiff on August 30, 2006 (Court Doc. No. 31), in which the plaintiff seeks an order compelling the defendants to file answers to interrogatories and provide copies of his institutional file and medical records with this court, and as the plaintiff seeks information which is either cumulative to that previously provided by the defendants or irrelevant to a determination of the issues presented in this case, it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 5th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE