IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COURTNEY BOYD, #208921,       )
                              )
          Plaintiff,          )
                              )
     v.                       )    CIVIL ACTION NO. 2:06-CV-511-WKW
                              )
DR. DARBOUZE, et al.,         )
                              )
          Defendants          )

**ORDER ON MOTIONS**

Upon review of the document filed by the plaintiff on August 30, 2006 (Court Doc.

No. 31), and for good cause, it is

ORDERED that:

1.  On or before September 15, 2006, correctional and medical officials at the Staton

Correctional Facility shall allow the plaintiff to inspect and/or copy all documents contained

in his institutional file and medical records. ***The plaintiff is hereby informed that neither***

***prison officials nor medical personnel are required to provide him with copies of***

***documents without prepayment of all costs associated with producing the copies. Thus,***

***if the plaintiff seeks to obtain photocopies of documents contained in his records, he must***

***make prepayment to the appropriate official of all costs related to producing the copies.***

The plaintiff is advised that: (i) he may utilize any means available to him to produce the

requisite copies including, but not limited to, handwritten copies of the evidentiary materials

he seeks to retain for himself and/or submit to this court; and (ii) he **must** procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. ***The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his records unless he is able to establish that exceptional circumstances warrant additional production of these documents***.

2. No further discovery requests shall be filed without permission of the court. If the plaintiff files any matter related to discovery without first receiving leave of court to do so, the Clerk is DIRECTED to return the document to the plaintiff without entering the document on the docket.

The Clerk is DIRECTED to provide a copy of this order to the warden of the Staton Correctional Facility and to the supervisor of the health care unit at such facility.

Done this 5th day of September, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE