IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.

DR. DARBOUZE et.al.,
Defendants.

Case No: CV-511-WKW

2:06CV511-WKW

## MOTION FOR GOOD CAUSE

Comes Now, The Plaintiff, Courteny Boyd, moves into this Honorable Court for good cause shown for this Honorable Court to Dismiss Officer Joseph Whitehead, for this suit, because the Defendant has given this Honorable Court an affidavit showing that he call the HCU on the night of June 11, 2006. But the nurses would not seen the plaintiff, and he or DOC has no authority over making the Prison Health Service Nurses seen inmate, because the are under a different company. The Plaintiff wish to have the Defendant dismissed without perjudice, because he did all he could do which was called the HCU, and as he said in his affidavit he advised nurse Johnson at the Health Care and she said for him to Sign up for sick call.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and Dismiss Officer Whitehead from this suit without perjudice.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into the Staton Corr.Fac.Mail Box on September 4 2006.

_____
Courteny Boyd

PAGE 1