IN THE UNITED STATES DISTRICT COURT OF
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 SEP -6 A 9:11

Courtney Boyd
Plaintiff

Case No: CV-511-WKW

Vs.

DR.DARBOUZE et.al.,
Defendants

STATE OF ALABAMA]
COUNTY OF ELMORE]            AFFIDAVIT

Before Me, The undersigned authority for said county and state personally appeared the avant, Courtney Boyd who is known to me, and after being duly affirmed, deposed and says as follows:
I, Courtney Boyd, after being fully sworn deposes follows:
I, Courtney Boyd, after being fully sworn that every thing in his traverse and argument is ture and correct. The Defendants has deliberate and intentional caused serious harm upon the plaintiff by taking his back brace. The Defendants statement are conflict with the inmates Grievance response send to him by The Defendant K.Wilson who said " I talked with Dr.Darbouze and he said he did not take your back brace, but you gave it to him. She wrote the plaintiff two inamtes grievance saying this. See Exhibit B in the plaintiff argument. However Dr.Darbouze clearly told this Honorable Court that he took the plaintiff back brace, because the plaintiff did not need it. See. The Defendants Affidavit. However as the plaintiff has given this Honorable Court an copy of the report of Dr.Bentley who disargee with Dr.Darbouze, because she says that the plaintiff has been given an life long disability, with very minimal rehabilitation potential. See Exhibit C in the plaintiff argument. The Plain-

PAGE 1

tiff has proven his claim that the defendants took his back brace in retaliating against the plaintiff to get revenge at him for filing a complaint to the head office against and Ms.K.Wilson. The Defendant revenge cause the plaintiff to suffer serious lower back pain and caused him bodily harm, because every time his lower back want out his whole lower body want out as well cause the plaintiff to fall to the floor. The Defendants known that the plaintiff was hurting without his back brace, and still would not gave it back to him. The Plaintiff was never taken off any of his back pain medication that Dr.Darbouze put him on. Therefore he must have felt that their was something wrong with the plaintiff lower back. There for the defendants action constitutes an eight amendment violation of crul and unsual punishment, because the defendants deliberately cause the plaintiff to suffer unwant pain, due to them retaliating against him. The Plaintiff traverse and argument support his claim and this matter should be set down for any hearing, because the plaintiff has a genuine issue of material facts supported by the record in his claim. The Defendants special report are unfounded and is not supported by law or the exhibit that they product.

I hereby do sowrn that trhe following is ture and corrected to the best of my knowledge. Pursuant to 28 USC. Section 1746, I, Courtney Boyd, do hereby sign under the penalty of perjury that the foregoing is ture and correct. Executed on: 9-4-06

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into the Staton Corr.Fac. Mail Box On Sept. 4 2006.

Courtney Boyd

PAGE 2