INSTITUTION: _____

INMATE _Courtney Boyd_____ DATE _____

- \_\_\_\_ 1. BIBLE (1)
- \_\_\_\_ 2. STATIONARY/STAMPS
- \_\_\_\_ 3. PENCIL (1)
- \_\_\_\_ 4. SOCKS - WHITE (6 pr.)
- \_\_\_\_ 5. UNDERSHIRTS/UNDERWEAR - WHITE (6)
- \_\_\_\_ 6. HANDKERCHIEFS (6)
- \_\_\_\_ 7. TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS
- \_\_\_\_ 8. LEGAL PAPERS
- \_\_\_\_ 9. TENNIS SHOES - WHITE (1 pr.)
- \_\_\_\_ 10. SHOWER SHOES (1 pr.)
- \_\_\_\_ 11. RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS
- \_\_\_\_ 12. WALLET (1)
- \_\_\_\_ 13. WRIST WATCH (1) - $25.00 VALUE OR LESS
- \_\_\_\_ 14. WEDDING BAND (1) - $50.00 VALUE OR LESS
- \_\_\_\_ 15. RADIO — EARPHONES (1 ea.) - PURCHASED FROM CANTEEN
- \_\_\_\_ 16. BOOKS (3) - RELIGIOUS, LEGAL OR EDUCATIONAL (APPROVAL BY WARDEN REQUIRED)

**DECLARATION OF VALUE**

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $_____  WRIST WATCH $_____  WEDDING BAND $_____

_____ 208421        _____
        (INMATE SIGNATURE)                                   (WITNESS)

**PROPERTY STORED IN THE RECEIVING AREA:**

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE, OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

Exhibit A

_____ 208421        _____
        (INMATE SIGNATURE)                                   (WITNESS)

(See reverse side for instructions)

N795
Rev. 6/9/83