# Inmate Grievance

Return To →

| COURTNEY BOYD | 208921 | 6B-28 | 7-13-06 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

**PART A---Inmate Grievance** Dear Ms. Wilson, as you know, I was given parole discharge plan paper. Well I later found out that it was an misup in the paper work, however I did not think it was very professionally for nurse Bush to be making fun of how I talk. However what I did not understand is why did you not stop her, when she was doing this right in front of you. This is my second time having problems with her. I asking you to please make her stop picking at me for no reason at all. Also I will like to get my parole discharge paper back, Lt. Lee said that it was given back to

*Courtney Boyd*
**INMATE SIGNATURE**

**PART B - RESPONSE**   DATE RECEIVED 7-13-06

Mr. Boyd, I do not have your discharge paper. You informed me that you gave it to your attorney. I did not tell you not to write me another request, complaint, or grievance. Only if it was concerning your back brace, because you have written numerous times concerning this + each time I have explained that only the MD can order you to have a brace.

*K Wilson, RN/HSA*
**P.H.S. Department Head Signature**

7-13-06
**DATE**

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ■ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ■ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ■ | ☐ | X Other | ■ | ☐ |

Committee Review of Data Collection

*Exhibit B*

11/03 – Alabama
Revised 5/16/05

JUL 13 2006

you. So I will have to talk with you about it. Oh why did you tell the officer that I was in an unauthorize place when I was just trying to find out what was the big problem with me having this parole discharge paper. Ms. Wilson, you keep telling the officer that I was in an unauthorize place so that he can lock me up. I know you told me not to write you another grievance or complaint from, but I need to see what is going on and to see if I can get that parole discharge paper back, because I signed for it.

Courteny Boyd #208921 6B-28

## Prison Health Services, Inc.

### Inmate Grievance

Return

| NAME | AIS # | UNIT | DATE |
|---|---|---|---|
| courtney Boyd | 208921 | 6-B-28 | 6/14/06 |

**PART A---Inmate Grievance** Dear Ms. Wilson this is my second time written you about this problem about my back brace. I did not given Dr. Darbouze my profile for my brack brace, he asked for them. It was be very stupid for me to give Dr. Darbouze my profile went I was coming to get an no long standing profile. Also why would he have to re-write any profile that had being just wrote on 4-21-06. It's like I told you before, Dr. Darbouze told me that he was not going to given me any no long standing profile, and that he was going to taken the ones he had giving me. So I asked him if he want them now, he said

Continue on another sheet of paper.

INMATE SIGNATURE: Courtney Boyd

**PART B – RESPONSE**  DATE RECEIVED 6-16-06

Mr. Boyd, when you were seen by Dr. Darbouze at your appointments, there were no profiles medically indicated. Dr. Darbouze did not say he was going to take the profiles he had given you. You gave your profiles back to him + the brace to a nurse.

P.H.S. Department Head Signature: K Wilson, RN HSA

DATE: 6/16/06

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI Delay In Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | | | X Other | ☐ | ☐ |

Committee Review of Data Collection

JUN 16 2006

11/03 – Alabama
Revised 5/16/05

yes, so I gave him my profile along with my back brace, because I can not have the back brace without any profile. So can you please make Dr.Darbouze return my back brace to me, because I need it for my back.

SINCERELY,

Courtney Boyd

Prison Health Services, Inc.

## Inmate Grievance

Return ↓

NAME: Courtney Boyd  AIS #: 208921  UNIT: 6-13-28  DATE: 6-2-06

**PART A---Inmate Grievance**

I went to see Dr. Darbouze today, about my NO long standing profile, and when I seen him, he said that he was not going to give me a No long standing, and also that he was going to take the profile that he had already giving me. So I asked him if he went ??? it now, he said yes. So I give it to him along with my back brace, because I can not have my back brace, I can't have it, unless I have my profile for it. So I was hoping that you can make him give it back, because I really need it.

INMATE SIGNATURE: Courtney Boyd

**PART B --RESPONSE**  DATE RECEIVED 6-5-06

Mr. Boyd, at your appointment to see Dr. Darbouze he did NOT take your bottom bunk + back brace profiles. You said you didn't want them + gave them back + you also took your back brace off + gave it back. As you were explained to on that same day, he will not re-write for those profiles.

P.H.S. Department Head Signature: K Wilson, RN / HSA

Exhibit B

DATE: 6-5-06

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ■ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ■ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ■ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

JUN 5 2006

