Corbett, Brian



Exhibit D