

*Forwarded*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Courtney Boyd    Date of Request: 7-16-06
ID #: 208921    Date of Birth: 12-11-81    Location: 6-B-2?
Nature of problem or request: I'm still having back pain that's causing my whole lower body to give out. Also m? filling/teeth out. I need dental work done.

Signature: _Courtney Boyd_

**DO NOT WRITE BELOW THIS LINE**

Date: __/__/__
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: 7-17-06 |
| Time: ___ (AW) |
| Receiving Nurse Initials ___ |

**(S)ubjective:**

Has no app? Tracy 7-17-06  AW

**(O)bjective   (V/S):**   T: ___   P: ___   R: ___   BP: ___   WT: ___

**(A)ssessment:**

Exhibit E

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

*Follow Up*



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Courtney Boyd     Date of Request: 7-26-06
ID # 208921     Date of Birth: 12-11-81   Location: 6-B-28
Nature of problem or request: I need to see the doctor, because my back is still causing me whole lower and some of my upper body to go out, so I need my back brace. My body is still itching. All of my legs and arms.

Signature: Courtney Boyd

**DO NOT WRITE BELOW THIS LINE**

Date: 7/29/06
Time: 7:30 AM/PM
Allergies: NKDA

RECEIVED
Date:
Time:
Receiving Nurse Initials

(S)ubjective: see not

(O)bjective (V/S): T:____ P:____ R:____ BP:____ WT:____

(A)ssessment: L. Cosby LPN

(P)lan:   Exhibit E

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )   No ( )
Was MD/PA on call notified: Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)