IN THE DISTRCIT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Courtney Boyd
Plaintiff

Vs.                                            Case No: CV-511-WKW[

DR.DARBOUZE, et al,
Defendants

State of Alabama ]
County of Elmore ]

### AFFIDAVIT

Before Me, The undersigned authority for said county and state, personally appeared the avant, Courteny Boyd who is known to me, and after being duly affirmed, deposed and says as follows:

I, Courntey Boyd, after being fully sworn deposes as follows:

On 8-206, I, The Plaintiff, Courtney Boyd, started having lower back pain, that was causing my whole lower body to go out, off and on. I, asked the officer in my cubicle can I go to the HCU, and he said that I need to go to the shift off-ice so I did reported to Lt.Mary Lee, that my lower back was hurting, and it was causing My whole lower body to go out, off and on. Lt. Mary Lee, called the HCU, and talked with Bush, and told her my problem, and then she said that I was sending Courtney Boyd up to the HCU for an body chart. Once I was able to make it to the HCU, nurse Bush said that I have medication, and I need to get in pill call line and get my medication, and then sign up for sick call. The officer in the HCU, siad that I need to report, what nurse bush did. So I then went back to the shift office still in pain, and talked with Lt.Mary Lee again, I told her that the what happen, she did wrote me a another pass to go back to the HCU, but before I could make it out the shift office door, My lower back and whole lower body want out, and I was then placed on the strecher and taking back to the HCU, where I was seen by nurse Bush and nurse payne. Both nurses did the body chart without asking me anything. Nurse Bush did my __Vital__ sign, and nurse payne did my body chart. I was then given some medication, and then told to get up, and leave the HCU. Nurse McDaniel said that I was just lying because there no way I could be setting in that chair that way. Then nurse Bush, Payne, McDaniel, and wambles all stated making jokes, when I said , I will

Page 1    Exhibit F

to the court and let them know what you are doing. They siad "Make sure you spell our name right, becuase lat time you don't , and you need to leran how to spell penies. They was saying that because I misspell nurse wambles name on the paper work I sent this court and because I had misspelled penies on some of my sick call from. They did made two inmate pick me up, even through, by lower back and whole lower body was still out, and place me into the waiting room. See Exhibit A, which is an affidavit signed by the two inmate who nurse bush, payne, McDaniel, and nurse wambles made pick me up. After about 15min, of setting in the waiting room, I told the officer, that the medication did not do anything for me. She told nurse bush, who said "On to bad". An another inmate told me that the nurse said I need a good ass beaten", and that if I keep coming over to the HCU, that they would see that it happen. After about 40 to 60 min, the feeling in my les came back in, but my lower back was still out, so I had to leave the HCU, not able to stand all the way up stand, because my lower back was still out.

On 8-2-06, I, The Plaintiff, Courtney Boyd, was still having lower back pain and was not able to stand all the way up, because I had fell out, because my lower back and lower body had want out. At about 4:30pm, I talked with Sgt. Harger, and told him that I need to go the HCU, because I still was unable to stand all the way up. So he call over and talked with the nurse and he said for me to go ahead and gone to the HCU. When I made it to the HCU, I talked with nurse Garcia , she did a body chart on me with asking me anything. The Defendant Wambles, then called Lt.Wilson, and asked if they could lock me up, if I keep coming to the HCU, saying my lower back and lower body has gone out, when the Doctor, said that there was nothing wrong with me. I, was then told by nurse Wambles to go see Lt.Wilson. So I did, and He told me that if I go to the HCU, complaining about my lower back and lower body, when there nothing wrong with me, that the nurse Wambles said for him to wrote me up and put me into jail. After, talking with the Lt., I then came back to dorm, and tried to take a shower Once I had took my shower, I was coming out of the shower, and trying to put my boxer on while I'm unable to stand all the way up, and while doing it my whole

PAGE 2

lower body when back out, causing me to fell on the shower floor. The Officer came and call for me a strecher, at which they had three inmates pick me up onto the strecher. Once I was on the strecher, I was taking to the HCU by the inmate. The nurse made the inmate put me on the bed in the doctor office, where I would lay for about 2½ hour. The Defendant Wambles said that I'm just trying to win my lawsuit. So she said. I told her that I am not playing I did fell on the shower and that why are you all not treating me right. Nurse Wambles then said "I don't mine you coming, when you are having problems". I then asked her why is she talking to me like am lying about my back problem. She then try to cover up what she had said, by " Saying I'm not saying you are playing". After some time within these 2½ hour, officer B.Gavin, came into the HCU, once he was in there the nurses told him, I was in the doctor room because I said that I was unable to walk, so officer Gavin says "You can wlak get up off, that bed, I _bet_ you, and you are _weak_ if you don't ". I told him, that if I was able to move, that I would move, but don't try to use _reverse_ on me. Nurse _Garcia_ and officer Gavin said, that I just come to the HCU, because I like nurse Wambles I told them I never date a white woman before. Nurse Wambles did say I know you are going to write your lawyer, and the Court, but I don't care, because I'll tell the Court and your lawyer. Officer Gavin siad "If you put him into lock up, then you want have to see me coming over here. Nurse _Garcia_ said, yes put him into lock up. After some more time want by Nurse _Garcia_ had an inmate try to pcik me up off the bed, so I then asked her why want you do it, because they are not nurse. She said " I don't want to hurt my back, so let them do it. I told the inmates to leave, becuase I could not walk. Then an officer Gavin and Defendant Wambles and Nurse _Garcia_ started making homsexual statement at me for the sole purpose of humiliating me in the HCU. Nurse Wambles came into the doctor office where I was laying still in pain, and said" Oh you don't date woman. I then told them all that I'm not a "HOMSEXUAL" and I like woman. While all of this was going on, I was still laying there in serious pain.
 On 8-7-06, I , Courteny Boyd, has an Doctor appiontment, and while over there the Defendant wilson , asked me what did I want to talk with her about in front

