Exhibit 1

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
ATTORNEYS AT LAW
184 COMMERCE STREET
P.O. BOX 270
MONTGOMERY, ALABAMA 36101-0270

Courtney Boyd (AIS# 208921)
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025



UNITED STATES POSTAGE
$06.65°
AUG 25 2006
MAILED FROM ZIP CODE 36104