IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, # 208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-00511-WKW |
| | ) [wo] |
| DR. DARBOUZE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

The Magistrate Judge filed a Recommendation (Doc. # 25) on August 17, 2006, and a Recommendation (Doc. # 36) on September 6, 2006. No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is ORDERED that:

1. The Recommendations (Doc. #25 and Doc. #36) of the Magistrate Judge are ADOPTED.

2. The plaintiff's motion for a preliminary injunction (Doc. # 23) is DENIED.

3. The plaintiff's motion to dismiss defendant Joseph Whitehead (Doc. # 34) is GRANTED.

4. The plaintiff's claims against defendant Joseph Whitehead are DISMISSED without prejudice.

5. Defendant Joseph Whitehead is DISMISSED as a party in this cause of action.

6. This case with respect to the plaintiff's claims against the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

Done this the 20th day of September 2006.

          /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE