IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA

Courtney Boyd
Plaintiff

VS.                                                  2:06-CV-511-WKW

Dr. Darbouze, et al
Defendants

## Motion To Compel

Comes Now, the plaintiff, Courtney Boyd, moves into this honorable Court pursuant to B7(a) F.R.Civ.P. To Compel the Defendants to rewrite to the plaintiff medical profiles. The plaintiff submit the following in support.

(1) On September 8th, 9th, 12th, the plaintiff was giving three medical profiles, one for No long standing over 15min x 90 days, and Back Brace x 90 days, Double portion x 120 days. All of these medical profiles was given by the Doctor at Staton Corr. Fac., because he seen I need them. See Exhibit A, which is a copy of the three medical profiles.

(2) On October 4, 2006, The plaintiff was transfer back to Easterling Corr. Fac. The plaintiff to the nurse that he would have to see Dr. Darbouze to rewrite these medical profiles. The plaintiff has been in lock for one week, and has been have stomach pain for one week, because the Defendants has stop the plaintiff medical profiles as a chance to retaliated for the filing of this suit.

page 1

(3) The plaintiff request that this honorable court to compel the Defendants to rewrite the medical he was given at Staton Corr. Fac. because the plaintiff need his Double portion, because his stomach is in pain, because he is not eating enough food, also he is unable to walk a long way, and you know this is why this case is in your court, because the Defendants took the plaintiff back brace. These are the same profiles the Defendant Dr. Darbouze would not given the plaintiff. So now that he has them Dr. Darbouze is trying to take them away to retaliation against the plaintiff for filing this suit.

Wherefore, The plaintiff prays this Honorable Court will grant this Motion, and compel the Defendant to rewrite the plaintiff profile for a 120 days each, and he do it within (10) days of this Court order.

Certificate of Service

I hereby certify that I have served a copy of the forgoing upon the Defendant Counsel, by placing it into Easterling Corr. Fac. Mail box on October 12, 2006.

*[Signature]*