

# SPECIAL NEEDS COMMUNICATION FORM

Date: 9/8/06

To: Stator

From: SHCU

Inmate Name: Boyd Courtney     ID#: 208921

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments: No Prolonged Standing > 15 min x 90 days

Date: 9/8/06     MD Signature: _____     Time: _____

Exhibit A

60418



# SPECIAL NEEDS COMMUNICATION FORM

Date: 9/12/06

To: Staton/DOC

From: S. Hall

Inmate Name: Boyd, Courtney            ID#: 208924

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments: Double Portion x 120 days

Date: 9/12/06   MD Signature: _____   Time: 0855

Exhibit A

60418



# SPECIAL NEEDS COMMUNICATION FORM

Date: 9/9/06

To: ADOC: Stanton

From: HSU

Inmate Name: Boyd, Courtney          ID#: 208921

The following action is recommended for medical reasons:

1. House in ~~_____~~
2. Medical Isolation ~~_____~~
3. Work restrictions ~~_____~~
4. May have extra _____ until _____
5. Other  Back brace & bilateral insoles x 90 days

Comments: ~~_____~~

Date: 9/9/06   MD Signature: /s/ Milinski LPN   Time: 8:30

Exhibit A

60418