IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD, #208921, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) | |
| DR. DARBOUZE, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on October 17, 2006
(Court Doc. No. 40), in which the plaintiff seeks an order compelling defendant Darbouze
to renew his medical profiles as issued to him at Staton Correctional Facility in September
of 2006, and for good cause, it is

ORDERED that on or before October 30, 2006 defendant Darbouze shall show cause
why this motion should not be GRANTED.

Done this 18th day of October, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE