IN THE UNITED STATES DISTRICT
OF MIDDLE DISTRICT OF Alabama

Courtney Boyd
Plaintiff
VS.                                    2:06-CV-511-WKW

Dr. Darboure, et al,
Defendant

## Motion For Good Cause Shown

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court for good Cause Shown, for this Honorable Court to Issue an Order to Department of Correction to Transfer the plaintiff back Staton Corr. Fac.. The plaintiff Submit the following in Support of this Motion:

### Facts of the Case

On June 8, 2006, The plaintiff filed a Complaint against the Defendant's PHS, the Company that Currently Contracts with the State of Alabama to provide healthcare to inmates at Easterling. On June 16, 2006 The plaintiff amended his Complaint on nurse Cynthia Wambles, RN,.

### Argument

On 10-19-06, The plaintiff, Courtney Boyd was Called to Easterling HCU, the Defendants Dr. Darboure, Kay Wilson. They Called the plaintiff over to let him know that they was going to tuten his Medical profiles that was given to him at Staton Corr. Fac.. Well the two Defendant made fun at the plaintiff, and then defendants Dr. Darboure, said, "I don't write these profiles". I, then told him how much I need them, and without them I

"Exhibit A"          page 1

would be in serious harm and pain to him. The plaintiff still tried to get the plaintiff to rewrite his Medical Profiles, because he has lost weigh without his Double Protion profile, and without his back brace profile and No long standing profile, his lower back and while lower body will go out. Even though I him I would be in serious harm and pain, Dr. Darboute still take away the plaintiff without any reason. This is a another of retaliating against the plaintiff, because these are the same medical profiles he would not write the plaintiff and the one he took away.

A "Serious Condition", is an objectively serious medical need that if left unattended, poses a serious risk of harm. Taylor vs. Adams 211 F.3d 1254 (11th Cir. 2000). The Condition must have either been diagnosed by a physician as mandating treatment or be "so obvious that even a lay person would easily recognize the necessity for the doctor's attention. Hill vs. DeKalb Regional Youth Detention Center 40 F.3d 1176 (11th Cir. 1994). A prison Conditions rise to the level of an Eighth Amendment violation only when they invole the wanton and unnecessary of inflicting pain on some one. Hope vs. Pelzer 536 U.S. 730, 122 S. Ct. 2508, 153 L. Ed. 2d 666 (2002); Farrow vs. West 320 F.3d 1235 (11th Cir. 2003). The Condition Challenged must be "Extreme" and must pose "an unreasonable risk of serious damage to his future health". Chandler 397 F.3d at 1289-90. The Defendant's have now over rule a another Doctor diagiased, and because of it the plaintiff is having serious pain to his body. The plaintiff Stomach is causing him serious pain without his Double protion profile. The plaintiff request that

page 2

he be transfer back to Staton Corr. Fac. The plaintiff know that the Court are ordinarily refrains from directing the transfers of inmates between DOC facilities, but this Court can impose such an order when the facilies he is at is putting a danger on his life, such as this facility. The plaintiff life is in danger, because his medical help is being stop, because the Defendants are retaliting against him, by taken his medical profile. Also time pressures created by the hearing of this case, creates extraordinary circumstances justifying a one-time deviation from the Court's reluctance. Staton Corr. Fac. is closer to this Honorable Court, so to help the plaintiff by ordering an transfer of him back to Staton. See Courtney Boyd vs. Frederick Bates, Case 7:03-CV-01780-TMP Document #132.

If this Honorable Court does not order the transfer of the plaintiff, then the plaintiff would move this Honorable Court enter Summary of Judgement against Defendants for the sum 1,000,050.00, and order the Defendants to rewrite the medical profile which was sent to this Honorable.

Conclusion

The plaintiff request that this honorable Court grant his motion and order his transfer back to Staton, or grant him Summy of Judgement and grant him his medical profile back.

*Courtney Boyd*
Courtney Boyd / Plaintiff

Page 3

Certificate of service

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing into the Easterling Corr. Fac. Mail box on October 19, 2006

*Courtney Boyd*

Courtney Boyd
208421 5-B-4
200 Wallace Dr.
Clio, AL,
  36017

page 4