

*Follow up*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Cowtney Boyd_    Date of Request: _10-17-06_
ID # _208921_    Date of Birth: _12-11-78_  Location: _E-134_
Nature of problem or request: _I need to see the Doctor about getting my profile wrote for everything. I had a Doctor appointment, but it was marked out by someone so please put me down to see the doctor_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

*Exhibit A*

**(O)bjective**    **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)