# AFFIDAVIT

State of Alabama)
County of Barbour)                    CV-2:06-511-WKW

Before me, the undersigned for said County and State personally appeared the avant, Courtney Boyd, who is known to me, after being duly affirmed, deposed and said as follows:

I, Courtney Boyd, The plaintiff, after being fully sworn deposed as follows:

On 10-19-06, I, the plaintiff, was called to the HCU, by the defendants Kay Wilson and Dr. Darbouze, once. I got into the HCU, Dr. Darbouze, told, that he don't write these profile. The plaintiff don't know that this Honorable Court had send an order for the Defendant to show cause why his Medical profile should not be renew. The Defendant's counsel came and talked with the Defendant about something, and they called the plaintiff, and say that they do write these profiles. They checked his weight, which was 160 pounds. The Defendants can show no reason why he want to stop these profile which come from Staton. The only reason they want to stop them, is because they said that the plaintiff don't need them. These medical profiles are the butt of this suit, because with these profiles the plaintiff lower back or whole lower body has gone out, and his stomach has not caused him pain. Therefore He need these profile to help in his daily life work.

I hereby do sworn that the following is ture and Corrected to the best of knowledge. pursuant to 28 USC. section 1746, I, Courtney Boyd, do hereby sign under the penalty of perjury that the foregoing is true and Correct. Executed on 10-19-06.

*Courtney Boyd* (signature)