IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| COURTNEY BOYD (AIS #208921), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | 2:06-CV-511-WKW |
| | * | |
| DR. DARBOUZE, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE
REPLY TO ORDER DATED OCTOBER 18, 2006**

COME NOW Defendants, Prison Health Services, Inc., Jean Darbouze, M.D., Kay Wilson, R.N., H.S.A., and Cynthia Wambles, R.N. and respectfully request that this Honorable Court extend the time period which these Defendants have to file their reply to this Court's Order of October 18, 2006 by ten (10) days up to and including November 9, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. In response to this Honorable Court's Order, counsel has traveled to Easterling Correctional Facility to meet with Jean Darbouze, M.D. However, due to unavoidable scheduling conflicts, counsel has been unable to secure a supplemental affidavit from Dr. Darbouze within that time provided by the Court.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants Prison Health Services, Inc., Jean Darbouze, M.D., Kay Wilson, R.N., H.S.A., and Cynthia Wambles, R.N.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 30th day of October, 2006, to:

Courtney Boyd (AIS# 208921)
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

s/R. Brett Garrett GAR085
Attorney for Defendants Prison Health Services, Inc., Jean Darbouze, M.D., Kay Wilson, R.N., H.S.A., and Cynthia Wambles, R.N.