IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendants on October 30, 2006 (Court Doc. No. 44), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendant Darbouze be GRANTED an extension from October 30, 2006 to and including November 9, 2006 to file a response in compliance with the order entered on October 18, 2006.

Done this 31st day of October, 2006.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE