IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

Cawtney Boyd
Plaintiff

VS.                                    2:06 CV-511-WKW

Dr. Darbouze, et, al,,

AFFIDAVIT FOR OCTOBER
18, 2006 ORDER / OBJECTION
TO Defendant's Extend TIME:

Come Now, The plaintiff, Cawtney Boyd, moves
into this Honorable Court For an Objection to the Defendant's
Extend of Time. The plaintiff submitt the following:

(1). On 10-18-06, This Honorable Order the Defendant's to
Show good Cause why they should not grant, the plaintiff
Motion, and renew his Profiles that was given to him at
Staton.

(2) On 10-19-06, The Defendant's Counsel came in talked
with them, and informed them of this Honorable Court order on
10-18-06. The Defendant then called the plaintiff over to
the Hcu, and Checked his i.l. which was 160p that they put
down about. 168.

(3) On-10-19-06, The plaintiff filed an Affidavit, informing
this Court that the Defendant, Counsel talked with the Defendant
on 10-19-06, and talked with them this Hon. Court order on
10-18-06.

Page 1

(4). On-11-2-06, The plaintiff was called over the Hair, seen by Dr. Darboute, and he, said that he will not given the plaintiff his profiles, or an x-ray, but gave him some pain medication for his back pain. The plaintiff was seen by nurse payne for his vit sign, his wt. was 160, p 78, R 16, B.P. 100/80. However in a attemp to lie to this Hon. Cart she wrote down wt 168. I told nurse payne, that I will tell this Hon. Cart her that are lying about my wt.

(5). Therefore the Defendant Counsel, don't need any more time to file an answer, because it does not take, but 5 min to do an Affidavit, they are Just try keep the plaintiff from getting these profiles, are because of this he air in pain. Also, because those are the profiles which the Defendant's did want to wrote from the States.

Pursuant to 28 U.S.C. Section 1746, I, Courtney Boyd, do hereby sign under the penalty of perjury that the foregoing is true and correct. Executed on 10-2-06. Courtney Boyd

Certificate of service

I hereby certify that I have served a copy of the foregoing upon, The Defendant Counsel, by placing it into the Easterling Corr. fac. Mail Box on 11-2-06.

Courtney Boyd

Page 2