IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, # 208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-00511-WKW |
| | ) [wo] |
| DR. DARBOUZE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the plaintiff's Affidavit (Doc. # 48), which the court deems an objection. The plaintiff objects to the October 31, 2006 Order of the Magistrate Judge (Doc. # 45) allowing the defendants an extension of time to file a response to plaintiff's motion to compel. Under the guidance of Federal Rule of Civil Procedure 72(a), and after an independent review of the motion to compel, the Magistrate Judge's Order, and the plaintiff's objection, the court finds that the Magistrate Judge's order is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a).

Therefore, it is ORDERED that the plaintiff's objection (Doc. # 48) is OVERRULED. It is further ORDERED that this case is hereby REFERRED back to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 21st day of November, 2006.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE