IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA

Courtney Boyd
Plaintiff
VS.                                    NO. 2:06CV-511-WKW
Dr. Darbouze et al
Defendants.

Motion For Good Cause Shown

Comes Now the plaintiff Courtney Boyd, moves into this Honorable Court Pursuant to Rule 36(a) and 405 Fed. R. Civ. Proc. The plaintiff submit the following in support of his Motion:

1. Rule 36(a) A party may serve upon any other party a written request for admission for purposes of the pending action only, of the truth of any matters within the scope of Rule (b)(1) set forth in the request that relate to statement or opinions of fact or of the application of law to fact, including the genuineness of any document described in the request.

2. Rule 405 Methods of proving Character: In all cases in which evidence of character or a trait of character of a person is admissible, proof may be made by testimony as to reputation or by testimony in the form of an opinion.

Page 1

3. The plaintiff request for the Defendants to answer the following question within (30) days of receiving this Motion:

1. Each Defendant to listed their full name and age?

A.

2. Each Defendant to stated where they are married or if they are single?

A.

3. Each Defendants to state where nor they have any children if your answer is yes, please stated how many and their age?

A.

4. Each Defendant to stated the County which they live, and how long have they been a resident of the state of Alabama?

A.

5. Each Defendant to listed and produce a copy of their medical license, including any special Classes they have been in?

A.

Page 2

6. Each Defendant to state how long they have been employed by prison Health Service?

A.

7. Defendant Kay Wilson to answer whether or not did Dr. Darbouze ever tell her that he did not take the plaintiff back brace? Did the plaintiff ever wrote you asking you to get Dr. Darbouze to gave him his brace?

A.

8. Defendant Jean Darbouze to answer. Did you ever tell Kay Wilson that the plaintiff gave you his back brace? Is it standard for a Doctor to keep give some one Medication, if he feel that there nothing wrong with him?

A.

9. Defendant Cynthia Wambles to answer. Did you not see the plaintiff on 6-11-06, when he was taken to the HCU by the officers and inmate on the stretcher, because his entire lower body had gone out? Is it standard for a nurse to tell an inmate to sign up for sick call, when they get an call saying his whole lower body and lower back has gone out?

Page 3

10. The plaintiff will ask these question at the hearing of this case, and he request that the defendant answer these question under oath. The plaintiff same of these question to get a better understanding of the methods and character. To deny these question will denied the plaintiff to be prepare for the hearing of this case. The plaintiff request for discovery but some how this honorable court think that the plaintiff have this information but he does not, so therefore he need these question answer. Answering these question will not be in no way hurt the Defendant, but too, if the Defendant does not answer these question, it will hurt the plaintiff and his case.

Wherefore, The plaintiff pray that this Defendants will answer these question within (20) days of receiving them, Because they will be use at the hearing of this case.

*Corothy Byrd*

Certificate of Service

I hereby Certify that I have served a copy of the foregoing upon the Defendants Counsel by placing it into Kilby Corr. Fac. Mail box on Nov. 21 2006.

*Corothy Byrd*

Page 5

LEGAL USE ONLY