In THE UNITED STATES MIDDLE
DISTRICT OF ALABAMA

Courtney Boyd          RECEIVED
Plaintiff

VS                     2006 NOV 27 A 10: 23

                       ~ P. HACKET
                       U.S. DISTRICT COURT    Case No: 2:06-CV-511-WKW
Dr. Dar Bouze et al    MIDDLE DISTRICT ALA.
Defendant

        OBJection TO THE Court Order on
        November 14, 2006/ Notice of Appeal
    Comes Now, The plaintiff, Cortney Boyd, pro/se
moves into this Honorable Court objecting to the Court
Order on November 14, 2006 And Notice of Appeal. The
plaintiff submit the following:

(1) The Plaintiff filed a Motion TO Compd on Oct.
17, 2006, requesting that his medical Profiles be renew, by
the Defendants.

(2) THE Defendants filed an response on November
9, 2006. The Defendant filed a response, but does not
show what medical Judgment he bais his Judgement from.

(3). The Defendants never once made talk of any Spandylolis-
thesis was detected on June 7, 2006 until After the Medical
Report of Dr. Amy L. Bentley M.D. See Traverse filed by
the plaintiff it Exhibit C.

                    page 1

4. The Defendant Dr. Darbouze is not Certified to make any Judgment about any back injury. However Dr. Amy L. Bentley M.D. is Certified to make this Judgment.

5. The Defendant in attempt to try to get this Court to denied the plaintiff Motion, submit an got an Affidavit for Dr. Corbier, but what Dr. Corbier does not say in this Affidavit, is that the real reason he given the plaintiff these profiles, is because he seen Dr. Bentley medical Report. Dr. Corbier even say that he will send me out for an "MRI" done on my back.

6. Dr. Corbier does not say what so ever, why he argues with Dr. Darbouze. The only thing he says is that Dr. Darbouze has not seen the plaintiff more then him. That's not good even through, because before this Affidavit, Dr. Corbier did not know that the Plaintiff has a suit againt Dr. Darbouze for taken Some of these profiles. This Affidavit Dr. Corbier proven is basis and presuice to the plaintiff, because both Doctor work for the Company who the plaintiff is suit, because the Defendants took his back brace profiles when he came to see him, about a no long standing profiles. Dr. Darbouze just told the plaintiff that he don't write Date protien profiles. So Dr. Corbier have lack of intrest in writing this Affidavit, so under the Fed. R.Civ.Pro. Rule 616. The plaintiff request that the Affidavit Dr. Corbier proven be dismissed.

Page 2

7. The plaintiff request that this Court order on November 14, 2006, be set, and his Motion to Compile be granted, because the Defendant Dr. Darbouze did not Show Cause why the motion should not be Granted. All Dr. Darbouze did was say that it was not his medical Judgment that the plaintiff should have these profiles. That was not the Court's order. The order of the Court was for Dr. Darbouze to show good Cause why the Motion Should not be granted, and he have not did that.

(8). The Defendant has taking the plaintiff off his medication Which was for his back, since this Court has denied this the plaintiff Motion. The Defendant can not show no reason Other than him, saying it is against his medical Judgment, but what medical Judgment is this? This is what he should have shown this Court and the plaintiff.

(9). If this Objection is denied, then the plaintiff request to appeal this Judgment.

Wherefore, I Pray that this motion is granted.

Certification OF Servication

I hereby Certify I have Served a Copy of the foregoing upon the Defendant Counsel, by placing it into the Easterling Correctional Mail box on November 16, 2006.

Coxley Byrd

Page 3