In The United States District Court For
Middle District of Alabama

Courtney Boyd
Plaintiff
VS
Dr. Darbouze, et al,
Defendants

2:06-CV-511-WKW

RECEIVED 2006 NOV 27 A 10: 23
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AFFIDAVIT

Before me, The undersigned authority for the said County and State personally appeared the avant, Courtney Boyd, who is known to me, and after being duly affirmed, deposed and says as follows:

I, Courtney Boyd, after being fully sworn deposes follows:

The plaintiff, Courtney Boyd, write this Affidavit in support of both Motion For Good Cause & Objection to the Court Order/Appeals. The plaintiff filed for two Production of Documents, one on July 26, 2006, and on 8-12-06. This honorable Court ruled on the production of document from officer F. Whitehead, on 9-5-06, but ever ruled on the one for Defendants filed on July 26, 06. So the plaintiff ever received any documents from the Defendants, and he need these documents. It was also three interrogatories filed with the production of Documents filed on July 26, 2006. It was the plaintiff understanding that the Court only ruled on the Motion filed on 8-16-06, and say that the plaintiff has received these documents already, so they denied in apart in granted in parts. However the plaintiff never received any of the documents requested for on 7-26-06. See Exh 1.+A. So the plaintiff request that he be granted Admission and the Defendants be comple under RWC 37 to produce the Documents requested on 7-26-06. If the plaintiff is not given these documents it will prejudice his case.

On 11-9-06 The Defendants answer the court order on 10-18-06, where they was order to show good cause why the plaintiff Motion should not be granted. Twell the Defendants answer, but never show good cause why the motion should not be granted.

page 2

the Defendants never show good Cause, all he did was get a bullshit Affidavit from a doctor, who when he wrote these profiles, don't know that I had a Suit against the Company he worked for, and against Defendants for not given me these profiles. That's why he only said Dr. Darbouze have Seen me longer than him. Well Dr. Darbouze did not show good cause why the motion should not be granted, all he says is that it against his medical Judgment. But he don't show where he got his medical Judgment from. He gives no paper or document to show his reason for taken the plaintiff profiles. So therefore he don't answer this court order on 10-18-06.

On the other hand, the plaintiff lower back or lower body has gone out, and his legs had stop hurting him, also his stomach has not hurt him since he had these profiles. See the plaintiff medical records. The Defendant Dr. Darbouze has Stop the plaintiff medication, Sense this court denied the motion to Compel.

Dr. Bentley M.D., who the plaintiff has shown is certified to say what is wrong with his back, has said that he has a life long disability. She Says that the injury he received can not be seen by an x-ray, because it is not a broke bone. See the plaintiff Traverse at exhibit "C". The injury to the plaintiff back is Spondylolisthesis. The Defendant Dr. Darbouze, is now is he testafyoe for this now which is not true. There this court should granted the plaintiff his motion to compel, because his lower back or body has not gone out on him with them, like it did without them.

I hereby do Sworn that the forgoing is ture and correct to the best of my knowledge, Pursuant to 28 USC. Section 1746, I Courtney Boyd, do hereby sign under the penalty of perjury that the forgoing is ture and correct. Executed on 11-21-06

Courtney Boyd

page 1

Certificate Of Service

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel, by placing it into the Easterling Corr. Fac. Mail box, on 11-21-06

*[signature]*