IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                                      2:06-CV-511-WKW

DR. DARBOUZE, et al.,
Defendants.

## MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULE 26 & 34 RULE OF FED.R.CIV.PROC.

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to Rule 26&34 Fed.R.Civ.Proc. for the Defendants to production the following documents below within (20) days of serving this motion:

1. A full copy of every nurse that work Easterling Corr.Fac. HCU.

2. A full copy of every **nurse** that worked on 06/**02**/06.

3. A full copy of the defendants work **Schedule** on 6-**02**-06. This include there **Clocked** in work and **Who Clocked** out work **Schedule** for 6-**02**-06.

4. A full an clear color copy of Dr.Jean Darbouze **Medical license**, this include a certified copy of what medical fill.

5. A full clear an color copy both Nurse Wambles & Nurse Wilson medical license.

6. A full an clear copy of the plaintiff medical jacket.

7. A full an clear copy of every complaint & Grievance from filed by the plaintiff from 8-17-05 until 7-26-06.

8. A full an correct copy of the Administration Rules and Regulations that the Defendants are to follow.

PAGE 1

9. The Plaintiff request for these documents be given to him within (20) days so that he can properly answer the defendants special report due on Aug.24, 2006.

**WHEREFORE,** The Plaintiff prays that the defendants will produce the above documents within (20) days of receiving this Motion.

*Courtney Boyd*
Courtney Boyd

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants, by placing it into the Easterling Corr.Fac. Mail Box on July 26, 2006.

*Courtney Boyd*
Courtney Boyd