IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Upon review of the motion for good cause filed by the plaintiff on November 27, 2006 (Court Doc. No. 50), which the court construes as a motion for leave to conduct discovery, and as the information sought by the plaintiff is either totally irrelevant to the disposition of the issues pending before this court or cumulative to the information previously provided by the defendants, it is

ORDERED that this motion be and is hereby DENIED.

Done this 28th day of November, 2006.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE