IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff,
vs.

Dr. Darbouze et.al.,
Defendants.

Case No: 2:06CV-511-WKW

## MOTION FOR Preliminary Hearing

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court ProSe, pursuant to Rule 30 Fed. R.C.V. Proc. for Preliminary hearing on the above matter. The plaintiff submit the following in support of this Motion:

(1) The plaintiff filed a suit against the Defendants on 6-08-06, and filed an amend on 6-14-06. For retaliating against and denied him proper medical treatment on the day of the crime.

(2) The Defendants filed an Answer on 7-31-06, and on 8-25-06. The Defendant J. Whitehead filed his answer on 7-31-06. The other Defendants filed their answer on 8-25-06.

(3) The Plaintiff filed an Traverse on /  /06. The plaintiff filed a Motion to dismiss Officer Whitehead with his traverse.

page 1

(4.) The plaintiff file this motion to determine dispute facts of this case.

Wherefore, The plaintiff, prays that this honorable court will grant this motion and set a hearing on this case.

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Easterling Corr. Fac. Mailbox on 11-26-06.

Courtney Boyd

Page 2