IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff
vs.                                    2:06-CV-511-WKW

Dr. Darbouze et.al,
Defendants

Motion For Depositions pursuant to Rule 30 § 32 Fed.C.V.

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant Rule 30&32 Fed.R.C.V.Proc. For an Depositions for the Defendants and the witness. The plaintiff submit the following in support:

(1) The plaintiff request that this honorable Court for Order for depositions of the following Defendants and witnesses.

(2) The plaintiff for an depositions of the three Defendants on the above matters, so that he may have their statement under Oath, to the question he will ask at the hearing.

(3) The plaintiff will serve this honorable Court with a copy of the witness, when he get his Discovery request.

Wherefore, The plaintiff, prays that this honorable Court will grant him this motion and order the Depositions of the above persons.

page 1

Certificate OF Service

I hereby Certify that I have served a Copy of the foregoing upon the Defendants Counsel, by placing it into the Easterling Corr. Fac. Mail box on 11-26-06.

*[signature]*

Page 2