IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
|     Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for depositions filed herein by the plaintiff on November 29, 2006 (Court Doc. No. 55), and as the plaintiff fails to provide the court with requisite information, it is

ORDERED that this motion be and is hereby DENIED.  The plaintiff is instructed that prior to or in conjunction with filing such a motion he must (i) advise the court of the identity of the "officer authorized to administer oaths ...," e.g., a duly authorized court reporter, before whom each requested deposition shall be taken, Rule 28(a), *Federal Rules of Civil Procedure*, (ii) present "reasonable notice" of the depositions "in writing to every other party ... [stating] the time and place for taking the deposition and the name and address of each person to be examined ...", Rule 30(b)(1), *Federal Rules of Civil Procedure*, (iii) set forth in the aforementioned notice the method by which each deposition shall be recorded, Rule 30(b)(2), *Federal Rules of Civil Procedure*, and (iv) provide proof to the court that he has secured the funds necessary for payment of the costs of recording each requested deposition.

Done this 29th day of November, 2006.


    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE