IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, # 208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-00511-WKW |
| | ) [wo] |
| DR. DARBOUZE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the plaintiff's Objection to the Court Order on November 14, 2006/Notice of Appeal (Doc. # 51). The plaintiff objects to the November 14, 2006 Order of the Magistrate Judge (Doc. # 47) denying his earlier motion to compel. Under the guidance of Federal Rule of Civil Procedure 72(a), and after an independent review of the motion to compel, the Magistrate Judge's Order, and the plaintiff's objection, the court finds that the Magistrate Judge's order is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is ORDERED that the plaintiff's objection (Doc. # 51) is OVERRULED. It is further ORDERED that this case is hereby REFERRED back to the Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 30th day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE