IN THE UNITED STATE DISTRICT Court
For Middle District of Alabama

Courtney Boyd
plaintiff
vs.                                    2:06-CV-511-WKW
Dr. Darbouze

## Motion To Compel For Good Cause Shown

Comes Now, The plaintiff Courtney Boyd, makes into this honorable Court pursuant to 37 Rule. Fed. C.V. Proc. For the Defendant to Compel the discovery and Interrogaties filed on July 26, 2006. The plaintiff the following in support of this motion:

1. The plaintiff filed for Motion for product of Documents and Interrogaties on July 26, 2006 For Defendants Darbouze, Wilson, Wambles

2. The plaintiff filed for Motion For Product of Document and Interrogaties on 8-14-06, For Officer Whitehead.

3. This Court entered an order denied that request in part and grant in part. The Court order was for Discovery request filed on 8-14-06.

4. The plaintiff did not get the first Discovery request made on July 26, 06. But instead got a letter from the Defendant Counsel say that he will get with Kay Wilson, so that I may inspect my medical records. See Exhibit A, which is a copy of the letter.

5. The Law says that the plaintiff is entitled to one Discovery without the Court, and this is what was filed on July 26, 2006, which the Defendants has not given him yet.

page 1

6. The plaintiff has not been given an opportunity to an Discovery request, because the defendant has not given it to him.

7. This Court is now under the mindset that the plaintiff seek information previously provided by the defendants. However the defendants ever provided the discovery to the Plaintiff as requested on July 26, 2006.

8. The plaintiff prays that this honorable court will compel the Defendants to provided the plaintiff the things requested for in his Motion For produc Document and Interrogaties be answer within 10 days, because they have had time to provided it, but don't.

I hereby do swron that the forgoing is true and Corrected to the best of my knowledge pursuant to 28 USC. Section 1746, I, Cortney Bird, do hereby sign under the penalty of perjury that the forgoing is true and Corrected on 11-29-06.

Cortney Bird

Certificate of Service

I hereby Certify that I have served a copy of the forgoing upon the Defendants Counsel, by placing it into Rustierling Carr, Fae, mail box 29, 2006.

Cortney Bird

Page 2

LAW OFFICES

# RUSHTON, STAKELY, JOHNSTON & GARRETT

## A PROFESSIONAL ASSOCIATION

Charles A. Stakely
J. Theodore Jackson, Jr.
James W. Garrett, Jr.
Robert A. Huffaker
Thomas H. Keene
Richard B. Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W. Tyson
Robert C. Brock
F. Chadwick Morriss
T. Kent Garrett
Frank J. Stakely
William S. Haynes
Helen Crump Wells
Paul M. James, Jr.
Chris S. Simmons

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama 36101-0270

Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Website: www.rsjg.com

Robert C. Ward, Jr.
Bowdy J. Brown
Daniel L. Lindsey, Jr.
Patrick M. Shegon
Benjamin C. Wilson
L. Peyton Chapman, III
William I. Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr.
Richard L. McBride, Jr.
R. Mac Freeman, Jr.
James R. Dickens, Jr.
R. Brett Garrett
Bethany L. Bolger

*Of Counsel:*

Jesse M. Williams, III

August 8, 2006

Courtney Boyd (AIS# 208921)
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

Re:   Claimant:         Courtney Boyd
      Insured(s):       Prison Health Services, Inc., et al.
      Location:         Easterling Correctional Facility
      File No.:         7430-90

Dear Mr. Boyd:

I have received Magistrate Judge Coody's Order regarding your Motion for Production of Documents dated August 4, 2006. Pursuant to this Order, we are prepared to allow you an opportunity to inspect your medical records as relevant to this pending litigation. I will coordinate with Kay Wilson, R.N., H.S.A. to organize a time for you to review your records and request copies of those you deem pertinent in supporting your cause of action in this lawsuit. As you know, pursuant to Judge Coody's Order, you will be responsible for prepaying all expenses necessary in copying those documents you desire.

I will organize a time for you to inspect these documents with Ms. Wilson. Please forward any and all questions regarding this inspection to her.

Sincerely,

R. Brett Garrett

RBG2/ks