IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD, #208921, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) | |
| DR. DARBOUZE, et al., | ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

On December 4, 2006, the plaintiff filed a motion to compel (Court Doc. No. 59) in which he seeks an order requiring the defendants to file answers to interrogatories and provide copies of documents sought in discovery requests prepared by the plaintiff on July 26, 2006 and stamped filed by this court on August 3, 2006. Upon thorough review of the pleadings and documents filed in this case, it is clear that the information requested by the plaintiff in his interrogatories (Court Docs. No. 16-19) and motion for production of documents (Court Doc. No. 15) is either cumulative to that previously provided by the defendants as exhibits, made available to the plaintiff pursuant to the orders entered herein or totally irrelevant to a determination of the issues presented in this case. Accordingly, it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 5th day of December, 2006.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE