**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

BIBB
_____
INSTITUTION

Country Boyd                    208921   B/M
_____    _____  ____
NAME                              NUMBER    R/S

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Instructions: Double Portion Meals

Three times a day starting 5/8/03

Stop. 6/8/03  X  X  X  X

*Failure to follow the directions above may result in a disciplinary.*

5/7/03                    [signature]
_____         _____
Date Issued                 Signature

Exhibit A

F-53

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

*Bibb*

INSTITUTION

*Boyd Courtney*     *208921*   *BIm*

NAME            NUMBER    R/S

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

Instructions: *Double portions x 30 days.*

*6/18/03 stop 7/18/03*

*Failure to follow the directions above may result in a disciplinary.*

*6/18/03*

Date Issued           Signature

*Exhibit A*

Appt. Date: _5/19/03_

_NPD_

Auth #: _030 5/2/3 YR 03_

NaphCare
Hospital/Consultant Referral Form

Inmate Name: _COURTNEY BOYD_  AIS#: _208921_  Date: _5/7/03_

DOB: _12/11/81_  Race: _B_  Sex: _M_  Allergies: _____

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): _21 yo OM with upper epigastric pain_

_R/O gallstones_

SERVICES REQUESTED/PROVIDER: _US - R/O gallstones Abd pain_
_Weight loss_

Signature (M.D.): _____

Pertinent Chronic Conditions/Diagnosis: _Epigastric pain_

DOC Facility: _Staton_                              Time Out: _____

Receiving Facility/Hospital: _Southern Radiology_  Return Time: _____

Route of Transportation: (X) ___ Ambulance ___ DOC Van X Other _On-Site_

Date & Result/Last PPD: _2-3-03 0mm_    Date & Result/Last Chest X-Ray _____

OFFSITE HEALTHCARE REPORT: _____

_____

_____

Orders/Recommendations: _____

_____

_____

_____

_____

Physician: _____  Date: _____  Time: _____

Notify (Facility): _Bibb/Dallton_ at # (_205_) _526-1612_ of patient's discharge.

Advanced Medical Directive: Yes _____ (Attached) No _X_

Report called to: (Name/Title): _N/A_  Date: _____

Signature & Title: _N/A_  Date: _____

_Exhibit 6 A_

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203

# NaphCare Patient Registration
# Carraway Methodist Medical Center
# 1600 Carraway Blvd.
# Birmingham, Al. 35234

## All Admissions and Appointments Contact:
Fran Olmstead, RN (205) 502-6992, beeper 888 – 7896 (Mon – Fri weekdays)
Kathy Gray, RN (205) 502-6620 or 502-5620, beeper 676-0688    Fax (205) 502-5424
Nursing Supervisor  Beeper 954-1987 (After 3PM weekdays, weekends, holidays)
Security    502-6570  Fx: 502-5829
Fax form to Admitting: (205) 502-5268  Weekdays before 6PM
                       (205) 502-5696  After 6PM weekdays, weekends, holidays

## Registration and Billing Inquires
Annette Tedford  (205) 502-5292, beeper 804-2053, fax 502-5360

## Required Information

Patient's Name  Boyd, Courtney
  (Last Name)        (First Name)        (Middle Name)

Date of birth 12/11/81  AIS# 208921  Race B  Sex M

Procedure/Arrival Date  6 23   Inpatient____  (Outpatient X)  ER____

Range of dates convenient to transport inmates for appointments  June 16, June 19

Attending/Consulting Physician  A I - Consult Legend Barbara

Diagnosis/Symptoms/Procedure:  Upper ABd PN / Weight Loss / Consult

Miscellaneous Information_____

Correctional Facility  Bibb

Address  565 Bibb Lane Brent,

Phone/beeper of contact person  205 · 926 · 1612

Person Completing this Form  S. Gailen / Admin Assist

Revised 12/10/02

Exhibit A

Naphcare 208921



**CARRAWAY METHODI**
**MEDICAL CENTER**
1600 Carraway Boulevard • Birmingham, AL 35 34

Gastroenterology Laboratory
Endoscopy Report

Data Plate

Date: 06/12/03

Medication time 3⁵⁰ᵖᵐ (Demerol) 50 ᵐᵍ Valium ___ (Versed) 2 ᵐˡ Phenergan ___ Atropine ___ Glucagon ___

Narcan ___

BRIEF CLINICAL ABSTRACT: 21 YO BM c̄ persists epigastric pain after Rx for H.pylori; sx present > 4 mos

X-RAY REPORT: ∅

ENDOSCOPY FINDINGS: Esophagus, stomach + duodenum are normal. Any prior H. pylor gastritis obviously has resolved with treatment

DIAGNOSIS: Abdominal pain, undetermined cause. Rec — ✓ Abd ? cholelithrass; ? pancreatitis sonar + serum amylase next

Consider abd CT scan if sonar WNL,

Biopsy ___ Polypectomy ___ Hot Biopsy ___ # of specs ___
Dilation: Maloney ___ TTS Balloon ___ Savary ___ Duodenal Aspirate ___
Foreign Body Removal ___ Disp. Snare Wire ___ PEG Placement ___
PEG Removal ___ PEG Replacement ___ Injection of Varices ___
Jejunal Feeding Tube ___ Operating Scope ___ Proc. @ Bedside ___

Naphcare                                    _____ M.D.
REFERRING PHYSICIAN

Exhibit A



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _6/13/05_

**To:** _Elmore_

**From:** _HCU_

**Inmate Name:** _Boydj Courtney_    **ID#:** _20892_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _Work stop 24° for c/f BACK PAIN_

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

① BBP X 30 days

② LAY in for 24° x meals, BR, + meds.

_____

_____

**Date:** _6/13/05_ **MD Signature:** _Pleasant_    **Time:** _3⁵⁰ P_

_Exh b. 4 A_

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8-13-04

**To:** Staton

**From:** HCU

**Inmate Name:** Boyd, Courtney          **ID#:** 208921

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**

Back Brace x 6 months _____

_____

_____

_____

**Date:** 8-13-04   **MD Signature:** Russ tin CRNP   **Time:** 1040

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/10/04

**To:** State

**From:** SHCU

**Inmate Name:** Boyd Courtney          **ID#:** 268921

**The following action is recommended for medical reasons:**

1.  House in

2.  Medical Isolation

3.  Work restrictions

4.  May have extra _____ until _____

5.  Other

**Comments:** Back Brace X 60 days

**Date:** 6/10/04   **MD Signature:** _____ / RH Smith MD   **Time:** 3:20/p

Exhibit A

60418