IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
|     Defendants | ) |

**O R D E R**

On December 13, 2006, the plaintiff filed a motion to compel in which he seeks "his medical profiles back" and requests the court "to give him the thing requested on July 26, 06." *Court Doc. No. 61* at 3. The "thing" sought by plaintiff comprises answers to interrogatories and copies of documents referenced in discovery requests prepared by the plaintiff on July 26, 2006 and stamped filed by this court on August 3, 2006. As the court has advised plaintiff, "the information requested ... in his interrogatories (Court Docs. No. 16-19) and motion for production of documents (Court Doc. No. 15) is either cumulative to that previously provided by the defendants as exhibits, made available to the plaintiff pursuant to the orders entered herein or totally irrelevant to a determination of the issues presented in this case." *Order of December 5, 2006 - Court Doc. No. 60.* Moreover, based on the evidentiary materials attached to the medical defendants' November 9, 2006 response, the court determined that plaintiff is not entitled to issuance of the medical


profiles he seeks. *See Order of November 14, 2006 - Court Doc. No. 47.* Accordingly, it is

>ORDERED that the motion to compel be and is hereby DENIED.

>Done this 14th day of December, 2006.

>/s/ Charles S. Coody
>CHARLES S. COODY
>CHIEF UNITED STATES MAGISTRATE JUDGE