IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT COURT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                            CV-511-WKW

Dr. DARBOUZE et.al.                            2:06cv511-WKW
Defendant

### MOTION FOR TRIAL BY THE COURT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to Rule 39 (b) Fed.R.Civ.Proc. requesting that an trial be held by this Honorable Court on the above matter. The Plaintiff submit the following in support of this motion:

(1) The Plaintiff filed an complaint against the above defendants for retaliating against him by taking his back brace and profiles, because the plaintiff filed an complaint to the head officer against them for not giving him proper medical care.

(2) The Plaintiff has sufferd serious pain because the Defend-nant took his back brace. His lower back pain started making his whole lower body go out and numb. This curl and unsual punishment being inflicted upon the plaintiff is without just cause, it was done to cause serious harm to the plain-tiff.

(3) The Plaintiff request that he be given an trial by the

page 1

court to determine if this case has to go before an trial by an jury. The Plaintiff request that this Honorable Court will set this matter down for an trial by the court to determine if it has to be trial before an jury, or can both praty come to an understanding.

(4) When trial by jury has been demanded as provided in Rule 38, the action shall be designated upon the docket as a jury action.

**WHEREFORE** The Plaintiff prays that this Honorable Court will grant this Motion and set this matter down for an trial by this Honorable Court.

_____
Courteny Boyd

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon teh Defendants counsel, by placing it into the Easterling Corr.facv. Mail Box on: January 5, 2007

_____
Courteny Boyd