IN THE UNITED STATES DISTRICT COURT OF ALABAMA

Courtney Boyd

Plaintiff

Vs.

Dr. Darbouze,
Defendant et.al,

Case No: 2:06-cv-511-WKW

RECEIVED
2007 FEB 15 A 9:16
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### MOTION TO COMPEL FOR GOOD CAUSE SHOWN

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court purusant Rule 37 (a) FED.CIV.PROC.. The Plaintiff request that the Defendants be compel to order D.O.C. to return his back brace that was taken on Jan.29,2007. The Sgt. Called the Defendants and asked them if the plaintiff had an right to have his back brace. The Defendants told him that know the palintiff was not allowed to have his back brace because his profile had ended. However the Defendants are not the one who gave the plaintiff this back brace and they should have told Sgt.Huelett to take my back brace and make me send it home, when the plaintiff it to help support his back. See Exhibit A, which is an copy of the Property Sheet, which show that they took one Black Back Brace.

**Wherefore,** The Plaintiff prays that this Honorable Court will grant this Motion and order the Defendants to order Sgt.Huelett to return the plaintiff back brace.

CERTIFCATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants counsel, by placing it into Easterling Corr.Fac.Mail Box On: 2-12 _____ 2007.

Courtney Boyd

Page 1

Courtney Boyd #208421 D-1-57A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

The United States District Court
P.O. Box 711
Montgomery AL
36101