**INSTITUTION:** Easterling

INMATE _Country Boyd 208921_ DATE _Jan. 29, 2001_

| | | | | |
|---|---|---|---|---|
| | 1. | BIBLE (1) | 9. | TENNIS SHOES - WHITE (1 pr.) |
| | 2. | STATIONARY/STAMPS | 10. | SHOWER SHOES (1 pr.) |
| | 3. | PENCIL (1) | 11. | RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS |
| | 4. | SOCKS - WHITE (6 pr.) | 12. | WALLET (1) |
| | 5. | UNDERSHIRTS/UNDERWEAR - WHITE (6) | 13. | WRIST WATCH (1) - $25.00 VALUE OR LESS |
| | 6. | HANDKERCHIEFS (6) | 14. | WEDDING BAND (1) - $50.00 VALUE OR LESS |
| | 7. | TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS | 15. | RADIO — EARPHONES (1 ea.) - PURCHASED FROM CANTEEN |
| | 8. | LEGAL PAPERS | 16. | BOOKS (3) - RELIGIOUS, LEGAL OR EDUCATIONAL (APPROVAL BY WARDEN REQUIRED) |

### DECLARATION OF VALUE

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $_____ WRIST WATCH $_____ WEDDING BAND $_____

_____ 208921        Thomas Bailey CCI
(INMATE SIGNATURE)                       (WITNESS)

### PROPERTY STORED IN THE RECEIVING AREA:

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE, OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

Black
1- Black Brace

_____ 208921        Thomas Bailey CCI
(INMATE SIGNATURE)                       (WITNESS)

*(See reverse side for instructions)*

N795
Rev. 6/9/83