IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on February 15, 2007 (Court Doc. No. 65), and in light of the response filed by the medical defendants on November 9, 2006 (Court Doc. No. 46) in which these defendants assert that a medical profile for a back brace is not medically warranted, it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 16th day of February, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE