IN THE DISTRICT COURT OF ALABAMA
FOR THE DISTRICT

Courtney Boyd #208921
Plaintiff
VS.
Dr. Darbouze, et al
Defendants

C.V. Action No: 2:06-CV-511-WKW[WO]

RECEIVED 2007 FEB 22 A 9:21
_____ P. HACKETT, CL__
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion for Jury Trial By The Court For Good Shown:

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to Rule 38 Fed. R. Civ. Proc. The plaintiff submit the following in support:

1. The plaintiff filed an suit against the above Defendant on 6/8/06.

2. The plaintiff suit filed an motion to compel on 2/13/07 Asking this honorable Court order the Defendants and D.O.C. to Return his back brace.

3. The plaintiff Motion for Jury by the Court is filed timely pursuant to Rule 38 (b) Fed. R. Civ. Proc. because it is within ten day of my last pleding.

Wherefore, The plaintiff prays this motion will be grant and an trial date set.

Court [signature]

page 1

Certificate OF Service

I hereby Certify that I have served a copy of the foregoing upon the Defendants counsel, by placing it into Easterling Corr. Fac. on February 18, 2007.

*[signature]*

page 2

Courtney Boyd #208921 L-75-7A
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
P.O. Box 711
Montgomery, AL
36101

US POSTAGE $00.39
FEB 21 2007