IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

VS                                          Case No: 2:06 CV-511-WKW

Dr. Darbouze et. al.,
Defendants

RECEIVED 2007 MAR 20 A 9:53 A. P. HACKETT, CL. U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Motion For Good Cause To Obtain leave of ~~The Court Pursuant to Rule 30(a)(2) Fed. R. Civ.~~

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant to Rule 30(a)(2) Fed. R. C.V. Proc. The Plaintiff Submit the following in support:

(1). The plaintiff filed a Complaint on 6-06-06 against the above Defendants for violating his 8th & 14th Amendment.

(2) Rule 30(a)(2) A party must obtain leave of Court, which Shall be granted to the extent Consistent with the principles stated in Rule 26(b)(2), If the person to be examined is prison or if without the written Stipulation of the parties.

(3) The plaintiff have Dunn, King & Associates at 2800 Zelda Road. Suite 100-2, Montgomery, AL 36106, Said that they will all of the depositions if I get an order that the costs will be Covered through the Court System.

page 1

4. The plaintiff request that he be grant leave, and an Order Dunn, King & Associates, L.L.C. can take the depositions he want. So that he may have the defendant under oath for their testimony at the trial of this case which was filed 11/02/06, which was filed while the plaintiff was in lock up, which has not been over on.

5. The plaintiff will forward this Court and Dunn, King & Associates, and the Defendant Counsel once leave is granted, and a Court Order is sent to Dunn & King & Associates, Firm Owner, Ms. Pat Higgins.

6. The plaintiff request a deposition of the following peoples: The Defendants Jean Darbouze M.D., Kay Wilson R.N., H.S.A., and Cynthia Zwambles R.N., Paul Corbier M.D. at Staton Corr. Fac. Hcu. Officer ~~____~~ Whitehead, Dr. Corbier, and Officer Whitehead will be called as witness because both have knowledge of the case at hand. Also any witness called by the Defendant.

Wherefore, The plaintiff prays that this Honorable Court ~~_____~~ grant him leave and order the deposition of the above people.

*[signature]*

Page 2

Certificate OF Service

I hereby Certify that I have served a Copy of foregoing upon Defendant Counsel, by placing it into Easterling Corr. Fac. on March 19, 2007.

*[signature]*

page 3



MONTGOMERY AL 361
19 MAR 2007 PM 4 L

Courtney Boyd #208921 (J-X-6A)
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

District Court For Middle District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."