IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

On March 20, 2007, the plaintiff filed a motion to obtain leave of court under Rule 30(a)(2), *Federal Rules of Civil Procedure*, in which he requests that the court enter an order that all costs of depositions taken at his request be paid by the court to Dunn, King and Associates. Upon consideration of the motion to obtain leave of court, and as the court is not responsible for payment of costs associated with discovery undertaken by a party, it is

ORDERED that this motion be and is hereby DENIED.

Done this 21st day of March, 2007.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE