IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on March 22, 2007 (Court Doc. No. 71), which the court construes as a motion for leave to submit jury demand, and for good cause, it is

ORDERED that this motion be and is hereby DENIED as the plaintiff failed to serve this request within the time mandated by Rule 38(b), *Federal Rules of Civil Procedure*. The plaintiff is advised that the motion to compel referenced as his "last pleading" is not a pleading directed to an issue triable by jury within the meaning of Rule 38(b).

Done this 23rd day of March, 2007.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE