IN District Court of Middle District Of Alabama

Courtney Boyd
   Plaintiff
VS.                                    Case No: 2:06-CV-511-WKW
Dr. Darbouze et Al,
   Defendant

RECEIVED
2007 MAR 28  A 10:00

Motion For Statute up Date

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court seeking an statutes up Date on the Motion For Trial By Court or Jury Filed on 11-02-06. See Exhibit A. Please let the plaintiff know the statutes of his motion. The plaintiff submit the following:

1. The Plaintiff was in lock up when this motion was filed, and he used the prison mail box rule when filing it. The plaintiff had to file for an out time Appeal on his Case CV-1780-TMP. which was also never send out by the mail lady here on time, see 05-CV-1780-TMP.

2. The plaintiff request that is this Honorable Court did not received this motion, that they will take the copy being sent to them as the original one.

Pursuant to 28. U.S.C. Section 1746, I, Courtney Boyd do hereby sign under the penalty of Perjury that the foregoing is true and correct on 3-26-07.

              (signature)

Certifice of Service
I hereby Certify that I have served a copy of the foregoing upon the Defendants, Counsel, by placing it into Easterling Corr. Facy Mail Box on March 26, 2007.
              (signature)

Page.