In The United States District Court For
Middle District of Alabama

Courtney Boyd #208921
Plaintiff

VS.

Dr. Darbouze, et al.
Defendant

2007 MAR 22 A 9:50

Case No: 2:06CV-511-WKW

## Motion For Trial By Court or Jury Pursuant 39 Fed. R. Civ. Proc.

Comes Now, The plaintiff, Courtney Boyd Pro/se moves into this Honorable Court Pursuant to Rule 39 Fed. R. Civ. Proc. The plaintiff submit the following:

1). The plaintiff filed a Motion To Compel on Oct. 19, 2006, requesting that his medical profiles be renew by the Defendants.

2. The Defendant was order to show Good Cause why the plaintiff profiles should not be renew on or before Oct. 30, 2006.

3. The Defendant filed for a (10) days Extension on Oct. 30, 2006.

4. The plaintiff request for trial by the Court pursuant 39 Rule of Fed. Civ. Proc.

5. The right of trial by jury or Court as declared by the Seventh Amendment to the Constitution or as given by a State of the United States shall be preserved to the parties inviolate.

page 1

Exhibit A

I

LEGAL USE ONLY

6. Rule 38(B) Demand. Any party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than (10) days after the service of the last pleading directed to such issue.

7. The plaintiff last pleading on this issue was Oct. 17, 2006. The Defendant filed there extension on Oct. 30, 2006. The Plaintiff make his demand on Nov. 2, 2006.

Wherefore, the plaintiff prays that this Honorable Court will grant this motion an set this matter down for an trial.

Courtney Boyd

Certificate of Service

I hereby certify that a copy of the foregoing is served upon the Defendant's Counsel, by placing it into Easterling Corr. Fac. Mail Box on Nov. 2, 2006.

Courtney Boyd

Pursuant to 28 U.S.C. Section 1746, I, Courtney Boyd do hereby sign under the penalty of perjury that the foregoing is true and correct. Executed on 11-2-06.

Courtney Boyd

page 2

Courtney Boyd Howell B-1-4D
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
27 MAR 2007 PM 2 L

United States District Court
District of Alabama
P.O. Box 711
Montgomery, AL
36101