

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Courtney Boyd   Date of Request: 3-26-07
ID #: 208921   Date of Birth: 12-11-81   Location: B-1-90

Nature of problem or request: I need to see the Doctor when my back went out and I could move for 4 hours. I wet myself in bed and because I could not move. Also I sleep on the floor and that is hurting my back worse. So please call me over. I told all three shift this problem.

Signature: Courtney Boyd

**DO NOT WRITE BELOW THIS LINE**

Date: 3/27/07
Time: 9:40  AM / (PM)
Allergies: _____

RECEIVED
Date: 3-27-07
Time: _____
Receiving Nurse Initials: _____

(S)ubjective: See nurse note dated 3/5/07

(O)bjective (V/S):  T: ___  P: ___  R: ___  BP: ___  WT: ___

"Exhibit A"

(A)ssessment:

(P)lan:

Refer to: MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



Courtney Boyd #208921
200 Wallace Dr.
Clio, AL 36017

United States District Court
P.O. Box 711
Montgomery, AL 36101

Legal Mail