IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

vs.

Dr. Darbouze, et al.,
Defendant

Case No: 2:06-CV-511-WKW

## Motion For Discovery

Comes Now the plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to Rule 26 of Fed. R. Civ. Proc. The plaintiff submit the following:

1. The plaintiff request for the following thing below, form the Defendant, so that he may answer their response that his due May 10, 2007. So the plaintiff request that the following be forward to him by April 30, 2007.

1. A Clear Copy of every Complaint and Grievance filed by the Plaintiff dating from 8-16-05 until April 6, 2007.

2. A Clear Copy of the Prison Health Services Administration Rule that deal with nurse and Doctor duty.

3. A Clear Copy of the Defendants Medical License this is for each the listed in this Suit.

4. A Clear Copy of every Complaint and Grievance that has been filed against All of the Defendant from 1-24-98 until 4-6-07.

Page 1

Wherefore, The plaintiff prays that the Defendant will forward him the above April 30, 2007.

*Courtney Boyd*

Certificate of Service

I hereby Certify I have served a copy of the foregoing upon the Defendant Counsel, by placing it into Easterling Corr. Fac, Mail Box on April 6, 2007.

*Courtney Boyd*

Page 2