IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #200921
Plaintiff
VS.                                  Case NO: 2:06-CV-511-WKW

Dr. Darbouze, et al,
Defendants

Motion For Interrogaties For Good Cause Shown:
Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court pro/se pursuant to Rule 26 & 33 Fed. R. Civ. Proc., And authority herein files and present, his interrogaties direct at Defendants, Jean Darbouze, Kay Wilson, Cynthia Zchambles, Susanne Bush, who should answer these interrogaties under Oath within (28) days of receiving them. Their answer must be filed by Apr. 20, 2007. If theist a name by a number, then that person should only answer:

**Interrogaties**

1. For each Defendant to list their full name & home address?
2. For each Defendant to list their age and Date of birth?
3. For each Defendant to list how long they have been a resident of Alabama, and what County they live now?
4. How long have they been employed by Prison Health Service?
5. If they ever had a serious Complaint or Grievance filed against you by any inmate. If so please produce a clear copy of every one of them?

Page 1

6. If any one of the Defendants is married and have children, listed how long you been married, and how old are your children?

7. Have any of you been arrested prior to your employment within the Prison Health service. If so listed what the charge was, and when the charge happen?

8. Listed your complete educational background, that including any special classes you participated in? Produce each copy of the classes you all was in.

9. Dr. Darbouze can x-ray read the soft tissue in the spinal cord if something was wrong with it? or can x-ray only read broken bone?

10. Ms. Wilson ~~are you in~~ charge of all the nurses and doctor?

11. Ms. Wambles is it standard for an nurse to tell an inmate to sign up for sick call when his lower back and body goes out? Is it standard for an nurse to tell an inmate there nothing with him, when he is brough up that on a stretcher?

12. Ms. Bush is it standard for an nurse to have an inmate who's lower back and body has gone out, and who was brough to the Hcu on a stretcher, to have two inmate pick him up and place him in the waiting room?

Wherefore, the plaintiff prays that the Defendants will answer these interrogatives by April 30, 2007.

Page 2

Certificate Of Service

I hereby Certify that I have Served a copy of the foregoing upon the Defendant's Counsel, by placing it into the Easterling Corr. Fac. Mail Box on April 6, 2007

*[signature]*

Page 3

Courtney Boyd #208421 Seg B-1-4
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

U.S. District Court For Middle District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."