IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to submit interrogatories filed by the plaintiff on April 11, 2007 (Court Doc. No. 79), and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED with respect to interrogatories 1, 2, 3, 6 and 7 as these interrogatories are wholly irrelevant to the issues pending before this court.

2. On or before April 27, 2007, the defendants shall object or otherwise respond to interrogatories 4, 5, 8, 9, 10, 11 and 12.

Done this 12th day of April, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE