IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| COURTNEY BOYD (AIS #208921), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | 2:06-CV-511-WKW |
| | * | |
| DR. DARBOUZE, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY TO ORDER DATED APRIL 12, 2007

COME NOW Defendants, Prison Health Services, Inc., Jean Darbouze, M.D., Kay Wilson, R.N., H.S.A., Cynthia Wambles, R.N., and Susanne Bush, L.P.N. and respectfully request that this Honorable Court extend the time period which these Defendants have to file a reply to this Court's Order of April 12, 2007 by fifteen (15) days, up to and including May 14, 2007. As grounds for this Motion, Defendants show to the Court as follows:

1. Counsel for Defendants has forwarded information necessary for responding to Plaintiff's interrogatories to the appropriate Defendants at Easterling Correctional Facility. However, due to scheduling conflicts outside of the Defendants' control (relating to their individual practices) Defendants require additional time to respond to Plaintiff's interrogatories.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

*s/ R. Brett Garett*
R. BRETT GARRETT (GAR085)
Attorney for Defendants Prison Health Services, Inc., Jean Darbouze, M.D., Kay Wilson, R.N., H.S.A., Cynthia Wambles, R.N., and Susanne Bush, L.P.N.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON &
 GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 26th day of April, 2007, to:

Courtney Boyd (AIS# 208921)
EASTERLING CORRECTIONAL FACILITY
200 Wallace Drive
Clio, Alabama 36017

*s/R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Defendants Prison Health Services, Inc., Jean Darbouze, M.D., Kay Wilson, R.N., H.S.A., Cynthia Wambles, R.N., and Susanne Bush, L.P.N.