IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Cartney Boyd #208921
Plaintiff
VS.

Case NO: 2:06-CV-511-WKW

Dr. Darboure et. al.,
Defendant

## Motion For Leave For Extraordinary Expense

Comes Now The plaintiff, Cartney Boyd, moves into this Honorable Court seeking leave for Extraordinary Expense for the Depositions to be taken in this case before Trial. The plaintiff Submit in Support:

1. The plaintiff is incarcerated at Easterling Corr. Fac., and is unable to pay for any Depositions, that will be need to show his claim.

2. The Plaintiff has Dunn, King & Associates who will taken the Depositions that the plaintiff needs.

3. The Depositions are much need in this case, so that the plaintiff have the Defendant testimony, which will be asked at Trial or the hearing in this case. The Depositions will allow the plaintiff to have the Defendant under oath, to the question he will ask them at the Trial or hearing of this case. The Plaintiff will sign a Consent from, and agree to pay the Court back for every Deposition taken, because they are need to prove his claim against the Defendants.

page 2

LEGAL USE ONLY

4. The plaintiff request that a Depositions be taken on all of Defendants in this case, as well as Officer Whitehead, Nurse K. Johnson, C. McDaniels for these person are need to prove his Claim in this case.

Wherefore, The plaintiff prays that this Honorable Court will grant him leave for Extraordinary Expense for his Deposition that are need to prove his Claim against the Defendant in this case.

*[signature]*

Certificate of Service

I hereby Certify that I have Served the foregoing upon the Defendant Counsel, by placing it into Bullock Corr. Fac. Mail Box on April 24, 2007,

*[signature]*

Page 2

Courtney Boyd #208921
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

United States District Court
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."