IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD (AIS #208921), | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | 2:06-CV-511-WKW |
| | * |
| DR. DARBOUZE, et al., | * |
| | * |
| Defendants. | * |

### AFFIDAVIT OF SUSANNE BUSH, L.P.N.

**BEFORE ME,** Linda E. Teal, a notary public in and for said County and State, personally appeared **SUSANNE BUSH, L.P.N.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Susanne Bush, L.P.N. I am over the age of twenty-one and am personally familiar with all the facts set forth in this Affidavit. I have been a licensed practical nurse in Alabama since 1995. I have worked continuously as a nurse at Easterling Correctional Facility in Clio, Alabama since that time. Since November 3, 2003, and at all times relevant to this case, my employment has been with Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Courtney Boyd (AIS #208921) is an inmate currently incarcerated at Easterling Correctional Facility. I have reviewed Mr. Boyd's Complaint in this action as well as his medical records (certified copies of which have previously been produced to the Court).



DEFENDANT'S EXHIBIT B

It is my understanding that Mr. Boyd has amended his Complaint to allege that I failed to provide him with appropriate medical evaluation and treatment for a back condition on June 2, 2006. Mr. Boyd's allegations are simply unfounded.

I did not provide Mr. Boyd with a nursing evaluation on June 2, 2006. A review of Mr. Boyd's medical records indicates that I did evaluate Mr. Boyd on May 28, 2006 subsequent to him submitting a sick call request to see Dr. Darbouze for a "No prolonged standing" profile and for a complaint that his extremities had "gone out."

I evaluated Mr. Boyd at 1:30 p.m. on May 28, 2006. I noted that he had a subjective complaint for wanting to get specialty profiles renewed and a subjective history of lower back pain. Upon examination, I determined that he ambulated to the health care unit with a steady gait. He was alert and oriented times three with normal respirations and pulse. There was no visible distress noted.

Subsequent to providing Mr. Boyd with examination, I referred him for a physician evaluation on June 2, 2006. I did not provide Mr. Boyd with any nursing evaluation during the month of June 2006.

Based on my review of Mr. Boyd's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. At all times, myself and the other healthcare providers at Easterling have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care was adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time did I or any of the medical or nursing staff at Easterling Correctional Facility deny Mr. Boyd any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Boyd. At all times, Mr. Boyd's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayeth not.

*Susanne Bush LPN*
SUSANNE BUSH, L.P.N.

STATE OF ALABAMA    )
                    )
COUNTY OF Barbour   )

Sworn to and subscribed before me on this the 10th day of May, 2007.

*Linda E. Deal*
Notary Public
My Commission Expires:
7-15-07