IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
VS.
Dr. Darbouze et al.,
Defendants

CV-2:06-511-WKW

RECEIVED
2007 MAY 14 A 9:59
DEBR___ U.S. ___ COURT
MIDD___ ___ OF ALA.

## Motion For Good Cause Shown For Depositions Upon Written Questions Fed. R. C.V. Proc 31(a)(1)

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to 31(a)(1) Fed. R. C.V. Proce. The Plaintiff submit the following in support:

1. The Plaintiff request that Depositions upon written Questions be grant, so that the plaintiff may have the Defendants, witness all under oath for the Question to be asked at the trial or hearing.

2. The plaintiff request that this Honorable Judge issuing an order for the Warden of Easterling Corr. Fac, to provide the plaintiff with the paper and type write, so that he may be able to write his Question. Because he is unable to buy legal paper or ink pen, because he does not have the money to do so with.

3. The plaintiff request that if this Honorable Judge is unable to grant this motion, then he request that a Counsel be given, because he is unable to work on this suit, in lock up with proper legal help.     Page 1

4. The plaintiff will request a Deposition of the following people: All (4) Defendants in this case, Kelly Johnson, RN., any witness that the Defendants may call as a witness.

Wherefore, The plaintiff, prays that this Honorable Court will grant this Motion and order the written Deposition be taken, and that warden of Easterling Corr. Facs. allow the plaintiff to use the type-write, and give him the amount of legal paper need to write his Deposition or appoint him a Counsel to help him.   *[signature]*

### Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Defendant Counsel, by placing it into Easterling Corr. Fac. Mail Box on May 7 2007

*[signature]*

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
    Plaintiff

VS.                                    2:06CV-511-WKW

Dr. Darbouze et al,
    Defendants

RECEIVED
2007 MAY 14 A 9:59

## NOTICE OF DEPOSITION OF Defendants/Witness

Please take notice that, on the Defendants; pursuant to the Fed. R. Civ. Proc. Plaintiff, Courtney Boyd will take the deposition of Jean Darbouze M.D, Kay Wilson RN, H.S.A, and Cynthia Wambles R.N, Susanne Bush LPN, Kelly Johnson RN before a notary public or some other officer authorized by law to administer oaths. The Deposition will be taken at Easterling Corr. Fac. located at 200 Wallace Dr, Clio, AL, 36017. You are invited to attend and participate.

The Deposition will be taken as following;

1. Ms. Cynthia Wambles R.N. at 10:00am on June 04, 2007.
2. Ms. Kelly Johnson R.N. at 10:00am on June 05, 2007
3. Ms. Susanne Bush LPN, at 10:am on June 06, 2007
4. Ms. Kay Wilson R.N., H.S.A, at 10:00am on June 07, 2007
5. Ms. Jean Darbouze M.D. at 10:00am on June 08, 2007

The deponent is requested to produce the following documents and things, at the time of his/her deposition;

Page 1

1. All documents in his or her possession, custody, or control, regarding the issues in this lawsuit.

2. All document regarding the nurse staff of Prison Health Service.

3. All investigation relating to the claims made by Lartey Boyd, including but not limited to any recorded statement taken during said internal investigation.

Certificate of Service

I hereby certify that I have served a of the foregoing upon the Defendant Counsel by placing it into Easterling Corr. Fac. mail box on May 7 2007.

*[signature]*

Page 2

Courtney Boyd #208921 13-1-1
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL
07 MAY 2007 PM 2 L

United States Middle District
P.O. Box 711
Montgomery AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the or content of the enclosed communication."