IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED 2007 MAY 17 A 9:52

Courtney Boyd #208921
Plaintiff

VS.

Case No: 06-CV-511-WKW

Dr. Darbouze et al,
Defendant

Motion For Court Order For The Warden At Easterling Corr. Fac. To Produce Their Legal Mail Docket For the month of May 1-18, 2007:

For Good Cause Shown:

Comes Now, The Plaintiff, Courtney Boyd, makes into this Honorable Court, seeking to have Easterling Corr. Fac. Legal Mail Docket For the Month of May Produce, because the plaintiff has not received any special Report (Doc. 76) an answer from Defendant Susanne Bush, which was due on May 10, 2007. Also the plaintiff has not received any answer to the interrogatories (Doc. 79) which was due on May 14, 2007. As of this date the plaintiff has not received any thing from the Defendants Counsel. The plaintiff however did receive a letter on May 1, 2007, For the Defendants Counsel, but nothing else from him. The plaintiff request that this Motion be granted, so that this Honorable Court will see that the plaintiff has not received any answer from the Defendants Counsel. see Exhibit I, which is a copy the received on May 1, 2007, from the Defendants Counsel.

Wherefore The plaintiff pray that this Honorable Court grant this motion.

04-14-07.

Certificate of Service

I, hereby Certify that I have served a Copy of the forgoing upon the Defendants Counsel, by placing it into Easterling Corr. Fac. Mail Box on May 14, 2007.