# IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Bord
Plaintiff

VS.

Dr. Darbouze et. al,
Defendants

RECEIVED
2007 MAY 17  A 10 41

Case No. CV-511-2152

## TRAVERSE TO THE DEFENDANT Special Report

Comes Now, The plaintiff, Courtney Bord, moves into this Honorable Court Of Judge Charles S. Coody, Chief United State Magistrate Judge For the United States District Court For the Middle District of Alabama:

1. The Plaintiff has not had the chance to take a review of Defendant's Special which was due May 10, 2007. because He was never Served any Copy of it, by the Defendants Counsel. Nevertheless, The plaintiff will still try his best to answer the unserved Special Report of the Defendants.

2. If the Defendant has try to pledd qualified immunity, She Can't, because she is only Contract to give inmate Medical Care, through ADOC.

3. The Defendant Bush has Constantly Pick and mess with the

Page 1

plaintiff, and denied the Plaintiff Proper medical help. She made two inmate pick the plaintiff up and put him back, in the waiting room, even through, she knew that I was brought up to the HCU on a Strecher. See Exhibit A, which is of the Grievance Sent to Defendant Kay wilson, which she ever answer or response to nurse Bush Picking at the plaintiff.

4. The Plaintiff filed a Motion to Amend the complaint in the Northern District court, because the Defendant was threatening and given the plaintiff imporper medical care. See Exhibit B, which is a copy of the Motion filed, to the Northern District court. The Northern District Court said I must do another suit on these claim,

5. The Defendant Bush has constantly denied the plaintiff medical care, every since and before this suit was filed. This Honorable Judge Said that the plaintiff has to do another suit along with Defendant did in march 2007. The Defendant Bush has denied the plaintiffs medical care, with the intent to cause him serious bodily harm.

Whereas, The plaintiff prays that this Honorable court will grant this his Traverse, because he respond the best way he can, with the Defendant Special Report.

### Certificate of Service
I hereby certify that I have served a copy of the foregoing upon the Defendant Cansel, by placeing it into Kilberling correctun mail Box on May 14, 2007.

Page 2

