06CV511

Argument In Support OF Traverse

The plaintiff files his answer to their Special Report as follows:

The plaintiff claims that the defendant are well aware of his lower back pain problem, but has failed to provide him with adequate medical care.

The Defendants said in their Special Report filed on August 24, 2006. That "The only way the Defendants may only be liable if they had knowledge of Boyd's medical condition. Hill 40 F.3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estell, 429 U.S. at 104-105. Obviously, Boyd cannot carry his burden. See Special Report filed on 8-24-06 at 12.

The evidence submitted with the plaintiff Original Complaint, Traverse on 9-6-06, Shows that the Defendant did act intentionally and recklessly to deny or delay medical care and to interfere with the treatment which was prescribed and directed.

The Defendant knew of the Plaintiff lower back problem, but instead of helping it, they made it worse, because the plaintiff Arms, legs, Hands, feets, penis, as well as his whole lower back goes out on him. The Defendant gave the plaintiff a back brace Profile, and bottom bed profile for six months on 4-1-06.

The Plaintiff wrote a complaint to the head on 5-4-06, and the Defendant got mad with him, and had the Cpt. Knox

Page 1

To call me to his office, and said I can't be writing to no head office about anyone. On 6-2-06, the Defendant discontinued the plaintiff profiles, which he had just written in 4-21-06, for six months. Just 28 days later, after the plaintiff wrote the head office complaining, the Defendants discontinued the plaintiff profiles out of retaliation against Boyd.

The plaintiff produce with this court on (Doc 36) at Exhibit C which is a medical report of Dr. Amy L. Bentley, saying "Courtney Boyd has been given a life-long disability due to his back injury. The Defendants knew this, but still would not give the plaintiff proper medical care.

Under the Fed. R. Civ. Proc., in order for a plaintiff to win their claim under a 1983, they must prove a preponderance of the evidence, which mean they that they are saying happen more than it did not happen. To be award compensatory damages, they must show that they have suffer an insury, which you will not be able to work, you will be award compensatory damages for that insury, and compensated for lost wages. Now punitive damages are when a plaintiff can show where a defendant knew of his insuries, but action without reason and were in deliberate indifference to his serious medical need, and it was done maliciously and sadistically to cause harm to the plaintiff. Now all of the Defendant knew of the plaintiff back insury. But, if that was not bad enough, that the plaintiff already had a very bad back insury, the Defendants took his back brace on 6-2-06, and

Page 2

Just within 10 min of that, his whole lower body went out. And Boyd was put on a stretcher, because he could not stand up. Every since 6-7-06, the plaintiff has suffer worse pain then before, because his arms, hands, legs, feets, penis, are all numb and on him, because of the Defendants Cruel and Unusual punishment that has been inflicted upon him.

A "Serious Condition" is an objectively serious medical need that if left unattended, poses a serious risk of harm. Taylor vs. Adams 2 1 F.3d 1254 (11th Cir. 2000). The Condition must have either been diagnosed by a physician as mandating treatment or be "so obvious that even a lay person would easily recognize the necessity for the doctor's attention. Hill vs. DeKalb Regional Youth Detention Center 40 F.3d. 1176 (11th Cir. 1994)." Farrow vs. West 320 F.3d. 1235 (11th Cir 2003). Estelle vs. Gamble 429 U.S. 97, 104 (1976).

Wherefore, The Plaintiff prays that this matter will be set down for an trial by the Court or by the Jury. So that this Hon. Court will see that the Defendant retaliated against the plaintiff.

Certificate of Service

I hereby Certify that I have Served a copy of the foregoing upon the Defendant Counsel, by placing it into Easterling Corr. Fac. Mail Box on May 14 2007

Page 3

IN THE UNITED STATES MIDDLE DISTRICT
OF ALABAMA

Cartney Boyd #207921
Plaintiff

vs.

Dr. Darbouze et al.,
Defendants

Case No: 06-CV-511-WKW

State of Alabama ]
County of Bo    ] AFFIDAVIT

I, Cartney Boyd, who is known to me, and after being duly affirmed depose and say as follows:

I, Cartney Boyd, after being full sworn deposes as follows:

On 5-14-007, I, Cartney Boyd received a court order telling him to answer the Special Report of the Defendants. However, the Plaintiff never received that special Report or interrogatories. However, he still tried to answer the unreceived Special Report.

The Plaintiff will take an polygraphic test to everything he said in his Traverse and Motion for an court order.

Pursuant to 28 USC, Section 1746 II, Courtney Boyd, do hereby sign under the penalty of perjury that the foregoing is ture and correct. Executed on: May 14, 2007.

[signature]

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Defendant Counsel, by placing it into Easterling Corr. Fac. Mail Box on May 14, 2007.

[signature]