

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
ATTORNEYS AT LAW
184 COMMERCE STREET
P.O. BOX 270
MONTGOMERY, ALABAMA 36101-0270

B40-113

Courtney Boyd (AIS# 208921)
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

Exhib. I