**Prison Health Services**
**Inmate Informal Grievance**

Return To R

NAME: Corethy Boyd    AIS #: 208921    UNIT: 6-B 28    DATE: 8-7-06

**PART A---Inmate Complainant**

Dear Ms. Wilson, this makes my three time complaining about nurse Bush. She is still mess with me. She won't give me proper medical help, and last week she made two inmate pick me up and put me back in the waiting room, even though she knew that I was brought up their on stretcher. I know I'm in prison, but I don't think it's good for nurse Bush and the other nurse's to be trying to tell officer on fifth shift to kill me. Like I told Sgt. Hurger, my mother said, she don't find that fun at all, that these nurse's are trying to get me kill, just because I filed a suit against them, and because I come to the HCU complaining about my back pain. Please call me over to talk about this.

INMATE SIGNATURE: Corethy Boyd

**PART B --RESPONSE**   DATE RECEIVED 8-7-06

Mr. Boyd, you have been given the proper treatment. As we talked today, no one is trying to kill you, and I don't know where you got such an idea. You have an appt. to see Dr. Daibouze today.

MEDICAL STAFF SIGNATURE: K Wilson RN/HSA
DATE: 8-7-06

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ● | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ● |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ● | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | | | X Other | | |

Exh. A

AUG 7 2006

11/03 - Alabama