FILED
2006 May-26 AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

Courtney Boyd,
Plaintiff

Vs.                                    Case No: CV-03-1780-CLS-TMP

Frederick Bates, Eric Evans,
and Johnny Clark,

## MOTION TO AMEND THE COMPLAINT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court requesting to amend his complaint in the above case. The Plaintiff amend as follows:

On 3-24-06, I, The Plaintiff, started having serious lower back pain, this started about 9:00am. I reported it to Officer Fayson, that I was having serious back pain and as a resulted I could not move.

I was placed into Segegation by Sgt. Lawson and Officer Simmon, because some one told them that I was fighting with inmate Smith. I was then placed under 72 hour investigation, by Lt. Marry Lee, for being in a physical alteration. On 3-9-06, Officer Simmon wrote the disciplainy report up, and on 3-9-06, Officer Fayson served me with a copy of it. I went to disciplainy court and, Officer Portwood COT, found me gulity, even though the Arresting Officer said that he did not see me fighting with inmate smith. The Deputy Warden signed off on it on 3-23-06. I informed Officer Fayson that I had back problems and he asked me what happen to my back, so I told him that I was beatened by Officer at Bibb Co.Corr.Fac.

On 3-24-06, I awoke about 9:00am , because I was having serious back pain. I, told Officer Fayson that my back had gone out, because I was sleeping on this steel bed without the matterss. He told me that the steel would do that to you! I, then talked with the Segation Suprv., and I told him that I need a

PAGE 1

Exhibit 15

nurse, becuase my back had gone out, and I could not move. I told him this about 10:05am. But it was about 11:30am or 12:00pm, and I still did not see an nurse about my back has gone out. This is curl and unsual punishments being inflicted upon me and the other inmate who is in segation, for Warden Mosley to makes us sleep on a steel bed without the matterss from 6:00am to 6:00pm. See Exhibit A which is a copy of the segation list. It is about 12:34pm, and I still have not received any medical help. It was about 1:30pm when I went to the health care. However I am still having serious back pain, because Warden Mosley Order the Officer to take our matterss for 12 hour, and making us sleep on a steel bed. Warden Mosley acts like it is a privilege for us to have a matterss. This is curl and unsual punishment, that she had and is still inflicting upon us.

On 5-4-06, I wrote a letter to Prison Health Service Office, to complaining about the poor medical help I was getting from Dr.Darbouze not examining my back. But just talk with me about my back. I infromed Ms.Wilson that I was having problems with Dr.Darbouze. But she did not do any thing. I, forward Ms.Wilson a copy of the complaint, that I sent to the head office. She took it and send it to Capt. *Knox*, telling him that I was threatening her, by writing this complaint. See Exhibit B

On 5-16-06, Ms.Wilson, called me to the Health Care, because I wrote a Complaint to her about nurse Bush threatening to have me put in lock up, because she says that she did not like the way I was loking at her. And about my no long standing profile. Ms.Wilson, Said that nurse Bush can write me up and place me in lock up, if she don't like the way I am looking at her. I told Ms.Wilson that I did not even look at nurse Bush in any kind of way. But she said that if I don't like the way they do things, then I need to do what I got to do.

This is my last cry for help, I have following this Court order on *10/04/04*.

PAGE 2

*Exhibit B*

the plaintiff feel that his life is in deep danger here at Easterling Corr. Fac., and he request that the following people be added to his complaint for retaliating agingst the for filed his complaint and for filed a complaint to Prison Health Care Service head office. Warden Mosley, Deputy Warden, Capt.Knox, entire staff, Dr.Darbouze, Ms.Wilson HSA, Nurse Bush. The plaintiff request that he be given a copy of the disciplainy report and incident report filed on 3-7-06.

**WHEREFORE,** The Plaintiff prays that this Honorable Court will grant this Motion and amend the complaint filed in this case. Because these people are retaliating against the plaintiff and threatening his life! The plaintiff request for this Honorable Court to take immediately action, because his life depend on it. The following people may try to have the plaintiff lock up so that they can hurt him, so please take immediately action.

I declare under the penalty of perjury that the foregoing is ture and correct.

Executed on : May 19 2006

Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants, by placing it into the Easterling Corr.Fac.Mail Box on May 19 2006.

PAGE 3

Courtney Boyd #208921 B-18-11
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

United States Middle District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."