IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for trial by the court or trial by jury filed by the plaintiff on May 17, 2007 (Court Doc. No. 92), and for good cause, it is

ORDERED that:

1. To the extent the plaintiff seeks leave to submit a jury demand, this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to enter this document on the docket as a demand for jury trial.

2. To the extent the plaintiff seeks immediate scheduling of this case for trial, this motion be and is hereby DENIED.

Done this 18th day of May, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE