IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for court order filed by the plaintiff on May 17, 2007 (Court Doc. No. 91), and for good cause, it is

ORDERED that:

1. To the extent the plaintiff seeks an order directing production of the prison mail log at Easterling Correctional Facility, this motion be and is hereby DENIED.

2. To the extent the plaintiff seeks service of defendant Bush's special report and a response to interrogatories in compliance with the order entered on April 12, 2007 (Court Doc. No. 80), this motion be and is hereby GRANTED.

3. On or before May 29, 2007, the defendants shall provide the plaintiff with a copy of the special report and answer filed by defendant Bush on May 10, 2007.

4. On or before May 29, 2007, the defendants shall (i) show cause why they failed to submit responses to the plaintiff's interrogatories as required by the order entered on April 12, 2007 (Court Doc. No. 80), and (ii) object or otherwise respond to the plaintiff's

interrogatories in compliance with the directives of the aforementioned order.

    5.  The plaintiff be GRANTED an extension to and including June 13, 2007 to file a supplemental response to the defendants' special reports.

    Done this 18th day of May, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE