IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE OF ALABAMA

COURTNEY BOYD (AIS #208921)
    Plaintiff,

V.                                                    2:06-CV-511-WKW

DR. DARBOUZE, et al.,
    Defendants.

MOTION TO COMPEL PURSUANT
TO RULE 37(a) AND 33(a)(5)
FED. CIV. PROC. For Good Cause Shown

Comes Now the Plaintiff Courtney Boyd, moves into this Honorable Court, pursuant to Rule 37(a)(2)(i) & 33(a)(5), asking them to compel the Defendant to properly answer the interrogatories and produce the copies which are (clear) of interrogatories 8, and to fully answer the other questions. The Plaintiff submit the following issues/Mr.

1. The Defendants Counsel served the plaintiff with incomplete answers to the questions asked. This Honorable Court know by the rule that interrogatories can not go unanswered. The Defendants Counsel served the plaintiff with an interrogatories not signed by the Defendants. He only signed his name, but that's not sufficient by Rule 33(b)(1)(2).

page 2

2. The Defendants only listed the College educational background. The questions listed asked the Defendants to produce a Clear copies of their Complete educational background, just stating they have attended College, that does no give the years they started and ended College. The word Complete means "everything", so the Defendants should have listed and produce the very first time they attended School until they ended it.

3. The Defendants have failed to answer any of the questions fully and Correctly, Surely this Honorable Judge would not order the Defendants to answer any question he felt that be irrelevant. They shall have produce every serious Complaint or grievance filed against them by an inmate, because it goes to the Characteristic of that Person.

4. The Defendants should have answered interrogators 10-4-11-12, because it is relevant to the issue at hand.

5. The Defendants Counsel can not sign these interrogators, and Submitted to the Court or the plaintiff, because it's incomplete, because without their signature it's unsure that they Actually answered the interrogative questions.

Page 2

Wherefore, The plaintiff prays that this Honorable Court grant this motion and compel to produce clear and complete copies of their full educational book, and to fully produce a clear complete copy of every serious complaint or grievance, that has been filed against them. Also to answer full question 9-10-11-12, because they are revelent to the issue at hand.

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Defendants counsel, by placing it into Easterling corr. Fac. mail Box on May 15, 2007.

page 3