IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff
vs.
Dr. Darbouze et al,
Defendants

2:06-CV-511-WKW

RECEIVED
2007 MAY 18  A 9:52

## Affidavit

On May 15, 2007 I, the plaintiff received the unsigned interrogatives from the Defendants Counsel. See Exhibit A, which is a copy of the letter he sent me. These interrogatives only have his signature, therefore, there is no way to say the Defendants answer the interrogatives. The Defendants Counsel only listed the educational of Defendants at College, but does not show when they started college or ended it, or what school they attended before there. They don't produce any copy of their full educational background as ordered. Nor did they produce the serious complaints or grievance as ordered and did not answer interrogative 8-10-11-12. See the copy sent to the court by the Defendants, as ordered by this court.

The plaintiff says that the above is true and correct. Pursuant to U.S.C. 28, Section 1746, I, sign under the penalty of perjury that the above is true and correct.

Courtney

## Certificate of Service

I hereby certify that I served a copy of the foregoing upon the Defendants Counsel, by placing it into Easterling Correctional Mail Box on May 15, 2007.

Courtney

Page 1

LAW OFFICES

# RUSHTON, STAKELY, JOHNSTON & GARRETT

## A PROFESSIONAL ASSOCIATION

Charles A. Stakely
J. Theodore Jackson, Jr.
James W. Garrett, Jr.
Robert A. Huffaker
Thomas H. Keene
Richard B. Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W. Tyson
Robert C. Brock
F. Chadwick Morriss
T. Kent Garrett
Frank J. Stakely
William S. Haynes
Helen Crump Wells
Paul M. James, Jr.
Chris S. Simmons

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama 36101-0270

Telephone: (334) 206-3100
Facsimile: (334) 262-6277
Website: www.rsjg.com

Robert C. Ward, Jr.
Bowdy J. Brown
Daniel L. Lindsey, Jr.
Patrick M. Shegon
Benjamin C. Wilson
L. Peyton Chapman, III
William I. Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr.
Richard L. McBride, Jr.
R. Mac Freeman, Jr.
James R. Dickens, Jr.
R. Brett Garrett
Bethany L. Bolger

*Of Counsel:*

Jesse M. Williams, III

May 14, 2007

Courtney Boyd (AIS# 208921)
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017

Re:  Claimant:      Courtney Boyd
     Insured(s):    Prison Health Services, Inc., et al.
     Location:      Easterling Correctional Facility
     File No.:      7430-90

Dear Mr. Boyd:

Please find enclosed the Defendants' Responses to Interrogatories. Please note that the enclosed is an unsigned copy. I will forward an executed copy of these Responses immediately upon my receipt of same.

Sincerely,

R. Brett Garrett

RBG2/kml
Enclosure

*Exhibit "A"*



Courtney Boyd #208471
State of Alabama
DEPARTMENT OF CORRECTIONS
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

MONTGOMERY POSTAGE
17 MAY 2007 PM 2 T

United State middle District
P.O. Box 711
Montgomery, AL 36101