IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY BOYD (AIS #208921), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | 2:06-CV-511-WKW |
| | * | |
| DR. DARBOUZE, et al., | * | |
| | * | |
| Defendants. | * | |

### AFFIDAVIT OF KRISTI M. LEE

BEFORE ME, _Ruth M. Jackson_, a notary public in and for said County and State, personally appeared **KRISTI M. LEE.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Kristi M. Lee. I am over the age of twenty-one and am personally familiar with all the facts set forth in this Affidavit. I am the Legal Assistant to R. Brett Garrett, counsel for the medical defendants in the above-styled matter.

On May 10, 2007, I electronically filed a Special Report of Susanne Bush, L.P.N. (Court Doc. 86) and Answer of Susanne Bush, L.P.N. (Court Doc. 87). I subsequently mailed a copy of this Special Report and Answer to the Plaintiff on May 10, 2007."

Further affiant sayeth not.

_Kristi M. Lee_
**KRISTI M. LEE**


EXHIBIT
C

2

STATE OF ALABAMA         )
                         )
COUNTY OF Montgomery     )

    Sworn to and subscribed before me on this the 29th day of May, 2007.

                                          Ruth M. Jackson
                                          Notary Public
                                          My Commission Expires:
                                          5/22/2011