IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on May 18, 2007 (Court Doc. No. 96), and in light of the response filed by the defendants on May 29, 2007 (Court Doc. No. 98), it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 30th day of May, 2007.

                                         /s/ Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE