IN THE UNITED STATES MIDDLE DISTRICT

RECE[IVED]

Courtney Boyd #208921
Plaintiff

2007 JUN -7 A 9:28

Case NO: 2:06CV-511-WKW

vs.

Dr. Darbouze et. Al.
Defendants

DEBRA P. HA[CKETT]
U.S. DISTRI[CT]
MIDDLE DIS[TRICT]

## Notice of Summons
### Pursuant Fed. R. Civ. Proc. Rule 4(s)

Comes Now, The plaintiff, Courtney Boyd moves into given his notice of Sum from the Defendants. The plaintiff submit the following in support of this Motion:

1. On June 8, 2006, The plaintiff filed an suit against Dr. Darbouze, Kay Wilson, and on June 11, 2006 Cynthia Zaunbrer, was amendment, on April 4, the Defendant Susanne Bush, was identify as Jane Doe. Prison Health Service was also sued in this Complaint filed on June 8, 2006. For the Defendants denied him proper medical care, and for retaliating against him for writing the head officer.

2. The plaintiff this's Sum in the Original Complaint form each Defendant listed. Therefore their are (5) Defendants listed, and the total sum requested is 6 million 250,000. The plaintiff request this from each Defendant - 250,000, 100,000 for Bodily Insury, 100,000 for Accidental Insury, 100,000 for Punitive Damages, 100,000 negligence, 100,000 Actual Insury, 100,000 Compensatory Damages, 200,000 Emotional Damages, 200,000 for Stress Damages. This total together came to 6 million 250,000.

Page 1

3. The plaintiff request that this Sum be served upon all Defendants at Easterling Corr. Fac. 200 Wallace Dr. C.I.O, AL, 36007, and to their Counsel at 184 Commerce Street, Montg. AL, 36101.

Wherefore, the Plaintiff prays that this Honorable Clerk will please serve this Sum to all Defendant and their Counsel.

*[signature]*

Certificate of Service

I hereby Certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it into Easterling Corr. Fac. mail Box on May 22, 2007

*[signature]*

Page 2