IN THE UNITED STATES MIDDLE DISTRICT
OF ALABAMA

Courtney Boyd
Plaintiff
VS.
Dr. Darbouze et al,
Defendants

Case No: 2:06-CV-511-WKW

Motion For Good Cause Shown To Adopt
And resubmit Court Doc No. 84 & 89)

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court for good Cause Shown to Adopt the Traverse filed on May 17, 2007, and to resubmit Court Doc NO: 84 & 89. The plaintiff Submit the following insue:

1. The plaintiff Submit an Traverse on May 14, 2007, which was filed on May 17, 2007, by this Court. Because the plaintiff had not yet received, the Defendants, he filed a motion to Compel, well the Defendants serve the plaintiff, and because he has filed an Traverse against Special Report Submit on May 10, 2007. he request that it be adopt by this Court as his answer to the Defendant Special Report.

2. The plaintiff has been granted an Jury trial, he resubmit Court Doc NO. 84, 89), because an deposition will be very much need, in this Case, before the trial.

Page 1

Wherefore, the plaintiff, prays that the traverse filed on May 14, 2007, be adopt, and Court Doc. No. 84 be granted or Court Doc. No. 89, because they are very much need in this case before trial.

*Dorothy Bell*

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Defendant Counsel by placing it into Easterling Corr. Fac. Mail Box on June 4, 2007

*Dorothy Bell*

page 2

Courtney Boyd #208921 B-1-11
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

United States Middle District
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."