IN THE UNITED STATES MIDDLE DISTRICT

Courtney Boyd # 208921
Plaintiff

vs.                                    Case NO: 2:06-CV-511-2KW

Dr. Darbouze et al
Defendant

## Objecting TO THE Court Order entered ON 5-30-07

Comes Now, The plaintiff Courtney Boyd, moves into this Honorable Court objecting to the Court Order entered on 5-30-07. The plaintiff submit the following:

1. The Defendants did not answer these interrogatory on their own. But their Counsel answer them. Their response to the Court order is wrong, because the plaintiff is not arguing that the unsigned interrogatory, but that the Defendants did not answer the interrogatory. The plaintiff asked that the Defendants produce their full Complete educational back ground. Not one of the Defendants answer or produce a Clear Copy of them. They did not even listed what year it was they got their Degree. The Defendant was order DO produce a Clear Copy of that full Complete educational back ground. This means that they were to show their Copy of the every First time they 2 have to school. See the Defendants Exhibit to their Response.

On the other hand, the plaintiff asked that the Defendants

LEGAL USE ONLY

page 1

If they ever had a Complaint or Serious Complaint or grievance filed against them. This went to the Characteristic of that person. This deal with this Case as a whole, and they should have been produce as Order by this Court.

2. The Plaintiff argues that the Defendant Can't object to an interrogation under Rule 33 (b)(1). There fore the Defendants should have one produce their full Complete educational buck ground, and not listed them, because there no way that I or this Cart will know if is true, if they are not produce. Second, they was order to produce also even Complaints or Serious Complaints or grievances. Three, they did not answer any of the interrogaties, because all of them say "This Defendant", which means their Cansel answer. This was not what the Cart Order Said.

3. The plaintiff argues Rule 33(b)(5), because the Defendant failure to answer any of the interrogaties Correctly.


Page 2

4. The plaintiff request that the Defendant be Compel to answer the interrogaties and produce their full Complete Copies of their educational back grounds, as order by this Court, and produce a Complete Copies of every Complaint, Grievance filed against them, because these things are relevant to his Case. If the Defendants are not Compel to produce these interrogaties or answer ther, it would Perjudice the plaintiffs whole Case. The Defendants was order to answer 4, 5, 8, 9, 10, 11, 12. (SEE Doc. No. 80). The Defendants has fail to produce, or answer these interrogaties, they have a right to Object, but still must answer them, because interrogaties are non Objectable,

Wherefor, The prays that the Defendants be compel to answer interrogaties 4, 5, 8, 9, 10, 11, 12 as order by this Court and the Court on be set aside.

Coothy Boyd

Certificate OF Service

I hereby Certify that I have Served a Copy of the forgoing upon the Defendants Consel, by placing Easterling Corre. Fac. Mail Box on June 4, 2007,

Coothy Boyd

Page 3