IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

On June 7, 2007, the plaintiff filed a motion for leave to re-submit Court Doc. No. 84 (Motion for Extraordinary Expenses) and Court Doc. 89 (Motion for Leave to take Depositions upon Written Questions). In the motion for extraordinary expenses, the plaintiff requested that this court provide him funds for payment of expenses associated with conducting depositions. The court denied this motion on April 27, 2007 (Court Doc. No. 85). In the latter motion, the plaintiff sought leave to conduct depositions by written questions. Based on the information provided in the affidavits and evidentiary materials filed by the defendants, the court denied this motion on May 15, 2007 (Court Doc. No. 90).

Upon review of the file in this case, the court finds it unnecessary to re-submit the plaintiff's motions as the dispositions of such motions would remain the same. Accordingly, it is

ORDERED that the motion for leave to re-submit motions filed by the plaintiff on

June 7, 2007 (Court Doc. No. 102) be and is hereby DENIED.

Done this 8th day of June, 2007.

                                  /s/ Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE