IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion to adopt traverse filed by the plaintiff on June 7, 2007 (Court Doc. No. 102), in which the plaintiff seeks to rely on his previous traverse to the defendants' special report as a response to the special report of defendant Bush, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 8th day of June, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE