**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **COURTNEY BOYD, #208921,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:06-cv-511-WKW** |
| | ) | |
| **DR. DARBOUZE, *et al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The plaintiff objects to the order entered by the Magistrate Judge on May 30, 2007 (Doc. # 99), denying plaintiff's motion to compel responses to interrogatories.  Upon due consideration, the objection is deemed to be without merit and is OVERRULED.

DONE this 14th day of June, 2007.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE