IN THE UNITED STATES MIDDLE DISTRICT
OF ALABAMA

Courtney Boyd
  Plaintiff

vs.                                 Case No: CV-2:06-511-WKW

Dr. Darbouze et, al
  Defendant

RECEIVED 2007 JUN 14 A 9:50

## Motion For Appointment of Counsel & Selection Of Jurors

Comes Now, The plaintiff, Courtney Boyd, moves into Honorable Court pursuant to Fed.R.Civ.Proc Rule 47, 8 For an Appointment of Counsel. The plaintiff submit the following in support:

1. The Plaintiff has been granted an jury trial by this Honorable Court on May 17, 2007. The plaintiff request an Examination of the Jurors, that may set on his trial in this Case.

2. Rule 47(a) The Court may permit the parties or their attorneys to conduct the examination of prospective Jurors. The plaintiff request this examination before the setting of trial.

3. The plaintiff is in lock up and do not know much about the law and how to prepare for an trial so he request that one be appointed to help him.

Page 1

4. The plaintiff is in lock up, most of his legal work is in his property, and he is not able to get it. He submit an request from to the lock up Sgt., who denied him getting anymore of his work, because he said that he should have gotten it the first time. See Exhibit A, which is a copy of the request.

5. The Court is not bond by law to appoint an Cansel in a Civil Case, unless to issue become to complex for the plaintiff to do. The prepare of all per-trial motion and the trial is to much for the plaintiff, who is a slow learn.

Wherefore, the plaintiff prays that this Honorble Court will grant this motion, and given the plaintiff an Cansel, and allow him to examinated the prospective Jurors.

Certificate of Service

I hereby certify that I have served a copy of this upon the Defendant Cansel, by placing it into Easterling Corr. Fac. Mail Box on 6-11-07.

Page 2