# INMATE REQUEST SLIP

Name: Courtney Boyd    Quarters: B-1-11    Date: 6-05-07

AIS #: 208921

( ) Telephone Call    ( ) Custody Change    (✓) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

I need to get my legal work out of property, and put some back.

**Do Not Write Below This Line - For Reply Only**

Should have gotten it the 1st time.

Sgt. Logan

Approved    (Denied)    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden    ( ) Deputy Warden    ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

Exhibit A

N176