IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
          Plaintiff
          VS.

Dr. Darboure et al,
          Defendants

2:06-CV-611-WKW

MOTION FOR ASSIGNMENT OF Cases FOR
Trial & SELECTION OF JURORS Pursuant
To Fed. R.Civ. Proc Rule 40 & 47.

Comes Now, The plaintiff, Courtney Boyd, moves into
this Honorable Court Pursuant to Rule 40 & 47 Rule OF
Fed. Civ. Proc. The Plaintiff Submit the following:

1.   The plaintiff was granted an Jury Trial on May,
17 2007.

2.   The District Courts Shall provide by Rule for the
placing of actions upon the trial Calendar (2) Upon request
of a party and notice to the other Parties. See Rule
40 (2) Fed. R.Civ. Proc.

3.   The Court may permit the parties or their Attorney
to Conduct the examination of Prospective Jurors. See Rule
47(a) Fed. R. Civ. Proc.

Page 1

4. The plaintiff request that this case be Assign to an Judge for trial and that he be given an Chance to look at the Juror.

Wherefore The plaintiff, Prays that this Honorable Court will grant this Motion.

Certificate of Service

I hereby Certify that I have served a Copy of the foregoing upon the Defendants, by placing it into Easterling Corr. Fac. Mail Box on July 2, 2007.

Courthy Bt

Page 2



Courtney Bold 208421 B-1-13
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

United States District Court
P.O. Box 711
Montgomery, AL 36101

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Departmen
of Corrections is not responsible for the substance
or content of the enclosed communication."