IN THE UNITED STATES MIDDLE OF ALABAMA

Courtney Boyd
Plaintiff

VS.

Susanne Bush et al,
Dr. DARBOUZE et al,
Defendants

2:07-CV-524-MEF
2:06-CV-511-WKW

RECEIVED 2007 JUL 18

## Motion For Good Cause Shown/ Motion For Appointment Of Counsel

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court seeking Appointment of Counsel on the above cases. The plaintiff submit the following:

1. The plaintiff has two complaint in this Honorable Court which he is unable to do, because he is a L.D. Person which has an lower education, and he can't read or write and has a very lower comprehension. See Exhibit A.

2. The plaintiff was Appointment an counsel on his case CV-03-TMP-1780-W, because he was not capable of representing himself at a disciplinary hearing. See Exhibit B.

Page 1

3. An Counsel maybe Appoint by exceptional circumstances, Such as where the facts and legal issues are so Complex as to require the assistance of a trained practitioner. See - Fowler V.S. Jones 899 F.2d. 1088-1096 (11th Cir-1990).

4. The plaintiff, is unable to do these suit, because he does not have anymore legal help being given to him. And because he is a L.D. person he can't comprehend what is going on.

Wherefore, The plaintiff pray that this Honorable will grant him an Counsel, because he can't comprehend what is going on.

Certificate of Service

I hereby certify that I have served a copy of the forgoing upon the Defendants Counsel, by placing it into Easterling Cott. Fac. Mail Box on July 16, 2007.

*[signature]*

Payez