In the United States Middle
District of Alabama

Courtney Boyd
Plaintiff

VS.                                CV-2:06-511-WKW

Dr. Darbouze et al
Defendants

RECEIVED
2007 AUG -9 A 10:22

## MOTION FOR PRETRIAL CONFERENCES SCHEDULING

Comes Now, The plaintiff, Courtney Boyd, moves into this Honorable Court pursuant to Fed. R. Civ. Proc. Rule 16. The plaintiff submit the following in support of this motion:

1. The plaintiff filed a suit against the above Defendants for retaliating against the plaintiff and taken his back brace.

2. On 5-14-07, The plaintiff filed for an Jury trial, which was granted by this Honorable Court.

3. The plaintiff request an pretrial conferences so that the Both parties may try to settlement or prepare the case for trial, by hearing what the Defendants will offer at the trial of this case.

page 1

Wherefore, The plaintiff prays that this Honorable Court will grant this Motion and set this case down for a hearing.

Certificate of Service

I hereby Certify that I have served a copy of the foregoing upon the Defendant Counsel by placing it into Easterling Corr. Fac. Mail Box on Aug 7, 2007.

Courtney Byrd

page 2

Jeffrey Boyd *illegible*
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."
36101+0711-11 8007

United States District Court
P.O. Box 711
Montgomery, AL
36101