IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for pretrial conference filed by the plaintiff on August 9, 2007 (Court Doc. No. 113), and as such action is not warranted at this time, it is

ORDERED that this motion be and is hereby DENIED.[1]

Done this 10th day of August, 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Contrary to the plaintiff's assertion, the court has not set this case for a jury trial. The order to which the plaintiff refers merely allowed the plaintiff leave to file a jury demand and otherwise denied his request that this case be set for trial.