IN THE UNITED STATES MIDDLE
DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff
vs.

Dr. DARBOUZE, et al.         Case No: CV-06-511-WKW-CSC
SuSANNE BUSH, et al.         CV-07-524-WKW-CSC
SHAMEKA FOSTER, et al.       CV-07-961-WKW-CSC

MOTION FOR APPOINTMENT OF COUNSEL

Comes Now, The plaintiff, Courtney Boyd, move this Honorable Court pursuant to Title 28 U.S.C. 1915(d)(1996), 18 U.S.C. 3006(A)(1996) for appointment of Counsel in the above matter. The plaintiff submit the following:

1. The plaintiff filed a Civil Rights Complaint, Title 42 U.S.C. 1983, and a Motion to Proceed in Forma Pauperis on June 06-06, 6-14-07, 10-24-07, in the above cases.

2. This Honorable Court issued an order granted the plaintiff leave to proceed as an indigent on June 06, 06, June 21, 2007, and October 26, 2007, in the above cases.

3. The plaintiff requests an appointment of Counsel, in these causes, due to his lack of any legal training in the arts of justice, the complexity of the issues, and the need for professional investigation and representation. Due to the him being a Mental Health person who take Mental Health Medication, and is not capable of presenting these claims without professional help from an Counsel.

4. Due to the interest of justice, and a full & fair hearing on the merits is unusual circumstances substifing the Appointment of Counsel. Due to the plaintiff being a Mental Health people who's taking Mental Health Medication.
See Bass vs. Perrin 170 F.3d 1312, 1320 (11th Cir. 1999);
Kilgo vs. Ricks 983 F.2d 189-193 (11th Cir. 1993);
Dean vs. Barber, 951 F.2d 1210-1216 (1st Cir. 1992).

page 1

Wherefore, The plaintiff, prays that this Honorable Court will grant this Motion and appoint him a Counsel on the above Cases.

Certificate of Service.

I hereby Certify that I have served a copy of the foregoing upon the Defendant's Counsel, by placing it into Easterling Corr. Fac. Mail Box on: Oct. 29, 2007.

[signature]

Page 2

Courtney Boyd #208921 D-2-31B
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017



United States D.
P.O. Box 711
Montgomery, AL
36101

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36101+0711-11 B007