IN THE UNITED STATES MIDDLE DISTIRCT OF ALABAMA

Courtney Boyd

Plaintiff

vs.

Dr.Darbouse et.Al.

Susanne Bush et.Al.

Shemekia Foster et.Al.

Defendants

Case No: CV-06-511-WKW-CSC
CV-07-524-WKW-CSC
CV-07-961 WKW-CSC

[Stamp: RECEIVED 2007 NOV 15 A 9:55 DEBRA P. HACKETT, CL U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

## NOTICE OF CHANGE OF ADDRESS

Comes Now, The Plaintiff, Courteny BOyd, moves inot this Honorable Court given notice of his change of address from: Easterling Corr.Fac. 200 Wallace Dr.,Clio,Ala,36017, To: Ventress Corr.Fac. P.O.Box 767 Clayton, Ala, 36016. So Please forward all of the plaintiff legal mail to his new address.

## CERTIFICATE OF SERVICE

BUI hereby certify that I have served a copy of the foregoing upon the Defendants Counsel, by placing it inot Ventress Corr.Fac. Mail Box On 11-13-07.

*Courtney Boyd* [signature]
Courtney Boyd

PAGE 1

NAME Courtney Boyd   AIS # 208921   DORM # F-31-A
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

$00.41
NOV 14 2007
MAILED FROM ZIP CODE 36016

United States Middle District Court
P.O. Box 711
Montgomery, AL
36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."