IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE

DISTIRCT OF ALABAMA

COURTNEY BOYD #208921

Plaintiff

Vs.

Case No:CV-06-511-WKW-CSC

DR.DARBOUSE et.al.,

Defendants.

RECEIVED

2007 NOV 15 A 9: 31

DRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR PERMISSION TO FILED FOR SUMMMARY OF JUDGMENT

## OR DECLARATORY JUDGMENT IN THE ABOVE MATTER

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court

seeking permission to file for Summary of Judgement or Declaratory Judgment,

in the above matter. The Plaintiff submit the following:

1. The Plaintiff filed an complaint against the above defenants for

neglected acted which caused serious body harm against the plaintiff, by

taking his Back Brace, because he had wrote a letter to the head office.

This negligent acted cause the plaintiff body parts to start going out

on him, more then it use to.  The Defendants action was done *Malicouly*

with the intent to cause body harm, which is what they did. Because the

Defendants know that without his Back Brace the plaintiff was not be able

to move around like always.

2. This Honorable Court order the plaintiff to seek permission before

filing for Summary of Judgment or Declaratory Judgment against the Defendants.

3. The Plaintiff request that an hearing be set so that the plaintiff

may show this Honorable Court how he is entitled to Summary of Judgment.

WHEREFORE,The Plaintiff prays that this Honorable Court will grant this

Motion and give the plaintiff permission to file for Summary of Judgment or

Declaratory Judgment.

PAGE 1

CERTIFICATE OF SERIVCE

I hereby certify that I have served a copy of the foregoing upon the

Defendants counsel, by placing it into Easterling Corr.Fac. Mail Box On:

11-13-07.

_____
Plaintiff

PAGE 2

Courtney Boyt # 208921 D-2-31B
Easterling Corr. Fac.
200 Wallace Dr.
Clio, AL
          36017



United STATES DiSTRICT Court
P.O. BOX 711
MONTgomery AL,
          36101