IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file dispositive motion filed by the plaintiff on November 15, 2007 (Court Doc. No. 118), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 19th day of November, 2007.

  /s/ Charles S. Coody
 CHARLES S. COODY
 CHIEF UNITED STATES MAGISTRATE JUDGE