IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

COURTNEY BOYD #208921
Plaintiff

Vs.                                         2008 JAN -9  A 9: 20        Case No:2:06-CV-511- WKW
Dr.Darbouze et.al.,
Defendants

## MOTION FOR PERMISSION TO FILE FOR SUMMARY OF JUDGMENT

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable
Court seeking permission to  file for Summary of Judgment agaisnt the
above Defendants. Pursuant to Fed.R.Civ.Proc. Rule 56. The Plaintiff
submit the following insupport:

1. The Plaintiff filed an complaint against the above the Defendants for
violating his Constitution Rights and retailiation against him for filing
a complaint to their head office. The Defendants Negilgence acted cause the
plaintiff serious bodily harm, when they took his back brace out of retailiation.

 2. This Honorable Court informed the Plaintiff that he must seek permission from
this Honorable Court before he can file for Summary of Judgment. see (Court Doc 4).

 3. The Plaintiff now moves this Honorable Court and request for permission to
file for Summary of Judgment against the Defendants.  Because there is no genuine
issue which they can reply on to show that the Defendants did not take the plaintiff
back brace out of retailiation for filing a complaint to the head office. When
they had just wrote this profile on 4-21-06, which did not ended until 10-21-06.

 **WHEREOFERE,** The Plaintiff prays that this Honorable Court will grant this
Motion and gave the plaintiff permission to file for Summary of Judgement against
 the  Defendants.

I hereby certify that I have ~~served a copy of the~~ **CERTIFICATE OF SERVICE** foregoing upon the Defendnats
Counsel, by placing it into Ventress Corr.Fac. Mail Box On : January___7___ 2008.

Courtney Boyd/Plaintiff

page 1

NAME *Courtney Boyd* AIS # *208921* DORM # *B7-15A*

**VENTRESS CORRECTIONAL FACILITY**
**P. O. BOX 767**
**Clayton, AL 36016**

MONTGOMERY AL 361

08 JAN 2008 PM 4 L

**"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."**

United STATES DISTRICT Court

P.O. BOX 711

Montgomery, AL 36101

36101+0711