IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CIVIL ACTION NO. 2:06-CV-511-WKW |
| | ) |
| DR. DARBOUZE, et al., | ) |
| | ) |
|     Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file motion for summary judgment filed by the plaintiff on January 9, 2008 (Court Doc. No. 121), and as the assertions set forth by the plaintiff in support of this motion are contradicted by the record in this case, it is

ORDERED that the motion for leave to file be and is hereby DENIED.

Done this 10th day of January, 2008.

                                        /s/ Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE