Mr.Courteny Boyd #200921 6-D-2C
Easterling Corr.Fac.
200 Wallace Dr.
Clio,Ala, 36017

May 4,2006.

Exhibit ▮ A

Prison Health Service (PHS)
Suit 200 105 West Park Drive
Brentwood, TN
37027

ReIn: Complaint

   Dear Ladys and Gentleman,
Greeting, I am writing to you today, becuase I an having problems with your empolyee at Easterling Corr.Fac. I have lower back problems, because I was pull from a top bunk onto the floor, by CPrrection Officer. This happen on 6-30-03, and I am still having lower back pain. Well I talked with Dr.Darbouze about me been sent to a free word doctor, so that I can find out what is wrong with my back. I told Dr.Darbouze that my legs, Hands, Feets, Penis, has being going out on him, because of my back problems. Well all Dr.Darbouze will do is order me some ex-ray after I told him that I had already had some done. Dr.Darbouze will only talk with me, he does not examining my back what so ever. Dr.Darbouze will not given me my two tray profile, becuase he said that he do not write them. Even though I told him that I had it at Bibb Co.Corr.Fac.

   I filed a complaint and Ms.Wilson said that they will not given me my two tray profile, and that it would have to be up to Dr.Darbouze to send me to a free word doctor about my back. However the Federal Court have told me that I must get the prison health service to send me to a free world doctor, because my back. Dr.Darbouze and Wilson know this but still will not help me out.

   My Mother and Father, had both said that it would be best for me to write you, to inform you of what they are doing to me. Both Mother and Father are ready to file lawsuit against you, because Dr.Darbouze and Wilson are playing with my life. However we are giving you a chance to fix this problems, by telling Dr.Darbouze to give me my two tray profile back to me for six months, and order me a free world doctor appointment, about by back, adn to find out why it is having my Legs, Hands, Foots, Arms, and Penis, to all go out at time.

PAGE 2

My Mother and Father said to give you (10) Ten Working days to answer this complaint out they will file a lawsuit against you! Again Thank You For Your Time On This Matter!

Sincerely

*[signature]*
Courtney Boyd
Easterling Corr.Fac.
200 Wallace Dr.
Clio, Ala, 36017

Exhibit A

5/4/06

Mr. Boyd,
You had an x-ray of your lower back on 4/21/06 and it was normal. You have profiles for a bottom bunk and a back brace, for six months. Dr. Darbouze did not find it medically necessary for you to have a no prolonged standing profile, when you were seen on 4/27/06. KWilson, RN/HSA.
I am not sure what you mean in this letter when you say, "two try profile." KWilson, RN/HSA

Exhibit A

Prison Health Services, Inc.

Inmate Grievance

FILED
2006 May-26 AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

Return

NAME: Courtney Boyd   AIS #: 207921   UNIT: 6-B78   DATE: 5-10-06

**PART A—Inmate Grievance**

I received your letter on 5-4-06, However I am still having problem with my legs, and I need my no long standing profile. Also I had my two tray profile, because I was and I lose my weight quickly. And I will like to see the doctor because about going to a free world doctor about my bowels so therefore I will like to talk with you about the X matters.

I also having been having problem with your employee, that I need to tell to you about.

INMATE SIGNATURE

**PART B – RESPONSE**   DATE RECEIVED 5-12-06

Mr. Boyd, as I explained when we talked today, 5/16/06, Dr. [Dubruze] is not going to write for two-tray profile. It is not medically necessary. When you saw him on 4/27/06, your weight was 168#. Today your weight was 174#. He did not find it medically indicated for you to be given a no prolonged standing profile at your visit on 4/27/06. If you are having further problems, you will need to follow the procedure to access healthcare to be seen and evaluated.

K. Wilson, RN/HSA
P.H.S. Department Head Signature

5-16-06
DATE

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI Delay in Health Care Provided | ☐ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☑ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☑ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☑ | ☐ | X Other | ☐ | ☐ |

Committee Review of Data Collection



Exhibit B


MAY 1 2 2006

11/03 – Alabama
Revised 5/16/05



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Courtney Byrd   Date of Request: 5-28-06
ID # 208920   Date of Birth: ▮▮▮   Location: 6-B-28
Nature of problem or request: I need to see the Doctor, to get my no long standing profile, and because my arms, legs, feet, penis is all gone out.

