IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COURTNEY BOYD, #208921, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CIV. ACTION NO. 2:06cv511-WKW |
| | ) |
| DR. DARBOUZE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the February 12, 2008, objections (doc. # 126) filed by the plaintiff, it is

ORDERED that the recommendation entered on February 7, 2008, be and is hereby WITHDRAWN.

Done this 21st day of February, 2008.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE