## Prison Health Services, Inc.

## Inmate Grievance Appeal

NAME: Courtney Boyd  AIS #: 208921  UNIT: 13-1-11  DATE: 4-19-07

**PART A – INMATE Grievance Appeal for the following reason:**

I have been having problems with the nurse and Doctor Staff here at Easterling. I wrote letter to the F.B.I. let them know how I have being getting poor Medical Care, And how nurse Bush keep picking at me, and how I hear some one say, I hate that Black Ass Nigger. I told Ms. Wilson that she was the only one about the concern. Ms. Wilson did not talk with me about it, but had me wrote up and puts into jail. I was drug by officers while I was cuffed behind my back down on the ground. When I ask the Doctor for an x-ray he would not give me one. I'm having two carry just in case up don't get the y one.

INMATE SIGNATURE

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

**PART B – RESPONSE**   DATE RECEIVED 5-1-07

Mrs. Wilson and Mrs. Blackmon along with the ACE Officers were present at the time you said this occured. No one heard anyone including Mrs. Bush make the above statement. I I have reviewed your medical record and your numerous complaints of back pain. I reviewed all x-ray reports which were normal. However based upon your continued complaints of pain I am going to present your case to Dr. McQueen the State medical director for her review. Thank you.

Inmate Signature: Courtney Boyd 208921
Date: 5-1-07

Health Services Department Head: Johnson RN RHA
Date: 5-1-06 07

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I. Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI. Delay in Health Care Provided | ☐ | ☐ |
| II. Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII. Problems with Medication | ☐ | ☐ |
| III. Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII. Request to be seen | ☐ | ☐ |
| IV. Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX. Request for Off-site Specialty Care | ☐ | ☐ |
| V. Conduct of Healthcare Staff | ☐ | ☐ | X. Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

Exhibit A-1

535-AL

White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy

Prison Health Services, Inc.
Inmate Grievance

NAME: Courtney ████ 13040
AIS #: ████ 208821
UNIT: ████ B-1-11
DATE: ████ 5-7-07

**PART A --- Inmate Grievance**

Dear Ms. Wilson, As you know I don't to fail go through my medical record, and Sgt Logan say you and Ms. Johnson said that ya'll had to talk with your counsel before I was able to look at them again. As you know I don't start looking at them until April 26, 2007. So I still need to copy everything doing, so please check with your counsel and let me know why don't ya'll follow the court order. I'm sending a copy of this to ████ the Hon. Judge, Just in case ya'll claim ya don't see it, or get it. Also what did Dr. McQueen say about me. I had a Doctor appointment but I don't go because there is no officer to take us back. Please let me know what happen.

INMATE SIGNATURE: [signature]

**PART B -- RESPONSE**        DATE RECEIVED 5-8-07

Mr. Boyd, as I explained to you today, I have nothing to do with when you are allowed time to review your records. It is up to DOC + when they can arrange it. I was told that you do have to pay ahead of time before you can get copies made.

P.H.S. Department Head Signature: JWilson, RN/HSA
DATE: 5-8-07

If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N |  | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

Committee Review of Data Collection

Exhibit A-2
MAY - 8 2007

11/03 – Alabama
Revised 5/16/05

COPY

## Prison Health Services, Inc.

## Inmate Grievance **Appeal**

NAME: Courtney Boyd    AIS #: 208921    UNIT: C-1-4    DATE: 8/20/07

---

**PART A – INMATE Grievance Appeal for the following reason:**

I have been charged over $200.00 for the same medical problem, which is not well. I have been given a life-long back insert, I know, you said that DOC must remove my hold off my account, but DOC said you must do it, because I can't be charged for the same thing two times. And this is what my bill are for my back insert which happen June 30, 2006. Also what have Dr. McQueen said about me, because I'm on a TOP Bed, and I have fell down two time, so I need my bottom Bed and back brace. I will be able to tell you more, when you talk with me. Thank you, and please don't lose this!

INMATE SIGNATURE: Courtney Boyd

Return this form to Health Services Administrator by dropping in the sick call box or giving to the segregation sick call nurse on rounds.

---

**PART B – RESPONSE**    DATE RECEIVED: 8-20-07

As per our conversation, I have explained the ADOC co-pay policy in detail to you. Anytime you sign up for medical services you are charged a co-pay by the Department of Corrections. Due to your complex medical history I am recommending that we do a medical review for you. I will let you know the time and date. We will meet with you, ADOC and PHS and we will discuss all of your medical concerns. Let me know if you have any further problems. Thank you.

Inmate Signature: Courtney Boyd 208921   Health Services Department Head: [signature] RN
Date: 8-27-07    Date: 8-27-07

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I. Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI. Delay in Health Care Provided | ☐ | ☐ |
| II. Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII. Problems with Medication | ☐ | ☐ |
| III. Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII. Request to be seen | ☐ | ☐ |
| IV. Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX. Request for Off-site Specialty Care | ☐ | ☐ |
| V. Conduct of Healthcare Staff | ☐ | ☐ | X. Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

Exhibit A-3

RECEIVED AUG 2 0 2007

535-AL

White-Administration Copy    Yellow-Response Copy    Pink-Notary Copy