

Mr.Courtney Boyd #208921 6-B-28
Easterling Corr.Fac.
200 Wallace Dr.
Clio,Ala, 36017

May 4,2006
PRISON HEALTH SERVICE (PHS)
Suite 200 105 West park Drive
BrentWood TN,
37027

MAY 4 2006

ReIn:Complaint

Dear Ladys and Gentleman,

Greeting, I am writing to you today, because I am having problems with your empolyee at Easterling Corr.Fac., I have lower back problems, becuase I was pull from a top bunk onto the floor, by Correction Officer. This happen on 6-30-03, and I am still having lower back pain. Well I talked with Dr.Darbouze, about me been sent to a free word doctor, so that I can find out what is wrong with my back. I told Dr.Darbouze that my Legs, Hands, Feets, Pennis, has being going out on him, because of my back problems. Well all Dr.Darbouze, did was order me some ex-ray after I told him that I had already had some done. Dr.Darbouze will only talk with me, he does not examining my back what so ever. Dr.Darbouze will not given me my two try profile, because he said that he do not write them. Even though I told that I had it at Bibb Co.Corr.Fac.

I filed a complaint and Ms.Wilson said that they will not given me my two try profile, and that if it would have to be up to Dr.Darbouze to send me to a free world doctor about my back. However the Federal Court have told me that I must get the prison health service to send me to a free world doctor, because my back. Dr.Darbouze and Ms.Wilson know this but still will not help me out.

PAGE 1

Exhibit C

My Mother and Father, had both said that it would be best for me to write you, to inform you of what they are doing to me. Both my Mother and Father are ready to file Lawsuit against you, because Dr.Darbouze and Ms.Wilson are playing with my life. However we are giving you a chance to fix this problems, by telling Dr.Darbouze to give me my two try profile back to me for six months, and to order me a free world doctor appointment, about my back, and to find out why it is having my Legs, Hands, Feets, arms, and Pennis, to all go out at time.

My Mother and Father said to give you (10) Ten working days to answer this complaint or they will file a lawsuit against you! Again Thank You For Your Time On This Matter!

SINCERELY

*Courtney Boyd #208921 6-B-28*
Courtney Boyd #208921 6-B-28
Easterling Corr.Fac.
200 Wallace Dr.
Clio,Ala, 36017

5/4/06

Mr. Boyd,
    You had an x-ray of your lower back on 4/21/06 and it was normal. You have profiles for a bottom bunk and a back brace, for six months. Dr. Darbouze did not find it medically necessary for you to have a no prolonged standing profile, when you were seen on 4/21/06. K.Wilson, RN/HSA

I am not sure what you mean in this letter when you say, "two try profile." K.Wilson, RN/HSA

Exhibit L

5/4/06
Capt. Knox also spoke c̄ pt., in his office, about this threatening letter. K.Wilson, RN/HSA

## Inmate Grievance

NAME: Courtney Boyd    AIS #: 208921    UNIT: 6-B-28    DATE: 5-10-06

---

**PART A—Inmate Grievance**

I received your letter on 5-4-06, However I am still having problem with my legs, and I need my no long standing profile. Also I had my two tray profile, because I usee and I lose my weight quickly. So I will like to see the doctor because about going to a knee-right doctor about my back, so therefore I will like to talk with you about this matter.

I also having being having problem with your employee, that I need to talk to you about.

INMATE SIGNATURE: Courtney Boyd

---

**PART B – RESPONSE**    DATE RECEIVED: 5-12-06

Mr. Boyd, as I explained when we talked today, 5/16/06, Dr. Dubouze is not going to write for two-tray profile. It is not medically necessary. When you saw him on 4/27/06, your weight was 168#. Today, your weight was 171#. He did not find it medically indicated for you to be given a no prolonged standing profile at your visit on 4/27/06. If you are having further problems, you will need to follow the procedure to access healthcare to be seen and evaluated.

K Wilson, RN/HSA
P.H.S. Department Head Signature

DATE: 5-16-06

---

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | ☒ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

Exhibit C-1

MAY 1 2 2006

11/03 – Alabama
Revised 5/16/05

Prison Health Services, Inc.

Inmate Grievance

NAME: Courtney Boyd        AIS #: 208921        UNIT: 6-15-28        DATE: 6-1-06

**PART A—Inmate Grievance**

I went to see Dr. Darbouze today, I had my N/S long standing profile, and when I seen him, he said that he was not going to give me a N/S long standing, and also that he was going to take the profile that he had already giving me. So I asked him if he went threw it now, he said yes. So I give it to him along with my back brace, because I can not have my back brace, I can't have it, unless I have my profile for it. So I was hopping that you can make him give it back, because I really need it.

INMATE SIGNATURE: [signature]

**PART B –RESPONSE**        DATE RECEIVED: 6-5-06

Mr. Boyd, at your appointment to see Dr. Darbouze he did not take your bottom bunk + back brace profiles. You said you didn't want them + gave them back + you also took your back brace off + gave it back. As you were explained to on that some day, he will not re-write for those profiles.

P.H.S. Department Head Signature: Y. Wilson, RN/HSA

DATE: 6-5-06

If you wish to appeal this review you may request a Grievance Appeal form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☒ | ☐ | VI  Delay In Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☒ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☒ | ☐ | X  Other | ☐ | ☐ |

Committee Review of Data Collection

Exhibit C-2

11/03 – Alabama
Revised 5/16/05

JUN 5 2006

## Prison Health Services, Inc.

### Inmate Grievance

| NAME | AIS # | UNIT | DATE |
|---|---|---|---|
| courtney Boyd | 208921 | 6-B-28 | 6/14/06 |

**PART A—Inmate Grievance** Dear Ms. Wilson this is my second time written you about this problem about my back brace. I did not given Dr. Darbouze my profile for my brack brace, he asked for them. It was be very stupid for me to give Dr. Darbouze my profile went I was coming to get an no long standing profile. Also why would he have to re-write any profile that had being just wrote on 4-21-06. It's like I told you before, Dr. Darbouze told me that he was not going to given me any no long standing profile, and that he was going to taken the ones he had giving me. So I asked him if he want them now, he said Continue on another sheet of paper.

*Courtney Boyd*
**INMATE SIGNATURE**

**PART B – RESPONSE**   DATE RECEIVED 6-16-06

Mr. Boyd, when you were seen by Dr. Darbouze at your appointments, there were no profiles medically indicated. Dr. Darbouze did not say he was going to take the profiles he had given you. You gave your profiles back to him & the brace to a nurse.

*K Wilson, RN/HSA*
**P.H.S. Department Head Signature**

6/16/06
**DATE**

If you wish to appeal this review you may request a **Grievance Appeal** form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | ☒ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X    Other | ☐ | ☐ |

Committee Review of Data Collection

Exhibit C-3

JUN 16 2006

11/03 – Alabama
Revised 5/16/05

PAGE 2

yes, so I gave him my profile along with my back brace, because I can not have the back brace without any profile. So can you please make Dr.Darbouze return my back brace to me, because I need it for my back.

SINCERELY,

Courtney Boyd

NAME Courtney Boyd AIS # 208961 DORM # 19-15
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United STATES MIDDLE DISTRICT
P.O. Box 711
Montgomery, AL, 36101