IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd #208921
Plaintiff

Vs.
Dr.Darbouze et.al.,
Defendants

Case No:2:06-CV-511-WKW

RECEIVED
2008 MAR 27 A 9:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

## MOTION TO ARREST THE JUDGEMENT ENTERED ON MARCH 18, 2008 AND NOTICE OF APPEAL

Comes Now, The Plaintiff, Courtney Boyd, moves into this Honorable Court Pursuant to Fed.R.Civ.Proce. Rule 59(e). The Plaintiff submit the following:

1. The Plaintiff filed a Complaint against the above Defendants for retaliation and denied of proper medical care a violation of the 8th and 14th Amendment of United States Constitution on 6-6-06.

2. This Honorable Court entered an order dismissing the plainitff complaint with prejudice and without prejudice. Because the plaintiff did not allege that the failure to provide him the medical device or services was a retaliation. However the Plaintiff did infacted infromed both Ms.Kay Wilson and PHS Head Office of what was happening, and the Plaintiff did not get a answer form no one. See Exhibit A, which is a copy of this letter.

3. The Plaintiff was only asked to show that he followed his Administrative Rules which he what he did. If he was asked by this Honorable Court to show that he complainted about the retaliation then he would have forward them this letter before now.

5. The Facted is that the Plaintiff have a genuine issue of material which would support a jury trial, becuase the documents in this case prove that what the plaintiff says happen more then it did not happen. And this is all the plainitff must prove in a Federal Court to entitle him to a New Trial.

6. The Plaintiff was wearing a back brace for Three Years before Dr.Darbouze took the one he had just gave him. This Back Brace was used to help support the plaintiff back when he is sleeped and when he walk for a long time . The Plaintiff has given had a Free-World Doctor to say that he has be given a life long back injury. This so even after Dr.Darbouze took the plaintiff back brace. See Exhibit in the plaintiff Trverse filed on 9-6-06, listed as Exhibit B .

PAGE 1

WHEREFORE, The Plaintiff prays that this Honorable Court will grant this Motion and set this matter down for a hearing.

## CERTIFICATE OF SERVICE

I hereby certify that I have served acopy of the foregoing upon the Defendants Counsel, by placing it into Ventress. Corr.Fac.,Mail Box on 3-25-08.

*Courtney Boyd*

STATE OF ALABAMA
COUNTY OF BARBOUR

## AFFDAVIT

### AFFDAVIT INSUPPORT OF MOTION TO ARREST JUDGEMENT AND NOTICE OF APPEAL

My, Name is, Courtney Boyd, and I'm over the age of 21 years old and is incarcerated at Ventress Corr.Fac. P.O.BOX 767 Clayton Ala.36016.
I do hereby sworn that this Affdavit is ture and correct, and that he did file a compalint to the Head Office of PHS and to Ms.Kay Wilson about the retaliation Against him and that because if this retaliation he is in serious pain without his back brace, becuase it help him sleep. However he ever got a answer back from anyone.
Pursuant to 28 U,.S.C. Section 1746, I Courtney Boyd, do hereby sign under the oenalty of prejudice that the foregoing is ture and corrected. Excuted on March 25,2008.

*Courtney Boyd 208921*
Courtney Boyd #208921

PAGE 2

Mr. Courtney Boyd #208921 B-1-10 cell
Easterling Corr. Fac.
200 Wallace Dr.
Clio, Ala. 36017

Exhibit A

Date: 6-20-06

PRISON HEALTH SERVICE (PHS)
Suite 200 105 West Park Drive
Brentwood, TN, 37027

Re In: Retaliation and Denied of Medical Head:

Dear Ladys & Gentleman,

Greeting, I am writing to you today, Because of the retaliation and Denied of Medical Service. I wrote you a Complaint on 5-04-2006, which I Complaint about you employee. The Fact that Ms. Kay Wilson and Dr. Darbouze knew, that I have a back problem, which I need my back brace for it to sleep, and without it I'm only keep hurting myself. I Don't know why your employee are retaliating against me for writing you on them. But they are! I have Complained about your employee Nurse S. Bush over three time, As well as Dr. Darbouze, and Mrs. Kay Wilson, and each time I never got a answer from Mrs. Kay Wilson about it. I have filed Complaints, Grievances, and Appeal Grievances, which I never received back.

As I stated in my last Grievance from, this retaliation of your employee are causing me serial pain, being without my back brace. This is a violation of my 8th and 14th

Page 1

Amendment. But this retaliation must stop, because I'm the only one who is being hurt by this retaliation. The sad thing is Dr. Darbouze, Ms. Kay Watson, & Bush, know that without my back brace, I will not be able walk for along way without my back going out, because I have been brought to the HCU on a because my back went out over 10 times. So please help me out, and stop your employee from retaliating against me for writing you, and have them to give me my back brace back, because I need it to help me sleep. I sent Ms. Kay Watson a copy of that complaint. Thank you for your time on this matter.

Courtney Boyd
Easterling corr. Fac.
200 Wallace Dr.
Clio, AL, 36017

Page 2

NAME Courtney Boyd    AIS # 208921    DORM # 13-415A
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

$00.58
0002403830  MAR 26 2008
MAILED FROM ZIP CODE 36016

United States Middle District
P.O. Box 711
Montgomery, AL
36101