# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT  
CLERK

TELEPHONE  
(334) 954-3610

March 28, 2008

Mr. Thomas K. Kahn, Clerk  
United States Court of Appeals, Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, GA  30303

USDC No. CV-06-W-511-N  
USCA No. _08-11400E_

IN RE: COURTNEY BOYD VS. DR. DARBOUZE, ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.  
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]  
_X_ First Notice of Appeal: _X_ Yes,_ No  Date(s) of Other Notices:_____  
Was there a hearing from which a transcript could be made:  
__Yes, The Court Reporter(s) is/are:  
_X_ No                 Date of Hearing(s):_____  
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____  
____ IFP_; and/or APPEALABILITY/CPC is pending in this Court.  
__Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:  
__The Appellate docket fee has been paid _ Yes,_No:_____Date , Receipt#_____  
___Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.  
__Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.  
__Appeal Bond, ____ Supersedeas Bond  
_X_ The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKIN  
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____  
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:  
__Volume(s) of Pleadings, __ Volume(s) of Transcripts,  
____ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)_  
___ Exhibits:____Envelope  
__Volume (s) of Original Papers

cc:                    Sincerely,

DEBRA P. HACKETT, CLERK

By: Yolanda Williams  
Deputy Clerk

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 01, 2008

**Appeal Number: 08-11400-E**
Case Style: Courtney Boyd v. Dr. Darbouze
District Court Number: 06-00511 CV-W-N

TO:  Courtney Boyd (AIS 208921)

CC:  Debra P. Hackett

CC:  Lewis Peyton Chapman, III

CC:  Richard B. Garrett

CC:  Troy King

CC:  Benjamin Howard Albritton

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 01, 2008

Courtney Boyd (AIS 208921)
Ventress CF, B1-15A
PO BOX 767
CLAYTON AL 36016-0767

**Appeal Number: 08-11400-E**
Case Style: Courtney Boyd v. Dr. Darbouze
District Court Number: 06-00511 CV-W-N

The referenced case was docketed in this court on March 31, 2008.
Please use the appellate docket number noted above when making inquiries. Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court appointed-counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, or move in the district court for relief from the obligation to pay in advance the total $455 fee [See 28 U.S.C. § 1915]. If the district court denies such relief, appellant may file in this court a motion for such relief.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

DKT-2 (11-2007)