Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 03, 2008

**Appeal Number: 08-11400-E**
Case Style: Courtney Boyd v. Dr. Darbouze
District Court Number: 06-00511 CV-W-N

CC:   Courtney Boyd (AIS 208921)

CC:   Debra P. Hackett

CC:   Lewis Peyton Chapman, III

CC:   Richard B. Garrett

CC:   Benjamin Howard Albritton

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 03, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-11400-E**
Case Style: Courtney Boyd v. Dr. Darbouze
District Court Number: 06-00511 CV-W-N

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Although trial exhibits are routinely transmitted to this court, contraband, weapons, and currency may not be sent except by court order. Also, counsel must arrange at their own expense for transportation to and from this office of oversized exhibits. [See 11th Cir. R. 11-3].

In lieu of arranging for transmittal by the district court of oversized physical exhibits, parties are encouraged to substitute photographs, diagrams, or models of lesser size and weight, or to stipulate to the nature and content of such exhibits. Exhibits retained by the district court remain a part of the record on appeal for all purposes [Fed.R.App.P. 11], and thus requests to transmit oversized exhibits are discouraged.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept **motions or other filings** from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

The district court docket sheet indicates that the notice of appeal was filed before the disposition of a timely tolling motion. Therefore the effectiveness of the notice is suspended until the motion(s) is/are disposed of. See Fed.R.App.P. 4(a)(4).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell/caw (404) 335-6184

"Document No. 132" Motion to Arrest Judgment" within NOA

c: District Court Clerk

DKT-1 (11-2007)