IN THE UNITED STATES MIDDLE DISTRICT OF ALABAMA

Courtney Boyd
Plaintiff

Vs.                                         Case No:2:06-CV-511-WKW-NE
Dr.Darbouze et.al.,                         Case No:2:07-CV-524-WKW
Suanne Bush et.al.,                         Case No:2:07-CV-961-CSC
SHAMEKA Foster et.al.,
Defendants

### NOTICE OF THE CHANGE OF ADDRESS

Comes Now, The Plaintiff, Courtney Boyd, movers into this Honorable Court seeking to give his notice of his change of address from Ventress Corr.Fac. P.O.BOX 767, Clayton, Al, 36016, To his new Address of Bullock Co.Corr.Fac. P.O. BOX 5107, Union Spring, Alabama, 36089. Please forward a copy of all of the Plaintiff Mail to his new Adddess.

The Plaintiff request that this Honorable Court will forward a copy of the following change of Address to the Defendants in each case, so that they will not be able to say thsat they did not receive this Notice for the change of Address.

**WHEREFORE,** The Plainitff prays that this Honorable Court will grnat this Motion and forward a copy of the foregoing change of Address to each Defendants listed above.

### CERTIFICATE OF ISERIVCE

I hereby certifyb that I have servbed a copy ofthe foreoging Upon the United States Middle Distirct, by placing it into Bullock Co.Corr.Fac. Mail Box On May ,27,2008.

_/s/ Courtney Boyd_
Courtney Boyd

PAGE 1

Courtney Boyd #208921 I-1-34A
BULLOCK CORRECTION FACILITY
P. O. BOX 5107
UNION SPRINGS, AL  36089-5107



United States MiDDLE DistriCt
P.O. Box 711
Montgomery, AL,
36101

LEGAL MAIL

36101+0711