Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

June 04, 2008

**Appeal Number: 08-11400-E**
Case Style: Courtney Boyd v. Dr. Darbouze
District Court Number: 06-00511 CV-W-N

TO:   Courtney Boyd (AIS 208921)

CC:   Debra P. Hackett

CC:   Lewis Peyton Chapman, III

CC:   Richard B. Garrett

CC:   Troy King

CC:   Benjamin Howard Albritton

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 04, 2008

Courtney Boyd (AIS 208921)
Bullock CF
PO BOX 5107
UNION SPRINGS  AL  36089-5107

**Appeal Number: 08-11400-E**
Case Style: Courtney Boyd v. Dr. Darbouze
District Court Number:  06-00511  CV-W-N

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455), with notice to this office, or move in this court for leave to proceed on appeal as a pauper (form enclosed).

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

c: District Court Clerk

DIS-1 (02-2008)