PAGE 3

of every nurse and in front of offier Cynthia Jones, I then told her that I would like to talk with her in her office. She said no. So I, then told her that "Officer B.Gavin told me three that the nurse would have me kill, by the first shift officer if I keep going to the HCU complaing about my back pain problems. When their nothing wrong with me". Well Officer Cynthia Jones, she wrote what I said down, and said that she is going to see if she can't get officer Gavin job, for telling me this. Well I was then call into the doctor office, and when I came out Capt. Sconyer was in there, and he told me to go to the Amin office, and wait for him, so I did. When he came to his office, he said that the nurse said that I was jumping round in the HCU like a "Duck. I, then told him what I told Defednant wilson about what Officer Gavin said, that the officer on 1st shift would kill me or beat me, if I keep going to the HCU complaing about my back pain problem. Well after talking with me for about 4min, he called Lt.Bryant into his office, becuase Office Gavin is his worker. Well when Lt.Bryant came in and hear what i siad officer Gavin said, he just said I was trying to get even with officer Gavin, because I had trouble with him before. I, told him that I was not lying, and Lt.Bryant and Capt. Sconyer, siad they will talk with officer Gavin, and if he say he did not tell you this, that I would be going to lock up in 5 drom. Capt. asked me if I want to be placed into lock up, so I want get kill or beat, so I told that I was not _not afraid_ to be around Officer Gavin. But I don't want to be placed into 5 dorm so they could kill me or beat me, So I said no. So about 2:45pm Capt, Call me back to his office again, trying to get me to go to lock up, this time he had Mr.Micthell the mental health person, and they had me sign a paper saying I did not want to go to lock up, and that I was not _afraid_ of my life, but once more like I said, I did not want to be placed into lock where they could get to me without anyone knowning it, So I just said no.

On 8-12-06, I, Courtney Boyd, was in the cowhall, when my lower back and lower body went out. Because of this I fell out and the offcier had to get an strecher because I fell out of my set hitting my head on the kitchen floor. The Officer in the kitchen called the HCU, and when I got there the nurse told the inmate to put me on a bed in the infirmary, where I _was_ for about 1½ hour, before,

I was seen by a nurse. I was put into a wheelchair, the nurse seen me, and said that I was just playing, because I where was no way the inmate working in the infirmary put me into a wheelchair. I was in the wheelchair for the next 7½ hours. The nurse said that she called the doctor, and he said that he did not want me put into the infirmary, but that I need to stay into the wheelchair until I can walk. So I set into the wheelchair until about 10:50pm, when one of the third shift nurse came on, she made me wheel myslef into the waiting, and made me _pull_ my self up out of the wheelchair. About 10:25 Lt. _____ came into the HCU waiting room, and said that if I don't get up off the floor, he would have to use force to get me up. He then went in to see the nurse who said that there nothing wrong woth me. Lt. then told me that when the count clear, I better get up and walk on my way to my dorm or else he would use froce, and in put me in 5 drom lock up. I, then asked he, why do you all want to beat me, Lt. Said because the nurse said there nothing wrong with you. So when the count clear you better get up and walk to your dorm. So when the count cleared the officer in the HCU said I better go ahead an walk to my drom or else. She then closed the door. About 4min, later Lt. came into the HCU Waiting and said, I did not get up and walk, that they will beat me, and put me in 5 drom. So becuase I don't want to get beat to death, I had to force myself to walk back to my drom _Bended_ over like a dog. On the way to my dorm I stop, because my lower back was causing my legs to hurt. When I stop, Lt. and the other two officer he _brought_ to the HCU waiting room, said that if I stop again they will beat me and place me inot 5dorm lock up. So I told him, I will not let you all kill me in 5 drom, and Lt. said I better keep walking. When I made it to my dorm Lt. told me that if I told anyone one that he force me to walk to my drom, and if his name come up on some paper, he would come and beat my ass.

The Plaintiff will take an polygraphic test to every thing he said in this Affidavit, because it is the truth that the fact still remain, I was still in serious pain every time I want to the HCU, and _none_ of the nurses properly treating me for my lower back pain and for my lower body keep going out, they just set back and made jokes about my lower pain back and tried to get officer to kill me or beat me.

PAGE 5

Pursuant to 28 USC. Section 1746, I, Courtney Boyd, do hereby sign under the penalty of perjury that the foregoing is ture and correct. Excuted on: 8-19-06

_____
Courtney Boyd

### CERTIFICXATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendant, by placing it into the Staton Corr.Fac. Mail Box on 9-4-06.

_____
Courtney Boyd

PAGE 6

I do hereby sign under the penalty of perjury that foregoing is true and correct. I was one of the inmate who the nurse made pick up Courtney Boyd, even though _____, he told her and the other nurse that his lower back and lower body was still out.

Name: Andre Ryans                     Ais# 215445
Name: Michael Ju___                   Ais# 139148

Pursuant to 28 USC. Section 1746, I, Courtney J. Boyd, #208921 _____, do hereby sign under the penalty of perjury that the foregoing is true and correct. Executed on 8-4-06

Name: Andre Ryans                     Ais# 215445
Name: Michael Ju___                   AIS# 139148