_Courtney Byrd_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: __/__/__
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Initials _____
```

**(S)ubjective:**

**(O)bjective    (V/S):  T:_____  P:_____  R:_____  BP:_____  WT:_____**

**(A)ssessment:**

copy given
SBush LPN
5/28/06
1:30 pm

**(P)lan:**

"Exhibit C"

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:  Yes ( )   No ( )
      Was MD/PA on call notified:  Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**   **General Sick Call**

Facility: Alabama Department of Corrections
Patient Name: Boyd Courtney
Inmate Number: 208921
Date of Birth: [redacted]
Date of Report: 5/28/06
Time Seen: 1:30 PM

**Subjective:** Chief Complaint(s): "I need to get my profile renewed"
Onset: 
Brief History: H/o lower back pain

**Objective:** Vital Signs: T: 99.1  P: 68  RR: 16  B/P: 120/70  wt. 179
Examination Findings: Blm Amb to HCU c̄ steady gait A+O x3 Resp c ease. Request to see CMO for profile that "No prolonged standing" No visible distress noted.

**Assessment:** (Referral Status)  Preliminary Determination(s): 
☐ Referral NOT REQUIRED
☑ Referral REQUIRED due to the following:
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☐ Education: ...  ☐ YES  ☐ NO
☐ Other:
OTC Medications given ☑ NO  ☐ YES
Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): MD - 6/2/06
Date for referral: 5/28/06
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent

Nurses Signature: S Bush LPN
Name (Printed): S Bush LPN



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Boyd Courtney | DIAGNOSIS (If Chg'd) LBP |
|---|---|
| D.O.B. [redacted] | Pencogesic ii Po TID PRN x 14 days |
| ALLERGIES: NKDA | noted smoking 6/2/06 D/C |
| Use Last  Date 6/2/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Boyd Courtney #208921 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. [redacted] | DC Bottom bunk |
| ALLERGIES: NKDA | DC Back Brace |
| Use Fourth  Date  /  / | noted 4/21/06 MRayburn 10am ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Boyd Courtney 208921 | DIAGNOSIS (If Chg'd) LBP |
|---|---|
| D.O.B. [redacted] | 2 sole 1 pair to keep x 6 Mnth |
| ALLERGIES: NKDA | noted d.Elwin 7/2/06 |
| Use Third  Date 4/21/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Boyd, Courtney 103 #208921 | DIAGNOSIS (If Chg'd) LBP |
|---|---|
| D.O.B. [redacted] | XRay of C (and error) Spine |
| ALLERGIES: NKA | Keep lower back Brace x 6 Month |
|  | Bottom bunk profile x 6 Month |
|  | Penucgesic ii Po BID PRN x 30 days |
| Use Second  Date 4/21/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Boyd Courtney #208921 | DIAGNOSIS LBP. |
|---|---|
| D.O.B. [redacted] | XRay L spine error |
| ALLERGIES: NKDA | Pencogesic ii Po BID PRN x 14 days |
|  | Brace for L spine x 14 days — done NP |
|  | Bottom bunk profile x 14 days done NP |
| Use First  Date 3/30/06 | noted SB 3/30/06  ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY    "Exhibit C"

(4/03)

COPY

## Prison Health Services, Inc.

### Inmate Grievance Appeal

NAME: Courtney Boyd    AIS #: 208921    UNIT: C-1-4    DATE: 8/20/07

**PART A – INMATE Grievance Appeal for the following reason:**

I have been charged over $200.00 for the same medical problem, which is not refill. I have been given a life-long back insert I know, you said that DOC must remove or hold off my account, but DOC said you must do it, because I can't be charged for the same thing two times. And this is what my bill are for my back insert which happen June the 20th. Also what have Dr. McQueen said about me, because I'm on a TOP Bed, and I have fell down two time, so I need my bottom Bed and back braces I will be able to tell you more, when you talk with me! Thank you, and please don't lose this!

INMATE SIGNATURE: [signature]

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B – RESPONSE**    DATE RECEIVED: 8-20-07

As per our conversation, I have explained the ADOC co-pay policy in detail to you. Anytime you sign up for medical service you are charged a copay by the department of corrections. Due to your complex medical history I recommended that we do a medical review for you. I will let you know the time and date. We will meet with you, ADOC and PHS and we will discuss all of your medical concerns. Let me know if you have any further problems. Thank you.

Inmate Signature: [signature] 20921    Date: 8-27-07
Health Services Department Head: [signature] RN    Date: 8-27-07

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

[signature]    AUG 2 0 2007

60535-AL    White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy

PHS108

NAME Courtney Boyd AIS # 208921 DORM # B-1-15
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016




"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States Middle District
P.O. Box 711
Montgomery, AL,
36101